# EXHIBIT 1 TO CLASS ACTION COMPLAINT

## (*Diaz v. University of Southern California*)

# STUDENT CULTURE

**USC ARCHITECTURE CAMPUS**

**STUDENT PROFILES**

As
a student in one of USC Architecture's dynamic programs, you'll have access to
cutting-edge technology and creative studio spaces, meet fellow inquisitive
classmates from around the world, and learn from renowned faculty and visiting
lecturers. The School of Architecture will serve as your academic base within
the larger USC campus and community.

Located
in the Harris Hall and Watt Hall complex of buildings and courtyards on the
University Park Campus, the USC School of Architecture comprises over
50,000-square feet of design studios, classrooms, galleries, workshops, and
laboratories specifically designed to offer an immersive and stimulating
learning environment.

Each
semester, all architecture students are assigned their own design workstations
with storage. The University provides continuous wireless support, and students
have 24-hour, seven-days-a-week access to their studios and
workstations.

# Student Profiles

