# **EXHIBIT 6 TO CLASS ACTION COMPLAINT**

## (*Diaz v. University of Southern California*)

VIEW RELATED PAGES

**Coronavirus Updates:** USC | SCA

## Labs & Classrooms

VIEW RELATED PAGES

Animation students get personal work spaces in the Marilyn and Jeffrey Katzenberg Center

The labs and classrooms of the USC School of Cinematic Arts give faculty and students access to the same state-of-the-art technologies being used and developed across the entertainment industry. Students can access the latest Oculus Development Kit, use a Render Farm to bring their VFX shots to life, study live models in figure-drawing rooms, or reserve special meeting rooms that

meet their computing and collaboration needs. Across the Cinematic Arts Complex, SCA's labs and classrooms facilitate compelling artistic and scholarly work.

## VIEW RELATED PAGES

Visit Us/Attend an Admissions Event

SCA Overview

How to Apply

### VISIT US    GET IN TOUCH    SIGN UP

900 West 34th Street

Los Angeles, CA 90089-2211

Contact Us    Privacy Policy

© 2001-2020, 2016 University of Southern California School of Cinematic Arts