1  COOLEY LLP
   MICHELLE C. DOOLIN (179445)
2  (mdoolin@cooley.com)
   LEO P. NORTON (216282)
3  (lnorton@cooley.com)
   4401 Eastgate Mall
4  San Diego, CA  92121
   Telephone: (858) 550-6000
5  Facsimile:  (858) 550-6420

6  ALEXANDRA R. MAYHUGH (300446)
   (amayhugh@cooley.com)
7  1333 2nd Street
   Suite 400
8  Santa Monica, CA  90401
   Telephone: (310) 883-6400
9  Facsimile:  (310) 883-6500

10 MICHAEL N. SHEETZ *(Pro hac vice to be filed)*
   (msheetz@cooley.com)
11 500 Boylston Street
   Boston, MA  02116-3736
12 Telephone: (617) 937-2300
   Facsimile:  (617) 937-2400

13

14 Attorneys for Defendant
   UNIVERSITY OF SOUTHERN
15 CALIFORNIA

16

17                UNITED STATES DISTRICT COURT

18        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

19 | CHRISTINA DIAZ, individually and | Case No. 2:20-cv-4066-DMG-PVC
   | on behalf of all others similarly |
20 | situated, | **FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES**
21 | Plaintiff, |
22 | v. |
23 | UNIVERSITY OF SOUTHERN CALIFORNIA, | Action Filed: May 4, 2020
24 | | Trial Date: None Set
25 | Defendant. |

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

USC'S DISCLOSURE STATEMENT AND NOTICE
OF INTERESTED PARTIES
CASE NO. 2:20-CV-4066-DMG-PVC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 7.1-1 of the Central District of California, Defendant University of Southern California ("USC") hereby files its Corporate Disclosure Statement and Notice of Interested Parties.

The undersigned, counsel of record for USC, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

USC is a nonprofit California corporation. USC does not have a parent corporation, and no publicly held company owns 10% or more of its stock.

The following insurance carriers may be liable in whole or in part (directly or indirectly) for a judgment in the action or for the cost of defense:

1. National Union Fire Insurance Company
2. American International Reinsurance Company, Ltd.
3. ACE American Insurance Company
4. Beazley Insurance Company, Inc.
5. Everest National Insurance Company
6. RLI Insurance Company
7. Endurance Risk Solutions Assurance Co.
8. Markel American Insurance Company
9. RSUI Indemnity Company
10. Berkley Insurance Company
11. ANV Global Services Inc.
12. National Union Fire Insurance Company of Pittsburgh, Pa.

///

///

///

Attorneys At Law
San Diego

2.

USC's Disclosure Statement and Notice
of Interested Parties
Case No. 2:20-cv-4066-DMG-PVC

| | | |
|---|---|---|
| 1 | Dated: May 27, 2020 | COOLEY LLP |
| 2 | | /s/Leo P. Norton |
| 3 | | Leo P. Norton (216282)<br>Attorneys for Defendant |
| 4 | | UNIVERSITY OF SOUTHERN CALIFORNIA |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

USC'S DISCLOSURE STATEMENT AND NOTICE
OF INTERESTED PARTIES
CASE NO. 2:20-CV-4066-DMG-PVC