ROY A. KATRIEL (SBN 265463)
**THE KATRIEL LAW FIRM, P.C.**
2262 Carmel Valley Road, Suite 201
Del Mar, CA  92014
Telephone:  +1 619 363 3333
e-mail: rak@katriellaw.com

[Additional Counsel listed on signature page]

*Interim Co-Lead Class Counsel and
Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re University of Southern California Tuition and Fees COVID-19 Refund Litigation | No. 2:20-cv-4066-DMG-PVC <br><br> **JOINT REPORT RE: RESULTS OF EARLY MEDIATION** |

On August 1, 2022, counsel for the parties attended a day-long mediation session held remotely before the Honorable Edward A. Infante (Ret.) of JAMS. The mediation did not result in a settlement of the case, but the parties and the mediator agreed to hold a second mediation session on September 14, 2022.

| | |
|---|---|
| By: /s/ Roy A. Katriel<br>**THE KATRIEL LAW FIRM, P.C.**<br>2262 Carmel Valley Road, Suite 201<br>Del Mar, CA  92014<br>Telephone:  +1 619 363 3333<br>e-mail: rak@katriellaw.com<br><br>**BERGER MONTAGUE PC**<br>Glen L. Abramson (*Pro Hac Vice*)<br>Ellen T. Noteware (*Pro Hac Vice*)<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>Email: gabramson@bm.net<br>Email: enoteware@bm.net<br><br>**BERGER MONTAGUE PC**<br>E. Michelle Drake (*Pro Hac Vice*)<br>43 SE Main Street, Suite 505<br>Minneapolis, MN 55414<br>Tel: (215) 875-3000<br>Email: emdrake@bm.net<br><br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Christopher R. Pitoun (SBN 290235)<br>301 North Lake Avenue, Suite 203<br>Pasadena, CA 91101<br>Tel: (213) 330-7150<br>Email: christopherp@hbsslaw.com<br><br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Steve W. Berman (*Pro Hac Vice*)<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Tel: (206) 623-7292<br>Email: steve@hbsslaw.com | By: /s/ Leo P. Norton (with permission)<br>**COOLEY LLP**<br>Michelle C. Doolin<br>(SBN 179445)<br>**Leo P. Norton**<br>(SBN 216282)<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Tel: (858) 550-6000<br>Fax: (858) 550-6420<br>Email: mdoolin@cooley.com<br>Email:lnorton@cooley.com<br><br>Alexandra R. Mayhugh<br>(SBN 300446)<br>(amayhugh@cooley.com)<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>Tel: (310) 883-6400<br>Fax: (310) 883-6500<br><br>Michael N. Sheetz (*Pro Hac Vice*)<br>500 Boylston Street<br>Boston, MA 02116-3736<br>Tel: (617) 937-2300<br>Fax: (617) 937-2400<br>Email: msheetz@cooley.com<br><br>*Attorneys for Defendants University of Southern California and The Board Of Trustees Of The University Of Southern California* |

*In re USC Tuition and Fee COVD-19 Refund Litig.*,
No. 2:20-cv-4066-DMG-PVC

-1-

1  **HAGENS BERMAN SOBOL SHAPIRO LLP**
2  Daniel J. Kurowski (*Pro Hac Vice*)
   Whitney K. Siehl (*Pro Hac Vice*)
3  455 N. Cityfront Plaza Drive, Suite 2410
4  Chicago, IL 60611
   Tel: (708) 628-4949
5  Email: dank@hbsslaw.com
6  Email: whitneys@hbsslaw.com

7  *Interim Co-Lead Class Counsel and*
8  *Attorneys for Plaintiffs*

9                    **FILER ATTESTATION**

10       I, Roy A. Katriel, attest that concurrence in the filing of this document has been
11  obtained from the other signatories.  Executed on August 5, 2022, in Del Mar,
12  California.

13                                    */s/Roy A. Katriel*
14                                    Roy A. Katriel

---

*In re USC Tuition and Fee COVD-19 Refund Litig.*,
No. 2:20-cv-4066-DMG-PVC