# Exhibit 5



# Why USC?

## Graduate Study 2018-2019

Confidential

USC000027207



# Founded in 1880, the University of Southern California has established itself as one of the world's leading private research universities.

We are home to over 25,000 top-caliber graduate and professional students —more than half the entire USC student population— who represent all 50 states and 135 countries around the world. Our programs graduate world leaders across all professions and fields of study.

This booklet will introduce you to the graduate student experience at USC and help you determine which of our academic programs is best suited to your interests, skills and ambitions. We invite you to discover how you can join this dynamic community.

Confidential

USC000027208



Confidential

USC000027209



# Explore

**PRESTIGIOUS ACADEMIC PROGRAMS**

Our liberal arts college and 19 professional schools offer more than 400 highly regarded post-baccalaureate programs that foster intellectual discovery and professional growth. Our interdisciplinary approach will encourage you to synthesize knowledge across fields of study to gain startling new insights, surpass boundaries and contribute to growing bodies of cutting-edge research. You will learn from world-class faculty — leaders in their fields who are actively engaged in research and professional work, committed to nurturing the next generations of scholars. And the vibrant metropolis of Los Angeles will become a living laboratory where you can apply classroom knowledge to solving real-world problems.

**CUTTING-EDGE RESEARCH**

More than 100 research facilities and institutes support USC's mission to combine pure and applied research across disciplines. Students gain unparalleled opportunities for the hands-on training and the experience necessary to become leaders in all industries from entertainment to the neurological sciences. Under the guidance of world-class faculty, USC's graduate and professional students continue to expand intellectual horizons with groundbreaking discoveries and innovations that impact the lives of people around the globe.

Please visit **research.usc.edu** for more information and a complete list of our prestigious research centers.

Confidential

**WORLD-CLASS FACULTY**

USC faculty have won hundreds of academic and professional honors, including the Nobel and Pulitzer prizes, the Pritzker Architecture Prize, GRAMMY Awards and awards from the National Science Foundation and the National Endowment for the Humanities. Sixty-five faculty are members of the prestigious National Academies, advisors to the nation on science, engineering and medicine.

Our faculty's intellectual clout can also be measured by the amount of research funding they receive—$691 million for the 2014-2015 academic year—and their long list of life-changing inventions, celebrated books, prize-winning performances and TV news appearances.

**CULTURAL DIVERSITY**

USC's diverse and dynamic student population will give you numerous opportunities to connect with others who share your academic or professional goals, political views, or religious and cultural background. Community service, athletic, and cultural programs will allow you to challenge yourself, explore new areas of interest, and contribute to the growth of USC and the surrounding community.



# FACULTY DISTINCTIONS

**Nobel Prize**
Murray Gell-Mann
Daniel McFadden
James Heckman
Arieh Warshel

**MacArthur Fellowship**
Luis Alfaro
Elyn Saks
Jacob Soll
Josh Kun

**National Medal of the Arts**
Frank Gehry
Morten Lauridsen

**Pulitzer Prize**
Gary Cohn
Michael Parks
Viet Thanh Nguyen

**Emmy Award**
Tom Abrams
Geoffry Cowan

**Presidential Awards for Excellence in Science, Mathematics, and Engineering Mentoring**
Maja Matarić
John Slaughter

**ACADEMY MEMBERSHIPS**

**14**
National Academy of Sciences

**16**
Academy of Medicine

**5**
American Philosophical Society

**96**
American Association for the Advancement of Science

**32**
American Academy of Arts & Sciences

**14**
National Academy of Public Administration

**31**
National Academy of Engineering

USC000027211

## COMMUNITY INVOLVEMENT

At USC, more than 850 clubs and organizations bring together students who share common political, cultural, intellectual or recreational interests. Through various service organizations and volunteer opportunities, students can apply academic skills to solving real-world problems – and prepare to make a difference in the world. More than 60 percent of our students are actively involved in volunteer work with local schools, community groups and businesses. The Princeton Review named USC one of its top "Colleges With a Conscience" for our commitment to social responsibility and education focused on the public good.

Many more students take advantage of dozens of intramural sports and hundreds of student-run sports clubs. Game days unite a spirited community of USC students, staff and alumni to support USC teams and celebrate Trojan Pride. USC athletes have won gold medals in every summer Olympics since 1912. If USC were a country, we would rank 14th in the world for medals won.

### Trojan Athletics

**Varsity Teams**
9 men's
12 women's

**Intramural Sports**
9,600 active participants

**Olympic Athletes**
451

**NFL Pros**
485

**Club Sports**
58 active clubs
38 conference

> No matter your interests, hobbies or academic and career goals, you will find a vast array of opportunities to explore the resources of Los Angeles and Southern California.

### LIFE IN LOS ANGELES

USC's main campuses can be found in the heart of Los Angeles, a cosmopolitan center at the crossroads of the Pacific Rim and Latin America, where more than 140 languages are spoken. A world leader in aerospace, entertainment, fashion, technology, telecommunications, biomedicine and trade, Los Angeles offers prime internship and community service opportunities.

Southern California is home to an extraordinary number of world-class educational institutions, museums and cultural venues. Across the street from campus are the Natural History Museum, the California Science Center, and an IMAX movie theatre. Just three miles away is the heart of Downtown, an area enlivened by a sophisticated arts scene, numerous entertainment venues and cuisine from around the globe. A short bike ride from campus is the steel-clad Disney Concert Hall, home to the L.A. Philharmonic and designed by USC graduate and professor Frank Gehry. Los Angeles also boasts the Getty Center, the extraordinary Los Angeles County Museum of Art and the quirky Museum of Jurassic Technology. Shopping choices range from the boutiques of Rodeo Drive to open-air mercados near campus and along Broadway in Downtown.

The amazingly diverse terrain of the region bathes students in a remarkable climate and makes possible an enormous range of outdoor activities. No urban area in the country is as densely populated yet has so much open space, from the miles of sun-dappled beaches to the horse-riding trails and observatory of Griffith Park to uninterrupted miles of chaparral and trails in Topanga State Park.

### THE TROJAN FAMILY

For many of us, the word "family" is more than simply a matter of blood and heritage. Family is also a matter of the heart and mind. At USC, you will discover a whole new meaning for the word. Whether they are roommates or classmates, fellow activists or a favorite professor, at USC you will build an extended family with those who share your interests and goals. If you value the free and open exchange of ideas and genuinely respect cultural differences, you will discover kindred spirits.

Now over 300,000 strong, the Trojan Family spans the United States and the globe. No matter where your professional or academic aspirations take you, you can find fellow Trojans who will support and guide you on your path.

## Inclusive, Supportive and Accessible:
## The USC Trojan Family.



**GRADUATE STUDENT RESOURCES**

As a graduate student at USC, you will be supported both within and outside the classroom with a wide variety of resources we offer. These include, but are not limited to, the following.

· The **Graduate Student Government** (GSG) serves as an advocate, event planner, program funder and campus information resource for USC graduate students. Run by students who are elected by the graduate student body, GSG offers you the opportunity to join special-interest communities and make new friends while helping your peers. **gsg.usc.edu**

· The mission of the **USC Graduate School** is to promote an outstanding educational experience for USC graduate students, to celebrate graduate student achievements, and to provide leadership in graduate education at USC. **graduateschool.usc.edu**

· **USC Housing** offers graduate students on-campus residences or off-campus apartments specially designed to give you (and your family) privacy and independence. Some 1,600 spaces have been set aside for graduate students. Students also have easy access to public transportation if they choose to live away from campus. **housing.usc.edu**

· To find out what's cooking and where, visit the **USC Hospitality** website. You will find listings for our residential dining facilities, as well as on-campus retail cafés and other food services. "USC Room Service" is even available for those living in university residences! **hospitality.usc.edu**

· Visit **USC Transportation** to find parking on campus and purchase parking permits, get shuttle bus schedules and learn more about the Campus Cruiser "safe ride home" program. **transnet.usc.edu**

· USC's **Office of Religious Life** sponsors a variety of opportunities for exploring the spiritual dimensions of your life and learning. The university offers over 80 student organizations dedicated to religious observance, serving virtually every faith. Worship is held in churches, synagogues, mosques, temples and other sites near campus and in the non-denominational United University Church. **orl.usc.edu**

· USC offers many opportunities to compete in sports events and maintain personal fitness. In addition to a thriving intramural sports program, 58 student-run clubs offer recreational and team sports. **www.usc.edu/recsports**

· **Counseling Services** Offered on both the University Park and Health Sciences campuses, counseling services help students with a variety of issues, from learning to deal with stress to crisis management. Services are confidential and include both group and individual counseling. **engemannshc.usc.edu/counseling** · **ecohenshc.usc.edu/counseling**

Confidential

# Paying for USC

### INVESTING IN YOUR USC EDUCATION

When you decide to pursue graduate studies, you are making a major investment in your personal and professional future. At USC, we offer our students an interdisciplinary and globally oriented graduate education of the highest caliber. Once you graduate, you will gain the networking advantages of membership in the Trojan Family. It is therefore important to assess the benefits you will receive throughout your career as a return on your investment.

The cost of earning a graduate degree from USC, as well as funding opportunities, vary by school and degree program. We encourage you to thoroughly research your program of interest and plan your finances accordingly. The USC Financial Aid Office also provides additional information regarding the estimated cost of attendance for the 2018-2019 academic year.

### ASSISTANTSHIPS, FELLOWSHIPS AND SCHOLARSHIPS

#### PhD Students

The Graduate School works with doctoral programs at USC to support a vast majority of our PhD students with fellowships, teaching assistantships and research assistantships, or some combination of these funding sources.

#### Master's Degree Students

USC also offers a variety of merit scholarships for students seeking to earn master's degrees. However, award amounts and distribution vary by program and are subject to the availability of funds. Please contact your intended school directly to learn more.

USC000027214

## LOANS, WORK-STUDY AND STUDENT EMPLOYMENT
**(Citizens and Permanent Residents)**

The USC Financial Aid Office administers a variety of financial aid programs for graduate students, including the Federal Direct Loan and Graduate PLUS Loan programs and the Federal Work-Study program. For more information, please visit **financialaid.usc.edu**.

## INTERNATIONAL STUDENTS

Though international students (non-U.S. citizens) are not eligible for federal need-based aid programs, they may receive scholarships, assistantships and fellowships and can seek other on-campus employment opportunities or apply for private loans with a qualified endorser (co-signer).

## ROTC AND VETERAN BENEFITS

ROTC and U.S. military veterans should contact the Veterans Certification Office and the Financial Aid Office to determine how their G.I. benefits will be coordinated with their financial aid.

- financialaid.usc.edu
- arr.usc.edu/services/veteran-affairs/generalinfo.html

## USC PAYMENT PLAN

The office of Student Financial Services also offers graduate students the option to pay their university expenses in five monthly installments over each semester. For more information, please visit **sfs.usc.edu**.

## EXTERNAL FELLOWSHIPS

Graduate students are encouraged to apply for external funding — funds from sources not affiliated with USC. Sponsors range from government agencies to corporations and private institutions. Funds may be limited to a single year of enrollment or may be renewable for multiple years and may be paid to the student or directly to the university. It is important for recipients to thoroughly understand the terms and conditions of such fellowships when planning for graduate studies. For more information about external fellowships, please visit **awardsdatabase.usc.edu**.

Confidential

# Other Ways to Attend

USC offers several options for students who are unable to commit to full-time, on-campus graduate programs, as well as those who seek additional assistance to achieve academic success in such programs.



## ONLINE PROGRAMS

As part of an ongoing effort to expand educational access without compromising its standards for academic rigor and quality, USC now offers over 80 of its outstanding graduate programs online. Each program is developed to meet the educational and professional requirements specific to that discipline. Graduate students who choose to pursue our online degree programs will enjoy the convenience and flexibility of such an option while benefiting from USC's reputation for excellence and the same demanding intellectual standards we set for our on-campus students.

For more information, please visit **online.usc.edu**.

## LIMITED STATUS ENROLLMENT

Prospective students who do not wish to seek formal admission to a USC graduate degree have the option to take classes through our Limited Status program. Students must receive prior approval from their department of interest before completing the Limited Status Program Registration Form, available from the Office of Academic Records and Registrar. You can learn more about the process at **arr.usc.edu/services/registration/limitedstatus.html**.

## INTERNATIONAL ACADEMY

Students seeking to prepare their English and academic skills for the rigors of graduate study at USC may wish to explore USC's International Academy. The Academy offers intensive English-language instruction, as well as preparatory programs designed to help prospective graduate students learn how to read and critically assess academic texts and develop better communication skills. Students can also learn how to improve their GRE/GMAT test-taking strategies and achieve the scores required for their intended degree programs. For more information, please visit **international.usc.edu**.

Confidential



# Schools and Degree Programs

Graduate students can choose from a wide array of master's, PhD and graduate certificate programs in our distinguished liberal arts college or 19 professional schools. Please refer to the *USC Catalogue* at **catalogue.usc.edu** or the Graduate Admission website at **gradadm.usc.edu** for the most up-to-date list of majors and degree tracks.

For the complete application and admission requirements of your intended program, please visit the appropriate website or contact the department directly.

Confidential

## LEVENTHAL SCHOOL OF ACCOUNTING

**marshall.usc.edu/gap**

Housed within the Marshall School of Business, the Leventhal School of Accounting has established itself as an innovator in the fields of accounting education and critical research. Degree programs are structured to develop in each graduate the potential for career advancement into the highest levels of professional accounting and management. Leventhal provides a state-of-the-art education in a vibrant urban setting, close ties with the accounting and business communities, a Pacific Rim location that helps us maintain an international focus, and a long-standing tradition of excellence in accounting.

**Degree Programs**
Accounting (M.Acc.)
Business Taxation (MBT)
Business Taxation for Working
  Professionals (MBT)
Business Taxation for Working
  Professionals (MBT) (online)

**Email Address**
macc.mbt@marshall.usc.edu

## USC SCHOOL OF ARCHITECTURE

**arch.usc.edu**

Distinguished faculty, the diverse natural environments of Southern California and the vibrant urban core of Los Angeles make USC an excellent place to study architecture and urban design. The oldest school of its kind in the Western United States, the School of Architecture offers master's programs that focus on solving the problems of rising urban density while preserving sustainability, amenity and cultural significance. The School will equip you with the skills necessary to address the issues of a complex and dynamic global society.

**Degree Programs**
Advanced Architectural Studies (M.A.A.S.)
Architecture, First Professional (M.Arch.)
Building Science (MBS)
Heritage Conservation (MHC)
Landscape Architecture (M.L.Arch.)

**Certificate Programs**
Architecture
Building Science
Heritage Conservation
Landscape Architecture
Sustainable Design

**Email Address**
archgrad@usc.edu

## ROSKI SCHOOL OF ART AND DESIGN

**roski.usc.edu**

The Roski School of Art and Design offers four degrees at the graduate level, including the newly launched MFA in Design and the online program in Integrated Design, Business and Technology. The M.A. in Art and Curatorial Practices in the Public Sphere program engages students in a critical, historical and theoretical exploration of art in the public sphere and prepares them for careers as curators, critics, theorists and scholars. The Master of Fine Arts is a highly individualized and interdisciplinary course of study that allows for an intensive focus on art practice and critical theory. Students work with world-renowned artists and have access to both classroom and studio space.

**Degree Programs**
Curatorial Practices and the
  Public Sphere (M.A.)
Design (MFA)
Fine Arts (MFA)
Integrated Design, Business and
  Technology (M.S.) (online)

**Email Address**
roski@usc.edu

## INDEPENDENT HEALTH PROFESSIONS

*DIVISION OF BIOKINESIOLOGY AND PHYSICAL THERAPY*

**pt.usc.edu**

The Division of Biokinesiology and Physical Therapy commits itself to enhancing the physical well-being and quality of life for all people by advancing the practice of physical therapy and the science on which it is based. The Division takes an interdisciplinary approach to clinical and life science research, and provides physical therapy services to the community using innovative models of practice and delivery that will serve as the standards for the profession.

**Degree Programs**
Biokinesology (MS)
Biokinesology (PhD)
Physical Therapy (DPT)

**Email Address**
vorcas@usc.edu

*MRS. T.H. CHAN DIVISION OF OCCUPATIONAL SCIENCE AND OCCUPATIONAL THERAPY*

**chan.usc.edu**

For nearly 75 years, USC has been dedicated to ensuring that people of every age and from every circumstance can live their lives to the fullest. USC established the first graduate programs in the field, and is consistently ranked among the nation's best occupational therapy educational institutions. Since 1994, the Division's scientists have secured more than $29 million in federal grant funding. Alumni hail from 45 countries across six continents. And with nearly 80 full-time faculty members engaged in research, education and patient care, the USC Mrs. T.H. Chan Division of Occupational Science and Occupational Therapy is truly unmatched.

**Degree Programs**
Occupational Science (PhD)
Occupational Therapy (M.A.)
Occupational Therapy (OTD)

**Email Address**
info@chan.usc.edu

## MARSHALL SCHOOL OF BUSINESS

**marshall.usc.edu**

One of the oldest and largest business schools in the country, USC's Marshall School of Business is routinely ranked among the top business schools in the nation. Emphasizing communication, analytical decision-making and teamwork, our business and accounting programs provide students with the skills, confidence and knowledge required for a rewarding career or advanced professional studies.

**Degree Programs**
**Business Administration (Full-time MBA)**
marshallmba@marshall.usc.edu
**Business Administration
  (MBA.PM Program)**
marshallmba@marshall.usc.edu
**1 Year Mid-Career IBEAR MBA**
ibearmba@marshall.usc.edu
**Business Administration (Executive MBA)**
marshallmba@marshall.usc.edu
**Business Administration (M.S.B.A.)**
msba.program@marshall.usc.edu
**Business Administration (PhD)**
phd@marshall.usc.edu
**Business Administration (MBA) (online)**
onlinemba@marshall.usc.edu
**Business Analytics (M.S.)**
ms.analytics@marshall.usc.edu

Confidential

USC000027218

Business for Veterans (MBV)
mbv@marshall.usc.edu
Entrepreneurship and Innovation (M.S.)
ms.ei@marshall.usc.edu
Finance (M.S.)
ms.fin@marshall.usc.edu
Global Supply Chain Management (M.S.)
ms.gscm@marshall.usc.edu
Global Supply Chain Management
  (M.S.) (online)
ms.gscm@marshall.usc.edu
Library and Information Science
  (M.M.L.I.S.) (online)
admissions@librarysciencedegree.usc.edu
Management Studies (MMS)
management.studies@marshall.usc.edu
Marketing (M.S.)
ms.marketing@marshall.usc.edu
Medical Management (MMM)
mmm@marshall.usc.edu
Social Entrepreneurship (M.S.)
socialentrepreneur@marshall.usc.edu

**Certificate Programs**
Business Analytics
gcrt.analytics@marshall.usc.edu
Business Fundamentals for
  Non-Business Professionals
bus.fundamentals@marshall.usc.edu
Financial Analysis and Valuation
financial.analysis@marshall.usc.edu
Management Studies
management.studies@marshall.usc.edu
Marketing
gcrt.marketing@marshall.usc.edu
Optimization and Supply Chain
  Management
supply.chain@marshall.usc.edu
Strategy and Management Consulting
gcrt.smc@marshall.usc.edu
Sustainability and Business
sustainability@marshall.usc.edu
Technology Commercialization
entrepreneur@marshall.usc.edu

**USC SCHOOL OF CINEMATIC ARTS**
**cinema.usc.edu**
As the only media school in the world that
teaches all the major disciplines of the
cinematic arts, the School of Cinematic
Arts offers a uniquely interdisciplinary
learning experience. Students take classes
across seven divisions that cover the breadth
of film, television, and interactive media. Our
location in Los Angeles keeps us connected
to the companies responsible for shaping
media — many of them staffed by SCA
alumni. The School of Cinematic Arts remains
dedicated to equipping its graduates for
leadership roles in creative media.

**Degree Programs**
Animation & Digital Arts (MFA)
admissions@cinema.usc.edu
Cinema and Media Studies (M.A.)
mediastudies@cinema.usc.edu
Cinema and Media Studies (PhD)
mediastudies@cinema.usc.edu
Cinematic Arts, Film & Television
  Production (MFA)
admissions@cinema.usc.edu
Cinematic Arts
  (Media Arts, Games, and Health) (M.A.)
admissions@cinema.usc.edu
Cinematic Arts
  (Media Arts and Practice) (PhD)
admissions@cinema.usc.edu
Interactive Media (MFA)
admissions@cinema.usc.edu
Peter Stark Producing Program (MFA)
pstark@cinema.usc.edu
Writing for Screen and Television (MFA)
admissions@cinema.usc.edu

**ANNENBERG SCHOOL FOR**
**COMMUNICATION AND**
**JOURNALISM**
**annenberg.usc.edu**
The Annenberg School for Communication
and Journalism is a globally recognized leader
in education, scholarship and professional
practice in the fields of communication,
journalism, public diplomacy and public
relations. Our preeminent faculty prepare the
next generations of academic and industry
experts through innovative theoretical and
professional training. In addition to a doctoral
degree program, USC Annenberg offers a
diverse range of master's degree programs,
graduate certificates and continuing
education programs. Located in the creative
capital of the world, our community thrives on
diversity, experimentation and an unparalleled
alumni network.

**Degree Programs**
Communication (PhD)
Communication Management (MCM)
Communication Management
  (MCM) (online)
Digital Social Media (M.S.)
Global Communication (M.A.)
Journalism (M.S.)
Public Diplomacy (MPD)
Public Diplomacy (Practitioner and
  Mid-Career Professional) (M.P.D.P.)
Specialized Journalism (M.A.)
Specialized Journalism (The Arts) (M.A.)
Strategic Public Relations (M.A.)

**Certificate Programs**
Health Communication Management
International and Intercultural
  Communication
Journalism
Marketing Communication Management
Media and Entertainment Management
New Communication Technologies
Strategic Corporate and Organizational
  Communication Management

**HERMAN OSTROW SCHOOL**
**OF DENTISTRY**
**dentistry.usc.edu**
A top-ranked private professional school, the
Herman Ostrow School of Dentistry
prepares its graduates to meet the challenges of
a rapidly changing global health field. Through
its alliance with USC's divisions of Occupational
Science and Occupational Therapy, and
Biokinesiology and Physical Therapy, the School
fosters an interdisciplinary and holistic approach
to health and disease prevention. Students
can take part in pioneering genetic research in
The Center for Craniofacial Molecular Biology,
and help provide compassionate dental care
to the surrounding community through the
School's service learning programs. Degree and
professional tracks range from general practice
dentistry and surgery to endodontics and
pediatric dentistry.

**Degree Programs**
Craniofacial Biology (M.S.)
Craniofacial Biology (PhD)
Dental Hygiene (M.S.) (online)
Dental Surgery (DDS)
Geriatric Dentistry (M.S.) (online)
Orofacial Pain and Oral Medicine
  (M.S.) (online)

**Certificate Programs**
Advanced Endodontics
Advanced Operative and
  Adhesive Dentistry
Advanced Oral and Maxillofacial Surgery
Advanced Orthodontics,
  Craniofacial Biology
Advanced Pediatric Dentistry
Advanced Periodontology,
  Craniofacial Biology
Advanced Prosthodontics
Geriatric Dentistry (online)
Oral Pathology and Radiology (online)
Orofacial Pain
Orofacial Pain (online)

**Email Address**
uscsdadm@usc.edu

Confidential
USC000027219

## USC SCHOOL OF DRAMATIC ARTS
**dramaticarts.usc.edu**

The School of Dramatic Arts is recognized internationally as a leader in dramatic arts education. The School offers conservatory-style artistic training in acting, and dramatic writing, with all the resources of a major university. This close-knit, supportive environment offers students the freedom to explore their artistic passions. Our location, in the center of the entertainment industry, gives the School of Dramatic Arts a distinctive edge among colleges and universities in the United States.

### Degree Programs
Theatre (Acting) (MFA)
Theatre (Dramatic Writing) (MFA)

### Email Address
sdagrad@usc.edu

## ROSSIER SCHOOL OF EDUCATION
**rossier.usc.edu**

The Rossier School offers a range of academic programs that prepare students to start and advance careers as teachers, educational leaders, counselors and educational policy scholars. All programs offer exceptional academic preparation that reflects our guiding principles of accountability, diversity, leadership and learning. We are committed to innovation in all our programs, utilizing the latest technologies and online capabilities to provide students with the tools for success.

### Degree Programs
Educational Counseling (M.E.)
Educational Leadership (EdD)
Global Executive (EdD)
Learning Design and Technology
 (M.E.) (online)
Marriage and Family Therapy (M.M.F.T.)
Multiple Subject Teaching (MAT)
Multiple Subject Teaching (MAT) (online)
Multiple Subject Teaching (part-time MAT)
 (online)
Organizational Change and Leadership
 (EdD) (online)
Postsecondary Administration
 and Student Affairs (M.E.)
School Counseling (M.E.) (online)
Single Subject Teaching (MAT)
Single Subject Teaching (MAT) (online)
Single Subject Teaching (part-time MAT)
 (online)
Teaching English to Speakers of
 Other Languages (MAT-TESOL)

Teaching English to Speakers of
 Other Languages (MAT-TESOL) (online)
Urban Education Policy (PhD)
World Masters in Language Teaching
 (MAT-TESOL)

### Certificate Programs
Special Education (online)

### Email Address
info@rossier.usc.edu

## VITERBI SCHOOL OF ENGINEERING
**gapp.usc.edu**

Consistently ranked among the top graduate engineering programs in the country, the Viterbi School offers a variety of degree options within its eight academic departments. Disciplines range from broad areas such as mechanical engineering and computer science to niche programs in petroleum engineering and informatics. Building on over a century of innovation in research and education, the school is preparing tomorrow's engineering leaders to meet the challenges that affect the quality of life for people around the world.

### Degree Programs
*AEROSPACE AND MECHANICAL ENGINEERING*

Aerospace and Mechanical Engineering
(Computational Fluid and Solid
 Mechanics) (M.S.)
Aerospace and Mechanical Engineering
 (Dynamics and Control) (M.S.)
Aerospace Engineering/Engineering
 Management (M.S.)
Aerospace Engineering (M.S.)
Aerospace Engineering (PhD)
Mechanical Engineering (M.S.)
Mechanical Engineering (PhD)
Mechanical Engineering
 (Energy Conversion) (M.S.)
Mechanical Engineering/Engineering
 Management (M.S.)

*ASTRONAUTICAL ENGINEERING*

Astronautical Engineering (M.S.)
Astronautical Engineering (Engineer)
Astronautical Engineering (PhD)
Systems Architecting and Engineering (M.S.)

*BIOMEDICAL ENGINEERING*

Biomedical Engineering (M.S.)
Biomedical Engineering (PhD)
Biomedical Engineering (Medical Device
 and Diagnostic Engineering) (M.S.)
Biomedical Engineering (Medical Imaging
 and Imaging Informatics) (M.S.)

*CHEMICAL ENGINEERING AND MATERIALS SCIENCE*

Chemical Engineering (M.S.)
Chemical Engineering (PhD)
Materials Engineering (M.S.)
Materials Science (M.S.)
Materials Science (PhD)
Petroleum Engineering (M.S.)
Petroleum Engineering (PhD)
Petroleum Engineering/
 Engineering Management (M.S.)
Petroleum Engineering
 (Geoscience Technologies) (M.S.)
Petroleum Engineering
 (Smart Oilfield Technologies) (M.S.)

*CIVIL & ENVIRONMENTAL ENGINEERING*

Civil Engineering (M.S.)
Civil Engineering (PhD)
Civil Engineering
 (Construction Engineering) (M.S.)
Civil Engineering
 (Construction Management) (MCM)
Civil Engineering
 (Structural Engineering) (M.S.)
Civil Engineering
 (Transportation Engineering) (M.S.)
Civil Engineering
 (Transportation Systems) (M.S.)
Civil Engineering
 (Water and Waste Management) (M.S.)
Engineering
 (Environmental Engineering) (PhD)
Environmental Engineering (M.S.)

*COMPUTER SCIENCE*

Computer Science (M.S.)
Computer Science (PhD)
Computer Science
 (Computer Networks) (M.S.)
Computer Science
 (Computer Security) (M.S.)
Computer Science (Data Science) (M.S.)
Computer Science (Game Development)
 (M.S.)
Computer Science (High Performance
 Computing and Simulations) (M.S.)
Computer Science
 (Intelligent Robotics) (M.S.)
Computer Science
 (Multimedia and Creative Technologies)
 (M.S.)
Computer Science
 (Scientists and Engineers) (M.S.)
Computer Science
 (Software Engineering) (M.S.)

USC000027220

*ELECTRICAL ENGINEERING*
Computer Engineering (M.S.)
Computer Engineering (PhD)
Electrical Engineering (M.S.)
Electrical Engineering (PhD)
Electrical Engineering
   (Computer Networks) (M.S.)
Electrical Engineering (Electric Power)
   (M.S.)
Electrical Engineering/Engineering
   Management (M.S.)
Electrical Engineering (Multimedia and
   Creative Technologies) (M.S.)
Electrical Engineering (VLSI Design) (M.S.)
Electrical Engineering (Wireless Health
   Technology) (M.S.)
Electrical Engineering
   (Wireless Networks) (M.S.)
Financial Engineering (M.S.)

*GREEN TECHNOLOGIES*
Green Technologies (M.S.)

*INDUSTRIAL AND SYSTEMS
ENGINEERING*
Analytics (M.S.)
Engineering Management (M.S.)
Industrial and Systems Engineering (M.S.)
Industrial and Systems Engineering (PhD)
Manufacturing Engineering (M.S.)
Operations Research Engineering (M.S.)
Product Development Engineering (M.S.)
Systems Architecting and Engineering (M.S.)

*INFORMATICS*
Cyber Security Engineering (M.S.)
Communication Informatics (MCI)
Data Informatics (M.S.)
Spatial Informatics (M.S.)

**Certificate Programs**
Astronautical Engineering
Big Data Fundamentals
Health Systems Operations
Network Centric Systems
Petroleum Engineering (Unconventional
Resources)
Smart Oilfield Technologies
Software Architecture
Systems Architecting and Engineering
Transportation Systems

**Email Address**
viterbi.gradprograms@usc.edu

**DAVIS SCHOOL OF GERONTOLOGY**
**gero.usc.edu**
Gerontology is the study of the social,
psychological and biological aspects of aging.
Thanks to gerontological breakthroughs,
improved longevity throughout the world has
created new opportunities in basic science,
health care, human services, government
and many other fields. The oldest school
of its kind in the world, the Davis School of
Gerontology prepares students for a variety
of careers that impact older adults of today
as well as those of tomorrow.

**Degree Programs**
Aging Services Management
   (M.A.S.M.)
Aging Services Management
   (M.A.S.M.) (online)
Biology of Aging (PhD)
Gerontology (M.A.)
Gerontology (M.A.) (online)
Gerontology (M.S.)
Gerontology (PhD)
Long-Term Care Administration
   (M.L.T.C.A.)
Nutrition, Healthspan and Longevity (M.S.)
Nutrition, Healthspan and Longevity
   (M.S.) (online)

**Certificate Programs**
Gerontology

**Email Address**
ldsgero@usc.edu

**GOULD SCHOOL OF LAW**
**gould.usc.edu**
USC Gould has become one of the country's
most prominent law schools, offering an
interdisciplinary legal education guided by
nationally renowned professors and informed
by the diversity of a friendly, smart and collegial
student body. As part of our commitment to
inter-professional education, we offer certificate
programs in business law, entertainment law,
and Alternative Dispute Resolution (ADR),
which prepare students to work in a variety of
practices. Students also can take courses at
many of USC's stellar graduate schools, receive
hands-on experience through our public service
programs and legal clinics, and learn from top
practitioners in the nation's second-largest legal
market. Through rigorous academic training
and practical application of skills, students
acquire the experience necessary to succeed as
leaders in a global environment.

**Degree Programs**
Alternative Dispute Resolution (LLM)
adr@law.usc.edu
Comparative Law (MCL)
mcl@law.usc.edu
Dispute Resolution (MDR)
adr@law.usc.edu
Law (J.D.)
admissions@law.usc.edu
Law (LLM)
llm@law.usc.edu
Law (LLM) (online)
admissions@onlinellm.usc.edu
Studies in Law (MSL)
msl@law.usc.edu

**Certificate Programs**
Business Law (online)
admissions@law.usc.edu
U.S. Legal Studies and Laws
2yearllm@law.usc.edu

**DORNSIFE COLLEGE OF LETTERS,
ARTS AND SCIENCES**
**dornsife.usc.edu**
The academic heart of the university, the
Dornsife College of Letters, Arts and Sciences
offers master's and PhD degrees in over 40
fields of study. Graduate students enjoy the
School's intimate feel, ready access to world-
renowned scholars, the academic support
of leading research institutes, and generous
financial support through fellowships and
assistantships. Dornsife's commitment
to its students continues well after their
graduation, with an outstanding placement
record and the support of the Trojan Family.

**Degree Programs**
*All graduate programs in the College are
under the jurisdiction of the Graduate School.*

*AMERICAN STUDIES AND ETHNICITY*
American Studies and Ethnicity (PhD)
aseinfo@usc.edu

*ANTHROPOLOGY*
Visual Anthropology (MVA)
anthro@dornsife.usc.edu

*ART HISTORY*
Art History (PhD)
arthist@dornsife.usc.edu

*BIOLOGICAL SCIENCES*
Computational Biology and
Bioinformatics (PhD)
Integrative and Evolutionary Biology (PhD)
Biology (Marine Biology and Biological
   Oceanography) (PhD)
Molecular Biology (PhD)

**Email Address**
biodept@dornsife.usc.edu

*CHEMISTRY*
Chemistry (PhD)
Chemistry (Chemical Physics) (PhD)

**Email Address**
chemgrad@usc.edu

USC000027221

## CLASSICS
Classics (PhD)

classics@dornsife.usc.edu

## COMPARATIVE STUDIES IN LITERATURE AND CULTURE
Comparative Studies in Literature and Culture (Comparative Media and Culture) (PhD)

Comparative Studies in Literature and Culture (Comparative Literature) (PhD)

Comparative Studies in Literature and Culture (French and Francophone Studies) (PhD)

Comparative Studies in Literature and Culture (Spanish and Latin American Studies) (PhD)

### Email Address
cslc@dornsife.usc.edu

## EARTH SCIENCES
Geological Sciences (PhD)

earthsci@usc.edu

Ocean Sciences (PhD)

waite@usc.edu

## EAST ASIAN AREA STUDIES
East Asian Area Studies (M.A.)

easc@dornsife.usc.edu

## EAST ASIAN LANGUAGES AND CULTURES
East Asian Languages and Cultures (PhD)

ealc@usc.edu

## ECONOMICS
Economic Developmental Programming (M.A.)

Economics (M.A.)

Economics (PhD)

Quantitative Economics (M.S.)

### Email Address
ponder@usc.edu

## ENGLISH
English (PhD)

fruiz@usc.edu

Creative Writing and Literature (PhD)

cwphd@usc.edu

Literary Editing and Publishing (M.A.)

gotimer@usc.edu

## HISTORY
History (PhD)

history@dornsife.usc.edu

## LINGUISTICS
Linguistics (PhD)

Linguistics (East Asian Linguistics) (PhD)

### Email Address
lingdeptadm-l@mymaillists.usc.edu

## MATHEMATICS
Applied Mathematics (M.A.)

Applied Mathematics (M.S.)

Applied Mathematics (PhD)

Mathematical Finance (M.S.)

Mathematics (M.A.)

Mathematics (PhD)

Statistics (M.S.)

### Email Address
mathinfo@usc.edu

## PHILOSOPHY
Philosophy (PhD)

philosophy@usc.edu

## PHYSICS AND ASTRONOMY
Physics (PhD)

physics@dornsife.usc.edu

## POLITICAL SCIENCE AND INTERNATIONAL RELATIONS
Political Science and International Relations (PhD)

vchavari@usc.edu

## POSTBACCALAUREATE PREMEDICAL PROGRAM
Postbaccalaureate Premedical Program

postbacc@usc.edu

## PSYCHOLOGY
Psychology (PhD)

psychology@dornsife.usc.edu

Applied Behavior Analysis (M.S.)

psychology@dornsife.usc.edu

Applied Psychology (M.S.)

appliedpsychology@usc.edu

Applied Psychology (M.S.) (Online)

appliedpsychology@usc.edu

## RELIGION
Religion (PhD)

religion@dornsife.usc.edu

## SLAVIC LANGUAGES AND LITERATURES
Slavic Languages and Literatures (PhD)

slavic@usc.edu

## SOCIOLOGY
Sociology (PhD)

soci@dornsife.usc.edu

## SPATIAL SCIENCES INSTITUTE
Geographic Information Science and Technology (M.S.) (online)

Population, Health and Place (PhD)

### Email Address
watsonke@usc.edu

### Certificate Programs
Geographic Information Science and Technology (online)

Geospatial Intelligence (online)

Geospatial Leadership (online)

### Email Address
watsonke@usc.edu

## KECK SCHOOL OF MEDICINE OF USC
keck.usc.edu

One of the most prestigious medical schools in the country, the Keck School of Medicine offers students unparalleled opportunities to become leaders and innovators in research, clinical care and health education. Students have access to one of the largest teaching hospitals in the U.S., the Los Angeles County + USC Medical Center. A commitment to combining laboratory research with practical applications propels the School's continued success in meeting the challenges of the 21st century.

### Degree Programs
Medicine (M.D.)

medadmit@usc.edu

Neuroimaging and Informatics (M.S.)

niin@ini.usc.edu

Pain Medicine (MPM) (online)

painmed@usc.edu

Physician Assistant Practice (M.P.A.P.)

uscpa@usc.edu

Programs in Biomedical and Biological Sciences (PIBBS) (PhD)

pibbs@usc.edu

Stem Cell Biology and Regenerative Medicine (M.S.)

scrm@usc.edu

## ANESTHESIOLOGY
Doctor of Nurse Anesthesia Practice (D.N.A.P.)

uscnap@usc.edu

## BIOCHEMISTRY AND MOLECULAR MEDICINE
Biochemistry and Molecular Medicine (M.S.)

biocms@usc.edu

## INTEGRATIVE ANATOMICAL SCIENCES
Integrative Anatomical Sciences (M.S.)

laramire@usc.edu

## MEDICAL EDUCATION
Academic Medicine (M.A.C.M.)

nyquist@usc.edu

Global Medicine (M.S.)

msgm@med.usc.edu

## MOLECULAR MICROBIOLOGY AND IMMUNOLOGY
Molecular Microbiology and Immunology (M.S.)

mmidept@usc.edu

USC000027222

## PATHOLOGY

**Experimental and Molecular Pathology (M.S.)**
pathgrad@usc.edu

### PHYSIOLOGY AND BIOPHYSICS

**Medical Biophysics (MBPH) (M.S.)**
biophys@usc.edu

**Medical Biophysics (MBPH) (PhD)**
biophys@usc.edu

**Medical Physiology (MPHY) (M.S.)**
physiology@usc.edu

### PREVENTIVE MEDICINE

**Applied Biostatistics and Epidemiology (M.S.)**
sfagan@usc.edu

**Biostatistics (M.S.)**
sfagan@usc.edu

**Biostatistics (PhD)**
mtrujill@usc.edu

**Clinical, Biomedical and Translational Investigations (M.S.)**
msclnbio@usc.edu

**Epidemiology (PhD)**
mtrujill@usc.edu

**Health Behavior Research (Preventive Medicine) (PhD)**
barovich@usc.edu

**Molecular Epidemiology (M.S.)**
sfagan@usc.edu

**Public Health (MPH)**
valeriem@usc.edu

**Public Health (MPH) (online)**
ccromero@usc.edu

### TRANSLATIONAL GENOMICS

**Translational Biomedical Informatics (M.S.)**
davidwcr@usc.edu

**Translational Biotechnology (M.S.)**
carollin@usc.edu

## Certificate Programs

**Academic Medicine**
nyquist@usc.edu

**Clinical, Biomedical and Translational Investigations**
msclnbio@usc.edu

**Global Medicine**
msgm@med.usc.edu

**Pain Medicine (online)**
painmed@usc.edu

**Stem Cell Biology and Regenerative Medicine**
scrm@usc.edu

## THORNTON SCHOOL OF MUSIC
**music.usc.edu**

Consistently ranked among the nation's top music schools, USC Thornton offers world-class instrumental and vocal instruction, as well as programs in composition, jazz, film scoring, music industry, teaching and learning, early music and musicology. By blending the rigors of a traditional conservatory-style education with the benefits of a leading research university, USC Thornton offers an impressive range of performance opportunities and a curriculum designed to prepare students for successful careers in the 21st century. Thornton students have unparalleled access to the music and film industries as well as the diverse cultural offerings of Los Angeles.

## Degree Programs

Arts Leadership (M.S.)
Choral Music (M.M.)
Choral Music (DMA)
Community Music (M.M.)
Composition (M.M.)
Composition (DMA)
Contemporary Teaching Practice (M.M.)
Early Music Performance (DMA)
Jazz Studies (M.M.)
Jazz Studies (DMA)
Music (Early Music Performance) (M.A.)
Music (Historical Musicology) (PhD)
Music Industry (M.S.)
Music Teaching and Learning (M.M.)
Music Teaching and Learning (DMA)
Performance (Bassoon) (M.M.)
Performance (Bassoon) (DMA)
Performance (Clarinet) (M.M.)
Performance (Clarinet) (DMA)
Performance (Classical Guitar) (M.M.)
Performance (Classical Guitar) (DMA)
Performance (Double Bass) (M.M.)
Performance (Double Bass) (DMA)
Performance (Flute) (M.M.)
Performance (Flute) (DMA)
Performance (French Horn) (M.M.)
Performance (French Horn) (DMA)
Performance (Harp) (M.M.)
Performance (Harp) (DMA)
Performance (Keyboard Collaborative Arts) (M.M.)
Performance (Keyboard Collaborative Arts) (DMA)
Performance (Oboe) (M.M.)
Performance (Oboe) (DMA)
Performance (Organ) (M.M.)
Performance (Organ) (DMA)
Performance (Percussion) (M.M.)
Performance (Percussion) (DMA)
Performance (Piano) (M.M.)
Performance (Piano) (DMA)
Performance (Saxophone) (M.M.)
Performance (Saxophone) (DMA)
Performance (Studio Guitar) (M.M.)
Performance (Studio Guitar) (DMA)
Performance (Trombone) (M.M.)
Performance (Trombone) (DMA)
Performance (Trumpet) (M.M.)
Performance (Trumpet) (DMA)
Performance (Tuba) (M.M.)
Performance (Tuba) (DMA)
Performance (Viola) (M.M.)
Performance (Viola) (DMA)
Performance (Violin) (M.M.)
Performance (Violin) (DMA)
Performance (Violoncello) (M.M.)
Performance (Violoncello) (DMA)
Performance (Vocal Arts) (M.M.)
Performance (Vocal Arts) (DMA)
Sacred Music (M.M.)
Sacred Music  (DMA)
Screen Scoring (M.M.)

## Certificate Programs

Artist Diploma
Arts Leadership
Music Performance

## Email Address

uscmusic@usc.edu

## USC SCHOOL OF PHARMACY
**pharmacyschool.usc.edu**

Founded in 1905, the School is a premier center for innovative pharmacy practice, cutting-edge drug discovery and development, regulatory science, health outcome analysis and policy development. Training programs include the professional doctor of pharmacy degree (Pharm.D.) and graduate degrees (M.S. and PhD). Clinical training is provided through the Los Angeles County + USC Medical Center, as well as the nearby USC Keck Medical Center, USC/Norris Comprehensive Cancer Center and affiliated hospitals, clinics and agencies. Collectively, our students become vital members of the patient care team and the biomedical research enterprise, improving the health and quality of life for those they serve.

## Degree Programs

**Clinical and Experimental Therapeutics (PhD)**
pharmgrd@usc.edu

**Health Economics (PhD)**
jmccombs@usc.edu

**Healthcare Decision Analysis (M.S.)**
tonm@usc.edu

**Management of Drug Development (M.S.)**
regsci@usc.edu

**Medical Product Quality (M.S.)**
regsci@usc.edu

**Molecular Pharmacology and Toxicology (M.S.)**
pharmgrd@usc.edu

USC000027223

Molecular Pharmacology and Toxicology (PhD)
pharmgrd@usc.edu
Pharmaceutical and Translational Sciences (PhD)
pharmgrd@usc.edu
Pharmaceutical Economics and Policy (M.S.)
jmccombs@usc.edu
Pharmaceutical Sciences (M.S.)
pharmgrd@usc.edu
Pharmaceutical Sciences (PhD)
pharmgrd@usc.edu
Pharmacy (PharmD)
pharmadm@usc.edu
Regulatory Science (M.S.)
regsci@usc.edu
Regulatory Science (D.R.Sc.)
regsci@usc.edu

### Certificate Programs
Clinical Research Design and Management
regsci@usc.edu
Food Safety
regsci@usc.edu
Healthcare Decision Analysis
tonm@usc.edu
Medical Product Quality
regsci@usc.edu
Patient and Product Safety
regsci@usc.edu
Preclinical Drug Development
regsci@usc.edu
Regulatory and Clinical Affairs
regsci@usc.edu

## PRICE SCHOOL OF PUBLIC POLICY
**priceschool.usc.edu**
The Price School of Public Policy fosters the leadership and innovative thinking necessary to solve some of the most critical issues facing society. Students can specialize in public administration, public policy, urban planning, nonprofit leadership and management, real estate development, health administration, leadership, and international public policy and management. Study and practical training prepare students for careers in government, business or the nonprofit sector.

### Degree Programs
Global Public Policy (M.G.P.P.)
Health Administration (MHA)
Health Administration Executive Program (MHA) (online)
International Public Policy and Management (M.I.P.M.)
Leadership (Executive Program) (E.X.M.L.)
Nonprofit Leadership and Management (M.N.L.M.)
Planning (MPL)

Policy, Planning, and Development (D.P.P.D.)
Public Administration (MPA)
Public Administration (MPA) (online)
Public Policy (MPP)
Public Policy and Management (PhD)
Real Estate Development (M.R.E.D.)
Urban Planning and Development (PhD)

### Certificate Programs
Administration of Programs in Long-Term Care
City/County Management
Homeland Security and Public Policy
International Policy and Planning
Management of Ambulatory Care Systems
Nonprofit Management and Policy
Political Management
Public Management
Public Policy
Social Innovation
Social Justice
Sustainable Policy and Planning

### Email Address
uscprice@usc.edu

## DWORAK-PECK SCHOOL OF SOCIAL WORK
**sowkweb.usc.edu**
The USC Suzanne Dworak-Peck School of Social Work ranks among the top social work graduate programs in the nation. The School has made innovation a signature feature of its academic and research enterprise, leveraging technology in education, clinical practice, research and community development, as evidenced through an advanced online platform for distance learning, virtual humans for graduate-level teaching, and a university-based clinic offering mental health services over the Internet. Our instructional programs are rigorous and personalized, with wide-ranging options including the MSW and PhD degrees and post-doctoral appointments.

### Degree Programs
Doctor of Social Work (DSW) (online)
Nursing (MS) (online)
admissions@nursing.usc.edu
Social Work (MSW)
applymsw@usc.edu
Social Work (MSW) (online)
sswvac@usc.edu
Social Work (PhD)
applyphdsw@usc.edu

## USC Bovard College
**bovardcollege.usc.edu**
USC Bovard College's rigorous graduate programs provide professionals with specialized knowledge and skills to advance their careers, in a student-centered and supportive learning environment. Offered in flexible, convenient formats to accommodate busy work schedules, the innovative curriculum at USC Bovard College is designed by some of the most influential minds in their respective professions.

### Degree Programs
For current program offerings, visit **bovardcollege.usc.edu.**

### Email Address
info@bovardcollege.usc.edu

## USC NEUROSCIENCE GRADUATE PROGRAM
**ngp.usc.edu**
The USC Neuroscience Graduate Program (NGP) is the largest and only university-wide PhD program at USC. An NIH-designated T32 Neuroscience Training Program, NGP brings students and faculty together from a variety of academic backgrounds to study questions spanning the spectrum of modern neuroscience research. Combining a varied curriculum, a focus on professional development, grant writing and science communication, the USC Neuroscience Graduate Program provides a highly supportive, research-intensive training experience designed to prepare students for a variety of successful careers.

### Degree Programs
Neuroscience (PhD)
ngp@usc.edu

## DUAL-DEGREE PROGRAMS
USC offers a number of dual degrees that allow students to enroll in two graduate programs simultaneously. Before you consider a dual-degree program, contact each school and/or college to make sure you understand and meet the minimum requirements for admission.

Applicants to dual degree programs must apply separately to each program and be admitted to both programs. Upon completion of the dual degree, two degrees (and two diplomas) are awarded.

Confidential

USC000027224



# Application and Admission



Graduate admission to USC's academic departments and certificate programs is granted by the dean of the school conferring the degree. However, only a letter from the Office of Graduate Admission constitutes an official offer of admission to USC.

To qualify for our graduate programs, applicants need to have received a U.S. bachelor's degree or equivalent from an accredited college or university, and must demonstrate intellectual promise, especially through an evaluation of grade point averages that indicates an ability to do acceptable graduate work.

Applicants must also demonstrate a sufficient level of English proficiency. International students may be required to take the International Student English (ISE) Exam at USC and/or enroll in language courses at USC's American Language Institute. International students can find more information about English proficiency requirements in the next section or at **gradadm.usc.edu/lightboxes/ international-students-english- proficiency**.

Application materials must include complete records of all previous college or university work. Please refer to the USC *Catalogue* at **catalogue.usc.edu** for complete details and requirements for the Graduate School and for academic departments.

For more information about the application and admission process, please visit **gradadm.usc.edu**.

Confidential



**BEFORE YOU APPLY**

Before you begin your application to USC, please make sure to read all the application instructions carefully. While you will be able to add to certain elements of the application (such as test scores) post-submission, you will not be able to make revisions once the application has been submitted. Submitting incorrect information on your application or failing to include important details can delay the admission process.

You should also use the months leading up to the deadline to complete the following steps:

**Review program deadlines**

Since application deadlines vary by program, be sure to confirm your intended program's deadline to ensure that you apply on time. Some programs may require you to submit only your application by the deadline. Others may require all materials to be received by that date. Please plan accordingly.

**GRE/GMAT**

Schedule the GRE or GMAT as per your program requirement. Your scores are considered valid only if earned within five years to the month of your intended first term at USC (for example, no earlier than August 1 five years prior if applying for the fall term).

**Resumé/Curriculum Vitae**

There is no "right" approach to structuring your resumé/CV when updating it to apply for graduate school. However, it is a good idea to take some time to identify the skills and achievements you would like to highlight for your graduate program and structure the document accordingly.

**Recommendation Letters**

Identify potential recommenders and let them know that you would like them to write a recommendation for you.



Confidential

USC000027226



**Review Country-Specific Requirements (For International Students)**

Review our checklist to determine USC's transcript requirements for your country of study, and whether or not you are required to submit English-language proficiency scores. You can access the checklist at **gradadm. usc.edu/lightboxes/international-students-country-requirements**.

**APPLYING**

**Complete Online Application**

After you have read all instructions carefully, please complete our online graduate application for your intended program at **gradadm.usc.edu/ lightboxes/us-students-about-application.** Please note, you may apply to no more than three programs per term. Applications to additional programs in a single term will not be considered.

**Upload Your Transcript(s)**

It is strongly recommended that you upload copies of your official transcript(s) as part of your application. Unofficial transcripts from student portals, that do not have an official signature or letterhead, are not acceptable.

**Pay Your Application Fees**

The application fee is $90 for all graduate programs, except those offered by the Marshall School of Business ($155) and the International Academy's Pre-Master's program ($175). We accept payments via Visa, MasterCard and Discover card.

**Fee Waivers:** Students may request a fee waiver on the online application. However, you will not be able to submit the completed application until the request is approved and you receive an email acknowledgment allowing you to skip the payment page. You will be asked to submit supporting documents to verify your eligibility. Please visit **gradadm.usc. edu/lightboxes/us-students-fee-waivers** to find out if you are eligible for a fee waiver.

**Provide Program Materials**

In addition to transcripts and test scores, most USC graduate programs require supplemental materials for admission review. These materials may include (but are not limited to) items such as a statement of purpose, recommendations, writing samples, creative portfolio, etc. Supplemental materials are reviewed by the department only, not the Office of Graduate Admission.

Please refer to the homepage of your intended graduate department, as well as the instructions on the "Program Materials" quadrant on our online application, to verify which supplemental materials are needed and how to submit them. In most cases, they can be submitted via the online application.

Some programs may require that you submit your supplemental materials via Slideroom. You will receive instructions on our application or directly from your department if this is the case. If the materials need to be mailed, the postal address will be given on the department website. (This is usually not the same address to which you send your transcripts.)

Please contact your intended graduate program with any questions regarding supplemental materials.



USC000027227



## After You Apply

You will receive your 10-digit USC ID via email within two to three business days after you submit your online application. Please keep this ID on record and make sure to include it in all your communication with USC. You will also need to include it when mailing any documents to the university.

**PLEASE NOTE:** Your 10-digit USC ID is different from the USC CAS ID you will receive when you begin your application. The USC CAS ID is required only for technical support during the application process and is not issued by the university.

**Submit Your Official Transcripts**

It is highly recommended that you upload copies of all your academic records as part of your application. However, you must also submit your official transcripts to USC. For detailed instructions, please visit **gradadm. usc.edu/lightboxes/international-students-transcript-requirements**.

**Submit Your Official GRE/GMAT Scores**

While you are required to report your scores on the application, you must also request that test providers send your scores to USC. USC's ETS school code is 4852. Applicants sending any tests administered by ETS, such as the GRE, should use this code to ensure

that USC receives your official test results. No department code is required.

If you are sending GMAT scores, please select "University of Southern California" from the list of schools available for official score submission. Please check with your intended program to determine the program code for the GMAT.

**Submit English Language Test Scores (For International Students)**

International students applying to graduate programs at USC are expected to demonstrate adequate English-language proficiency. USC does not set minimum scores for admission purposes. Scores are

used for placement purposes only to determine if an admitted student will need to take the International Student Examination (ISE) upon arrival at USC. To learn more about how to satisfy this requirement, visit **gradadm.usc.edu/lightboxes/international-students-english-proficiency**.

**Submit Your Financial Document(s) and Passport Copies (For International Students)**

Students who are not U.S. citizens or permanent residents must have an appropriate visa in order to study at USC. If you plan to apply for an F-1 or J-1 visa, you must submit proof of adequate financial support and a copy of your passport. You must also

Confidential

submit passport copies for your dependents if they will be travelling with you to USC during your studies.

While it is not necessary to submit your financial documents and a copy of your passport for your program to review your application, we highly recommend doing so early during the application process. Should you be admitted to USC, this will help prevent possible delays in certifying your intent to enroll and receiving your I-20/DS-2019.

To learn more about our costs, financial document submission guidelines and immigration procedures, please visit **gradadm. usc.edu/lightboxes/international- students-financial-documentation**.

It is possible that you do not need an F-1 or J-1 visa to attend USC. To determine if you are exempt, please visit **gradadm.usc.edu/lightboxes/ international-students-exceptions**.

**Track Your Application Status**
Our admission processing center receives a high volume of materials during the peak admission period (November through May). During these months, please allow approximately 15 business days from the date of receipt of your academic records to process these documents and match them to your application in our database.

Graduate applicants are responsible for properly submitting all items required for review and responding promptly to requests for additional materials or information. Once you submit your application, all notifications regarding missing transcripts and other materials

### DIFFERENCES BETWEEN THE F-1 AND J-1 VISA

A majority of international students attend USC on an F-1 visa, while a smaller number of students study on a J-1 visa. Please review the table below to determine which visa would be more appropriate for you:

| VISA TYPE | F-1 | J-1 |
|---|---|---|
| **Document** (provided by USC) for visa application | I-20 | DS-2019 |
| **Funding** | Private (personal or family) or organization/government. | Must be majority-sponsored by an organization/government. |
| **On-campus Employment** | Part-time for 20 hours or less during the academic year; full-time during holiday breaks. | Part-time for 20 hours or less during the academic year. |
| **Off-campus Employment** | May be eligible for Curricular Practical Training (CPT) pending approval from academic advisor. Eligible for 12-month post-graduation Occupational Training (OPT). | 18-36 months of academic training post-graduation. |
| **Dependents** | Cannot seek employment; eligible to pursue part-time study. | Can apply for employment authorization; eligible to pursue full- or part-time study. |

required to complete our evaluation will be emailed to you. Therefore, it is important that you regularly check the email address you provided on the application.

**Please note:** You will not receive confirmation emails when specific materials have been received. You will receive an email if we require additional materials.

**View Your Decision**
While the Office of Graduate Admission processes all graduate applications, admission decisions are ultimately made by the program to which you have applied. The length of time required to make a decision varies by the program, type of degree, as well as the size of the applicant pool. Most applicants to the fall term receive decision notifications

by June. Most applicants to the spring term receive decision notifications by December.

When you receive your decision notification, follow the instructions on the email to register for and view your decision at **you.usc.edu**.



USC000027229



**University of Southern California**
**Office of Graduate Admission**
**Los Angeles, CA 90089-0915**
**(213) 740-1111**
**gradadm.usc.edu**

The University of Southern California admits students of any race, color, national origin, ancestry, religion, gender, sexual orientation, age, physical disability or mental disability to all the rights, privileges, programs, and activities generally accorded or made available to students at the school. It does not discriminate on the basis of race, color, national origin, ancestry, religion, gender, sexual orientation, age, physical disability or mental disability in the administration of its educational policies, admissions policies, scholarship and loan programs, and athletic and other school-administered programs. The University's full nondiscrimination policy can be found on the Web at policies.usc.edu and other school-administered programs.

In compliance with Section 504 of the Federal Rehabilitation Act, the university provides reasonable accommodations for students with disabilities. The university's Section 504 Coordinator is the USC Office of Equity and Diversity. For more information, contact the 504 Coordinator at oed@usc.edu or visit equity.usc.edu.

Confidential

USC000027230