# Exhibit 6



# SCAMPUS

# The USC Student Handbook

# 2018-19

USC000001357

SCampus: The USC Student Handbook
2018-19

# TABLE OF CONTENTS

**PART A. GENERAL POLICY STATEMENTS** ............................................................................... 6

SECTION 1 UNIVERSITY GOVERNANCE ............................................................................... 6

SECTION 2 POWER OF THE BOARD ...................................................................................... 6

SECTION 3 STATEMENT OF STUDENT RIGHTS & RESPONSIBILITIES ............................................. 7
  *Subsection I Relationship to the Institution* ....................................................................... 7
  *Subsection II Student/Faculty Relations* ............................................................................ 8
  *Subsection III Student Affairs* ....................................................................................... 10

SECTION 4 EQUAL OPPORTUNITY, AFFIRMATIVE ACTION, AND NON-DISCRIMINATION ................... 12
  *Subsection I Policy* ................................................................................................... 12
  *Subsection II Equal Access for Students with Disabilities* .................................................... 13

SECTION 5 PRINCIPLES OF COMMUNITY ............................................................................. 15

SECTION 6 CODE OF ETHICS ........................................................................................... 15

SECTION 7 DEPARTMENT OF EDUCATION COMPLIANCE .......................................................... 15

**PART B. UNIVERSITY STUDENT CONDUCT CODE** ........................................................... 17

SECTION 10 GENERAL DISCIPLINARY PRINCIPLES ................................................................ 17
  *Subsection 10.05 Disciplinary Authority* ......................................................................... 17
  *Subsection 10.10 Basic Principles* ................................................................................. 17
  *Subsection 10.20 Summary of Student Conduct Code Review Process* ...................................... 20
  *Subsection 10.30 Student Procedural Protections* .............................................................. 21

SECTION 11 BEHAVIOR VIOLATING UNIVERSITY STANDARDS AND APPROPRIATE SANCTIONS ............. 22

SECTION 12 STUDENT CONDUCT REVIEW ........................................................................... 33
  *Subsection 12.01 Complaints* ...................................................................................... 33
  *Subsection 12.02 Complaint through Other Channels* ......................................................... 33
  *Subsection 12.03 Contents of a Complaint* ...................................................................... 33
  *Subsection 12.04 Timing of Complaints* .......................................................................... 34
  *Subsection 12.05 Intake and Initial Fact-Finding* .............................................................. 34
  *Subsection 12.06 Overview of Student Conduct Reviews* ...................................................... 34
  *Subsection 12.10 Administrative Reviews* ........................................................................ 34
  *Subsection 12.13 Residential Education Review* ................................................................ 35
  *Subsection 12.14 Other Review Systems* .......................................................................... 35
  *Subsection 12.40 Adjudicatory Procedures* ...................................................................... 35
  *Subsection 12.60 Disciplinary Records* ........................................................................... 37

SECTION 13 ACADEMIC INTEGRITY REVIEW ........................................................................ 37
  *Subsection 13.10  Graduate Students* ............................................................................. 37
  *Subsection 13.20 Undergraduate Students* ...................................................................... 39

SECTION 14 ADMISSIONS VIOLATION REVIEW ..................................................................... 41

SECTION 15 APPEALS PROCESS ....................................................................................... 41

SECTION 16 STUDENT CONDUCT RECORDS ......................................................................... 43

APPENDIX A ACADEMIC DISHONESTY SANCTION GUIDELINES .................................................. 44

ii

USC000001358

SCampus: The USC Student Handbook
2018-19

APPENDIX B REPORT OF ACADEMIC INTEGRITY VIOLATION...........................................................44

**PART C. ACADEMIC POLICIES** ...............................................................................................**45**

SECTION 1 CLASS NOTES POLICY .........................................................................................45

SECTION 2 DISPUTED ACADEMIC EVALUATION PROCEDURES ...............................................45
*Subsection I Schools Organized by Departments* ...............................................................*45*
*Subsection II Schools Not Organized by Departments* .......................................................*46*
*Subsection III Schools with Certain Professional Degrees* .................................................*46*
*Subsection IV Graduate Students Who Have Been Dismissed from an Academic Program* ...............*47*

SECTION 3 GENERAL ACADEMIC PETITIONS ........................................................................47
*Subsection I Registration-related Exceptions*......................................................................*47*
*Subsection II Degree Requirement-related Exceptions* ........................................................*49*
*Subsection III Exceptions to the Dornsife College of Letters, Arts and Sciences Limits on Units in the*
*Major or Limits on the College Basic Requirement* .............................................................*50*
*Subsection IV Grading Issues* .............................................................................................*50*

SECTION 4 TIMELINE FOR DEGREE PROGRESS......................................................................51

SECTION 5 HEALTH LEAVE OF ABSENCE..............................................................................52

SECTION 6 STUDENT EDUCATION RECORDS..........................................................................52

SECTION 7 FALSIFICATION OF FINANCIAL AID INFORMATION ..............................................54

**PART D. FREE EXPRESSION AND DISSENT**..............................................................................**56**

SECTION 1 POLICY.............................................................................................................56

SECTION 2 REASONABLE TIME, PLACE, AND MANNER..........................................................56

SECTION 3 GUIDELINES FOR CAMPUS DEMONSTRATIONS .....................................................58

SECTION 4 ADVERTISING, PROMOTION, AND LITERATURE DISTRIBUTION ............................59
*Subsection I Advertising*....................................................................................................*59*
*Subsection II General Regulations* .....................................................................................*59*
*Subsection III Publicity* .....................................................................................................*60*

SECTION 5 LITERATURE AND PUBLICATION DISTRIBUTION ..................................................62
*Subsection I General Regulations* .......................................................................................*62*
*Subsection II Violations*.....................................................................................................*62*
*Subsection III Responsibility for Content* ...........................................................................*63*
*Subsection IV Helpful Hints* ..............................................................................................*63*

SECTION 6 SOLICITATIONS BY OFF-CAMPUS PERSONS..........................................................64
*Subsection I General Regulation* ........................................................................................*64*
*Subsection II Considerations in Issuing Permits* .................................................................*64*
*Subsection III Displaying Permits* ......................................................................................*65*
*Subsection IV Prohibited Solicitation*.................................................................................*65*
*Subsection V Sanctions*......................................................................................................*65*

SECTION 7 STUDENT ORGANIZATION LOGOS POLICY ..........................................................66

USC000001359

**PART E. SEXUAL, INTERPERSONAL, AND PROTECTED CLASS MISCONDUCT** ...................68

**PART F. OTHER UNIVERSITY POLICIES** .......................................................................69

SECTION 1 COMPUTING ...................................................................................................69

SECTION 2 UNIVERSITY EMAIL NOTIFICATIONS TO STUDENTS ...........................................69

SECTION 3 STUDENT WEBSITE DISCLAIMER ......................................................................69

SECTION 4 ALCOHOL AND OTHER DRUGS .........................................................................70
  *Subsection I Alcohol Policy*..............................................................................................70
  *Subsection II Alcohol and Event Planning* .......................................................................71
  *Subsection III Drug Policy*...............................................................................................71
  *Subsection IV Violation of Alcohol and Drug Policy* ........................................................71
  *Subsection V Assistance*..................................................................................................72

SECTION 5 SMOKE-FREE CAMPUS ....................................................................................72

SECTION 6 STUDENT HEALTH INSURANCE REQUIREMENT ..................................................73

SECTION 7 STUDENT RELEASES ........................................................................................73

SECTION 8 TROJAN SPIRIT CODE GUIDELINES....................................................................73

SECTION 9 BICYCLES .......................................................................................................74

SECTION 10 MOTORSCOOTERS/MOTORCYCLES .................................................................77

SECTION 11 COASTING DEVICES .......................................................................................78

SECTION 12 MISSING STUDENT NOTIFICATION ..................................................................79

SECTION 13 MANDATORY ONLINE TRAINING COURSES.......................................................79

SECTION 14 ONLINE STUDENTS ........................................................................................80

**PART G. STUDENT ORGANIZATIONS** ..........................................................................81

SECTION 1 RECOGNITION OF STUDENT ORGANIZATIONS ....................................................81
  *Subsection I Privileges*....................................................................................................81
  *Subsection II Responsibilities*..........................................................................................82
  *Subsection III Recognition Process*..................................................................................82
  *Subsection IV Unrecognized Organizations* .....................................................................83

SECTION 2 GROUP RESPONSIBILITY FOR STUDENT ORGANIZATIONS ..................................84

SECTION 3 STUDENT-LED INTERNATIONAL TRAVEL ..........................................................85
  *Subsection I Overseas Roster* ..........................................................................................86
  *Subsection II Coordinators and Advisers* ........................................................................86
  *Subsection III Required Forms*........................................................................................88
  *Subsection IV Travel Insurance*.......................................................................................89
  *Subsection V Restrictions on Destinations* .......................................................................89
  *Subsection VI Overseas Emergency Response Plans* .........................................................89
  *Subsection VII Student Behavior*.....................................................................................89
  *Subsection VIII Contractual Agreements* .........................................................................89

USC000001360

SCampus: The USC Student Handbook
2018-19

SECTION 4 FACILITIES .......................................................................................................90
  Subsection I General Policies..........................................................................................90
  Subsection II Reserving Venues.......................................................................................90
  Subsection III Programming Venues.................................................................................91
  Subsection IV Sound Amplification Policy .....................................................................92
  Subsection V Reservation Procedures..............................................................................93
  Subsection VI Classrooms ................................................................................................93
  Subsection VII Filming ....................................................................................................93
  Subsection VIII Cancellation of Scheduled Events .........................................................93
  Subsection IX Violations..................................................................................................94

SECTION 5 CAMPING ........................................................................................................94

SECTION 6 SOCIAL EVENTS ..............................................................................................95

SECTION 7 SALES & FUNDRAISING ...................................................................................96
  Subsection I Prohibited Activities....................................................................................96
  Subsection II Process .......................................................................................................96
  Subsection III Non-Profit Collections .............................................................................97
  Subsection IV Raffles or Lotteries ..................................................................................97
  Subsection V Free Drawings............................................................................................97
  Subsection VI Silent Auction...........................................................................................98
  Subsection VII Student Organization Co-Sponsorship....................................................98
  Subsection VIII Misrepresentation (Fronting) ................................................................98
  Subsection IX Vendors.....................................................................................................99
  Subsection X USC Emblem Products ..............................................................................99
  Subsection XI Conflict of Interest ...................................................................................99
  Subsection XII Campus Tour Policies ...........................................................................100

SECTION 8 HAZING .........................................................................................................100
  Subsection I Compliance with Applicable Rules ..........................................................100
  Subsection II Policy Statement ......................................................................................100
  Subsection III Prohibition of Hazing.............................................................................100
  Subsection IV Reporting Hazing....................................................................................101
  Subsection V Loss of Recognition and Probation for Student Organizations ...............102

**PART H. SAFETY** .......................................................................................................**103**

SECTION 1 DEPARTMENT OF PUBLIC SAFETY ..................................................................103

SECTION 2 MANDATORY FEDERAL REPORTING & CAMPUS CRIME STATISTICS ...............103
  Subsection I Clery Act ...................................................................................................103
  Subsection II Campus Security Authorities ...................................................................103
  Subsection III Housing and Residential Education ........................................................104
  Subsection IV More Information ....................................................................................104

SECTION 3 PREPAREDNESS ..............................................................................................104

v

USC000001361

SCampus: The USC Student Handbook
2018-19

## A. General Policy Statements

1. University Governance

   As a private corporation, USC is governed by a Board of Trustees. The Board is a self-perpetuating body, electing one-fifth of its members each year for a five-year term of office. The trustees delegate certain powers to the administration of the university and serve as the ultimate decision-making body.

   The President is the chief executive officer of USC.  The President carries out policies established by the trustees and, in doing so, has the power to delegate this authority to the officers of the university.

   The Academic Senate, Undergraduate Student Government, Graduate Student Government and the Staff Assembly serve as consultative bodies for the President and the administration, preparing studies and reports and making recommendations directly to the president on matters pertinent to the functioning of the university.

   Students, faculty, staff and administrators serve on university committees, which provide advice and counsel to the President and administration on a broad variety of matters related to the operation of the university.

   Nominations for membership are made usually during the spring semester. Appointments are made by the President of the university. Information and applications for committee membership are available in the Undergraduate Student Government office, Ronald Tutor Campus Center 224, (213) 740-5620, or the Graduate Student Government office, Ronald Tutor Campus Center 224, (213) 740-5649.

   Departmental and divisional committees and councils exist in many academic units. Information is available through each particular office. In addition, many of the non-academic offices on campus, such as the Engemann Student Health Center, have organized student advisory boards to voice opinions and participate in program development. The appropriate office or department should be contacted for this information.

2. Power of the Board

   WHEREAS, the University of Southern California, like other independent and private universities, is financed primarily by charitable contributions and grants as well as by tuition, fees and contracts; and

   WHEREAS, as a private institution, the university admits students selectively and students who elect this university recognize that their admission and continuance is in the nature of a privilege and not a right; and

   WHEREAS, the powers of this corporation are exercised, its property controlled and its affairs conducted by this Board of Trustees, pursuant to the laws of the State of California, the Articles of Incorporation of the University and the by-laws of the university;

   NOW, THEREFORE, BE IT RESOLVED, that the Board of Trustees, acting through its officers, has both the right and responsibility to and hereby does affirm its final authority over the on-going

USC000001362

institution, and nothing in the Statement of Student Rights and Responsibilities or any other policy pertaining to any subject promulgated by this board shall be construed as in any way abridging the basic powers, rights and responsibilities of this board.

Adopted by the Board of Trustees

3.   Statement of Student Rights and Responsibilities

<u>Preamble</u>
Students, faculty and administrative officials at the University of Southern California, as members of the academic community, fulfill a purpose and a responsibility. The purpose is the humane and critical examination of major issues of social, political, economic, ethical and aesthetic importance which have in the past confronted, and which will in the coming years constantly confront, the society as a whole.

The responsibility is to understand the spectrum of viewpoints on an issue, and, equally, to be actively involved in the solution of the problems these issues delineate.

The university must, therefore, provide an optimal learning environment, and all members of the university community have a responsibility to provide and maintain an atmosphere of free inquiry and expression. The relationship of the individual to this community involves these principles:

1. The fundamental human rights of others;
2. The rights of others based upon the nature of the educational process;
3. The rights of the institution.

Each member of the campus has the right to organize and maintain their own personal life and behavior, so long as it does not violate the law or agreements voluntarily entered into and does not interfere with the rights of others or the educational process.

Each member has the right to identify themselves as a member of the campus but has a concurrent obligation not to speak or act on behalf of the institution without authorization. Every member of the academic community shall enjoy the rights of free speech, peaceful assembly and the right of petition.

I.   Relationship to the Institution

a.   Non-Discrimination
See Section A.4. Equal Opportunity

b.   Student Participation in the University Government
As members of the academic community, students are free, individually and collectively, to express their views on issues of university policy and on matters of interest to the student body. The student body shall have clearly defined means to participate in the formation and application of university policy affecting academic and student affairs. The actions of the student government within the areas of its jurisdiction shall be reviewed only through orderly, prescribed procedures. Students shall maintain professional standards of discretion concerning information gained about other students and members of the academic community in the course of active participation in university affairs.

USC000001363

SCampus: The USC Student Handbook
2018-19

   c.   **Student Right To Be Informed**
All students shall have the right of free access to statements of policy which affect the student body. The university shall have the corresponding responsibility to publish or in other ways make known, those policies which vitally affect students.

   d.   **Financial Matters**
The student has a right to a full statement of tuition and fees for which he or she is liable and to be informed, as extensively as possible, how such monies are spent. Fees which students, through the student government, impose on themselves, shall be allocated by students within governmental and university policies and regulations.

   e.   **Political Activity**
Students have the same rights as any individual to engage in political activity either individually or in groups. However, the university will not permit its name or emblems to be used by any person in connection with a campaign, or its campus, facilities or equipment to be used for campaign activities. Nothing in this policy statement is intended to prohibit candidates or others from making public addresses on campus pursuant to campus policies and procedures or the traditional activities of recognized campus organizations.

   f.   **Utilization of Campus Facilities**
The university has the responsibility to provide students the use of campus facilities according to campus regulations. The university reserves the right to prohibit individuals and groups who are not members of the campus from using its name, finances, or physical and operating facilities for commercial activities. (See Section G.4 Facilities.)

   g.   **Authorized Search of University Premises**
In university-controlled housing and offices, the university reserves the right to have its authorized agents or employees enter the premises to make necessary inspection for services, maintenance and repairs. Authorized agents or employees may enter the premises any time for the security of resident(s) or for other emergency reasons.

II.   Student/Faculty Relations

Because the university is essentially an academic community in which students and faculty are co-participants, both must conduct themselves in a manner conducive to the welfare of such a community and to the free interchange of information and ideas without which that community cannot exist. The nourishment of that sense of community bestows certain rights and responsibilities upon the members of that community.

(The latest editions of the *USC Catalogue,* catalogue.usc.edu, *Schedule of Classes* classes.usc.edu, and the *Faculty Handbook,* policy.usc.edu/faculty, contain many current academic policies and procedures.)

   a.   Rights

8

USC000001364

i.  *Protection of Freedom of Expression* Students shall be free to take reasoned exception to the data or view offered in any course of study and to reserve judgment about matters of opinion.

ii.  *The Importance of Teaching* Teaching plays a primary role in the advancement of learning. Therefore, students have a legitimate concern about the nature and quality of instruction, and their evaluation of teaching shall be a criterion considered in faculty promotion and tenure. Students should know that faculty are required to meet with their classes as part of their academic responsibility (see Faculty Handbook, policy.usc.edu/faculty/ ). Freedom to teach and to learn implies that faculty members have the right to determine the specific content of their courses, within the established course definitions, and the responsibility not to depart significantly from their areas of competence or to divert significant time to material extraneous to the subject matter of their courses.

iii.  *Protection Against Improper Evaluation* Students shall have protection through orderly procedures against prejudiced or capricious academic evaluation. The method of grading by professors shall be made known to students. Students can expect that faculty will be willing to explain and discuss any grade, and students have the right to appeal any grade. (See Section C.2. Disputed Academic Evaluation Procedures, and the Faculty Handbook online at policy.usc.edu/faculty/ )

iv.  *Protection Against Improper Disclosure* Information about students' views, beliefs, political associations, performance and character, which professors and administrators acquire in the course of their work as instructors, advisers and counselors shall be held in confidence.

v.  *Assurance of Accessibility* Because the interchange of ideas between student and professor is of the utmost importance, and because such interchanges are often most productive informally, the university shall provide for student access to members of the faculty in appropriate settings outside the classroom.

b.  Responsibilities

i.  *Freedom of Expression* As students are free to take reasoned exception to the data or views offered in any course of study, so students are expected to respect the intellectual views of faculty and the reasoned process of academic debate.

ii.  *The Importance of Teaching* As faculty are required to meet with their classes, students are expected to attend classes and to observe courtesy toward their instructors and their fellow students.

iii.  *Standard of Performance* Students share responsibility for maintaining standards of academic performance and classroom conduct conducive to the learning process. It is the responsibility of the student to uphold the academic integrity of the university. Cheating on examinations, plagiarism, improper acknowledgment of sources in essays, and the use

USC000001365

of a single essay in more than one course are considered very serious offenses and shall be grounds for disciplinary action. (See Part B. University Student Conduct Code)

iv.   *Student Participation in Faculty Evaluation* In faculty evaluation, students have the responsibility to perform such evaluation according to academic criteria and not on the basis of opinions or conduct in matters unrelated to academic performance.

## III.   Student Affairs

As members of the academic community, students bring to the campus a variety of interests. They shall be free to organize and join campus associations to promote their common interests.

a.   Freedom of Inquiry and Expression

i.   Students and student organizations shall be free to examine and discuss all questions of interest to them and to express opinions publicly and privately. They shall be free to support causes by all orderly means, which do not disrupt or substantially interfere with the regular and essential operations and activities of the university, since such disruption or substantial interference violates the responsible exercise of free inquiry and expression. Students and organizations shall make it clear to the academic and larger communities that in their public expressions they speak only for themselves.

ii.   Students believing that their right to freedom of inquiry and expression has been abridged may present the issue to the Office of the Vice President for Student Affairs. (See Part D. Free Expression and Dissent.)

iii.   The distribution of literature is an integral part of expression and of support for a cause. Rules governing such distribution shall ensure the maximum degree of freedom, which is consistent with the regular and orderly operations of the university and the rights of students. (See Section D.5 Literature and Publications Distribution.)

b.   Student Participation in Student Governments

The Undergraduate Student Government and the Graduate Student Government are the official representative student governments of the University of Southern California with power to make studies, reports and recommendations to the President of the university in any and all matters pertaining to the well-being of the student body. The role of the student government within the areas of its jurisdiction shall be reviewed by the university administration only through orderly procedures and channels.

c.   Student Publications

The university shall provide editorial freedom for student publications to maintain their integrity as vehicles for free inquiry and free expression in the

USC000001366

academic community. The editorial freedom of student editors and managers entails a responsibility to abide by the canons of responsible journalism. Libel, indecency, undocumented allegations, attacks on personal integrity and the techniques of harassment and innuendo shall be considered violation of those canons. As safeguards for the editorial freedom of student publications, the following provisions are guaranteed:

    i.    The student press shall be free of censorship and advance copy approval, and its editors and managers shall be free to develop their own editorial policies and patterns of news coverage.

    ii.    All university-published and/or -financed student publications shall state explicitly on the editorial page that the opinions expressed are not those of the university or its student body as a whole.

    iii.    Editors and managers of student publications shall be protected from arbitrary suspension and removal because of student, faculty, administrative or public disapproval of editorial policy or content. Only for proper and stated causes can editors be subject to removal, and then by orderly and prescribed procedures.

    d.    Freedom of Association

    i.    The university has the right to recognize student organizations and to withdraw recognition for failure to abide by campus regulations and federal, state and municipal laws and regulations.

    ii.    Student organizations shall be allowed to invite and to hear any person of their choosing in accordance with recognized university speaker procedures, required by the university before the guest speaker is invited to appear on campus. Such procedures shall be designed only to ensure that there is orderly scheduling of facilities and adequate preparation for the event. Control of campus facilities shall not be used as a device of censorship. Sponsoring organizations shall make clear to the academic and larger communities that sponsorship of guest speakers does not imply approval or endorsement of the views presented, either by the sponsoring group or the university.

    iii.    The membership, policies and action of a student organization shall generally be determined by a vote of only those persons who are bona fide members of the university community and of that organization.

    iv.    Affiliation with an extramural organization shall not of itself disqualify a student organization from university recognition.

    v.    When student organizations are encouraged to have advisers, or when campus advisers are required, each organization shall be free to choose its own adviser. Institutional recognition shall not be withheld or withdrawn solely because of the inability of a student organization to obtain an adviser. Campus advisers may advise organizations in carrying out their responsibilities, but they shall not have the authority to control the policies or finances of such organizations.

USC000001367

SCampus: The USC Student Handbook
2018-19

    vi.    Student organizations, including those affiliated with an extramural organization, shall be open to all students without respect to race, color, national origin, ancestry, religion (except for those religious qualifications which may be specified by organizations whose aims are primarily sectarian), sex, gender, gender identity, gender expression, sexual orientation, age, physical disability, medical condition, mental disability, marital status, pregnancy, veteran status, genetic information, and any other characteristic which may be specified in applicable laws and governmental regulations,. (Consult the Office of the Vice President, Student Affairs, for the provisions of Title VI and IX.)

    vii.    Student organizations capable of maintaining financial autonomy shall be allowed to do so. Provision by the university for handling budgets and accounts, banking and other financial services shall in no way indicate a prerogative on the part of the university to control funds, except through prescribed procedures designed to redress justified grievances or uphold university regulations.

    viii.    Student organizations, in consultation and coordination with the university, may publicize their events and solicit participation in them from the university and outside community. (See Part G. Student Organizations.)

(Portions of this section excerpted from the AAUP's Joint Statement on Rights and Freedoms of Students)

Adopted by the Board of Trustees, subject to the resolution on Power of the Board. It has been updated to reflect current policies.

4.    Equal Opportunity, Affirmative Action, and Non-Discrimination

    I.    Policy

The University of Southern California is an equal opportunity, affirmative action educator and employer, proudly pluralistic and firmly committed to providing education and employment opportunities to outstanding, qualified individuals with diverse backgrounds and experience. The university strives to maintain a welcoming community in which all its members may live, work and learn in peace and dignity, be proud of who they are, and have equal opportunity to realize their full potential as individuals and members of society. To this end, the university places great emphasis on those values and virtues that bind us together as human beings and members of the Trojan Family. The university enthusiastically supports the principles of affirmative action and equal opportunity in their entirety, and expects that every person associated with the university will give continuing support to its implementation.

The university is committed to complying with all applicable laws and  regulations - at all levels of government - that prohibit discrimination against, or  mandate special consideration be given to, applicants for admission or employment, or current faculty, staff or students, on the basis of any protected characteristic. This commitment applies to all the university's educational programs and activities including admissions, as well as

USC000001368

SCampus: The USC Student Handbook
2018-19

all employment actions including but not limited to recruiting, hiring, promotion, demotion, compensation, benefits, transfers, layoffs, return from layoff, provision of leaves, training, education, tuition assistance, and other programs.

The university prohibits students, employees, contractors, volunteers, and visitors (collectively, "community members") from engaging in discrimination and harassment based on any individual's age, ancestry, citizenship, color, physical or mental disability, gender expression, gender identity, genetic information, marital status, medical condition, military status, national origin, pregnancy, race, religion, sex, sexual orientation, protected veteran status, or any other basis protected by applicable laws or regulations. The university also prohibits community members from engaging in sexual assault, non-consensual sexual contact, sexual misconduct, intimate partner violence, stalking, and violations of temporary administrative actions.

Retaliation by university community members is also prohibited, including intimidation, threats, or coercion, where the retaliation is because any students, employees, or applicants for employment or academic admission have objected to discrimination, engaged or may engage in filing a complaint, assisted in a review, investigation, or hearing, or have otherwise sought to exercise their rights under any federal, state, or local equal employment opportunity law.

The university makes good faith effort towards compliance with all state and federal laws and regulations prohibiting discrimination in education or employment, even when relevant laws and regulations conflict with each other, or where obligations may be vague or otherwise unclear. Beyond mere compliance, the university strives to develop and implement best practices regarding non-discrimination and equal opportunity and access in both education and employment.

All students, staff, faculty, vendors, and contractors associated with USC must adhere to this policy and are encouraged to assist the university's efforts in support of non-discrimination and equal opportunity and access.

II.   Equal Access for Students with Disabilities

Otherwise qualified individuals must not be denied admissions, participation in educational programs and activities, or employment due to their disability. University policies and procedures ensure that students and student applicants with disabilities will be provided full and equal access to and enjoyment of academic and co-curricular programs or activities, regardless of disability status, in an environment free from discrimination or harassment.

The Office of Disability Services and Programs is the campus unit that reviews requests for and determines reasonable student accommodations and auxiliary aids and services for any student or student applicant with a disability.

III.   Resources

Questions regarding the application of the various rules and regulations including but not limited to equal employment opportunity, affirmative action and non-discrimination, and Title IX should be addressed to the Office of Equity and Diversity. The Executive Director of the Office of Equity and Diversity is also the university's Title IX Coordinator.

USC000001369

SCampus: The USC Student Handbook
2018-19

**Office of Equity and Diversity | Title IX**
University Park Campus
3720 S. Flower Street 2nd floor
Credit Union Building, 200
Los Angeles, California 90089-0704
(213) 740-5086
oed@usc.edu

**Health Science Campus**
2001 N. Soto Street, Suite 203
Los Angeles, CA 90002-9236
(323) 442-2020
oed@usc.edu

**Title IX Coordinator**
(213) 821-8298
titleix@usc.edu

**ADA/504 Coordinator**
(213) 821-4658
ability@usc.edu

**Affirmative Action and EEO Coordinator**
Contact the Office of Equity and Diversity
(213) 740-5086
oed@usc.edu

**Disability Accommodation Coordinator**
Contact USC Human Resources
(213) 821-8100
uschr@usc.edu

**Office of Disability Services and Programs**
(213) 740-0776
ability@usc.edu

**USC Human Resources**
(213) 821-8100
uschr@usc.edu

IV.   External Reporting Options

Any individual may file reports and/or complaints about the university's handling of prohibited conduct to the Office for Civil Rights (OCR) with the U.S. Department of Education at (415) 486-5555 or ocr.sanfrancisco@ed.gov. OCR complaints should be filed within 180 days of the last date of alleged discrimination. OCR may extend this deadline in a variety of circumstances.

Employees may file reports and/or complaints with the California Department of Fair Employment and Housing (DFEH) at contact.center@dfeh.ca.gov or www.dfeh.ca.gov, or the U.S. Equal Employment Opportunity Commission (EEOC) at (800) 669-4000

14

USC000001370

(TTY (800) 669-6820) or www.eeoc.gov. Complaints must be filed with the DFEH no
later than one year from the date of the alleged unlawful conduct. If the DFEH believes
that a complaint is valid and settlement efforts fail, the DFEH may seek an administrative
hearing before the California Fair Employment and Housing Commission (FEHC) or file
a lawsuit in court. Both the FEHC and the courts have the authority to award monetary
and non-monetary relief in meritorious cases.

Any person who believes that the university as a federal contractor has violated
nondiscrimination or affirmative action obligations may contact the Office of Federal
Contract Compliance Programs (OFCCP) at (800) 397-6251 (TTY: (202)693-1337).

5.  Principles of Community

USC is a multicultural community of people from diverse racial, ethnic, gender, and class
backgrounds, national origins, faith backgrounds, political beliefs, abilities, and sexual
orientations. Our activities, programs, classes, workshops, lectures, and everyday interactions are
enriched by our acceptance of one another, and we strive to learn from each other in an
atmosphere of positive engagement and mutual respect.

We want to make explicit our expectations regarding the behavior of each member of our
community. As adults, we are responsible for our behavior and are fully accountable for our
actions. We each must take responsibility for our awareness of racism, sexism, ageism,
xenophobia, homophobia, transphobia, ableism and other forms of discrimination.

Bigotry will not go unchallenged within this community. No one has the right to denigrate another
human being on the basis of race, sex, sexual orientation, national origins, and other identities. We
will not tolerate verbal or written abuse, threats, harassment, intimidation, or violence against
person or property. In this context, we do not accept alcohol or substance abuse as an excuse,
reason, or rationale for such abuse, harassment, intimidation or violence. Ignorance or "it was just
a joke" is also not an excuse for such behavior.

All who work, live, study, and teach in the USC community are here by choice, and as part of that
choice should be committed to these principles which are an integral part of the USC's focus,
goals, and mission.

6.  Code of Ethics at the University of Southern California

See Code of Ethics of USC at policy.usc.edu/ethics

7.  Department of Education Compliance

The Department of Education requires each state to have an external agency responsible for
handling complaints related to the university's compliance with applicable laws.  In California,
this external agency is the Bureau for Private Post-Secondary Education.  Complaints that suggest
the university may not be in compliance with applicable laws may be directed to:

Bureau for Private Postsecondary Education
2535 Capitol Oaks Drive, Suite 400
Sacramento, CA 95833
Telephone: (916) 431-6959
bppe.ca.gov/enforcement/complaint.shtml

USC000001371

SCampus: The USC Student Handbook
2018-19

See  www2.ed.gov/about/contacts/state/index.html for a list of all other state departments of higher education.

Additionally, the university is accredited by the WASC Senior College and University Commission.  Complaints demonstrating a possible violation of the Commission's Standards of Accreditation and Commission policies and procedures should be directed to:

WASC Senior College and University Commission
985 Atlantic Avenue, Suite 100
Alameda, CA 94501
Phone: (510) 748-9001
wascsenior.org/comments

USC000001372

SCampus: The USC Student Handbook
2018-19

**B. Student Conduct Code**

10. General Disciplinary Principles

Students are expected to make themselves aware of and abide by the University community's standards of behavior as articulated in the Student Conduct Code, University's Policy and Procedures on Student Sexual, Interpersonal, and Protect Class Misconduct, and in related policy statements. Students accept the rights and responsibilities of membership in the USC community when they are admitted to the university. In the university, as elsewhere, ignorance is not an acceptable justification for violating community standards. Lack of intent or awareness of university standards normally will not be accepted as excuses for violations and will normally receive the same consequences as deliberate violations.

Because the functions of a university depend on honesty and integrity among its members, the university expects from its students a higher standard of conduct than the minimum required to avoid disciplinary action. Likewise, while many of the university's standards of conduct parallel the laws of society in general, university standards may exceed those found elsewhere in society.

Where there is a delay between the conduct and the reporting of the potential violation, the applicable provisions regarding behavior violating university standards and appropriate sanctions (as described in Section B.11) shall be those that were in effect at the time the behavior occurred. Student conduct investigations will be conducted according to the most recent or current procedures described in the most current version of this part as of the date of the notification letter to the respondent.

Any reference to "days" in this part refers to calendar days, unless otherwise noted.

10.05 Disciplinary Authority

The powers of the university are exercised, its property controlled and its affairs conducted by the Board of Trustees. Responsibility for the administration of these affairs is delegated by the board to various officers of the university, as stipulated in the corporate bylaws; the enforcement of all rules and regulations is the specific duty of the university president. The President, in turn, delegates the authority to the Vice President for Student Affairs to establish and hold student conduct review proceedings that will ensure the proper administration of the university's rules and regulations. The Vice President for Student Affairs has delegated this responsibility to the Office of Student Judicial Affairs and Community Standards. The delegation of responsibilities is different for matters involving sexual, interpersonal, and protected class misconduct, which are delegated to the university's Title IX Coordinator and are governed by the University's Policy and Procedures on Student Sexual, Interpersonal, and Protected Class Misconduct.

In exceptional circumstances, where imminent harm may result to persons or property within the university community, the Vice President for Student Affairs or designee may modify procedures outlined under the Non-academic Conduct Review System (see Section B.12).

Student procedural rights and review procedures are articulated in later sections of the Student Conduct Code.

10.10 Basic Principles

17

SCampus: The USC Student Handbook
2018-19

I.  The Relationship of Discipline to the Purpose of the University.

The University of Southern California is primarily an academic community. As such, the university seeks to maintain an optimal learning environment. To achieve this objective, the university exercises certain disciplinary and discretionary powers. It protects its educational environment by establishing and maintaining standards of conduct for its students as individuals and as groups. These standards reflect the very nature of an academic community and the need to preserve an effective educational environment.

Activities of students may result in violation of law, and students who violate the law may incur penalties prescribed by civil authorities. However, the university reserves the right to review such incidents independent of action by civil or criminal authorities, recognizing that the university's authority and its disciplinary process serve its educational mission and interest, a function separate from action by civil or criminal authorities.

The university's function with reference to student conduct differs from the community's function in method as well as scope. Recognizing its role in developing a sense of responsibility in students, the university uses admonition, example, counseling and guidance in addition to formal disciplinary proceedings. Every USC student is presumed to have sufficient maturity, intelligence and concern for the rights of others to help maintain the standards of the academic community. When a student's behavior demonstrates otherwise, the university will consider disciplinary action as appropriate.

II.  Conditions for Review

a.  Definition of a Student:

For the purpose of university rules and regulations, a student is defined as one who:

i.  is currently enrolled in university classes or in one of the university's degree or non-degree programs,

ii.  has completed the immediately preceding semester and/or is enrolled for the next scheduled semester,

iii.  is officially representing the university during a period between regular academic semesters, or

iv.  is not officially enrolled for a particular semester, but who has a continuing relationship with the university.

An individual may be reviewed under this Code if an allegation of academic integrity violation is made after the student has left the university and a degree has been granted.

b.  Definition of a Student Organization:

A student organization is defined as one which has satisfied the administrative procedures for recognition as prescribed in this

18

USC000001374

SCampus: The USC Student Handbook
2018-19

guidebook (see Section G.1. Recognition of Student Organizations) or which is functioning within the university community in the capacity of a student organization.

c.   Timeliness:

Generally, a matter will be reviewed only when a report has been filed with the Office of Student Judicial Affairs and Community Standards within one year of discovery of the alleged violation. There is no time limit for cases involving academic, sexual, interpersonal, and protected class misconduct, and those matters will be reviewed whenever they are reported; such matters should be filed with the Office of the Title IX Coordinator, as explained in the University's Policy and Procedures on Student Sexual, Interpersonal, and Protect Class Misconduct.

d.   Jurisdiction:

University jurisdiction and discipline shall be limited to conduct which occurs on university premises or within the university community, is associated with university sponsored or related activities, or which adversely affects the university community and/or the pursuit of its objectives, including student-to-student sexual misconduct.

e.   Standard of Proof:

The standard of proof to find a violation of the Student Conduct Code is a preponderance of the evidence.  Preponderance of the evidence means that based on the totality of evidence and reasonable inferences drawn therefrom, it is more likely than not that the Respondent committed the prohibited conduct charged.  Put another way, the preponderance of the evidence means such evidence that when weighed against that opposed to it, has the more convincing force and the greater probability of truth.

f.   Status of Students or Student Organizations Pending Student Conduct Review.

The status of a student in most cases will not be altered and disciplinary sanctions will not be implemented until completion of an initial review.

Interim Protective Measures may be authorized by the President of the university, by the Vice President for Student Affairs, or the designee of either, whenever there is evidence that a student or organization poses a substantial threat to the safety or well-being of members of the university community, to property within the university community or poses a continuing threat of disruption or interference to normal university life or functions.  See Section B.11.83.

Administrative holds affecting registration transactions, posting of degree and a student's ability to acquire copies of their transcript may be placed when students fail to fulfill terms of their disciplinary obligations. Such situations may include failure to respond to a written

19

USC000001375

SCampus: The USC Student Handbook
2018-19

notice indicating a required appointment with a designated university disciplinary official and failure to complete disciplinary sanctions by an established deadline.  This restriction normally will remain in effect until disciplinary obligations are met or adjudication of the matter is complete.

g.   Status of Students or Student Organizations Pending External Review.

When a student is under investigation by an outside law enforcement agency, the status of the student may be altered prior to the initiation of the investigation by the university.  Changes in status may include exclusion from all or part of university housing, exclusion from specified activities or areas of campus, interim suspension, or prohibition from representing the university in any capacity such as playing on an official team, serving in student government, or performing in an official band, ensemble, or production.

Some factors considered in determining whether to alter the status prior to investigation include:

- The nature of the alleged crime, including whether the crime involved the use of a weapon or force, significant loss of property, or a vulnerable victim;
- The degree of the crime;
- The risk posed to any individual or to the campus community including the risk of additional violence or significant disruption of university life or function.
- Whether there have been other reports of misconduct by the student;
- The university's obligation to provide a safe environment

III.   Expectations for Students' Conduct

The general principles set forth here and behavioral standards, which are described in Section B.11., are intended to provide clear guidelines for students as to what is expected of them as members of the university community, and to inform students of types of conduct that may result in university disciplinary action.

10.20  Summary of Student Conduct Code Review Process

Generally, student misconduct cases will be divided into four categories:

- non-academic violations (see Section B.12)
- academic integrity violations (see Section B.13)
- admissions violations (see Section B.14)
- sexual, interpersonal, and protected class misconduct cases (see the University's Policy and Procedures on Student Sexual, Interpersonal, and Protected Class Misconduct).

The Office of Student Judicial Affairs and Community Standards is responsible for the integrity of the student conduct system. It gives advice and is responsible for procedural questions and conduct reviews, except for reviews of Sexual, Interpersonal, and Protected

20

USC000001376

Class Misconduct. There are also separate review processes in certain schools (see Section B.12.14).

## 10.30  Student Procedural Protections

The university is committed to the timely and fair resolution of disciplinary problems in an adjudicatory process. Although the Student Conduct Code affords significant procedural protections in the adjudicatory process, this does not include the right to confront accusers or be represented by counsel.

With the exception of cases addressed under Sections B.12.13 or 12.14, students accused of violating the Student Conduct Code and reporting students are granted the following procedural protections:

I.   Written notice via email of the incident report that specifies the nature of the alleged violation and the basis for the charge including the date or period of time and location regarding the alleged incident.

II.  Written notice of the location of copies of the Student Conduct Code and Conduct Review System.

III. Written notice of the requirement that the accused student must meet with a judicial officer in the Office of Student Judicial Affairs and Community Standards. The university reserves the right to conduct reviews in absentia when an accused student fails to respond after proper notice has been given or after the university has exercised reasonable effort to notify the student of the allegations.

IV.  A fair and impartial review of the incident.

V.  Prior to a review, a summary of rights, review procedures and avenue of appeal.

VI.  The right to inspect documents and/or relevant information on file during the review.

VII. The opportunity to be present at the review; to inspect all evidence presented; and to present witnesses and evidence.

VIII. If the accused student declines to present information on their own behalf, this will not be construed as an admission of guilt.

IX.  A written decision outlining the results of the review. In Summary Administrative Reviews, this includes the factual basis for the conclusions drawn.

Student conduct records are maintained as a confidential student disciplinary file. As a primary document in such files, distribution of written decisions is limited to accused students and to USC personnel charged with responsibility for implementation of sanctions. Complainants will be notified by separate letter of the outcome of the review. (For an explanation of university policy concerning student records, see Section C.5 Student Education Records.)

X.  The opportunity to appeal the initial review within ten business days of receipt of the written decision. Both the accused student and the complainant will be

USC000001377

notified in writing of the outcome of any appeal. Notice will be emailed to the student's email address of record in the Student Directory, unless the student makes arrangements in advance with the investigator to have the decision mailed to the student's last known address or hand-delivered.  If a notice is mailed, it is deemed to be received three days after it is mailed.

XI. A timely initial review conducted as soon as possible after the Office of Student Judicial Affairs and Community Standards has received all pertinent documents of the case. Due to the nature of the university's academic calendar, the Office of Student Judicial Affairs and Community Standards may not be able to conduct a review at any specified date or time.

XII. At all steps of the initial review and in preparing an appeal, the accused student and complainant may have an adviser of their choice present. The adviser may be a practicing attorney only for cases in which criminal charges are pending or the recommended sanctions include expulsion, suspension, revocation of degree or revocation of admission. Advisers must request and review a copy of guidelines for their role in the respective review process from the Office of Student Judicial Affairs and Community Standards prior to the hearing in question. In all reviews, whether or not an adviser is present, the primary conversation shall be with the student.

11. Behavior Violating University Standards and Appropriate Sanctions

General principles of academic integrity include and incorporate the concept of respect for the intellectual property of others, the expectation that individual work will be submitted unless otherwise allowed by an instructor, and the obligations both to protect one's own academic work from misuse by others as well as to avoid using another's work as one's own. All students are expected to understand and abide by these principles. Faculty members may include additional classroom and assignment policies, as articulated on their syllabus.

The Student Conduct Code articulates violations that are most common and readily identifiable. Conduct violating university community standards that is not specifically mentioned may still be subject to disciplinary action.

Where conduct under any provision of this Code involves student sexual, interpersonal, or protected class misconduct, a separate policy applies.

The following are examples of violations of these and other university standards.

11.11

A. The submission of material authored by another person but represented as the student's own work, whether that material is paraphrased or copied in verbatim or near-verbatim form.

B. The submission of material subjected to editorial revision by another person that results in substantive changes in content or major alteration of writing style.

C. Improper acknowledgment of sources in essays or papers.

USC000001378

Note: Culpability is not diminished when plagiarism occurs in drafts which are not the final version. Also, if any material is prepared or submitted by another person on the student's behalf, the student is expected to proofread the results and is responsible for all particulars of the final draft.

11.12

A. Acquisition of term papers or other assignments from any source and the subsequent presentation of those materials as the student's own work, or providing term papers or assignments that another student submits as their own work.

B. Distribution or use of notes or recordings based on university classes or lectures without the express permission of the instructor for purposes other than individual or group study. This includes, but is not limited to, providing materials for distribution by services publishing class notes. This restriction on unauthorized use also applies to all information, which had been distributed to students or in any way had been displayed for use in relationship to the class, whether obtained in class, via email, on the Internet or via any other media. (See Section C.1 Class Notes Policy).

C. Recording a university class without the express permission of the instructor and announcement to the class. Recording can inhibit future free discussion and thus infringe on the academic freedom of other students as well as the instructor.

11.13

A. Any use or attempted use of external assistance in the completion of an academic assignment and/or during an examination, or any behavior that defeats the intent of an examination or other classwork or assignment, shall be considered academically dishonest unless expressly permitted by the instructor. The following are examples of unacceptable behaviors: communicating with fellow students during an exam, copying or attempting to copy material from another student's exam; allowing another student to copy from an exam or assignment; possession or use of unauthorized notes, calculator, or other materials during exams and/or unauthorized removal of exam materials.

B. Submission of work altered after grading shall be considered academically dishonest, including but not limited to changing answers after an exam or assignment has been returned or submitting another's exam as one's own to gain credit.

11.14

A. Obtaining for oneself or providing for another person a solution to homework, a project or other assignment, or a copy of an exam or exam key without the knowledge and expressed consent of the instructor.

B. Unauthorized collaboration on a project, homework or other assignment. Collaboration will be considered unauthorized unless expressly part of the assignment in question or expressly permitted by the instructor.

USC000001379

SCampus: The USC Student Handbook
2018-19

11.15

   A.  Attempting to benefit from the work of another.

   B.  Any attempt to hinder the work of another student or any act which may jeopardize another student's academic standing.

11.16

   Using any portion of an essay, term paper, project or other assignment more than once, without permission of the instructor(s).

11.17

   Falsification, alteration or misrepresentation of official or unofficial records or documents including but not limited to academic transcripts, academic documentation, letters of recommendation, and admissions applications or related documents.

11.18

   Taking a course, any course work or exam for another student or allowing another individual to take a course, course work, a portion of a course or exam in one's stead.

11.19

   A.  Accessing, altering and/or using unauthorized information.

   B.  Misuse of university computer systems or access to those systems as articulated by the university's Computing Policies (including improper downloading of material, see Section F.1. Computing)

11.20

   Fabrication: Submitting material for lab assignments, class projects or other assignments which is wholly or partially falsified, invented or otherwise does not represent work accomplished or undertaken by the student.

11.21

   Any act that gains or is intended to gain an unfair academic advantage may be considered an act of academic dishonesty.

11.31

   A.  Dishonesty, such as furnishing false information to any university official, faculty member or office. This includes, but is not limited to, furnishing false information in academic petitions or requests, financial aid documents, student employment documents, financial statements or other documents or intentionally evading university officials and/or obligations to the university.

   B.  Failing to participate fully and truthfully in university investigations.

24

USC000001380

SCampus: The USC Student Handbook
2018-19

11.32

    A.  Conducting oneself in a manner that endangers the health or safety of oneself within the university community or at university sponsored or related events.

    B.  Conducting oneself in a manner that endangers the health or safety of other members or visitors within the university community or at university sponsored or related events.

11.33

    A.  Unauthorized entry, presence in or use of university premises, facilities or property.

    B.  Unauthorized entry into, or presence in, the dwelling or property of another.

11.34

    A.  Forgery, unauthorized alteration or unauthorized use of any university document, records, keys or instruments of identification, or of documents or records related to functions of the university.

    B.  Unauthorized presentation of oneself as a representative of the university for the purpose of gaining or attempting to gain privilege, convenience, goods or services.

    C.  Possession, manufacture or distribution of false or altered instruments of identification within the university community.

11.35

    Theft (or attempted theft) of property or of services within the university community; possession of stolen property regardless of origin; or misappropriation of university resources.

11.36

    A.  Causing physical harm to any person in the university community or at university-sponsored activities.

    B.  Causing reasonable apprehension of harm to any person in the university community or at university-sponsored activities.

    Note: Self-defense is that which reasonably appears necessary, in view of all the circumstances of the case, to prevent injury and remove oneself from the situation.

11.37

    Destroying, damaging or defacing the property of others, whether in the university community or at university-sponsored activities.

USC000001381

SCampus: The USC Student Handbook
2018-19

11.38

Behavior which disrupts or interferes with normal university or university-sponsored activities, including, but not limited to, study, teaching, research, officially invited speakers, university administration, public safety, or fire, police or emergency services or other authorized activity. (Also see Part D. Free Expression and Dissent.)

11.39

Failure to comply with directions of university officials acting in the performance of their duties while in the university community or at university-sponsored activities, or resisting or obstructing such university officials in the performance of their duties, including failure to carry and/or provide upon request appropriate USC student identification.

11.40

Unauthorized use, possession or dissemination of alcohol or tobacco products in the university community or at university-sponsored activities. (Also see Section F.5. Alcohol and Other Drugs.)

11.41

Use, possession or dissemination of unauthorized or illegal drugs, or drug-related paraphernalia in the university community or at university-sponsored activities. (Also see Section F.5. Alcohol and Other Drugs.)

11.42

Behavior which disrupts or interferes with the freedom of expression of others in the university community or at university-sponsored activities. (Also see Part D. Free Expression and Dissent.)

11.43

Participation in or promotion of a disturbance of the peace or unlawful assembly in the university community or at university-sponsored activities, which may include violating published USC guidelines regarding amplification equipment and noise. (Also see Part D. Free Expression and Dissent.)

11.44

A. Engaging in disruptive or disorderly conduct in the university community or at university-sponsored activities.

B. Engaging in or encouraging lewd, indecent or obscene behavior in the university community or at university-sponsored activities.

USC000001382

SCampus: The USC Student Handbook
2018-19

C. Encouraging or permitting others to engage in misconduct prohibited within the university community, failing to confront and prevent the misconduct, notify an appropriate university official of the misconduct, or remove oneself from the situation.

11.45

Initiating or causing to be initiated any false report, warning or threat, such as that of fire, explosion or other emergency in the university community or at university-sponsored activities.

11.46

A. Misusing or damaging fire safety equipment or other emergency equipment in the university community or at university-sponsored activities.

B. Failure to evacuate during a fire alarm, whether the alarm is activated falsely, as a drill, or in a genuine emergency.

C. Inappropriate use of flammable substances or equipment, or use of such items without proper authorization.

11.47

A. Unauthorized use or possession of firearms or replicas, ammunition, explosives, knives, flammable substances or other weapons, or parts thereof, in the university community or at university-sponsored events.

B. Unauthorized use or possession of fireworks in the university community or at university-sponsored events.

11.48

Violating rules and regulations pertaining to the operation of bicycles, mopeds and/or vehicles, roller skates, rollerblades, scooters and skateboards in the university community property. (Also see Sections F.10. Bicycles; F.11. Motorscooters/Motorcycles; F.12 Coasting Devices)

11.49

Knowingly violating the terms of any disciplinary sanction imposed in accordance with the Student Conduct Code. This includes further violations during a period of disciplinary probation.

11.50

A. Violating regulations or policies governing residence in university owned or administered property (e.g., rules outlined in the USC Housing Contract and Residential Education policies).

B. Violating standards or policies established for social greek letter organizations, including but not limited to the Trojan Greek Standards & Accreditation.

27

SCampus: The USC Student Handbook
2018-19

C.   Violating any policies, rules or regulations of the university including but not
limited to administrative rules of campus offices.

D.   Violating Section G.2. Group Responsibility for Student Organizations
(including social greek letter organizations). This policy can also be found in the
Office for Fraternity and Sorority Leadership Development and in the Office of
Campus Activities.

11.51

Engaging in harassing behavior.

11.52

Any act chargeable as a violation of local, state or federal law may be cited as a
violation of the Student Conduct Code, whether or not charges are brought by
civil authorities, when such act(s) occur on university premises, or at university
sponsored activities or events, or when such conduct adversely affects the
university community and/or the pursuit of its objectives.

11.54

Engaging in behavior prohibited by the policy against Hazing. (See Section G.8.
Hazing.)

Where conduct under section 11.54 involves student sexual, interpersonal, or
protected class misconduct, the conduct will be subject to review under
policy.usc.edu/student-misconduct/.

11.55

Threatening, attempting, or committing retaliation against anyone who, in good
faith, brings a complaint under the Student Handbook policy, university policy,
or applicable law; or participates in investigation of such a complaint; or protests
in good faith alleged discrimination, harassment or retaliation against another.
Such retaliation may include, but is not limited to:

• Coercion, intimidation, interference, harassment or vexatious behavior;

• Excluding or blocking someone from a team, activity, organization, or
course participation due to that person's having filed a complaint or
been a witness as part of an investigation;

• Spreading negative information about the individual.

11.80

Sanctions for violations of the University Student Conduct Code are assessed
appropriately for the cited violation.

28

USC000001384

SCampus: The USC Student Handbook
2018-19

Sanctions will be considered in light of a student's comprehensive conduct record at the university. Sanctions will be designed to hold students accountable for their actions; to promote their physical, intellectual, social and emotional well-being; to protect the integrity of the educational environment of the university; and to ensure the safety of every member of its community.

All academic integrity violations will result in an academic consequence. Failure to comply with the terms of any imposed sanctions may be considered an additional violation.

When a student's enrollment is cancelled as a result of disciplinary action resulting in marks of "W" on the student's academic transcript, the university's policy is not to refund tuition or fees for the cancelled enrollment.

One or more of the following sanctions may be imposed for violations of university regulations.

11.81

Expulsion from the university: Permanent termination of student status. A permanent notation will appear on the student's transcript. The student will be excluded from all classes, seminars and programs; will not be allowed to participate in any university-sponsored activity; may not receive a USC degree; and is barred from university premises. If the expulsion becomes effective during a semester for which the student currently is enrolled, the student's enrollment will be cancelled by the university resulting in marks of "W" for the enrolled courses on the student's academic transcript.

11.82

Suspension from the university: Termination of student status for a specified but limited period of time. During the period of suspension, the student will be excluded from all classes, seminars and programs; will not be allowed to participate in any university-sponsored activities; is barred from university premises; and may not complete academic work elsewhere that may be counted toward the completion of a USC degree.  A restriction will be placed prohibiting the student from performing any registration transactions during the period of suspension. The restriction will not be removed, and the student will not be allowed to perform registration transactions, until the stated period of suspension has expired and all disciplinary obligations have been met. A notation will appear on the student's academic transcript indicating the dates of suspension. Upon earning a degree from the university, the suspension notation will be removed from the student's transcript.

Violation of the conditions of suspension, university policies or regulations during the period of suspension may be cause for further disciplinary action, usually in the form of expulsion from the university. Normally after the suspension, the student will be on disciplinary probation for a specified period of time. If the suspension becomes effective during a semester for which the student currently is enrolled, the student's enrollment will be cancelled by the university resulting in marks of "W" for the enrolled courses on the student's transcript.

USC000001385

SCampus: The USC Student Handbook
2018-19

Students placed on deferred suspension may continue to participate in university activities unless specific sanctions or other campus and organizational rules or regulations restrict such participation.

11.83

Interim Protective Measures: The Vice President for Student Affairs or designee may authorize Interim Protective Measures, including suspension or other action, against a student or organization pending disciplinary proceedings whenever there is evidence that the student or organization poses a substantial threat to the safety or well-being of members of the university community, to property within the university community or when a student or organization poses a continuing threat of disruption or interference to normal university life or functions. A student or organization subject to Interim Protective Measures will be given prompt written notice of the charges and the opportunity for a review within 15 days of the notice, unless a later date shall be mutually agreed upon by the accused student or organization and the Office of Student Judicial Affairs and Community Standards or the Title IX Coordinator.

I.   Interim Suspension: Exclusion from all classes, seminars and programs; prohibition of participation in university-sponsored activities; and exclusion from university premises.

II.  Interim Action: Includes, but is not limited to, exclusion from university housing or a specified portion thereof, limitations on hours of attendance at certain events or in certain university facilities, or exclusion from other specified activities or areas of the campus as set forth in the written notice of Interim Action.

11.84

Revocation of Admission: The student loses admitted status to the university. The student may not continue enrollment or enroll for future semesters and may not receive a USC degree. Normally, revocation of admission precludes the student from the opportunity to apply to or be admitted to any program at the university in the future. A permanent notation will be made on the student's transcript indicating that admission was revoked and the date of the action. If the revocation of admission becomes effective during a semester for which the student currently is enrolled, the student's enrollment will be cancelled by the university resulting in marks of "W" for the enrolled courses on the student's academic transcript.

11.85

Revocation of Degree: The student loses the right to claim the degree as earned. Posting of the degree will be removed from the student's transcript, and a permanent notation will be made on the transcript indicating the revocation, the degree involved and the date of the action.

11.86

USC000001386

SCampus: The USC Student Handbook
2018-19

Dismissal from an Academic Unit: Permanent termination of the student's right to enroll or participate in the classes, seminars and/or programs of a specific academic unit, school or department.

I.   Undergraduate Students: Dismissal from a specific undergraduate academic unit shall not prevent undergraduate students from enrolling in other university academic units. Normally after dismissal from an academic unit, the student will be on disciplinary probation for a specified period of time.

II.  Graduate Students: Students who have been dismissed from a specific graduate academic unit may not enroll in other graduate programs unless they have gained formal admission to such programs.

11.87

Removal from an individual course or section of a course. Removal precludes the student from participation in and attendance of the course or section, or any of its sessions. In multiple section courses, the student will not necessarily be allowed to transfer to another section.

11.88

Grade Sanctions: Any disciplinary grade reduction including, but not limited to, grades of "F" for a course, a reduced grade for a course, grades of "F" or zero credit for assignments, or reduced credit for assignments. In cases where a student has registered for a course on a Pass/No Pass basis and the student is found responsible for an academic violation, a letter grade may be assigned. See Appendix A for university recommendations.

11.89

Disciplinary Probation: Indicates that the student has engaged in unacceptable behavior and may be required to report to the Office of Student Judicial Affairs and Community Standards or designee and meet specific conditions related to the violation during the probationary period. Additionally, the student is given written notice that any further violations of university policies may result in more severe sanctions such as removal from university housing, suspension, dismissal from an academic unit or expulsion from the university. Students placed on disciplinary probation may continue to participate in university activities unless specific sanctions or other campus and organizational rules or regulations restrict such participation.

11.90

Warning: Written notice to the student that continued or repeated violations may be cause for further disciplinary action, normally in the form of disciplinary probation, suspension or expulsion.

11.91

Restitution: Reimbursement for damage to university property or for misappropriation of university property or services may be imposed in

31

USC000001387

combination with other disciplinary action where appropriate. Such reimbursement may take the form of monetary payment or appropriate service to repair or otherwise compensate for damages. Restitution may be assigned for minor damage to the property of individuals or groups within the university community, but adjudication of student discipline usually will defer determination of significant restitution to other appropriate processes.

11.92

Restriction or Loss of Computing Privileges: Consequences for violation of the University Computing Policies or violations involving use of university computing services may include:

I.    Restrictions placed on the use of university computing resources that may include prohibition of access to particular facilities or resources (e.g., Resnet), or limits placed on the use of university computing resources (e.g., restriction to use for specified academic work only).

II.   Loss of privilege of using university computing resources for any purpose, including academic work. Loss of privilege may be temporary or permanent.

11.93

Organizational Sanctions: All organizations, clubs and similar organized groups are responsible for compliance with university rules and regulations. Upon a determination that the group has engaged in violations, encouraged violations, or did not take reasonable steps as a group to prevent violations of university rules and regulations, the group may be subjected to permanent or temporary removal of recognition/registration, social probation, denial of the use of university facilities or other appropriate sanctions (see Section G.2. Group Responsibility for Student Organizations).

11.94

Other Sanctions: Other sanctions may be imposed instead of or in addition to those specified in the above list. Examples include but are not limited to: university housing reassignment or removal, restrictions upon or denial of driving privileges on campus, prohibition of student leadership opportunities, counseling, community service work, research projects, seminars, classes or other educational experiences deemed appropriate. Certain sanctions also may be assigned as "deferred" under appropriate circumstances (e.g., deferred removal from housing, deferred suspension from the university, deferred loss of organizational recognition).

11.95  Medical Amnesty/Good Samaritan Policy

Because USC places a high priority on student health and safety, the purpose of this policy is to encourage students to take immediate action in the case of an emergency. Some students may be hesitant to seek help or report sexual misconduct or seek medical assistance because they fear possible disciplinary consequences for consumption of drugs or alcohol. The university aims to remove this fear by clarifying the policy so as to encourage students and

USC000001388

SCampus: The USC Student Handbook
2018-19

organizations to report sexual misconduct and to seek assistance for themselves and others who are experiencing distress while under the influence.

Those who report sexual misconduct or participate as witnesses in sexual misconduct investigations, or who seek medical assistance for themselves or another, by contacting a Resident Assistant, calling a Department of Public Safety officer, or calling 911, will not be subject to disciplinary sanctions for their consumption of alcohol and/or other substances. Instead, these students will be directed to the appropriate services, and amnesty for alcohol or substance consumption in violation of university policies will be granted to both the reporting students and the intoxicated student in need of assistance.

The policy does not apply if a Department of Public Safety officer or a Resident Assistant confronts the student first. The policy also does not preclude disciplinary sanctions due to any other violations of the Student Code of Conduct beyond alcohol or substance consumption.

## 12. Student Conduct Review

Note: This Section 12 does not apply to student sexual, interpersonal, or protected class misconduct, which is subject to policy.usc.edu/student-misconduct/.

### 12.01  Complaints

Any member of the university community (faculty, staff and/or student) may initiate a complaint against a student or student organization for an alleged non-academic violation of the Student Conduct Code by submitting a report to the Office of Student Judicial Affairs and Community Standards.  Academic integrity cases are initiated by a faculty or staff member (see Section 13).

### 12.02  Complaint through Other Channels

When an alleged violation is indicated in a USC Department of Public Safety or police report, or a referral by the Relationship and Sexual Violence Prevention and Services (RSVP), Student Judicial Affairs and Community Standards, or the Office of Equity and Diversity, the Vice President for Student Affairs or designee may initiate a review of the alleged violation on behalf of the university. Such an action may be taken when the circumstances of the alleged violation affect the well-being of the campus or the personal safety or well-being of any member of the university community.

### 12.03  Contents of a Complaint

A report of an alleged violation should consist of a clear, concise written statement that contains the following information:

I.    A list of any and all parties against whom the complaint is being filed.

II.   A description of the alleged misconduct, the date or period of time during which it occurred and the location where the incident(s) allegedly occurred.

III.  The name, address and phone number of the person making the report.

33

USC000001389

SCampus: The USC Student Handbook
2018-19

IV. All complaints are considered to have been made in good faith. Any information to the contrary may be grounds for university action against the initiating party.

## 12.04  Timing of Complaints

Any report and request for a review must be made as soon as possible (preferably within 15 days but not later than one year from the date of discovery of the incident). Cases involving academic, or sexual, interpersonal or protected class misconduct, may be reported at any time.

## 12.05  Intake and Initial Fact-finding

Upon receiving a report that a student has allegedly violated university standards, the Director of Student Judicial Affairs and Community Standards, or designee, will review the report to determine whether there is good cause to proceed with the student conduct process. The Director or designee may conduct such fact-finding as they see fit in order to determine whether a particular complaint has merit, and such fact-finding shall not disqualify them from also conducting the Administrative Review with the student.

The Office of Student Judicial Affairs and Community Standards will send written notification of the complaint to the accused student via USC email.

Students who fail to respond to initial notification from the Office of Student Judicial Affairs and Community Standards within five business days of the email notification or who cannot be contacted after reasonable attempts remain subject to Summary Administrative Review and consequent sanctioning. If the student fails to respond to the email notice to schedule an appointment with the designated member of the Office of Student Judicial Affairs and Community Standards, an administrative hold will be placed on the student's record prohibiting the student from performing registration transactions until an appointment is scheduled and completed. In addition, a Summary Administrative Review may be conducted in absentia when a student fails to respond to initial notification.

## 12.06  Overview of Student Conduct Reviews

In complaints where there is good cause, the Director or designee will meet with the accused student to conduct an Administrative Review, either Voluntary or Summary (unless the Director or designee has determined there should be a Residential Education Review). At this Administrative Review meeting with the Judicial Affairs officer the accused student has the opportunity to present any information regarding the incident. The decision as to whether the matter should be resolved by Administrative Review is at the sole discretion of the Director or designee.

## 12.10  Administrative Reviews

An Administrative Review consists of a meeting between the Director or designee (finder-of-fact) and the named student

34

USC000001390

SCampus: The USC Student Handbook
2018-19

I. In a Voluntary Administrative Review, the student does not dispute the facts upon which the allegations are based, waives their right to further review and accepts the decision by signing an Administrative Review form. Students accepting the Administrative Review form retain the right to appeal to the appropriate appeal body only as to the appropriateness of the sanction (see Section B.15.02.II).

II. In a Summary Administrative Review, the student may deny some or all of the facts upon which the allegations are based, or the student may dispute the appropriateness of the recommended sanction(s). The Director of Student Judicial Affairs and Community Standards, or designated review officer, may determine the student is responsible for the alleged violation(s) or dismiss the case, based on the preponderance of the evidence. Students found responsible for violations under the Summary Administrative Review process retain the right to appeal to the appropriate appeal body on all grounds (see Section 15.02).  As an alternative to making a determination on the case, the review officer may refer the case to the Residential Education Review (Section 12.13).

12.13 Residential Education Review

In specified cases involving violations of behavioral standards outlined in the Student Conduct Code or the University Housing & Hospitality Services Contract & Living Agreement by student residents in university housing, a Residential Education Review may be conducted by a Residential Education staff member. A Residential Education Review is a process which utilizes procedures in lieu of the procedures contained in this Student Handbook (documentation on the Residential Education review process is outlined in the Resident Handbook distributed to each resident upon moving in to a USC Housing space).

12.14 Other Review Systems

The Vice President for Student Affairs has granted to several graduate and professional schools the authority to conduct independent reviews, render decisions and recommend appropriate sanctions in cases of alleged academic integrity violations. Granting this authority does not preclude the university from adjudicating matters concerning the behavior of students from these schools. These graduate/professional school panels are subject to basic due process requirements and general procedural fairness. Separate review bodies and/or procedures for reviews exist in the following professional degree programs: Keck School of Medicine, Ostrow School of Dentistry, School of Pharmacy and the Leventhal School of Accounting. Sexual, interpersonal, and protected class misconduct cases are handled separately rather than through school processes, but the determinations of a completed sexual, interpersonal, and protected class case may lead to additional sanctions imposed by those schools as appropriate to the professional discipline.

12.40  Adjudicatory Procedures

35

USC000001391

All of the student procedural protections listed in Section 10.30 will be observed. Complainants will be treated with the same procedural fairness afforded accused students. With the exception of cases managed under 12.13 and 12.14, the following procedural guidelines apply to all reviews of Student Conduct Code violations adjudicated by the Office of Student Judicial Affairs and Community Standards:

I.   Multiple Accused Students

In reviews of incidents involving more than one accused student, the Director of Student Judicial Affairs and Community Standards will determine whether the reviews concerning each student be conducted separately.

II.   Pending Criminal Charges

For cases in which criminal investigations and/or proceedings are concurrent or pending, the university normally may proceed independent of such investigations or proceedings. The accused student or the complainant may request that the university delay its proceeding. Such requests should be submitted in writing at least two business days prior to the scheduled review, to the Director of Student Judicial Affairs and Community Standards, stating the requested action and the supporting rationale for the request. The Director or designee may grant the request but is not obligated to do so. The mere fact that criminal investigation or proceedings exist will not ordinarily be considered grounds for delay.

III.   Relevant Information

It is the responsibility of the finder of fact to render determinations concerning relevance of information to be presented as part of the review.  Rules of evidence and discovery used by federal and state judicial proceedings shall not be applicable to reviews described in this code.  Affidavits or other written statements submitted in lieu of a witness' presence at a review shall not be admitted into evidence unless signed by the author; authorship and content of the document may be subject to verification at the discretion of the finder of fact.

IV.   Standard of Proof

The burden of proof shall at all times rest upon the complainant. The standard of proof for deciding against the accused student shall be such evidence that, when weighed against that opposed to it, has the more convincing force and the greater probability of truth.

V.   Decision

For cases in which it is determined that a student is not responsible for violating the Student Conduct Code, no sanctions will be assessed. For cases in which it is determined the accused student is responsible for violating the Student Conduct Code, the accused student's conduct record (see Section 12.60) at the university will be considered in determining appropriate sanctions. Except for cases in which the accused student's disciplinary history is a basis for the alleged

USC000001392

violation(s) under review (e.g., reference to Section 11.49 or to a continuing pattern of behavior), consideration of that history will occur subsequent to the determination of responsibility.

Cases involving suspension, expulsion, revocation of degree and revocation of admission are subject to review and possible modification by the Vice President for Student Affairs or designee.

Included with the decision document will be a statement outlining the proper course of appeal for the particular case. A notification of the outcome and of the opportunity to appeal the decision shall be forwarded to involved parties.

### 12.60  Disciplinary Records

For certain cases or when a student is determined to be responsible for a violation of university standards by any student conduct process, a disciplinary record of the matter will be maintained in a confidential student file by the Office of Student Judicial Affairs and Community Standards for up to seven years. Expulsion, suspension, revocation of degree and revocation of admission will result in permanent student conduct files.

## 13.  Academic Integrity Review

Academic integrity violations at the graduate level are managed by the respective School, and violations at the undergraduate level are managed by Office of Student Judicial Affairs and Community Standards.

### 13.10  Graduate Students

I.   Applicable Students.  This process is applicable to the following graduate students, regardless of whether the student is enrolled online or in-person:  masters, professional doctorate, Ph.D., dual-degree, progressive degree students (who have completed the undergraduate component), certificate, and visiting.

This process does not apply to students enrolled in: Ostrow School of Dentistry; the M.D. program at Keck School of Medicine; the Leventhal School of Accounting, and in a Leventhal course.

II.  Submission of a Report.

a.   Only faculty are permitted to report a violation.  If a student/other has reason to believe an academic integrity violation has been committed, they should communicate with the faculty/designee of the course.

b.   Reports may be submitted up to one year after the date of the alleged incident. This timeframe may be extended under special circumstances (for example, the report, if true, would warrant  the revocation of a degree).

c.   Reports will be directed to the Academic Integrity Coordinator ("AIC") of the School to which the graduate student belongs.

USC000001393

d.   Because the student may contest the allegation, they must be allowed to attend all classes and complete all assignments until the report is resolved.

III.   Notice to Student

a.   The AIC will provide notice to the student of the exact allegations and subsequent process.

b.   The student may not withdraw from a course in which they have been accused of committing an academic integrity violation.

c.   Unless otherwise permitted, the student will have five calendar days from the receipt of the notice to respond to the AIC to set up an initial meeting.  Unless otherwise permitted, the initial meeting shall take place within five calendar days of the student's response.

d.   If a student does not respond, they will be notified that the decision-making process will proceed without them.  A student's failure to respond will not be assumed as an admission of guilt.

e.   At the initial meeting, the AIC shall provide the student with: an opportunity to review the report and supporting documents; information about the review process; an opportunity to discuss mitigating factors; and a timeline for submitting supporting documents.

IV.   Review Options

a.   Individual Review.  The student will meet with the AIC and faculty member to discuss the incident and potentially come to an agreement as to responsibility and sanction (if any).  This may take place over the course of multiple meetings.  No other parties are permitted during the process.  The student has the right at any time prior to an Individual Review decision to opt out of the Individual Review and pursue a Panel Review.

b.   Panel Review.  A Panel Review is required: (i) at the request of a student; (ii) when the initial report recommends a sanction of program dismissal, suspension, expulsion, or revocation of degree; (iii) to determine the sanction, if the student has been found responsible for past academic integrity violation(s).  The AIC will convene the School's Academic Integrity Panel to review the incident report and documentation, and meet separately with the student and faculty should the Panel find it necessary.   The Panel shall be composed of 3-5 members, which may include faculty, staff, and students, as designated by the Dean.  The Panel shall make a determination as to whether the student is responsible, also recommend a sanction (if necessary).

c.   The student and faculty member are permitted to appeal the Individual or Panel Review decision.  If they do not appeal per the process detailed below, the decision of the Individual or Panel Review will be final and binding.

V.   Appeals

USC000001394

a.  The student or faculty member may appeal the Individual or Panel Review decision within ten calendar days of receiving notice, unless otherwise permitted.  Appeals shall be submitted to the AIC.

b.  In most cases, the status of a student will not be altered and disciplinary sanctions will not be implemented until completion of the appeal.

c.  Appeals are permitted only on the following grounds:
    i.   New evidence has become available which is sufficient to alter the decision, and which the student was not aware of or could not have been reasonably obtained at the time of the initial review.
    ii.  The sanction imposed is excessive or inappropriate.
    iii. The AIC or Panel failed to follow university rules or regulations applicable to the student's matter, while reviewing the cited behavior.

d.  The other party will have five calendar days to review and respond to the Appeal, if they so choose.

e.  The AIC will provide the Individual or Panel decision, the Appeal, and the Response to the Appeal (if any), to the Dean or designee.  The Dean or designee will have five calendar days to provide a written final decision to the AIC.  This decision is final and binding, and will be provided to student and faculty member.

VI.  Sanctions

a.  If a student is found responsible for an academic integrity violation, the student may receive any of the sanctions provided above in Part B, Section 11.

b.  Sanctioning Guidelines are provided in Appendix A.  Sanctions for second offenses will be more severe and generally will include suspension or expulsion.

## 13.20  Undergraduate Students

I.  Initiating a Complaint

If the instructor, academic unit or appropriate university official has reason to believe, based on observation or other evidence, that a student has violated the university academic integrity standards, they are encouraged to make reasonable attempts to meet with the student and discuss the alleged violation and the evidence which supports the charge. When necessary, such discussions may be conducted by telephone or electronic mail. In this meeting every effort should be made to preserve the basic teacher/student relationship. The student should be given the opportunity to respond to the complaint.

The instructor should assign a mark of "MG" until notification is received from the Office of Student Judicial Affairs and Community Standards that a final decision has been made.

Also, because the student may contest the allegation, they must be allowed to attend all classes and complete all assignments until the complaint is resolved.

II.  Sanctions and Consequences

USC000001395

Unless the reporting party withdraws the allegation, the instructor, academic unit or appropriate university official may recommend an appropriate sanction for the violation.

Sanctions include but are not limited to: grade sanctions (e.g., "F" in course) and dismissal from the academic department. In addition, sanctions of suspension or expulsion from the university may be assessed through a review process when requested by the instructor, by the academic or administrative unit in which the violation occurred, or when indicated by university standards (such as the seriousness of the misconduct or the existence of previous academic violations by the student) Refer to Appendix A: Academic Dishonesty Sanction Guidelines, when determining which sanction is most appropriate for the violation.

Students may not withdraw from a course in which they have committed or have been accused of committing an academic integrity violation. Students found to have withdrawn from a course in which an academic integrity violation is alleged or determined will be reenrolled in the course upon receipt of a violation report by the Office of Student Judicial Affairs and Community Standards.

Students found responsible for an act of academic dishonesty in a course in which they have participated but have not enrolled (auditing), will be retroactively enrolled and assigned an appropriate sanction.

Sanctions for second offenses will be more severe and generally will include suspension or expulsion.

III.   Reporting Violations of Academic Integrity

As soon as possible, the instructor, academic unit or appropriate university official will provide the Office of Student Judicial Affairs and Community Standards with a completed Academic Integrity Violation Form. The reporting party likewise will make a reasonable attempt to provide a copy of the report to the accused student.

Students having specific information regarding academic violation(s) of a classmate and wishing to report this academic misconduct are encouraged to contact the faculty member of the course.

IV.   Response to Report

Once a report of an Academic Integrity Violation has been submitted, the Office of Student Judicial Affairs and Community Standards will evaluate the report, confirm whether or not the accused student has a previous disciplinary record at the university, and notify the student of the allegation in writing. A copy of the notification will be sent to the individual submitting the report and to their academic dean, if appropriate.

If further review is not required, the student will be notified of report received, alleged violations and recommended sanctions. The student will also be given the opportunity to meet with a review officer from the Office of Student Judicial Affairs and Community Standards. During that meeting, the student has the opportunity to request further review of the matter, thus initiating the Administrative Review process. If no meeting or further review is requested, the matter will be considered complete and sanctions initiated.

If the incident requires further review (such as when an instructor or academic unit has requested additional sanctions, when a student has previously been found responsible for an academic integrity violation or when university standards indicate suspension,

USC000001396

expulsion, revocation of degree or revocation of admission), the student is notified in writing and must meet with a review officer from the Office of Student Judicial Affairs and Community Standards as part of the Administrative Review process. At or following that meeting the Director or designee will determine whether the matter may be appropriately resolved by Administrative Review, either Voluntary or Summary. The Administrative Review meeting with the Student Judicial Affairs review officer is the student's opportunity to present any information regarding the incident. If the student fails to respond to the written notice and instruction to schedule an appointment with the designated review officer of the Office of Student Judicial Affairs and Community Standards, an administrative hold will be placed on the student's record prohibiting the student from performing registration transactions until an appointment is scheduled and completed (see Section B.10.10). In addition, a Summary Administrative Review may be conducted in absentia when a student fails to respond to initial notification (see Section 12.05).

14. Admissions Violations Review

In cases where false and/or inaccurate information is believed to have been submitted by, or on behalf of, a prospective student prior to enrollment, if academic or behavioral violations occur, or if there is a failure to provide all requested information/documents, the Director of Admission will conduct a special admissions review.

This ad hoc review of the case may result in action(s) including a delay of enrollment or revocation of admission from the university. All pertinent documents will be reviewed and the prospective student may be asked to provide additional information regarding their application to the university.

A decision will be reached by the Director of Admission and communicated in writing to the prospective student. There is no appeal of a special admissions review.

Formal hearing procedures and protections cited in the Student Conduct Code do not apply to this review process. If the student is enrolled at the university when concerns about admissions violations arise, the case will be referred to the Office of Student Judicial Affairs and Community Standards for review.

15. Appeals of the Student Judicial Affairs and Community Standards Process

Following an initial review, a student found responsible for a violation of the Student Conduct Code may file a written appeal within ten business days from receipt of the written decision. Receipt is deemed accomplished by personal delivery or three days after the date of mailing.

In most cases, the status of a student will not be altered and disciplinary sanctions will not be implemented until completion of the appeal. Written appeals should be submitted to the Office of Student Judicial Affairs and Community Standards.

Should a party intending to appeal believe they have been given inadequate time to prepare their written documents, a written request for extension of time may be submitted to the Office of Student Judicial Affairs and Community Standards. The request must be submitted in writing within the ten business-day appeal period, and should include the rationale for requesting the extension along with a proposed date by which all appeal documents will be submitted.

USC000001397

SCampus: The USC Student Handbook
2018-19

Requests for extension of time will be considered on their merits and will not be granted automatically. When an extension is granted, opposing parties to the initial review may be notified.

### 15.01

The written appeal must include the Appeal Request Cover Sheet indicating the specific grounds for the appeal, supporting arguments and documentation, and any other relevant information the accused student wishes to include. Appellants should refer to Guidelines for Writing Appeals, a document available from the Office of Student Judicial Affairs and Community Standards.

The appellant should be aware that all appeals are documentary reviews in which no oral testimony is taken. Generally, appeals are determined solely on the merits of the documents submitted and do not proceed to oral hearing. Appellate documents therefore should be as complete as possible.

### 15.02

Appeals must state one or more of the following criteria as the reason for the appeal:

I. That new evidence has become available which is sufficient to alter the decision and which the appellant was not aware of or could not have been reasonably obtained at the time of the original review.

II. That the sanction imposed is excessive, insufficient or inappropriate.

III. That the review panel or review officer failed to follow university rules or regulations while reviewing the cited behavior.

### 15.03

Upon receipt of the written appeal, the complainant is notified and provided reasonable opportunity to respond in writing to the appeal, when appropriate. When a student appeals, the Office of Student Judicial Affairs and Community Standards may submit a response relevant to those grounds.

After receiving all appellate documents, the appropriate appeals panel will convene and review the submitted appellate documents, the written decision from the initial review and supporting documents relevant to the initial review decision. In addition, the appeals panel may request additional statements from the review officer of an administrative review. The appeals panel will issue a written decision through the Office of Student Judicial Affairs and Community Standards to all principal parties to the initial review.

### 15.04

Upon review of the appellate documents, the appeals panel may uphold the initial decision in its entirety, increase sanctions of the initial decision, decrease sanctions of the initial decision, remand the case back to the Office of Student

42

USC000001398

SCampus: The USC Student Handbook
2018-19

Judicial Affairs and Community Standards for further review or dismiss the case. The appellate panel applies a preponderance of the evidence standard.

All decisions of appellate bodies, as left in effect or modified by the Vice President for Student Affairs, are final and binding upon all parties. There is no further appeal in any of these cases.

15.05

Upon written request to the Office of Student Judicial Affairs, the university will provide an alleged victim of a crime of violence the final results of the disciplinary proceeding. Final results are available only after the appeal process has been exhausted and the university has made a final determination in the matter. Final results are limited to information related to the sanctions imposed by the university that affect the victim.

15.10  Appropriate Appeals Panel

I.  Peer Review Appeals Panel

The Peer Review Appeals Panel reviews all nonacademic appeals except those resulting in sanctions of expulsion, suspension, revocation of degree or revocation of admission, and except for matters of sexual, interpersonal, or protected class misconduct.

The panel is appointed by the Director of Student Judicial Affairs and Community Standards, and consists of three to five members including at least one student member. The Director of Student Judicial Affairs and Community Standards, or designee, shall serve as a non-voting advisory member of every appeals panel. The recommendations of the Peer Review Appeals Panel may be reviewed and modified by the Vice President for Student Affairs at their sole discretion and, once approved, are final and binding upon all parties.

II.  Student Behavior Appeals Panel

The Student Behavior Appeals Panel reviews all appeals where academic sanctions and/or sanctions of expulsion, suspension, revocation of degree and revocation of admission are imposed.

The members of this panel are appointed by the President or their delegate. Each appeal is reviewed by three members including at least one faculty member and one student.  The panel will be advised by an appointee of the Vice President for Student Affairs. The adviser will be a non-voting member whenever the panel convenes.

The Student Behavior Appeals Panel serves the President through the Vice President for Student Affairs. The recommendations of the Student Behavior Appeals Panel are reviewed and modified by the Vice President for Student Affairs at their sole discretion and, once approved, are final and binding upon all parties. No student has the right to make a direct appeal to the Vice President for Student Affairs.

USC000001399

SCampus: The USC Student Handbook
2018-19

16. Student Conduct Records

    I.    Student conduct records are maintained separate and apart from all other student records. Student conduct actions become part of a student's academic records only in those cases in which a notation on the student's academic record is made for suspension, expulsion and/or revocation of admission or degree.

    II.    Records of student conduct actions are maintained in the Office of Student Judicial Affairs and Community Standards for up to seven years after the most recent student conduct incident, except for students assigned University-wide sanctions, as described in item number 1.

    III.    All records are maintained confidentially as provided in the university's policy concerning student education records (see Section C.5 Student Education Records).

    IV.    The Title IX Coordinator keeps records of sexual, interpersonal, and protected class misconduct.

Appendix A:  Academic Dishonesty Sanction Guidelines (PDF)

Appendix B:  Report of Academic Integrity Violation (PDF)

44

USC000001400

## C.  Academic Policies

1.  Class Notes Policy

Notes or recordings made by students based on a university class or lecture may only be made for purposes of individual or group study, or for other usual non-commercial purposes that reasonably arise from the student's membership in the class or attendance at the university. This restriction also applies to any information distributed, disseminated or in any way displayed for use in relationship to the class, whether obtained in class, via email or otherwise on the internet, or via any other medium. Actions in violation of this policy constitute a violation of the Student Conduct Code, and may subject an individual or entity to university discipline and/or legal proceedings.

2.  Disputed Academic Evaluation Procedures

Please note that students accused of an academic integrity violation are subject to the procedures in Part B, Section 13, above.

For other disputed academic evaluations, a student may receive up to two levels of formal appeal after review by the instructor. In the interest of preserving the very important student-instructor relationship, the student and instructor should try to resolve the grade dispute by direct communication. If the issue cannot be resolved by this dialogue, the grade dispute should move beyond the instructor to the next level of review. All grade appeals must be brought no later than the end of the semester following the semester for which the student received the disputed grade. The two levels of appeal beyond the instructor are the department chair and the school dean.

The sequence of the appeal process depends upon the structure of the school in which the academic evaluation occurred. The two levels of appeal are as follows:

I.  Schools Organized by Departments

For schools organized by departments, the first level of review, after speaking with the instructor, is by the department chair and, if needed, a second level of review by the dean. The process described in the paragraphs a. and b. below applies to:

USC Roski School of Art and Design

USC Marshall School of Business

USC School of Cinematic Arts

USC Annenberg School for Communication and Journalism

Ostrow School of Dentistry of USC (except the DDS, B.S./DH)

USC Price School of Public Policy

USC Viterbi School of Engineering

USC Thornton School of Music

USC Dornsife College of Letters, Arts and Sciences graduate students

USC000001401

SCampus: The USC Student Handbook
2018-19

a.  The department chair at their discretion may review the matter personally or conduct a formal hearing through an ad hoc or standing committee. The hearing committee is appointed by the department chair and consists of a faculty member from outside the involved department or academic unit, a student, a faculty member of the appealing student's choice, and two faculty members from the department or academic unit. A written decision will be given to the student after the department chair's decision or the hearing committee decision. Normally a decision should be sent to the student within approximately 15 days after the hearing. This time may be extended if necessary. The student should be informed in writing if the decision will be delayed.

b.  If either the student or faculty member who assigned the grade wishes to appeal the decision of the chair or the hearing committee, in the next level of appeal beyond the instructor and the department chair, they must appeal in writing to the dean of the academic unit within 2 weeks after receiving the written decision. The dean of the academic unit may review the matter personally or, if a hearing has not been conducted by the department, the dean must conduct a hearing. The hearing committee consists of the same categories of members within the academic unit as described above.

The committee will make a recommendation to the dean who will make a decision which is final and binding. Normally a written decision should be sent to the student within approximately 15 days after a hearing. This time may be extended if necessary. The student should be informed in writing if the decision will be delayed.

II.  Schools not Organized by Departments

For schools not organized by departments, the second level of review beyond the instructor is by the dean. This applies to the following schools:

USC School of Dramatic Arts

USC Davis School of Gerontology

USC School of Social Work

III.  Schools with Certain Professional Degrees

The following degrees are governed by separate disputed academic evaluation procedures. Copies of these procedures can be obtained directly from the school.

USC School of Architecture (separate procedures for all degrees except Ph.D.)

Ostrow School of Dentistry of USC (DDS, B.S./DH)

USC Rossier School of Education (separate procedures for all degrees except Ph.D.)

USC Gould School of Law (J.D., MCL, LL.M)

USC000001402

SCampus: The USC Student Handbook
2018-19

Keck School of Medicine of USC (M.D. and the Physician Assistant Practice program). Other degree programs in the Keck School of Medicine, including undergraduate, master's and Ph.D. programs, fall into the review category I above.

USC School of Pharmacy (Pharm.D., D.R.Sci.)

IV.   Graduate Students who have been Dismissed from an Academic Program

Please note that students accused of an academic integrity violation are subject to the procedures in Part B, Section 13.

For dismissals based on reasons other than academic integrity, the student may appeal in writing to the department chair or program director within 30 days of the date of dismissal. If the student is dissatisfied with the outcome of the appeal, then, within 30 days of the date of the department's or program's decision, they may appeal in writing to the dean of the school. If the second appeal is unsuccessful, then the student may appeal in writing to the Vice Provost for Graduate Programs. Such an appeal must be received within 30 days of the dean's decision. Appeal panel guidelines can be found at http://graduateschool.usc.edu/current-students/student-resources/#appeal-panel-guidelines. For students in the M.D., J.D., and LL.M. programs, the school dean is the final level of appeal.

3.   General Academic Petitions

The Office of Academic Review and Retention (Figueroa Building 107) is responsible for processing student requests to deviate from general university policies. Faculty requests to change a grade that was originally submitted incorrectly is processed by the Grades Department (Hubbard Hall 106). The actual decisions on these requests are made by a subgroup of the Committee on Academic Policies and Procedures (CAPP) which meets several times a month.

Not all requests for deviation from normal requirements are handled through the same process. Registration-related exceptions are initiated in the Office of Academic Review and Retention. These include such requests as adding or dropping courses after enrollment deadlines and changing the grading option after the third week. Degree requirement-related exceptions are initiated in the student's academic unit. These include requests to count excess units in a course with a unit maximum and to extend time to complete an incomplete. Decisions on these types of exception requests are reported to the Office of Academic Review and Retention by the CAPP petitions panel.

The following exceptions are those that a student may request under certain circumstances. There is no assurance that the request will be approved. The panel will review the student's academic record and consider the circumstances that led to the student's situation. The circumstances must justify exempting an individual student from a rule or deadline that other students are being required to follow.

Students should take care that the material they submit is accurate, comprehensive and well documented. It is important to initiate the petition process as soon as possible. A student who wishes to file a petition should speak with an academic adviser to determine whether the request is appropriate and whether it will actually resolve the problem.

I.   Registration-related Exceptions (See time limits for filing below)

USC000001403

SCampus: The USC Student Handbook
2018-19

A student wishing to request a registration-related exception should come to Figueroa Building 107. By talking with an academic review counselor, the student can determine whether there are grounds for an exception request and learn what documentation will be required. When all required documentation and endorsements are gathered, the student should submit the completed petition to the Office of Academic Review and Retention. These requests are heard by the Dean of Academic Records and Registrar. Requests not approved by the dean are referred to the CAPP panel for review. Below are the registration-related exceptions with the guidelines.

**Late or Retroactive Adding of One or More Courses**
The final deadline for original registration is the end of the third week of classes for fall or spring semesters. For summer sessions or special sessions, the student must look up the equivalent of the third week deadline. This is also true for the twelfth week drop deadline. Please assume that, in any reference to registration deadlines, the third or twelfth week refer to the fall and spring semesters and that an equivalent deadline will be applied for shorter sessions.

The end of the third week of classes is also the deadline to add courses that are not listed on the original program. CAPP will consider petitions for exception to the add deadline only if the student has documented extenuating circumstances.

Extenuating circumstances are defined by CAPP as situations over which the student has no control (e.g., a family death). Reasons such as "I didn't know the policy" or "I was out of town that week" or "I forgot" or "That isn't how they did it at the last school I attended" are not considered to be extenuating circumstances.

In all cases, a petition to add a course must include a statement from the instructor indicating the quality of work and dates of attendance.

**Late or Retroactive Withdrawal from One or More Courses**
The final deadline for dropping one or more courses is the end of the 12th week of classes or its equivalent for a given term. To officially drop a course, the student must process a drop form through the Registration Department or drop through Web registration and secure a Registration Confirmation as proof of having dropped. This 12-week time period is considered generous. CAPP will entertain petitions for exceptions to the drop deadline when the student has documented extenuating circumstances or the student was unable to evaluate their level of performance prior to the drop deadline.

Withdrawal petitions based on medical reasons require accompanying documentation from the student's physician. It is assumed that such requests will usually involve a complete withdrawal from all classes. If the request involves less than cancellation of the whole academic program, a complete explanation must be provided of courses to be dropped or retained, plans for completion of the remaining courses and an explanation of why the student's medical condition allowed completion of some courses but not all. In general, if a student is healthy enough to participate in campus activities outside of class, they are considered responsible for all courses undertaken. In all cases, a petition to drop a course must include a statement from the instructor indicating the quality of work and dates of attendance.

A final word of caution: CAPP almost never approves requests for late withdrawals if the student has taken the final exam in a course. However, a student should not take this

USC000001404

SCampus: The USC Student Handbook
2018-19

word of caution as an indication that they should purposefully miss a final exam because of a pending petition to drop. A student who misses a final exam because of a pending petition and then discovers that the petition was denied, will surely be in a worse position because the final exam grade will be calculated as an "F."

**Change in Registration Grading Option from Pass/No Pass to Letter Grade or Vice Versa**
The final deadline for changing the grading option of a course from pass/no pass to a letter grade or vice versa is the end of the third week of classes or its equivalent for a given term. Approval of requests to change enrollment status after the deadline is rare.

**Time Limits for Registration-related Requests**
Exception requests for retroactive change of an official registration for a semester or special session must be submitted no later than 24 months from the last day of final examinations for the semester or special session in question. If appropriate, the time limit can be waived by the dean of the academic unit in which the student is seeking a degree, but may not be waived if the courses in question occurred longer than five years previously.

II.   Degree Requirement-related Exceptions

These requests are generated in the student's major department or school. When the petition is completed, the school's petition contact person will submit the petition to Academic Review and Retention to be heard by the CAPP petitions panel. Below are the most common degree requirement-related petitions with the guidelines.

**Extension of Time for Removal of an Incomplete (IN)**
One calendar year is allowed to remove the mark of IN. A mark of IN cannot be removed by repeating the course, even if it is successfully completed within the calendar year requirement. If the IN is not removed within the calendar year, the course is considered "lapsed" and the grade is changed to an IX. Lapsed incompletes (IX) are penalty grades and are calculated as grades of "F." Courses offered on a Credit/No Credit basis or taken on a Pass/No Pass basis for which a mark of Incomplete is assigned will be lapsed with a mark of NC or NP and will not be calculated into the grade point average.

Extensions beyond this deadline are not likely to be approved if the student has enrolled in subsequent semesters, since it is assumed that the student's first priority should be the removal of the incomplete.

In all cases, a petition for an extension of time for removal of an IN must include a statement from the instructor explaining what is needed to complete the course and why the instructor feels the student should be given even further time for completion.

Other degree-related exceptions include requests to count excess units for a course with a unit maximum.

**Exceptions Made Elsewhere**
The Office of Admission and Financial Aid, Financial Services and the Graduate School have similar processes for actions taken by their respective committees or deans. Still other requests are handled through the exception process which comes directly from the academic unit to the Degree Progress Department.

USC000001405

**Registration in Graduate-level Courses by Undergraduate Students**

Exceptional undergraduate students may enroll in a graduate course. In order to do so, students must receive approval from the instructor. Students must also have prior approval from the chair of the major department to count the course for undergraduate credit or audit the course. The student's major department will notify the Degree Progress Department in writing regarding the manner in which the graduate course will be used. In no case will a student be allowed to enroll in and receive credit for a graduate course if the student's cumulative USC GPA is below 2.0.

**Graduate Credit for 400 and 500 Level Work Taken as an Undergraduate**

An undergraduate student who is within 12 semester units of the bachelor's degree and has a cumulative grade point average of at least 3.0 may request to enroll in and reserve for graduate credit a limited amount of work at the 400 and 500 levels during the last semester as a senior, provided that the semester program does not exceed 16 semester units. A written request should be submitted to the Degree Progress Department and should bear the endorsements of the chair of the student's major department and of the department in which the reserved work is to be taken. The Degree Progress Department verifies that the units being reserved are not needed to fulfill requirements for the bachelor's degree. The student must present a copy of the final action to the Registration Department at the time of enrollment.

III.  Exceptions to the Dornsife College of Letters, Arts and Sciences Limits on Units in the Major or Limits on the College Basic Requirement

Departments within the Dornsife College of Letters, Arts and Sciences awarding the B.A. degree cannot require fewer than 24 or more than 36 upper division units in the major. However, students may elect to take up to 40 upper division units within their major without a petition. A student wishing to exceed the limit must obtain the approval of the department with the final endorsement of the dean of undergraduate programs.

Students who major in the Dornsife College of Letters, Arts and Sciences must earn 104 units in the college departments. For students graduating with a minor or second bachelor's degree, this minimum is reduced to 96 units. Exceptions will be considered by the dean of undergraduate programs.

Students who are completing major degree programs in a professional school, but whose degree is conferred by the college, are exempt from this policy.

Substitutions of general education requirements and skill level requirements are generated in the student's academic unit and submitted to the dean of undergraduate programs. Substitutions of foreign language requirements are also generated in the student's academic unit and submitted to the American Language Institute.

IV.  Grading Issues

**Correction of Grade**

A student who believes an error was made in the assignment of a grade should consult directly with the instructor of the class. The instructor may request from the Grades Department and submit to CAPP a Correction of Grade form with appropriate endorsements. This type of request cannot be submitted on any other form and the form may not be handled by a student at any point in the process.

USC000001406

A full description of the actual error will be required of the instructor. General descriptions such as "clerical error" will not be accepted. CAPP considers grade changes on the basis of the explanation given, but may void a request involving any of the following circumstances:

- A request to change a grade of IN unless all work was completed prior to the end of the semester involved.

- A request to change a grade to any other mark than IN when work was completed subsequent to the end of the semester involved.

- A request that is missing the required endorsements (instructor, department chair and dean).

**Missing Grades (MG) Defaulting to Unofficial Withdrawals (UW)**
Students have 1 year, from the end of the semester in which they were assigned a mark of MG, to resolve or clarify the mark of MG. (Note: Marks of MG assigned PRIOR to fall 2005 are not bound by this policy.) Missing grades can be resolved by the instructor of the course through the Correction of Grade process. The Correction of Grade process (COG), is handled by the Grades Department, (213) 740-5586, Hubbard Hall 106, MC 9012.

Failure to resolve the mark of MG within the one-year limit results in the assignment of the mark of UW (Unofficial Withdrawal). A mark of UW is a failing grade and will calculate in the student's GPA the same way that a grade of "F" is calculated in the GPA. Courses graded Credit/No Credit (CR/NC) in which a mark of MG is not resolved will result in a mark of NC. Students who have elected to take a course on a Pass/No Pass (P/NP) option and do not resolve the mark of MG will be assigned a mark of NP.

4. Timeline for Degree Progress

All undergraduate students must make reasonable progress, each year, toward their degree objectives.

I. All students are required to record their primary major in the Office of Academic Records and Registrar, Trojan Hall 101, by the start of the junior year (on completion of 64 semester units). Supplemental or secondary majors may be added after junior standing has been attained. Minors may be added at any time.

II. While there are no specific limits for completing bachelor's degrees (except in the case of discontinued programs), many departments change their major requirements over the years based on changing technology, etc. Occasionally, general education requirements are changed as well. Therefore, students who do not complete their academic degrees within six consecutive years from the beginning of the semester of their first completed USC course work will not be allowed automatically to continue following the pre-major, major, and minor requirements. (This time limit includes semesters during which students were not enrolled.) The pertinent department chair will decide what pre-major, major and minor requirements each student must follow and communicate the decision to the student in writing.

Students who do not complete their degrees within 10 consecutive years from the beginning of the semester of their first completed USC course work will not be allowed automatically to continue

USC000001407

their general education requirements. (This time limit includes semesters during which students are not enrolled.) The General Education Office will decide what general education requirements each student must follow and communicate the decision to the student in writing.

Changes in certain university-wide regulations, policies and procedures are immediate, regardless of the degree requirements in effect at entrance or transfer.

Students pursuing degree programs which the university discontinues may be required to immediately change majors and pursue other degrees. Some departments may allow students already in the program to complete the degree within a specified time limit, not to exceed five years. Beyond that time, such degrees will not be awarded.

5.   Health Leave of Absence

The University of Southern California recognizes that students occasionally have health needs that interfere with their ability to remain in their academic program. It is the University's goal to support students in these circumstances so that they are able to address their health needs and return to complete their program. As such, the University has two types of health leaves, a Voluntary Health Leave of Absence and a Mandated Health Leave of Absence. Both types of health leaves, and the process for returning from leave, are described in detail in the University's Health Leave of Absence Policy, available at policy.usc.edu. The policy applies to all the University's programs, whether on-campus or online. Each student requesting a health leave of absence will be assigned a Health Leave Coordinator who will administer the leave and support the student through the administrative and logistical issues associated with a leave.

6.   Student Education Records

The University of Southern California maintains the privacy of student education records and allows students the right to inspect their education records consistent with the requirements of the Family Educational Rights and Privacy Act (1974). The following is a summary of rights afforded students regarding their own education records. The entire text of the university's policy concerning student education records is located in the Office of the General Counsel and in the Office of the Vice President for Student Affairs.

I.   A student has the right to inspect and review education records pertaining to them. Should a student wish to inspect a particular education record, a request to do so should be made in writing to the university office maintaining that record. Certain records (or information contained in records), such as parental financial records and information to which the student has waived access (e.g., confidential letters of recommendation), are excluded from the student's right to inspection. Excluded categories of records and information are specified in the university's policy concerning the privacy of student education records.

II.  A student has the right to request amendment of their education records. Should a student believe an education record is inaccurate or misleading, a request for amendment or correction should be addressed, in writing, to the university office maintaining the record in question. The custodian of records for that office may correct or amend the record in question or may determine that the record is accurate as it stands. In instances when a dispute cannot be resolved between the student and the office maintaining the record in question, the student may request a formal hearing by the university to resolve the issue. Questions about and requests for formal hearing should be directed to the Office of the General Counsel. This provision for amendment does not apply to disputed

USC000001408

SCampus: The USC Student Handbook
2018-19

grade information on academic transcripts. (See Disputed Academic Evaluation
Procedures).

III. The university will not release personally identifiable information from a student's
education records without the student's prior written consent or an authenticated
electronic signature release. Exceptions are noted in the university's policy concerning
the privacy of student education records and include:

    a.   disclosure of information to a university official having a legitimate educational
interest in the specific education record. A university official is any person
employed by the university in an administrative, supervisory, academic, clinical,
research or support staff position, a person elected to the Board of Trustees, a
student serving on an official committee, or a person employed by or under
contract to the university to perform a specific task. Such a person has a
legitimate educational interest whenever they are performing a task that is
specified in his or her position description or by a contract agreement,
performing a task related to a student's education, performing a task related to
the discipline of a student, or providing a service or benefit relating to the
student or student's family (such as health care, counseling, job placement or
financial aid);

    b.   disclosure of information in connection with financial aid for which the student
has applied or which the student has received, when disclosure is necessary for
such purposes as determining eligibility for, amount or conditions of the aid;

    c.   disclosure of information in response to a judicial order or legally issued
subpoena;

    d.   disclosure to officials of another school in which a student seeks or intends to
enroll; or

    e.   disclosure concerning "directory information." The university has designated
"directory information" to include a student's address (local and permanent),
telephone number (local and permanent), university email address, student
identification number, student photo, USC attendance dates, USC degrees
earned (with dates), academic honors, major/minor and degree objective,
expected date of graduation, previous school attended, enrollment status,
whether or not the student currently is enrolled, and participation in officially
recognized activities and sports. The university is under no obligation to release
directory information upon request. Students wishing to restrict release of
"directory information" may do so by completing the appropriate form provided
by the Registrar's Office (Trojan Hall 101). Such requests remain in effect for
the academic year. The above exceptions represent a partial listing of those
found in the university's policy concerning the privacy of student education
records.

IV. A student has a right to file a complaint with the U.S. Department of Education
concerning alleged failures by the university to comply with the requirements of the
Family Educational Rights and Privacy Act.

V. A student has a right to obtain the university's policy concerning the privacy of student
education records. Requests should be directed to the Office of the General Counsel, the

53

USC000001409

Office of Student Judicial Affairs and Community Standards or the Office of the Vice President for Student Affairs.

VI. Additional information can also be found by visiting the Registrar's FERPA website at https://arr.usc.edu/records/ferpa/.

7.   Falsification of Financial Aid Information

The types of information covered by this policy include all documents and information submitted to apply for and/or receive need-based financial aid, scholarships and private financing funds. These documents and information include, but are not limited to, the following:

- The Free Application for Federal Student Aid (FAFSA)

- The Student Aid Report (SAR)

- The CSS Financial Aid/PROFILE Application and CSS Noncustodial Parent PROFILE Application

- Financial Aid Supplement

- Student and parent federal income tax forms, tax return information and other income documentation

- Documentation of U.S. citizenship or eligible non-citizen status

- Documentation of housing/living arrangements

- Academic documents relating to high school diploma or college course work

- Loan applications, promissory notes and related documentation

- Specific program applications

- Federal Work-Study time sheets

- Any university financial aid forms and related documentation

- Any written, electronic or verbal statements sent to or made to a university employee regarding the student's financial aid application or other related documents

The integrity of the documents and the honesty of the information presented through them are critical to the financial aid process. Students should be aware that they will be held responsible for the integrity of any financial aid information submitted either by them or on their behalf.

If the university determines that a student or a parent has provided falsified information, or has submitted forged documents or signatures, the following steps may be taken without prior notification to the student or parent:

I. An incident report will be filed with USC's Office of Student Judicial Affairs and Community Standards following procedures outlined in the University Student Conduct

USC000001410

Code. Pending resolution of the complaint, the Financial Aid Office may restrict the distribution of any further aid to the accused student.

II. If the Financial Aid Office or the student conduct review process finds that a violation has occurred, the consequences may include, but are not limited to, the following:

- The student will be required to make full restitution of any and all federal, state, private and/or university scholarship, grant, loan, or work funds to which they were not entitled.

- Until full restitution is made, all federal, state and university funds will be withheld from the student, including all funds disbursed in past or in current semesters.

- No arrangements will be made with the Cashier's Office or Collections Office on the student's behalf to settle an account. The student will be responsible for all charges incurred on the student's account because of the loss of federal, state or institutional financial aid funds.

- If the student is determined to be ineligible for financial aid, based on a basic eligibility criterion, no further federal, state or university funds will be awarded to the student in any future terms of enrollment at the university.

- The student may become ineligible for future participation in some or all financial aid programs for a minimum of 1 year or longer. In some cases, the student will not be eligible to receive funds from that program in any future terms of enrollment at the university.

- The student will not be awarded funds to replace those lost because of dishonesty.

III. In addition to any consequences directly related to the student's financial aid, the student may be assigned disciplinary sanctions as described in the Student Conduct Code (see Section B.11.80).

IV. As required by federal and state law, the USC Financial Aid Office will report any infraction to the appropriate office or agency. These include, but are not limited to, the U.S. Department of Education Office of the Inspector General, state agencies or other entities that may take whatever action is required by federal and state law. In this report, the Financial Aid Office will describe in detail the incident, the response of the Financial Aid Office and any additional actions taken by or pending with the university.

USC000001411

SCampus: The USC Student Handbook
2018-19

### D. Free Expression and Dissent

1. Policy

The University of Southern California is committed to fostering a learning environment where free inquiry and expression are encouraged and celebrated and for which all its members share responsibility. Dissent (defined as disagreement, a difference of opinion, or thinking differently from others) is an integral aspect of expression in higher education, whether it manifests itself in a new and differing theory in quantum mechanics, a personal disagreement with a current foreign policy, opposition to a position taken by the university itself, or by some other means.

The university is a diverse community based on free exchange of ideas and devoted to the use of reason and thought in the resolution of differences. Whether in free debate or in the exchange of information, this community must rely on self-restraint and self-discipline if it is to retain its freedom to search and question. However, when self-restraint and self-discipline fail, the university will initiate such action as necessary to prevent disruption of or substantial interference with its community and to preserve the rights of its individual members.

The university's position is set forth in the following statement on Student Rights and Responsibilities:

> "Students and student organizations shall be free to examine and discuss all questions of interest to them and to express opinion publicly and privately. They shall be free to support causes by all orderly means, which do not disrupt or substantially interfere with the regular and essential operations and activities of the university, since such disruption or substantial interference violates the responsible exercise of free inquiry and expression. Students and organizations shall make it clear to the academic and larger communities that in their public expression they speak only for themselves."

If any student member of the university community believes that the university has acted in an arbitrary, capricious or discriminatory manner in exercising the Policy on Free Expression and Dissent (or its related policies), they may submit a formal grievance as outlined in the Student Grievance Procedures.

2. Reasonable Time, Place, and Manner

In exercising its responsibility to provide and maintain an atmosphere of free inquiry and expression, the university may establish reasonable time, place and manner restrictions for the purpose of avoiding disruption to or substantial interference with its regular and essential operations and activities. The university will not base decisions regarding time, place and manner upon the content of the message, except as permitted in those narrow areas of expression devoid of federal or state constitutional protection.

The university recognizes the crucial importance of preserving First Amendment rights and maintaining open communication and dialogue in the process of identifying and resolving problems which arise in the dynamics of life in a university community. The legitimate expression of differing opinions and concerns, including unpopular, controversial or dissident viewpoints, is an essential element of the academic process; the imposition of these opinions and concerns upon those who in turn dissent from them is not to be condoned and is inconsistent with a university's process and function.

USC000001412

SCampus: The USC Student Handbook
2018-19

Lawful and peaceful demonstration as an expression of favor or dissent will be permitted and protected. On the other hand, the university will not tolerate coercive disruption, defined generally herein as activity that imposes the will of other persons or groups within the university community, outside of the established university procedures and policies for the expression of opinion and the resolution of differences. Coercive disruption is construed to include any activity which, contrary to law, denies the rights of other students, the faculty or the staff of the university and:

    I. Disrupts or obstructs educational or other activities of the university.

    II. Reacts to the expression of the peaceful dissent of others by attempting to deny their rights.

    III. Obstructs or restricts free movement of persons on any part of the university campus, including the free entry to or exit from university facilities.

    IV. Denies or interferes with the standard operations, or use, of offices or other facilities to the students, faculty, officers, staff or guests of the university.

    V. Threatens or endangers the safety of any person on the university campus. This includes but is not limited to signs on any forms of stakes.

    VI. Results in damage to or destruction of property.

    VII. Contains "fighting words" where (a) the speech, considered objectively, is abusive and insulting rather than a communication of ideas and (b) it is actually used in an abusive manner in a situation that presents an actual danger.

    VIII. Constitutes "hate violence," meaning any act of physical intimidation or physical harassment, physical force or physical violence, or the threat of physical force or physical violence, that is directed against any person or group, or the property of any person or group because of the ethnicity, race, national origin, religion, sex, sexual orientation, disability, or political or religious beliefs of that person or group. (Acts shall not be considered "hate violence" based on speech alone, except upon a showing that the speech itself threatens violence against a specific person or group, that the person or group against whom the threat is directed reasonably fears that the violence will be committed because of the speech, and that the person threatening violence had the apparent ability to carry out the threat.)

    IX. Makes sustained or repeated noise in a manner which substantially interferes with a speaker's ability to communicate their message or the rights of others to listen. Since a clear differentiation between lawful or peaceful dissent and coercive disruption may often be difficult, the foregoing list is illustrative and not exhaustive; this list is expected to evolve, based on experience and changes in the law. It should be understood that the application of this policy also takes situational factors into consideration. For example, conduct appropriate at a political rally might constitute a violation of this policy if it occurred within a classroom.

In all cases, the rights of students under the First Amendment to the Constitution, as applied by California law, will always be protected.

USC000001413

SCampus: The USC Student Handbook
2018-19

Any coercive disruption initiated by a visitor or a student member of the university community or occurring during any university-sanctioned activity or function may be met by the action of the university that is necessary to restore the order and communication required for the rational solution of problems and free debate. In addition, any coercive disruption by students may be subject to disciplinary action through the Office of Student Judicial Affairs and Community Standards up to and including suspension or expulsion and/or legal action through local, state or federal courts.

If any member of the university community believes that disruption of or substantial interference with the regular and essential operations and activities of the university is occurring or that this policy is otherwise being violated, the established procedure is to inform university Public Safety officers and/or university administrators. It is the responsibility of designated university officials to protect the university community to the fullest extent possible.

3. Guidelines for Campus Demonstrations

All student members of the university community have the right to hold a demonstration (including, but not limited to, a rally, gathering, protest, parade, procession, or hosting of a guest speaker) on campus, subject to and consistent with the guidelines stated in this Section, and the approval of the Director of Campus Activities or other authorized Student Affairs staff. Any property damages related to the demonstration may result in the assessment of fees associated with cleaning or repair costs to either the organization or the individuals.

Reservations and prior arrangements are required for campus demonstrations. If students do not make advance reservations, their event may be moved or rescheduled in order to accommodate previously scheduled reservations, in accordance with the university's right to establish reasonable time, place, and manner guidelines for campus events.

All demonstrations must follow these guidelines, which serve as a mechanism to ensure a successful and safe demonstration:

I. Reservations for outdoor spaces or other venues to conduct campus demonstrations must be made through Trojan Event Services online at trojanevents.usc.edu. These spaces are made available to the campus community on a first-come, first-served basis. Students may also reserve space to protest approved speakers, presenters or programs as long as those protests are consistent with the guidelines stated in the Reasonable Time, Place and Manner section of this policy.

II. Representatives of the sponsoring organization wishing to stage a demonstration must complete an Outdoor Event Questionnaire and a USC Event Permit Application at least two weeks prior to the demonstration. The Trojan Event Services staff will check on the availability of the venue requested and can facilitate communication with Safety and Risk Management, Operations and Maintenance, Public Safety and Student Affairs, as needed.

III. Representatives of the organization sponsoring a demonstration must meet with the Director of Campus Activities or other authorized Student Affairs staff to discuss and develop necessary safety and security and crowd management procedures, to ensure that expectations, rights and responsibilities are mutually understood, and to provide the Director of Campus Activities or other Student Affairs staff with sufficient information to evaluate the crowd management and safety and security plans regarding the demonstration. Such management and safety plans subject to modification should conditions or circumstances change. All off-campus guests intended to participate in a

58

USC000001414

demonstration must be formally invited by a sponsoring on-campus organization, and the sponsoring organization is responsible for the behavior of the organization's members and of guests from off campus. Informing these members and guests of the university's expectations is the responsibility of the sponsoring organization's representatives. The sponsoring organization's representatives should also explain to the organization's members and guests the individual and organizational implications for failure to adhere to these expectations.

IV. When a campus demonstration is scheduled, organizers can expect the university personnel present (typically staff from the Division of Student Affairs and/or Department of Public Safety) to help ensure that organizers' rights are protected and the university's regular and essential operations and activities continue. Such regular and essential operations and activities include, but are not limited to, classes, meetings, and the standard operation of university offices and facilities. As the university is concerned about the entire university community and visitors, particular attention will be paid to managing crowds, maintaining access to buildings, sidewalks, streets, etc. and personal safety for all.

4. Advertising, Promotion and Literature Distribution

    I. Advertising

    The Division of Student Affairs oversees all advertising, promotions, literature and publications distribution on the USC campus in order to:

        a. Protect the rights enumerated in the policy on Free Expression and Dissent.

        b. Help foster and maintain a campus atmosphere of personal responsibility and mutual respect.

        c. Allow for maximum promotion of student events.

        d. Ensure a safe environment of order and cleanliness on campus.

    This will aid in creating a campus that promotes the well-being of its students, faculty, staff and visitors and will provide events with effective publicity and exposure.

    II. General Regulations

        a. Content of all printed materials posted or distributed on campus must:

            i. Contain no material containing advocacy directed to inciting or producing imminent lawless action

            ii. Contain no advertisements for "term paper mills" or other products or services which undermine the academic integrity of the university.

            iii. Contain no true threats or intimidation, meaning language where:

                • The speaker means to communicate a serious expression of an intent to commit an act of unlawful violence to a particular individual or group of individuals, or

59

USC000001415

SCampus: The USC Student Handbook
2018-19

- The speaker directs a threat to a person or group of persons with the intent of placing the victim in fear of bodily harm or death.

   iv.    Contain no advertisements or promotions for alcoholic beverages, illegal drugs or drug paraphernalia.

   v.    Contain no "fighting words" meaning language where:

- The speech, considered objectively, is abusive and insulting rather than a communication of ideas.

- The speech is used in an abusive manner in a situation that presents an actual danger that it will cause a breach of peace.

b.   USC does not exercise prior restraint on printed materials to be posted or distributed on campus that may be libelous or slanderous. However, if such materials are posted or distributed, they may be referred to the Office of Student Judicial Affairs and Community Standards for action.

c.   Any material that is not written in English requires a translation to be kept on file with Trojan Event Services in Ronald Tutor Campus Center 425.

d.   Any student groups or organizations not recognized by the university will be considered either "commercial" or "personal," including non-profit organizations.

III.   **Publicity**

All advertising and communication plans/timelines must be submitted in advance to the approving departments. No advertising is permitted until all approvals, paperwork and final payments have been received.

The use of third party promoters is strictly prohibited.

All printed publicity such as flyers, posters and postcards, must include the following entry guideline in accordance with the level of event identified

The following must be indicated on all materials to be posted:

a.   The full name of the sponsoring organization

b.   The time, date and place of the event

c.   Any entrance fees or costs to participate

d.   Entry guidelines

       Level 1 Open to USC student members of the student organization only, with valid USC ID

60

SCampus: The USC Student Handbook
2018-19

Level 2 Open to any USC student with valid USC ID

Level 3 Open to USC students, with valid USC ID, and guest

Level 4 Open to USC students, guest(s) and other college student(s). Valid USC ID or other valid college photo ID and proof of 18 years or older required.

## Posting

Posting on bulletin boards not controlled by the Division must be approved by the staff of the principal department in that building. It is the university's intent to limit the use of departmental bulletin boards to information relating to that department, unless otherwise posted.

In order to advance the university's objectives, to control the number of posters or flyers posted, and to ensure appropriate use of university facilities and property, limits may be placed on the number of posting locations that commercial or personal groups may use.

The individual or organization responsible for the posting must be identified.

Posting or flyer distribution is prohibited in the following areas or in the following ways:

a.   all trees and hedges

b.   the ground, taped or loose

c.   buildings (including glass windows, doors, walls and columns)

d.   Tommy Trojan and all other statues

e.   trash cans

f.   all lamp posts

g.   telephone booths/telephone poles

h.   parking lots and structures

i.   on top of other previously posted materials

j.   fountains

k.   chalking

l.   electronic flyers or materials distributed via USC listservs

m.   on cars, bicycles or other individual property

n.   freestanding advertisements such as signs on stands, sandwich boards, other displays, etc.

61

USC000001417

SCampus: The USC Student Handbook
2018-19

The individual or organization responsible for posting will be held accountable for any violations and associated fees.

5.   Literature and Publications Distribution

I.   General Regulations

a.   This policy applies to students and recognized student organizations and establishes time, place and manner regulations. It will be interpreted and applied so as to respect all federal and state constitutional and statutory rights. (Off-campus organizations, individuals or vendors should consult the policy on Solicitations by Off-Campus Persons, and section IX Vendors in the policy on Sales and Fund-raising.)

b.   The Division of Student Affairs oversees the in-person distribution of literature (including posters, handbills and pamphlets) and publications on the campus and the compliance of individuals and organizations with this policy.

c.   All university students and recognized organizations may distribute literature anywhere on campus provided such distribution does not affect the scheduled activities in that area and does not interfere with the essential operations of the university.

d.   Designated bins are for official university publications only

e.   No preprinted manually inserted sheets of information (flyers, advertisements or any other information message sheets) are allowed inside the pages of any official university publication.

II.   Violations

a.   Non-compliance with any of the provisions of these guidelines will constitute a violation.

b.   All printed materials in violation of these policies will be removed. Costs incurred for the removal of such materials can be charged to the person, persons or department responsible for the violation.

c.   Any violation or continued violations of these guidelines will be handled in accordance with the severity of the infraction, and will include one or more of the following responses:

- Written warnings

- Assessments for damage to facilities and/or assessed a $1 per flyer violation fee or the cost for removal

- Denial of future posting and other privileges, including the ability to schedule on-campus facilities for events and/or assessed a $1 per flyer violation fee

USC000001418

SCampus: The USC Student Handbook
2018-19

- Appropriate on-campus judicial proceedings through the Office of Student Judicial Affairs and Community Standards

- Appropriate legal action in local, state or federal courts of competent jurisdiction

III.  Responsibility for Content

An individual or organization shall be personally responsible for the content of any sign, notice, poster or other material referenced herein, which the individual or organization sponsors or posts on campus.

Advertisements or promotions on campus or in university publications and activity programs do not imply official endorsement by the university.

IV.  Helpful Hints

a.  In the interest of a free exchange of ideas, we recommend that an individual or organization comply with a request from any and all members of the university community for a copy of the material being distributed.

b.  Whenever literature is distributed by more than five individuals in any campus area at the same time, we recommend an Event Request process that ensures prior notification to area occupants regarding the activity, works to alleviate misunderstandings, lessens the chance for actions against individuals or organizations distributing literature, allows separation from other groups wanting to distribute literature, and works to alleviate impediments to the flow of traffic across campus or into entrances or out of exits of campus buildings. If more than five individuals will be distributing literature in the same campus area at the same time, we recommend that a representative complete an Event Request form and obtain event confirmation., and that a representative be present with a copy of Trojan Event Services confirmed Event Request Form, Confirmations are granted on a first-come, first-served basis.      (This paragraph does not apply to normal academic activities within the program of any school of the university.)

c.  If any literature contains language other than English, in the interest of a free exchange of ideas we request that a copy of the translated information be on file with Trojan Event Services.

d.  Make an effort to print quality flyers and/or literature.

e.  Plan for six weeks or more of lead-time to take full advantage of the process of scheduling and advertising an event.

f.  Plan carefully before printing materials in order to avoid printing more than can legitimately be utilized.

g.  Use other types of promotion in addition to flyers. Flyers should only be one small part of your promotional campaign.

63

USC000001419

SCampus: The USC Student Handbook
2018-19

    h.   For additional ideas regarding effective promotion of your student organization's events, consult with Campus Activities staff members in the Ronald Tutor Campus Center.

6.   Solicitations by Off-Campus Persons

   I.   General Regulation

This policy is issued to establish time, place and manner regulations for solicitors who substantially interfere with the regular and essential educational and other activities of the university.

Off-campus persons must have written permission from Trojan Event Services to conduct solicitation anywhere on campus.

    a.   "Off-campus persons" are defined to include all those who are not USC students, recognized student organizations, staff or faculty.

    b.   "Solicitation" is defined to include advertising, taking orders, sales not governed by another policy, distributing literature, distributing material including samples, asking for donations, campaigning (political or otherwise), collecting signatures, collecting email addresses or personal information. The university will apply this policy with full respect for all relevant constitutional and statutory rights.

    c.   Vendor sales of products on campus are governed by a more restrictive policy. See Section G.7.IX. Vendors in the Sales and Fund-raising policy.

    d.   In exercising its responsibility to provide and maintain an atmosphere of free inquiry and expression, the university may establish reasonable time, place and manner restrictions for the purpose of avoiding disruption to or substantial interference with its regular and essential operations and activities. For all expression with federal or state constitutional protection, the university will not base decisions regarding time, place and manner upon the content of the message. Also see the policy on Reasonable Time, Place and Manner.

   II.   Considerations in Issuing Permits

    a.   Trojan Event Services will consider other demands on space and will not issue a permit if the space is otherwise programmed.

    b.   The activity will be limited to certain designated areas.

    c.   The only area currently available for soliciting by off-campus persons is the plaza at the north end of Trousdale Parkway.

    d.   The applicant must provide identification.

    e.   The application must state the number of participants. Excessive numbers of participants will not be approved to ensure no interference with the free passage of pedestrians.

    f.   Each participant will be issued an individual permit.

USC000001420

SCampus: The USC Student Handbook
2018-19

    g.   Permits are for one day at a time.

    h.   Decisions on permits will not be based upon the content of the message.

III.  Displaying Permits

All off-campus persons who are participating in solicitation approved by Trojan Event Services must keep their written permission prominently displayed with them at all times on campus.

IV.  Prohibited Solicitation

It is important to foster and maintain a campus atmosphere of mutual respect. Aggressive solicitation is prohibited, including:

    a.   Obstructing or restricting free movement of persons on any part of the campus including free passage and the free entry to or exit from classrooms, offices or facilities.

    b.   Persisting in closely following or approaching a person, after the person solicited has informed the solicitor by words or conduct that such person does not want to be solicited.

    c.   Intentionally touching or causing physical contact with another person without that person's consent in the course of soliciting.

    d.   Disrupting, obstructing or substantially interfering with the educational or other operations and activities of the university, including by making sustained or repeated noise.

    e.   Using violent or threatening gestures toward a person solicited either before, during or after soliciting; using profane or abusive language which is inherently likely to provoke an immediate violent reaction, either before, during or after solicitation; uttering "fighting words" where the speech, considered objectively, is abusive and insulting rather than a communication of ideas and it is used in an abusive manner in a situation that presents an actual danger.

    f.   Physically intimidating or physically harassing, or using physical force or physical violence, or threatening physical force or physical violence.

    g.   Endangering the safety of any person on the university campus.

    h.   Damaging or destroying property.

    i.   Soliciting for immediate receipt of funds.

    j.   Remaining on campus at times when only USC persons and invited visitors may enter.

V.  Sanctions

USC000001421

Students and others may register complaints about the activities of off-campus solicitors with the Division of Student Affairs.

Failure to obtain and display a permit, violation of the code of conduct, or violation of the conditions of a permit may result in cancellation of a permit, requirement to leave and not return, and denial of permits in the future. Violations of criminal law may result in arrest.

7.   Student Organization Logos Policy

a. All recognized student organizations are permitted to create and use their own logos providing the logos do not violate the USC Graphic Identity Program or alter existing university logos. Student organizations are not allowed to use academic unit of department logotypes without permission from the academic unit or department. Student organizations are also not allowed to use the following university marks without special permission from the Department of Athletics or the Trojan Marching Band: Interlocking SC, Baseball Interlocking SC, Football Helmet Trojan Head and the Trojan Marching Band's logo. For more information, visit identity.usc.edu.

b. Student organizations are permitted to identify their affiliation with the university through the proper use of USC official logos and trademarks on all products, publications, flyers and documents. Student organizations are required to use authorized licensed vendors when sourcing products that feature any of USC's trademarks or wordmarks. For more information, visit trademarks.usc.edu/campus-community.

c. Student organizations may use their own logos in the context of a website that meets the established USC Web publishing guidelines found at itservices.usc.edu/web/ .

d. Requests for permission to use any university logo or mark must be initiated by a student from the requesting organization. Requests from a national organization or other non-USC entity affiliated with the student organization will not be granted.

e. Student organizations must adhere to the General Regulations section of the Advertising, Promotion and Literature Distribution Policies, which state that content of printed materials posted or distributed on campus must:

a.   Contain no material containing advocacy directed to inciting or producing imminent lawless action.

b.   Contain no advertisements for "Term Paper Mills" or other services which undermine the academic integrity of the university.

c.   Contain no true threats or intimidation, meaning language where (i) the speaker means to communicate a serious expression of an intent to commit an act of unlawful violence to a particular individual or group of individuals, or (ii) the speaker directs a threat to a person or group of persons with the intent of placing the victim in fear of bodily harm or death.

d.   Contain no advertisements for alcoholic beverages, illegal drugs or drug paraphernalia.

e.   Contain no "fighting words", meaning language where (i) the speech, considered objectively, is abusive and insulting rather than a communication of ideas and

66

SCampus: The USC Student Handbook
2018-19

(ii) is actually used in an abusive manner in a situation that presents an actual danger that it will cause a breach of peace.

67

USC000001423

SCampus: The USC Student Handbook
2018-19

**E.** **The University's Policy and Procedures on Student Sexual, Interpersonal, and Protected Class Misconduct is now a separate document, available at** https://policy.usc.edu/student-misconduct/**.**

USC000001424

SCampus: The USC Student Handbook
2018-19

## F. Other University Policies

1. Computing

   Because the use of computers and computing facilities is central to the learning experience at USC, it is important for all students to understand the policies governing the use of computing resources and appropriate behaviors in an electronic community. To that end, the university has developed a set of computing policies for members of the university community, regarding electronic communications, the use of computing resources at USC, compliance with the Digital Millennium Copyright Act (DMCA) and other related topics.

   All of these policies are available online at policy.usc.edu or cio.usc.edu/copyright/policy. Students are expected to read and abide by all policies located at this site and check this page for updates, as these policies are subject to change. All electronic information under this website supersedes all printed computing policies.

2. University Email Notifications to Students

   Email is the primary mechanism for sending official communications to students at the University of Southern California. Students, therefore, must check email regularly in order to stay abreast of important messages and notifications. Failure to read official university communications sent to students' official email addresses does not absolve students from knowing and complying with the content of official communications.

   Faculty may use students' official email addresses as the official out-of-class means of communicating with students registered in their classes. Students must comply with course requirements communicated to them by email.

   **Implementation**

   All students are assigned an official university email address that will be maintained in the university's email directory for at least one year after the student's last enrollment at the university.

   All official university communications for students will be sent to the student's official university email address.

   Students may forward their email from their official university email address to another email address of their choice. The university, however, is not responsible for email forwarded to another email address.

3. Student Website Disclaimer

   The University of Southern California protects its students' rights of free speech and academic freedom on student websites. Because student websites are hosted on official university servers, however, the university automatically places a disclaimer on each student site.

   The disclaimer reads as follows: USC does not control the content herein and takes no responsibility for any inaccurate, offensive, indecent or objectionable content, which is the sole responsibility of the individual student author.

69

USC000001425

SCampus: The USC Student Handbook
2018-19

Students may not remove or otherwise take steps to defeat this disclaimer. Any attempt to do so will be cause for disciplinary action.

4.   Alcohol and Other Drugs

The illegal or abusive use of alcohol and/or other drugs by students, faculty or staff adversely affects USC's commitment to provide an environment of excellence in teaching, research and learning. As members of the USC community, we all share in the responsibility for creating and maintaining a healthy and productive environment for work and study alike. With this responsibility comes the obligation to be involved in preventing problems caused by the abuse of alcohol, tobacco and other drugs.

USC's comprehensive approach to addressing substance abuse emphasizes:

- Taking effective steps to create and maintain a drug-free workplace and educational environment for students, faculty and staff.

- Providing continual prevention, education and counseling services along with referrals to off-campus treatment facilities as appropriate.

- Encouraging individuals who are experiencing problems associated with alcohol and/or other drugs or chemical dependency to seek assessment, counseling and/or treatment voluntarily with the understanding that this assistance is confidential and will not be used against them.

(Taken from *USC Drug-Free,* policy.usc.edu/drug-free/)

I.   Alcohol Policy

With this approach in mind, the university has expectations concerning alcohol use on campus which directly correspond to California and Los Angeles laws and ordinances and include, but are not limited to, the following provisions:

a.   The purchase, possession, or consumption of any alcoholic beverages (including beer and wine) by any person under the age of 21 is prohibited.

b.   Alcoholic beverages will not be provided to individuals under 21 years of age.

c.   The selling, either directly or indirectly, of alcoholic beverages (including beer and wine) except under the authority of a California Alcoholic Beverage Control Board license is prohibited. This includes selling cups, mixes, ice, tickets for admission, required donations, etc.

d.   The serving of alcohol to an intoxicated person or to the point of intoxication is prohibited.

e.   The manufacture, use or provision of a false state identification card, driver's license, or certification of birth or baptism is prohibited.

f.   The act(s) of being drunk and disorderly in public view, including on public sidewalks and walkways, is prohibited.

USC000001426

SCampus: The USC Student Handbook
2018-19

g.   The consumption of alcoholic beverages in a public place (unless licensed for consumption of alcohol on the premises) is prohibited. This includes a prohibition of alcoholic beverages in public areas of academic facilities, recreation fields, university housing corridors and lounges.

h.   Operating a motor vehicle, bicycle, skates, or scooters while under the influence of alcohol is prohibited.

i.   The possession of an alcoholic beverage in any open container in a motor vehicle, or while operating a bicycle, skates, skateboard, or scooter is prohibited regardless of who is driving and whether one is intoxicated (taken from *USC Drug-Free*).

j.   Behavior that is disruptive or abusive to others as a result of using intoxicants.

II.   Alcohol and Event Planning

Since the consumption of alcoholic beverages is prohibited (unless licensed for consumption of alcohol on the premises), any event being sponsored or hosted by a campus individual, university-recognized group, department, or office, must get approval to serve alcohol. All student organizations must have permission to serve alcohol at their events. All other student organizations should contact the Campus Activities for additional information. Approval must be obtained for all events on campus within any university-owned property. For approval and copies of the detailed protocol on serving alcohol on campus, call:

- Campus Activities, Steven and Kathryn Sample Hall 410, (213) 740-5693
- USC Hospitality, Bookstore 404, (213) 740-6285

III.   Drug Policy

The university's policy is to conform to all applicable laws and follows the current stance of the medical and mental health professions regarding the use of other psychoactive substances including stimulants, depressants, narcotics, inhalants and hallucinogens including marijuana.

The university expects all students and student groups to comply with all local, state and federal laws. It is the responsibility of each individual to be aware of, and abide by, all federal, state and local ordinances and university regulations. Current laws provide for severe penalties for violations which may result in criminal records (taken from *USC Drug-Free*).

IV.   Violation of Alcohol and Drug Policy

Student involvement in underage consumption of alcohol or the manufacture, use, possession, distribution or sale of illicit drugs is a matter of concern to the university and will subject a student so involved to disciplinary action by the university. Dependent on the nature of the violation, university sanctions may include educational intervention, mandated community reparations, suspension, or expulsion aside from or in addition to prosecution under applicable state and federal laws. University action may be taken whether or not independent action is taken by civil authorities.

71

USC000001427

SCampus: The USC Student Handbook
2018-19

V.   Assistance

There are many well-documented risks associated with the use of alcohol and other drugs, affecting not only the individual user, but also their family, friends and roommates. Alcohol abuse is frequently a factor in cases of assault on campus. Other problems associated with alcohol and other drug abuse include poor academic or job performance; relationship difficulties, including sexual dysfunction; a tendency toward verbal and physical violence; financial stress; injuries or accidents; and violations of the law such as driving under the influence and willfully destroying property.

Members of the university community are encouraged to seek assistance and/or support for themselves or others through any of the following resources:

- Student Counseling Services, (213) 740-7711

- Office for Wellness and Health Promotion, (213) 740-4777

- Engemann Student Health Center, (213) 740-9355

- Alcoholics Anonymous, University Religious Center 205, trojanrecovery@gmail.com

5.   Smoke-free Campus

In order to provide a safe and healthy environment for all of our faculty, staff and students, it is the policy of the University of Southern California that smoking is prohibited in all enclosed buildings, facilities and university vehicles.

The thoughtfulness and cooperation of the entire campus community are paramount to successful implementation of this policy. Given the established harmful effects of smoking to both smokers and non-smokers, it is the intent of the University of Southern California to reduce the existence of this health hazard in our campus environment.

Smoking is prohibited in all enclosed buildings, facilities and vehicles, which are owned or leased by the university, on both the University Park Campus and the Health Sciences Campus. This applies to all academic and administrative units including all individual faculty and administrative offices.

Smoking is prohibited in all university owned and leased housing. All University Park on-campus housing facilities are smoke free environments, regardless of roommate consent. All shared community space within university housing shall be designated as non-smoking areas.

All dining facilities on both the University Park Campus and the Health Sciences Campus shall be designated as non-smoking areas.

Smoking is prohibited during indoor athletic events and other university-sponsored or designated indoor events.

The university recognizes the need to accommodate those members of the university community who wish to smoke. Therefore, administrative and academic units may designate existing outdoor space as smoking areas, but these areas should be located far enough away from doorways, windows and ventilation systems to prevent smoke from entering enclosed buildings and facilities.

USC000001428

SCampus: The USC Student Handbook
2018-19

Some outdoor areas are confined spaces or particularly busy thoroughfares; in such cases, administrative and academic units may request Risk Management to designate those outdoor areas as smoke free.

For information on smoking cessation, contact the Engemann Student Health Center, at (213) 740-9355, or Office of Wellness and Health Promotion (OWHP) at (213) 740-4777.

6. Student Health Insurance Requirement

USC requires our students to carry comprehensive health insurance. It is mandatory for all domestic students (including online and graduate programs) enrolled in six or more units. It is also mandatory for all Health Science Campus and international students enrolled in any number of units.

The university offers a USC Student Health Insurance Plan into which the students acknowledged above will be automatically enrolled.  Students will have the option to waive the USC Student Health Insurance Plan if they are already covered under another comprehensive health insurance policy. Prior to the start of the semester, students will receive communication from the Student Health Center stating the opening and closing dates of the waiver request process.

For more information regarding the USC Student Health Insurance Plan including current rates and the steps to waive out, visit usc.edu/engemann and go to the Insurance page.

Additional questions can be answered by contacting an insurance representative at USC's Engemann Student Health Center at (213) 740-9355.

7. Student Releases

A person's registration as a student and either (i) attendance at or near the campuses of the university, or (ii) participation in classes, performances, and other activities of the university, constitutes an agreement by the student to the university's use and distribution (both now and in the future) of the student's image or voice in photographs and video and/or audio recordings in any form (including electronic reproductions) of such attendance, performance, or participation. If any student in a class or performance where such photography or recording is to take place does not wish to have their image or voice used, the student should raise the matter in advance with the instructor or artistic director.

8. Trojan Spirit Code Guidelines

Please encourage friends and family to honor our championship team by upholding the Trojan tradition of good sportsmanship. Alcohol is not permitted inside the stadium. Possession of alcohol, drunk or disorderly behavior, or threatening or obscene language will result in eviction from the Coliseum and permanent loss of the privilege of buying tickets in the future. Keep the Coliseum a family-friendly environment!

Treat all fans, students, staff, players, coaches, and officials in a respectful and courteous manner — win or lose/home or away.

Remember that you are responsible for your actions and how they may affect other fans and athletes, as well as the university.

USC000001429

**O**bey all rules and regulations as set forth by the university.

**J**oin in the Trojan Spirit by supporting all student athletes and their commitment to academic and athletic excellence.

**A**void making negative remarks or gestures that disrespect opponents, their fans and their institutions.

**N**ever forget the ideals of a Trojan — ambitious, courageous, skillful, scholarly, and faithful. Always do your best to live up to the high standards of the Trojan Family.

**S**end a positive message to our opponents about USC, our teams, students and fans wherever USC is playing.

9. Bicycles

Maintaining a safe environment for pedestrians and bicyclists requires that those individuals who ride bicycles exercise sound judgment and courtesy at all times while operating and parking their bicycles.

All applicable sections of the California Motor Vehicle Code pertaining to bicycle use are to be observed on the properties of the University of Southern California. Any person operating a bicycle on USC property implicitly accepts responsibility for adherence to all state and local laws governing bicycle operation, as well as this bicycle policy.

California bicycle laws and bicycle safety tips can be found on the California Department of Motor Vehicle's website, dmv.ca.gov.

Riding your bicycle on the sidewalk while on campus is permitted, except where noted by signs on campus.

   I.   Licensing/Registration

      a.  Bicycle registration is mandatory for all faculty, staff and students who ride or park a bicycle on the USC campus. By registering your bicycle, you will help DPS identify your bike if lost, stolen, recovered or impounded. Registration can be completed online at dps.usc.edu/services/bikes/ and is free. After completing the registration process, you will receive an automated receipt by email which should be kept for your personal record. Print and take a copy of this receipt to the DPS office to pick up your registration decal. DPS is located at Parking Structure A on the University Park campus. For more information, please call DPS at (213) 740-5519.

      b.  Upon change of ownership or destruction of the licensed bicycle, it is the responsibility of the owner to notify DPS. Please see dps.usc.edu/contact/ for DPS contact information. .

      c.  Valid California Bicycle Licenses obtained from other agencies will be accepted by DPS. However, it is recommended that owners register their bicycles with DPS to assure that current information is available in the event of a theft or if your bicycle is impounded. There is no charge for this informational registration.

74

USC000001430

SCampus: The USC Student Handbook
2018-19

    d.  It is unlawful for any person to tamper with, destroy, mutilate or alter any license, indicia, registration tag or serial number on a bicycle (CA Vehicle Code 39002(b)).

    e.  Any person who knowingly buys, sells, receives, disposes of, conceals, or has in their possession any personal property from which the manufacturer's serial number, identification number or any other distinguishing number has been removed, defaced, destroyed or altered is guilty of a crime (CA Penal Code 537e(a)).

II.   Parking Regulations

    a.  Bicycles may be parked only in those areas which have been specifically designated for this purpose. A bicycle parking area is indicated by the presence of bicycle racks. All bicycles must be parked in bicycle racks, and it is recommended that they are secured to these bicycle racks to deter theft.

    b.  Bicycles may not be parked in a way that would block or impede the access to a building entrance or exit. Bicycles may not be left within six feet of an entrance or exit unless the area is designated for bicycle parking by racks. Additionally, bicycle parking is prohibited at any entrance, exit or access ramp to any building on campus.

    c.  Bicycles parked in a manner that impedes the normal access to ramps designated for wheelchair or disabled access to facilities are subject to impound and fines.

    d.  Bicycles may not be parked or left on any lawn or landscaped area except those that have been designated for bicycle parking with the presence of bicycle racks.

    e.  Bicycles may not be chained or attached to shrubbery, trees, plants, guide rails, posts, doors, lamps, telephone poles or other objects not designated for the purpose of securing bicycles.

    f.  Bicycles may not be parked or left standing in any lobby or hallway of any building.

III.  Parking Regulation Enforcement

    a.  A public safety officer or other individual specifically authorized by DPS may issue a citation, relocate or impound a bicycle which:

        i.    is in violation of any regulation stated above in Sections I or II; or

        ii.   appears to have been abandoned, inoperable; or

        iii.  has been reported stolen by its owner.

    b.  DPS may remove the securing mechanism of the bicycle by whatever means are necessary for impounding a bicycle or locking the bicycle in place. DPS

USC000001431

officers are authorized to remove the device and impound the bicycle in this manner, and the university shall not be liable to the owner of the securing device or the bicycle for the cost of repair or replacement of such securing device.

c. Any bicycle that has been impounded will be secured at its location or in the impound area of DPS. Persons retrieving an impounded bicycle will be required to show proof of ownership (with complete description: manufacturer, model, color, size and serial numbers) and their picture identification (student ID or appropriate state driver's license).

d. Bicycles are not to be left on campus for storage during winter and summer breaks. Bicycles considered abandoned will be tagged and issued a 3-day warning. If no action is taken within 3 days, these bicycles will be considered abandoned and impounded with a fee assigned.

## IV.  Bicycle Operation

a. All bicycles must be walked in and around the following areas, Monday through Friday, between 10 a.m. and 2 p.m.:

- Trousdale Parkway, between Hellman Way and Downey Way

- Childs Way, between Watt Way and the eastern boundary of Trousdale Parkway

- All construction areas at all times for the continued safety of pedestrians and bicyclists.

- Gate 5, at times, on McClintock, between Jefferson Boulevard and 34th Street

b. Bicycles may not be operated at a speed that exceeds the university speed limit for vehicles (15 miles per hour on streets and 5 miles per hour on campus grounds).

c. Bicycles may be operated on the streets and pedestrian malls on campus; however, bicycles are to be walked on sidewalks in designated areas delineated by signage.

d. Bicycles must always yield to pedestrians anywhere on the pedestrian malls. Bicycles must be walked in crosswalks since they are many times filled with pedestrians.

e. When operating a bicycle, bicyclists must remain in the marked bike lane, if there is one. Otherwise they must remain to the far right of the street or paved area.

## V.  Fine Structure

Violators receiving a citation are referred to Student Judicial Affairs and Community Standards, and may receive a monetary fine.

USC000001432

SCampus: The USC Student Handbook
2018-19

- The impound fee is $20 for each occurrence. A bicycle will not be released until after the payment is made and ownership is established. If an owner is unable to pay the fine, they must sign a promissory note in order to retrieve their bicycle. If the owner does not return with the fine within three days, the charge will be added to the student's fee bill and a registration hold will be placed if the amount is not paid.

- The impound fee for bicycles blocking building access, wheelchair ramps or handicapped access is $35.

- The impound fee for bicycles locked to a wheelchair ramp or handicapped access is $75.

- Bicycles not claimed in 90 days will be presumed to be abandoned and will be sold or donated to charity.

VI. Cautionary Note

Bicyclists are urged to be very cautious when riding on campus. Accidental collisions may seriously injure pedestrians or other bicyclists. In the state of California, bicyclists on public streets have the same rights and responsibilities as automobile drivers and are subject to the same rules and regulations as any other vehicle on the road. A bicyclist who strikes anyone is liable for all medical expenses of that victim and any damage done to the victim's property.

A bicycle operator who strikes a pedestrian or other bicyclist and does not stop to inquire whether any harm or damage has been done, has committed the crime of "hit and run" (Calif. Motor Vehicle Code, Section 20001). This could result in the arrest and prosecution of the bicycle operator. Such an offense carries a 1-year sentence in jail or state prison, or a fine of $10,000, or both.

If you operate a bicycle, you are also urged to review your homeowner and automobile insurance policies, or other personal liability coverage to be sure you, and your family if you are a dependent, are protected.

10. Motorscooters/Motorcycles

This policy relates to all motorized scooters, mopeds, motor bikes, motorcycles or other two- or three-wheeled, motor driven vehicles, herein referred to as motorized scooters/ motorcycles.

- Motorized scooters/motorcycles must be ridden in a safe manner with the riders observing the university speed limit of 15 mph and obeying all vehicular traffic regulations while on campus.

- Riding motorized scooters/motorcycles is not allowed at any time on the malls, sidewalks or the center of campus (Trousdale Parkway between 34th Street and Exposition Boulevard, and Childs Way from McClintock to Trousdale Parkway). Riders may not take "short cuts" through unauthorized areas nor ride the vehicle in any way that may endanger pedestrians.

USC000001433

- All motorized scooters/motorcycles must be parked in the designated motorized scooter/motorcycle parking areas only. The vehicles may not be parked in such a manner as to prevent automobiles from parking, i.e., parallel to the curb or between two parked cars. Motorized scooters/motorcycles may not be parked on the malls, within the center of campus or on a sidewalk adjacent to any building unless a designated motorized scooter/motorcycle parking area exists there. Designated scooter/motorcycle parking area maps are available at the USC Transportation Office.

- All motorized scooters/motorcycles parked or driven on university property must have a valid parking permit. Parking permits may be purchased at the USC Transportation Office. The permit must be affixed in a highly visible area, e.g., the front fender, fork, or windshield. The USC Transportation Office is located at 620 West 35th Street PSX on the University Park Campus, and is open 8:30 a.m. to 5 p.m., Monday through Friday. The telephone number is (213) 740-3575.

- The use or possession of hoverboards (self-balancing scooterboards) is prohibited in university-owned residence halls, apartments and houses.

11. Coasting Devices

Roller skates, scooters, skateboards and other coasting devices are not vehicles, and are prohibited on roadways dedicated solely to vehicular traffic and in parking structures. Coasting devices are approved for use as transportation on university property, but cannot be used in any manner that places pedestrians at risk; use for acrobatic, racing or other stunts is strictly prohibited. Persons may coast or ride upon any sidewalk or improved surface used for pedestrian purposes, provided they yield the right-of-way to pedestrians on foot.

The use of coasting devices is prohibited within any building on the USC campuses or on any surface features (e.g., handicapped ramps, benches, or other architectural features) that might reasonably be expected to incur damage because of such use. Persons using roller skates must remove them before entering all university buildings.

These regulations will be enforced by the Department of Public Safety. Students or employees violating these regulations are subject to disciplinary action by the appropriate university office or official. Any other person violating these prohibitions may be cited for criminal trespass as well as criminal citation.

I. Definitions

a. Roller skate: a shoe, or attachment for a shoe, with a set of wheels connected for skating. This includes rollerblades.

b. Scooter: a narrow platform mounted on in-line or skate-type wheels with a handle to allow steering by turning the front wheels.

c. Skateboard: a board mounted on skate-type wheels.

d. Acrobatics, recreational use: any action on roller-equipped devices that is not necessary for the safe forward movement of the rider and which might be described as a "trick" or "routine," including, but not limited to, such maneuvers

USC000001434

as having all wheels off the ground at the same time, jumping up or down steps, and so on.

II. Operation

    a. All coasting devices must be walked in and around the following areas, Monday through Friday, between 10 a.m. and 2 p.m.:

        i. Trousdale Parkway, between Hellman Way and Downey Way

        ii. Childs Way, between Watt Way and the eastern boundary of Trousdale Parkway

        iii. All construction areas at all times for the continued safety of pedestrians and bicyclists.

        iv. Gate 5, at times, on McClintock, between Jefferson Boulevard and 34th Street

    b. All coasting devices may not be operated at a speed that exceeds the university speed limit for vehicles (15 miles per hour on streets and 5 miles per hour on campus grounds).

    c. Coasting devices are not vehicles, are prohibited on roadways dedicated solely to vehicular traffic and in parking structures, and are to be walked on sidewalks in designated areas delineated by signage.

    d. You must always yield to pedestrians anywhere on the pedestrian malls. Coasting devices must be walked in crosswalks since they are many times filled with pedestrians.

III. Cautionary Note

You are urged to be cautious when riding on campus. Accidental collisions may seriously injure pedestrians or other skaters. In the City of Los Angeles Municipal Code, "No person shall ride, operate or use a bicycle, unicycle, skateboard, cart, wagon, wheelchair, rollerskates, or any other device moved exclusively by human power, on a sidewalk, bikeway or boardwalk in a willful or wanton disregard for the safety of persons or property" (LAMC 56.15.1). A person riding roller skates or skateboards who strikes anyone is liable for all medical expenses of that victim and any damage done to the victim's property.

If you use roller skates/blades or a skateboard, you are also urged to review your homeowner and automobile insurance policies, or other personal liability coverage to be sure that you, and your family if you are a dependent, are protected.

12. Missing Student Notification

    See policy.usc.edu/missing-students/

13. Mandatory Online Training Courses

USC000001435

SCampus: The USC Student Handbook
2018-19

All new students, both undergraduate and graduate, are required to complete online training courses pertaining to safe and healthy lifestyle choices. Failure to complete these courses will result in a hold which will prevent students from registering for the subsequent semester. More information about how to complete these trainings is available at each student's MyUSC.

14. Online Students

As part of the state authorization process, USC is required to make state specific information available to online students.

Online students may address grievances through the same University processes offered to on-campus students:

- See Part A, Section 4, for concerns related to equal opportunity, affirmative action, and discrimination.
- See Part C for concerns related to disputed academic evaluations.
- See https://policy.usc.edu/student-misconduct/ for concerns related to sexual, interpersonal and protected class misconduct.

The responsible university contact is provided in each of the resources stated above, and can provide online students with details regarding processes and procedures for addressing grievances.

Online student should also be aware that a number of external entitles exist for handling complaints related to the university's compliance with applicable law:

- See Part A, Section 4.IV., for contact information for the Office for Civil Rights, the U.S. Equal Employment Opportunity Commission, and the Office of Federal Contract Compliance Programs.
- See Part A, Section 7, for contact information for the Bureau for Private Postsecondary Education.
- See https://online.usc.edu/state-disclosures/ for a list of state departments of education.

USC000001436

SCampus: The USC Student Handbook
2018-19

### G. Recognized Student Organizations

1. Recognition of Student Organizations

Recognized student organizations provide opportunities for students and other members of the university community to explore their academic, professional, political, social, recreational, artistic, cultural, spiritual or community service interests. In addition, student organizations provide a laboratory for the development of interpersonal, organizational and leadership skills in the members and officers. Such organizations exist to promote the educational mission of the university.

The existence of student organizations at the university is sanctioned by the Board of Trustees. The responsibility for recognition of student organizations falls within the Division of Student Affairs. Recognized student organizations are offered privileges, provided the organizations accept certain responsibilities. All student organizations must complete recognition paperwork through OrgSync on an annual basis. In addition, national, regional and local social greek-letter organizations are recognized through the Office for Fraternity and Sorority Leadership Development (Tutor Campus Center 330, (213) 821-1639) which may require additional processes and paperwork. All other student organizations are recognized through the Campus Activities (Steven and Kathryn Sample Hall 410, (213) 740-5693).

The Board of Trustees has ultimate authority over student organizations and can, from time to time, direct the Division of Student Affairs on matters regarding student organizations.

I. Privileges

All recognized student organizations may:

a. Post notices on campus, within the posting policy.

b. Receive and post messages on the student organization electronic mailing list.

c. Post on the Trojan Information Kiosk.

d. Use a campus mailing address and/or mailbox.

e. Reserve campus facilities for events, programs and meetings.

f. Apply for university funding, including student program fee monies.

g. Conduct fundraising efforts within the stated Sales and Fundraising Policies of the university (see Section G.7. Sales and Fundraising).

h. Receive a discount on selected facility and equipment rentals.

i. Access organizational email and Web accounts (the university will place the following disclaimer at the bottom of each organization's website: USC does not control the content herein and takes no responsibility for any inaccurate, indecent or objectionable content, which is the sole responsibility of the student author). Students may not remove or otherwise take steps to defeat this disclaimer. Any attempt to do so will be cause for disciplinary action.

USC000001437

SCampus: The USC Student Handbook
2018-19

    j. Access banking services at the USC Credit Union and/or through Campus Activities.

    k. Use the name, logo or other trademarks of the university, while making clear to a reasonable person not from the campus that the organization is a student organization at the university and not the university itself. Use of the name, logo or other trademarks must be consistent with the USC Graphic Identity Program, and Section G.7. Sales and Fundraising.

## II. Responsibilities

In return, the university expects all student organizations to:

    a. Abide by all university policies, regulations and procedures as defined in this Student Handbook and elsewhere, all state laws, and any applicable governing regulations associated with a national affiliation;

    b. Limit its participation to students, faculty, staff, alumni and alumnae of the university;

    c. Limit its voting members and officers to currently enrolled USC students;

    d. Refrain from discriminating in membership decisions, elections and all other matters on the basis of race, color, national origin, ancestry, religion, sex*, gender, gender identity, gender expression, sexual orientation, age, physical disability, medical condition, mental disability, marital status, pregnancy, veteran status, genetic information. A statement to this effect should appear in the constitution of all recognized organizations.

    e. Refrain from using university funds for any activity, event, or program that endangers the health, safety, or welfare of others.

    *Except those exempted from Title IX compliance.

USC Campus Activities reserves the right to revoke, limit, and/or suspend the privileges of a Recognized Student Organization should the organization fail to adhere to any of the responsibilities listed above.

## III. Recognition Process

Recognition status runs for one academic year (August 1-July 31) regardless of when an application is approved. All student organizations must complete recognition paper through the online recognition portal, OrgSync, on an annual basis.

Organizations that do not complete the recognition renewal process by the specified time will lose all privileges.

The name and email of the first person listed on the application will be made available to members of the USC community. This student will also receive official communications from Campus Activities and is expected to share any pertinent information with their organization. Only the organization's email and website will be listed on the student organization website.

USC000001438

SCampus: The USC Student Handbook
2018-19

Recognized student organizations are required to upload the following information to OrgSync:

- Complete membership profile and roster
- Constitution ratified by the membership
- Names and contact information of at least five members
- Name and contact information of the USC full-time faculty/staff adviser
- Agreement to abide by all university policies
- Proof of attendance by one officer at annual mandatory recognition meeting

Religious organizations seeking recognition must complete the guidelines outlined on the Office of Religious Life website (orl.usc.edu/organizations/recognition/application/) prior to receiving university recognition.  This letter must be uploaded to engageSC during the recognition process.

Fraternities and Sororities seeking recognition must complete guidelines outlined on the Office of Fraternity and Sorority Leadership Development website (greeklife.usc.edu/) prior to receiving university recognition.  Recognition of social fraternities and sororities at USC is guided by the *Trojan Greek Community Standards and Accreditation*, USC governing fraternity and sorority councils, and if applicable inter/national organization policies.

Club Sports seeking recognition must first be a university recognized student organization. Once approved the student organization seeking to join the Recreational Sports Council must follow the  guidelines outlined on the USC Recreational Sports website (sait.usc.edu/recsports/). Once approved, this letter must be uploaded to OrgSync.

Student organizations may be affiliated with other off-campus organizations. If this is the case, the student organization must submit a copy of the constitution, articles of incorporation or other governance document of the external organization for university approval.

Policies are subject to change. Refer to Campus Activities website (campusactivities.usc.edu/organizations/recognition/) for current policies and procedures. Where university policies or regulations conflict with student organization constitutions or bylaws, the university policies or regulations will govern.

Through this recognition process, the university accepts no financial, tort or other liability for the action of the student organization or its members. Recognition of a student organization may be withdrawn by the organization itself, by Campus Activities, or following a recommendation of the Office of Student Judicial Affairs and Community Standards, for any violation of university regulations and policies governing students, student organizations or their actions.

IV. Unrecognized Student Organizations

Any student who knowingly chooses to affiliate with a club, organization or group that is not officially recognized, or has been suspended, disbanded or dissolved by the university, or any external authority, is subject to disciplinary action up to and including suspension and expulsion from the university.

83

USC000001439

V.  Loss of Recognition and Probation for Recognized Student Organizations

USC Campus Activities reserves the right to revoke, limit, and/or suspend the privileges of a Recognized Student Organization should the organization fail to adhere to any of the responsibilities listed in Section II.
In addition, loss of recognition and/or privileges can result from but are not limited to:

- Incomplete recognition renewal application;
- Non-compliance with national governing body policies;
- Hazing (see Section 8);
- Misrepresentation;
- Acts of individual members (see Section 2);
- Bank fraud, larceny, or theft;
- An organizations fails to adhere to the educational mission of the university;
- The written request of an organization

2.  Group Responsibility for Student Organizations

The Student Conduct Code's overall general principles (Part B) incorporate the expectation that students will meet higher standards of conduct than the minimum to avoid disciplinary action, and also assert that university standards may be set higher than those found elsewhere in society. Consistent with these principles, USC has established the following policy to ensure that leaders and members of student organizations understand and accept responsibility for the actions of their organization and all of its members. The following policy applies to all student organizations.

Student organizations may be held responsible for the acts of individual members. Acts include but are not limited to the following types of circumstances:

- when a member of an organization is violating state law or university standards and other members present fail to indicate their disapproval, or by their continued presence without objection implicitly condone the behavior;

- when the acts grow out of or are directly related to the student organization's activities or an environment created by the organization;

- when the acts are those of guests of an organization, or by persons authorized or permitted to represent themselves as connected with the organization;

- when an organization places prospective members in a subordinate status prior to achieving full membership, or imposes any kind of probationary period prior to full membership, and hazing occurs.

Liability on the part of the student organization may be mitigated if members of the organization take reasonable steps to prevent infractions of university regulations by their fellow members. Such steps will usually include clear establishment of standards (preferably in writing), documented education of members as to the standards established and documented enforcement of standards when violations occur. The specific steps necessary to avoid this liability (or to mitigate consequences) will vary according to the circumstances of the situation, the seriousness of the behavior, and the possible harms which could have arisen from the behavior. Where more serious behavior and harm is in question, the student organization has the duty to take clear and firm action that is reasonably calculated to prevent and/or cease the behavior in question.

USC000001440

SCampus: The USC Student Handbook
2018-19

It is the duty and responsibility of every member of every student organization to respond to the conduct of the other members when they are engaged in behavior which violates the law or university regulations. It is not the number of members involved in an activity that is crucial to a determination that the organization is responsible. The test is whether the activity is related to a student organization through one of the four sets of circumstances previously articulated, rather than a private activity by persons who happen to be members of the same student organization. The factors to be considered include whether the activity is one normally considered part of student organization life and whether the atmosphere in the particular organization encourages or condones the particular group activity of the members.

It is the duty of every organization to create the proper atmosphere to ensure that misconduct related to the student organization is inconsistent with membership in the organization.

The duty just defined is applicable not only to members who are engaged directly in the activity, but also to members not engaged in the activity who are present or who have knowledge of the activity. For instance, knowledge of involvement by other members in illicit activities is sufficient to invoke culpability. All members must be on notice that their misdeeds may result in the sanctioning of their student organization through the Office of Student Judicial Affairs and Community Standards.

In addition to the group being held culpable, members and officers may be cited and held responsible as individuals for their role. In sum, the policy is that every student organization member has the duty to take all reasonable steps necessary to prevent infractions of university rules growing out of or related to the student organization's life. Policies which may be relevant in such cases include, but are not limited to, those involving:

- Hazing
- Discrimination
- Vandalism
- Theft
- Alcohol or substance abuse
- Dishonesty
- Misappropriation of organization or university funds

For more information, contact the Office for Residential Education, Student Union 200, (213) 740-2080; Fraternity and Sorority Leadership Development, Ronald Tutor Campus Center 330, (213) 740-1195; or Campus Activities, Steven and Kathryn Sample Hall 410, (213) 740-5693.

3.  Student-led International Travel

The following set of policies and guidelines has been developed, with the approval of the Provost, to clarify university expectations for student organizations planning international trips. For questions about this policy, contact the Office of the Vice President for Student Affairs.

- Sponsored programs consist of student organizations or groups of students working under the specific direction of a university school or department. These students have regular and ongoing direction and involvement from a USC staff or faculty member and the program is listed among the school or department's schedule of programs.

85

USC000001441

SCampus: The USC Student Handbook
2018-19

- Affiliated programs consist of: (a) recognized student organizations, or (b) groups that choose to affiliate with the university and are willing to comply with the requirements set forth below. Any recognized student organization that receives university funds, uses the USC name, and/or receives support or guidance from a university school or department, or individual faculty or staff member, can be classified by the university as an affiliated program.

All USC sponsored or affiliated programs must follow the guidelines below, which include general trip requirements/recommendations and descriptions of the roles and responsibilities of advisers and student coordinators:

I. Complete the Overseas Roster Spreadsheet, as described at studentaffairs.usc.edu/ssa/ssa-overseas/.

II. Designate coordinators and advisers.

   a. Student Coordinator
      Pre-trip Roles

      - Thoroughly explain mission and purpose of the trip to all prospective/selected participants.

      - Make final determination on eligibility for participation (this often entails a selection process with the possible involvement of a faculty/staff adviser).

      - Inform participants that they will be required to have USC travel insurance.

      - Coordinate the collection/submission of student information to University Health Insurance Coordinator within stated time frame.

      - Collect and submit required student travel participant data to Student Affairs (Student Support and Advocacy) no later than seven days prior to departure.

      - Collect and submit to departmental representative and adviser vital participant information: (1) university release; (2) medical authorization; and (3) emergency contact form.

      - Make travel clinic information available to all participants. (1) Schedule group appointment and (2) contact travel nurse to review immunization requirements.

      Roles During the Trip

      - Provide general leadership while on the trip. Act as primary decision-maker and group representative in all matters affecting the day-to-day experience of the trip.

USC000001442

- Maintain contact with community partners and facilitate regular conversations between all parties to troubleshoot problems and determine solutions.

- Assist with emergency response as needed.

- In cooperation with faculty/staff adviser (if present), respond to student concerns and problems as they arise.

b. Adviser

Each USC sponsored overseas student trip is strongly encouraged to include a faculty/staff adviser for the duration of the trip. An adviser may be any of the following:

- An employee whose job requires them to go on the trip

- An exempt employee with at least a 50% staff or faculty appointment

- A non-exempt staff employee performing duties and taking personal vacation time

All employees traveling with students as advisers or volunteers on domestic or international trips are covered under workers' compensation should they become injured or ill while on the trip, providing the injury is in the course and scope of the activities associated with the trip. In other words, if an employee takes a personal outing before or after the student trip they would not be covered by workers' compensation. The type of trips for which the coverage is extended includes, but is not limited to: alternative spring breaks; trips involving sport clubs; trips involving religious groups; academic trips, either for credit or not-for-credit; and both domestic and international trips.

These employees will also be covered under the university's general liability policy should they become involved in some legal action arising out of their involvement with the trips, unless the action is egregious or criminal or in some way is not otherwise covered under a general liability policy, or that the university cannot in good conscience defend.

Pre-trip Roles

- Meet several times with the student coordinator(s) before leaving USC to delineate the adviser role and allow for an open exchange of ideas and expectations between the advisers and student coordinators.

- Assure the collection of vital participant information: (1) university release; (2) medical authorization; and (3) emergency contact form.

Roles During the Trip

- Respond to coordinator/participant concerns and problems as needed.

USC000001443

SCampus: The USC Student Handbook
2018-19

- Possess a full set of student information forms and emergency procedures.

- Serve as the official university representative in the case of an emergency.

- Coordinate emergency response and all communications between university and others as needed.

c.  All groups must host at least one pre-trip orientation session that covers the following:

- Travel details, living arrangements, and trip itinerary

- Emergency procedures, health insurance, International SOS

- Health and safety precautions

- Expectations for appropriate behavior and participation

- Country-specific information

d.  Transportation While on Trip

Every effort must be made to secure transportation in the host country that is provided by licensed and insured vendors. USC's affiliated travel agencies are available to provide assistance with these arrangements at procurement.usc.edu/travel/agencies.

e.  Accommodations While on Trip

- Every effort must be made to identify and assure access to adequate services.

- Identify emergency medical facilities.

- Inform all participants of their expected living conditions prior to their departure.

f.  Communications While on Trip

- Determine the extent of adequate communications – either email, cellular or land line communications available.

- Formulate a plan for communications and articulate the plan to all trip leaders prior to departure.

III. Obtain Signatures on Required Forms.  Each coordinator must collect all of the signed forms listed below from all students participating in their program. Both the on-campus coordinator and on-site coordinator should keep copies of these forms.  Forms are available at studentaffairs.usc.edu/ssa/ssa-overseas/:

USC000001444

SCampus: The USC Student Handbook
2018-19

    a. Know Before You Go Informed Consent Form. This document serves as a guide for students with different physical or learning abilities, those with medical conditions, and those with psychological issues in order to assist them in making an informed decision on selecting an overseas location that is appropriate for them.

    b. Medical Treatment Authorization. This form allows USC representatives to authorize medical treatment for a student who is incapacitated and unable to make such decisions on their own.

    c. Travel Release. This is USC's standard release form to be used by all overseas programs.

IV. Obtain Travel Insurance. All students on USC overseas programs (credit and non-credit programs) must be covered by either regular USC student health insurance, or the USC overseas health insurance plan, both of which include special health and emergency coverage by International SOS. Please see engemannshc.usc.edu/insurance/overseas-travel-resources/ for information about insurance options.

V. Review Restrictions on Destinations for International Trips. At the discretion of the Provost and/or the Vice President for Student Affairs, specific intended destinations for USC-affiliated or USC-sponsored international trips may be restricted due to State Department travel warnings, Centers for Disease Control (CDC) warnings or other indicators that might suggest conditions that are unhealthful or particularly dangerous for travel. Student groups planning international trips are advised to consult State Department and CDC resources early in the planning process to avoid the risk of choosing a destination that is subsequently denied by the university. It should also be recognized that the health and safety factors of a particular location can change drastically without warning, and organizations are strongly urged to take necessary precautions (such as trip cancellation insurance through a travel agent) in case it becomes necessary to change plans or cancel a trip on short notice.

VI. Review Overseas Emergency Response Plan.

Coordinators and faculty/staff advisers must read and keep in their possession a copy of the USC Overseas Emergency Response Plan, available at studentaffairs.usc.edu/ssa/ssa-overseas/. The first point of contact in an emergency is International SOS, USC's contracted health and safety emergency service provider for overseas programs: 215-354-5000, or 215-942-8226, or phlopsmed@internationalsos.com.

VII. Review Policies Concerning Standards for Student Behavior

As is the case with USC study abroad programs, all Student Handbook polices are in effect for sponsored and affiliated student-led trips abroad. Coordinators, all trip participants, and faculty/staff advisers should familiarize themselves with the Student Conduct Code, and the University's Policy and Procedures on Student Sexual, Interpersonal, and Protect Class Misconduct. It is the responsibility of coordinators and faculty/staff advisers to inform prospective/selected participants that all university policies apply to trips abroad.

VIII. Contractual Agreements

USC000001445

SCampus: The USC Student Handbook
2018-19

No student or student organization may enter into direct contractual agreement in USC's name with outside vendors (travel agencies, tour operators, etc.). Check with the appropriate administrative unit (Vice President for Student Affairs or specific dean's offices) for clarification of required procedures.

For more information and resources for student organizations, visit the Campus Activities website at usc.edu/ca.

4.  Facilities

I. General Policies

Recognized student organizations are offered priority use of all Student Affairs venues. However, other reservations that are made prior to student reservations will not be cancelled to accommodate these higher priority programs. Recognized student organizations may also request to use classroom space, but academic scheduling has priority in these venues. Anyone using USC venues must be in compliance with university regulations regarding time, place and manner. Activities, programs or events must not interfere with other university functions. If any unscheduled activity interferes with an official university function or any other scheduled activity, it may be discontinued at the direction of the Division of Student Affairs.

Scheduling reservations shall be made on a first-come, first-served basis according to organization type, and the university cannot and does not guarantee that facilities suitable for all group needs will be provided. Requests should be made early enough to allow adequate time for processing the request, planning the event, payment of fees and advertising. No advertisement can take place before written confirmation is received.

No requests may be finalized or confirmed until arrangements have been made and approved by all USC departments having vested interest in the event, including but not limited to the Division of Student Affairs, USC Bookstores, USC Hospitality, USC Transportation, the Department of Public Safety and Fire Safety.

The University of Southern California reserves the right to cancel any event if fees are not paid by the required due date, if the group does not comply with USC policies and procedures, or if USC officials cannot ensure the safety of students, faculty, staff and/or visitors.

II. Reserving Venues

Reservation request forms for Bovard Auditorium, Ground Zero Performance Café, Ronald Tutor Campus Center, outdoor venues and advertising spaces are available online at trojanevents.usc.edu.

All reservation requests for table spaces must be made by submitting reservation request forms at least four weeks prior to the event. Event requests for Bovard Auditorium, Ground Zero Performance Café, Ronald Tutor Campus Center, and the outdoor parks and plazas must be submitted to Trojan Event Services no later than 4 weeks prior to the event. Telephone requests are not accepted. The venue requested becomes officially confirmed only when written approval is issued.

USC000001446

SCampus: The USC Student Handbook
2018-19

For complete policy details, please see trojanevents.usc.edu. An online schedule is also
available at this site.

III. Programming Venues

The Division of Student Affairs operates the Ronald Tutor Campus Center, Bovard
Auditorium, Ground Zero Performance Café and all outdoor areas in the center of
campus. These venues may be scheduled through Trojan Event Services at
trojanevents.usc.edu.

**Bovard Auditorium**
Bovard Auditorium is a multiuse lecture/performing arts venue that seats 1,230 people
with stage dimensions of approximately 37 feet by 42 feet. Information about Bovard
Auditorium can be found online at trojanevents.usc.edu/bovard/ .

**Ground Zero Performance Café**
Ground Zero Performance Café is a student-run coffeehouse available for concerts,
lectures and performances. Located on the southeast corner of campus between Marks
Hall and Trojan Residence Hall, Ground Zero is a great place to hold an event or just
hang out. Venue information can be found by visiting trojanevents.usc.edu/gz/.

**Outdoor Programming Venues**
Trojan Event Services provides outdoor programming areas for use by recognized student
organizations, campus departments and invited guests on a reservation basis. The
programming areas include:

- Alumni Park

- Argue Plaza

- Associates Park

- E.F. Hutton Park

- Founders Park

- Crocker Plaza, Herbert Plaza, Pardee Plaza, Queens Courtyard, Bogardus
  Courtyard

- Hahn Plaza/Tommy Trojan

- Sections of Trousdale Parkway and Childs Way adjacent to the above locations

- Meyer Plaza

- Von KleinSmidt Center

- McCarthy Quad and Fred Fagg Jr. Gardens (the barbeque grill area)

**Ronald Tutor Campus Center**

USC000001447

SCampus: The USC Student Handbook
2018-19

The Ronald Tutor Campus Center is a multiuse facility that features many reservable meeting and event spaces in addition to several non-reservable lounges and study spaces. For details on available venues and reservation policies, visit trojanevents.usc.edu . Programming spaces include:

- The Grand Ballroom

- Tommy's Place (available for rentals on a case-by-case basis)

- The Rosen Family Screening Theater

- The Forum

- More than 15 other meeting rooms

Alternate campus venues that are **not** managed by Trojan Event Services include:

- Archimedes Plaza/Engineering Quad (USC Viterbi School of Engineering, (213) 740-4530)

- Annenberg G21 Auditorium (USC Annenberg School for Communication and Journalism, (213) 740-5297)

- Breezeway and Bridge South Lawn (USC Marshall School of Business, (213) 740-6886)

- Bing Theatre, (213) 740-1293

- Childs Way sidewalk in front of the Bookstore (Bookstore, (213) 740-BOOK)

- Cromwell Field, Cromwell Track, Dedeaux Field, Fagg Park, Howard
- Jones Field, Intramural Field, Lyon Center, McAlister Athletic Field, P.E. gym and pool, and tennis courts (Recreational Sports Department, (213) 740-5127)

- Lewis Hall (USC Price School of Public Policy, (213) 740-0397)

- Libraries (libraries.usc.edu/spaces-overview )

- Theatres (contact the appropriate theatre for scheduling procedures)

IV. Sound Amplification Policy

**General Policies**

To maintain the academic environment at the university, the use of amplified sound equipment in open areas must be approved by Trojan Event Services. Amplified sound is defined as any form of equipment (i.e., microphone, speakers, amplifiers, bullhorns, musical instruments) used to increase sound levels or any object that does not require equipment to project its sound. In some cases, large group singing is also considered amplified sound. Events involving high sound levels may not be scheduled during regular classroom instruction if the possibility of interference exists. Any recognized student

USC000001448

organization or university department may reserve one of the designated open spaces for sound amplification.

The use of outdoor areas for amplified events is limited by the nature of the given area and the probability of interference with official university functions. In general, moderate amplification (not more than 90 decibels, "A" weighted, measured 45 feet from the front center of the stage) is allowed at Hahn Plaza (adjacent to Tommy Trojan) from noon to 1 p.m. Monday – Friday. A sound check will be permitted from 11:50 a.m. to noon. All other requests for amplified sounds will be reviewed on a case-by-case basis by Trojan Event Services. All outdoor venues and events after 5 p.m. will be considered for approval by Trojan Event Services.

## V. Reservation Procedures

All reservation requests are processed through Trojan Event Services, (213) 740-6728.

Reservation request forms are available online at trojanevents.usc.edu. Reservations will be honored on a first-come, first-served basis according to your organization type.

Scheduling procedures for tables, and display cases are addressed under Advertising, Promotion and Literature Distribution Policies (see here). All other areas are addressed in this policy.

Individuals or groups are responsible for any damage they cause. Repair or replacement costs will be charged to the group reserving the facility at the time damage is incurred.

Trojan Event Services reserves the right to relocate any event for reasons including, but not limited to, states of emergency, official university functions, an event exceeding room capacity and/or facility repair.

## VI. Classrooms

Classrooms may be reserved by contacting the USC Classroom Scheduling Office, at (213) 740-4612, or classroom.scheduling@usc.edu.

## VII. Filming

School of Cinematic Arts students wishing to film in any of the listed venues must submit the completed SCA location release form to Trojan Event Services at least 24 hours in advance of their film shoot.

Students or recognized organizations wishing to film must obtain and complete a non-SCA film shoot form from Trojan Event Services at least 24 hours in advance of their film shoot. Student filmers are subject to venue fees.

Commercial filming is booked through the USC Campus Filming Office at (213) 740-6951. Fees are determined by the Filming Office.

## VIII. Cancellation of Scheduled Events

a. Groups reserving tables or display cases must cancel at least 2 working days prior to the meeting or event. Groups reserving Bovard Auditorium, Ground

USC000001449

Zero Performance Café, Ronald Tutor Campus Center, or any outdoor parks or plazas must cancel by the cancellation date listed for each venue in the Performance Venues Terms and Conditions. Failure to cancel an event will result in a violation and may incur charges for set-up and/or staff. Charges may be applied for late cancellations.

b. If any unscheduled activity interferes with an official university function or any other scheduled activity, it may be relocated or discontinued at the direction of the Division of Student Affairs.

c. Trojan Event Services staff reserves the right to cancel any scheduled event, in whole or in part, due to lack of payment of fees; failure to show within 15 minutes of the specified event start time; complaints received for disturbing academic classes or other events.

d. Groups reserving space are responsible for the behavior of its members and guests. Inappropriate or disrespectful behavior may result in the cancellation and/or suspension of future reservations.

e. Failure to comply with university policies and procedures may result in the cancellation and/or suspension of future reservations and/or scheduling privileges.

IX. Violations

Non-compliance with any of Trojan Event Services guidelines will constitute a violation. The first violation constitutes a written warning. The second violation will result in a fine determined by the nature of the violation. The third violation can result in the loss of all Trojan Event Services privileges.

5.   Camping

University grounds and facilities may not be used for the purposes of camping, which includes but is not limited to the use of tents or temporary, makeshift or portable structures intended for living or sleeping.

On an exceptional basis, the Vice President for Student Affairs or appropriate designee may grant permission for USC students to erect tents with the following stipulations:

• Tents may only be erected for an approved number of days, normally three to five days when school is regularly in session;

• Tents must be broken down (disassembled) from 7 a.m. to 6 p.m.;

• A maximum of three tents (designed for no more than two persons) may be erected on campus when an exception is granted;

• The presence of tents may not interfere with normal university operations and may not damage university property (e.g., stakes in the ground);

• The location of tents may not impede pedestrian or vehicular traffic.

USC000001450

6.  Social Events

Guided by the University of Southern California's Principles of Community, the university supports opportunities for students to promote an array of diverse views and to positively enhance the campus community through events and social programs. USC has adopted guidelines for major social and sponsored events in an effort to enrich the academic experience while maintaining the importance of safety and security within the campus community.

Scope

   I.   Activities governed by this policy have the following characteristics:

        a.   alcohol is present; or
        b.   there is amplified sound (either live or recorded)

   II.   This policy is not designed to discourage events which:

        a.   directly support the academic mission of the university;
        b.   expand the cultural awareness of USC students; or
        c.   are primarily intellectual or educational in nature.

Regulations

   I. All university recognized social events must be scheduled following procedures of the university, and all required clearances must be obtained.

   II. Social events where alcohol is not provided by the host student organization are permitted Sunday through Thursday until midnight and Friday through Saturday until 2 a.m. Alcohol is not permitted at university dances sponsored by recognized student organizations.

   III. Social events where alcohol is served by the host student organization are only permitted Thursday until midnight and Friday and Saturday until 2 a.m. Alcohol service must end by 1 a.m. on Friday and Saturday nights.

        a. Distribution of alcohol to persons under the age of 21 is prohibited.

        b. The student organization must limit each attendee to a two-drink maximum.

        c.  Alcohol must not be the main "focus" of the event.

        d. When alcohol is served, it is required that sufficient quantities of non-alcoholic beverages and food must be available.

        e. The Alcohol approval form must be completed by the host student organization and must be received by Trojan Event Services, with designated approval signatures prior to the event.  This form can be found on the Trojan Event Services website.

   IV. All members of the USC community are expected to abide by all federal, state and local laws, including those governing alcohol consumption and distribution. Under California law, it is illegal for anyone under the age of 21 to purchase alcohol or to possess alcohol

USC000001451

SCampus: The USC Student Handbook
2018-19

in a public space. It is also illegal for anyone to furnish alcohol to an individual under the age of 21.

V. Amplified sound cannot exceed 90 dBA, when measured 50 feet from the source.

VI. No social events may take place during university study days or final exams.

VII. All aspects of social events must be advertised in accordance with Section D.6. Advertising, Promotion and Literature Distribution.

VIII. Security. Fencing, staffing, identification checks, and the need for other security requirements will be determined by the Department of Public Safety and the University Events Committee, using considerations including but not limited to: history of event, scale of the event, nature of the event, liability and risk, health considerations, construction, and sponsorship.

IX. Outdoor events and social dances must adhere to the guidelines detailed on the Outdoor Events and Social Dance Policy, available at the Trojan Event Services website.

7.  Sales and Fundraising

All recognized student organizations are permitted to fundraise.

I. Prohibited Activities

Student organizations (or individual members while acting in any capacity for the organization) may not:

a. Conduct for-profit or commercial activities (or facilitate the for-profit or commercial activities of others)

b. Conduct a business (or facilitate conducting the business of others), or

c. Act as (or create the appearance of acting as) a liaison, representative, agent, facilitator, face or front for another business, person or entity.

This should not be confused with fundraising. All recognized student organizations are permitted to fundraise on their own behalf. However, student organizations may only pursue fundraising activities to benefit their student organization, another university student organization, or an outside philanthropic agency or relief effort. No individual student(s) may receive any type of benefit or payment in connection with any of these activities, either in the form of money, trade, discounts and/or any other goods or services.

II. Process

a. If your organization is recognized and wants to fundraise, a student representative must complete the Fundraising Approval Request Form found on the Trojan Event Services website at trojanevents.usc.edu/forms-and-permits .

b. Identify the type of fundraising event your organization is planning.

96

USC000001452

    i. Food sale – Approval signature required from USC Hospitality. Please email your form to hosp.approvals@usc.edu. Note: All food must be supplied by a university-approved vendor. No "homemade" items will be approved. Sales are limited to a maximum of two, one-week periods per semester. Sales weeks must be held at least four weeks apart.

    ii. Item sale – Approval signature required from the University Bookstore. USC recognized student organizations, departments and athletic teams must obtain final permission to sell products on campus from the USC Bookstores, Administrative Offices, located on the fourth floor, (213) 740-9254. Permission is granted on the bookstore signature portion of the event registration form.

    iii. Donation collection for organization

    iv. Charity collection/non-profit collection – a letter is required from the agency/organization receiving the funds raised stating that they are aware of this fundraiser and will be accepting the money. This letter must be on the agency's official letterhead and submitted with this request. Please see the policy on Non-Profit Collections below.

    v. Other types – We will review and approve events to determine the signatures required.

  c. Appropriate signatures from the University Bookstore and/or USC Hospitality are required prior to requesting the final signature from Campus Activities.

## III. Non-Profit Collections

Recognized student organizations collecting money/donations for specific non-profit organizations must meet with the Campus Activities at least two weeks prior to the event and supply Trojan Event Services with a written letter from the non-profit organization stating their agreement to accept donations prior to the scheduled collection of any goods or funds.

## IV. Raffles or Lotteries

In the state of California, raffles and lotteries are illegal if a person is required to purchase a ticket or make a donation in order to be eligible to win the contest.

## V. Free Drawings

Free drawings are legal when rules conforming to the California State Law are followed exactly. These rules are:

  a. The drawing must be in connection with an event or a recognized student organization.

  b. The ticket must have the following information printed on it:

    i. Date, time and location of drawing

USC000001453

    ii.     Name of sponsors and beneficiary of fund-raising

    iii.    Donation or purchase of ticket is not required to be eligible to win

    iv.    Winner need not be present at drawing (not required but advised)

c. Free tickets (a minimum of one per person) must be available.

d. Each solicitor must know that free tickets can be obtained and how to obtain them.

e. The word "drawing" or "free drawing" is required; do not use the word "raffle" on the ticket or in advertisements.

## VI. Silent Auction

The same rules apply for coordinating a silent auction as would apply for a free drawing.

a. The drawing must be in connection with an event or a recognized student organization.

b. The bid sheet must have the following information printed on it:

    i.     Date, time and location of drawing

    ii.    Name of sponsors and beneficiary of fund-raising

    iii.    Donation or purchase of ticket is not required to be eligible to win

    iv.    Winner need not be present at drawing (not required but advised)

c. Do not use the word "raffle" on the ticket or in advertisements.

## VII. Student Organization Co-Sponsorship

As many student organizations co-sponsor events with outside agencies, it is important to be aware of what constitutes a co-sponsorship.

A student organization hosting an event with an outside organization must be aware that:

a. The student organization must be the primary contact for Trojan Event Services.

b. The main contact from the student organization must be a current, full-time student and member of the student organization.

c. The money must be paid by the student organization and not the outside agency for any fees owed to the university.

d. The student organization must be the primary name listed on all advertisements and promotional materials.

e. The main contact from the student organization must be present at all meetings and walkthroughs as the primary producer of the event.

USC000001454

f. Student organizations may not bring a business to campus as a vendor. Businesses can only come to campus if a pre-existing event is occurring.

g. Corporate Sponsorships must be in-kind donations and must add value to the RSO or event and may not include monetary donations.

h. The primary target audience for the event must be USC students.

i. Student organizations co-sponsoring events with university departments will only be considered the primary producing entity if all of the above conditions apply. Student organization policies only apply to events for which the above conditions are met.

## VIII. Misrepresentation (Fronting)

Individual students and/or employees of the university may not reserve space for personal or commercial purposes. Additionally, student organizations may not act as agents for university departments, off-campus persons or organizations in order to receive student rates for the space.

University departments may not act as agents for off-campus vendors or organizations to receive department rates for the space. Sponsoring organizations that reserve space for the purpose of allowing off-campus vendors or organizations to advertise or sell items will be held responsible for misrepresenting themselves and their organizations.

## IX. Vendors

The Division of Student Affairs and Trojan Event Services are responsible for vendor sales on campus. No other department or organization, with the exception of the USC Bookstores, Hospitality and the Athletic Department, is permitted to bring outside vendors to campus. Outside vendors are prohibited from selling on campus without prior permission from one of these departments.

USC Bookstores, (213) 740-9254
USC Hospitality, (213) 740-6285
USC Athletic Department, (213) 740-5200

## X. USC Emblem Products

USC emblem products intended for sale during fundraisers must be manufactured by a vendor that is licensed by USC. A licensed vendor has a contract with USC that specifies quality standards and services and recognizes that USC insignia are protected trademarks.

A list of licensed product manufacturers may be obtained from the Trademarks and Licensing Services website at trademarks.usc.edu, (213) 740-5222.

## XI. Conflict of Interest

The university does not enter into purchasing contracts with students, faculty or staff or members of their immediate families. No employee, officer or agent shall participate in the selection, award or administration of a contract if they, their immediate family or

USC000001455

partners, or organization to which they, their immediate family or partners belong or has any arrangement concerning employment with any vendor under consideration. Any violation of this policy by a USC employee or agent will be subject to disciplinary action.

XII. Campus Tour Policies

A campus tour is any event that brings a non-university affiliated company or business onto campus solely to market its products or services. Often, campus tours will approach student organizations about booking their event on campus in exchange for money. The university does not permit student organizations to earn money in this capacity. The Student Affairs Advertising and Marketing Department is permitted to accept four requests for Campus Tours per semester. USC Undergraduate Student Government (USG) is the only student organization at USC that is permitted to book campus tours. USG is limited to booking two campus tours per semester. All other student organizations are not permitted to bring campus tours to USC. The other two tour dates per semester may be used by university departments. Priority is given to tours that are not for profit and are for educational purposes (as opposed to marketing and sales).  All campus tours must be approved by Campus Activities and the Student Affairs Advertising and Marketing Department, at 213-740-1168. Campus tours may not bring any merchandise or materials to campus that are in direct conflict with an existing USC on-campus vendor.

If the university suspects that a student organization or department is in violation of these guidelines, its event may be charged off-campus rates for the venue, and/or be canceled and the student organization will forfeit any deposits.

8.   Hazing

I.   Compliance with Applicable Rules

All students and student organizations will observe and fully comply with California law and university policy against hazing. In addition, all students and student organizations are expected to adhere to related regulations set forth by their respective inter/national, regional or local organizations and university department. It is the responsibility of the students and the officers of organizations to be informed of all the regulations and to ensure they are brought to the attention of the rest of the membership.

II.   Policy Statement

Students and student organizations shall not engage in any activity that is considered hazing by university standards, or as defined in California Penal Code 245.6, which defines hazing as,

"any method of initiation or preinitiation into a student organization or student body, whether or not the organization or body is officially recognized by an educational institution, which is likely to cause serious bodily injury to any former, current, or prospective student of any school community college, college, university, or other educational institution in this state.  The term hazing does not include customary athletic events or school-sanctioned events."

III.   Prohibition of Hazing

USC000001456

In addition to California law, the university's policy with respect to hazing prohibits students from engaging collectively or individually in any of the following practices as a part of any programs or general activities. The "choice" to participate in an activity does not make the activity in accordance with these guidelines. In hazing situations, such a "choice" is typically offset by the peer pressure and power dynamics that exist when individuals are seeking to gain membership into an organization. This list is intended to provide examples of hazing; as it is impossible to anticipate every situation that could be defined as hazing, this list should not be considered all-inclusive.

a. Forced excessive or strenuous physical activities.

b. The application of foreign substances to the body.

c. Activities such as scavenger hunts, which result in illegal or otherwise prohibited activity, such as pledge ditches, kidnaps and the like.

d. Depriving students of sufficient sleep (eight consecutive hours per day minimum).

e. Not providing decent and edible meals (no unusual combinations or preparation, colored foods, etc.).

f. Depriving students means of maintaining a normal schedule of bodily cleanliness (including a minimum of one shower per day).

g. Depriving students means of communications, such as their cell phones.

h. Forcing, coercing or permitting students to eat an excess of substances such as raw meat, onions, peppers, etc.

i. Forcing, coercing, or permitting students to drink excessive amounts of liquids including alcohol, salt water, water, etc.

j. Nudity or forcing or allowing students to dress in a degrading manner.

k. Branding any part of the body.

l. Psychological hazing, which is defined as any act or peer pressure which is likely to: (i) compromise the dignity of any student affiliated with the organization, (ii) cause embarrassment or shame to any student affiliated with the organization, (iii) cause any student affiliated with the organization to be the object of malicious amusement or ridicule, or (iv) cause psychological harm or emotional strain.

IV. Reporting Hazing

Anyone with information about a possible hazing incident has a responsibility to report it to the Department of Public Safety (213-740-6000, or dps.usc.edu).  Additional opportunities for reporting hazing include the LiveSafe smartphone app, Trojans Care for Trojans (studentaffairs.usc.edu/trojans-care-for-trojans-tc4t), Student Judicial Affairs and Community Standards, organization adviser, or university representative.

Students and/or student organizations engaging in activity which is considered hazing as defined by California law may be reported to the Los Angeles Police Department.

USC000001457

SCampus: The USC Student Handbook
2018-19

V.  Loss of Recognition and Probation for Recognized Student Organizations

Following a proved allegation of hazing, individual members and officers of the organization may be subject to disciplinary action, up to and including suspension and permanent dismissal from the university. Additionally, the student organization may lose its recognition/registration with the university. Loss of recognition/registration may begin immediately after a decision finding hazing is finalized by the Office of Student Judicial Affairs and Community Standards. In order to regain recognition/registration a student organization may be required to suspend activities such as:

- recruitment of new members

- changes in membership status

- social functions

- officer elections

- participation in voting groups of associated organizations (e.g., student assemblies, councils, etc.) or participation in their sponsored events

- participation in intramurals and accumulation of award points

- use of university facilities, including office space, meeting space or residence

- all operations of the student organization

- Internet access (email and website)

The restoration of recognition/registration with the university will be followed by a period of probation for the organization. Probationary status for the organization may include some of the limitations imposed during suspension and may also involve projects, programs and/or other criteria to be met by the organization. These stipulations will be designed to promote positive development of the organization.

Please refer to Section B.11. Behavior Violating University Standards and Appropriate Sanctions for additional information.

USC000001458

### H.  Safety

1.  Department of Public Safety

    Please visit dps.usc.edu for a complete list of services, safety tips and training, alerts and statistics, and information about DPS staff.

2.  Mandatory Federal Reporting and Campus Crime Statistics

    I.   Clery Act

         The Clery Act requires the university to disclose campus crime statistics and security information. The requirements of the Clery Act are complex and require significant coordination and organization among campus officials, but can be condensed into three primary categories:

         a.  Policy Disclosure Statements.  The policy disclosure mandate requires the university to create and publish policy and information disclosure statements, which must be contained in a single document titled the Annual Security Report (ASR). The university publishes its ASR on the Department of Public Safety website at dps.usc.edu/alerts/annual-report/.

         b.  Records Collection and Retention.  The records collection and retention mandate requires the university to collect information concerning certain crimes reported to campus police or individuals identified in the law as "Campus Security Authorities" for crimes occurring on Clery geography, defined as: on-campus; non-campus locations; or certain public property within or near campus. USC is also required under this mandate to maintain a daily crime log and to make it accessible to the public during normal business hours. USC's Daily Crime and Fire Log can be accessed on the Department of Public Safety's website, at dps.usc.edu/alerts/log.

         c.  Information Dissemination.  The information dissemination mandate requires the university annually publish by October 1 campus crime statistics and policy disclosure statements in one document entitled the Annual Security Report. The Annual Security Report includes Clery crime statistics for the three-year period prior to the report and is disseminated to current and prospective students and employees. Data identical to that contained in the Annual Security Report must be entered on the university's survey website prior to October 1 of each year. The Department of Education is charged under the Clery Act with monitoring compliance with the act and for enforcement.

             There are three new crime categories for which statistics must be collected under the Violence Against Women Reauthorization Act amendments to the Clery Act: domestic violence; dating violence; and stalking. For further information on the definitions of the VAWA crimes which must be reported for the Clery Act refer to the Annual Security Report posted on the Department of Public Safety's website, at dps.usc.edu/alerts/annual-report/.

    II.  Campus Security Authorities

USC000001459

SCampus: The USC Student Handbook
2018-19

A Campus Security Authority (CSA) is a Clery-specific term that encompasses four groups of individuals and organizations associated with an institution:

    a.   a campus police department or a campus security department of an institution;

    b.   any individual or individuals who have responsibility for campus security but who do not constitute a campus police department or a campus security department (e.g., an individual who is responsible for monitoring the entrance into institutional property);

    c.   any individual or organization specified in an institution's statement of campus security policy as an individual or organization to which students and employees should report criminal offenses; and

    d.   an official of an institution who has significant responsibility for student and campus activities, including, but not limited to, student housing, student discipline and campus judicial proceedings.

Students, faculty and staff can contact a CSA to confidentially report a crime pursuant to the Clery Act. CSAs who are not employed by the USC Department of Public Safety complete a confidential online *Campus Security Authority Crime Incident Report* or (CSACIR) when they receive a report of a crime. The CSACIR can be located on the Department of Public Safety website at dps.usc.edu/contact/report/security-authorities. Completion of a CSACIR does not require a reporting party's personal identifying information unless the reporting party chooses to provide their information. The CSACIR is transmitted to the Clery Compliance Program Manager and remains confidential. Only the location where the crime occurred, the crime classification and the date the crime occurred are required for completion of a CSACIR. The intent of the CSACIR is to assist the university in its efforts to gather mandatory crime statistics required by the Clery Act.

III.  Housing and Residential Education

Resident Assistants (RAs), Residential College Coordinators (RCCs), Graduate Residential College Coordinators (GRCCs), and their supervisors, are designated and trained CSAs and are instructed to complete a CSACIR upon receipt of a report of a crime. As previously mentioned, confidential CSACIRs do not require disclosure of personal information.

IV.  More Information

For more information on the Clery Act, refer to the U.S. Department of Education Handbook for Campus Safety and Security Reporting (2016) at www2.ed.gov/admins/lead/safety/handbook.pdf, or contact Mardi Walters, Ed.D., Clery Compliance Program Manager, at (213) 309-7569 or mwalters@dps.usc.edu.

3.   Preparedness

See safety.usc.edu/emergency-preparedness

USC000001460