# Exhibit 7

https://web-app.usc.edu/ws/soc_archive/soc/term-20201/index.html

**EXHIBIT 010**



## USC Schedule of Classes

**Spring 2020**

registration begins **10/29** — classes begin **1/13**

- Registration Calendar
- Session Codes
- Final Examinations Schedule
- General Education
  - GE Requirements for Students Beginning College Before Fall 2015
    - Diversity Courses
  - GE Requirements for Students Beginning College in Fall 2015 or Later
- Community-Based Learning Courses
- Courses of Interest
- Roadmap to Registration
  - Registration Basic Steps and Instructions
- General Registration Information
  - Enrollment/Registration
  - Financial Aid
  - Graduate Students
  - Placement Examinations
  - University Policies
- Tuition and Fees
- Services
- Voter Registration
- Academic Advisers
- Information Guide
- **Building Directory**
- Classes Offered

### Building Directory

| Code | Building |
|---|---|
| ABA | Anna Bing Arnold Child Care Ctr., 2715 University Ave. |
| ABM | American Button Manufacturing, 2823 S. Flower St. |
| ABX | Anna Bing Arnold Child Care Ctr. Annex, 2716 Severance St., 90007 |
| ACB | Ahmanson Ctr. for Biological Research, 825 Bloom Walk |
| ACC | Accounting, Leventhal School of, 3660 Trousdale Pkwy. |
| ACX | Ahmanson Ctr. for Biological Research Animal Section, 825 Bloom Walk |
| ADM | George Finley Bovard Administration Bldg. and Kenneth Norris, Jr. Aud., 3551 Trousdale Pkwy. |
| ADX | Alpha Delta Chi House, 725-731 W. 32nd St. |
| AEP | Alpha Epsilon Pi fraternity, 904 W. 28th St. |
| AES | Alice and Eleonore Schoenfeld Symphonic Hall, 3450 Watt Way |
| AGO | Gamma Epsilon Omega fraternity, 2831 University Ave. |
| AHF | Allan Hancock Foundation Bldg., 3616 Trousdale Pkwy. |
| AHN | Dosan Ahn Chang Ho Family House, 809 W. 34th St. |
| ALM | Alumni House, Widney, 635 Childs Way |
| ANH | Annenberg House, 711 W. 27th St. |
| ANN | Wallis Annenberg Hall, 3630 Watt Way |
| ASC | Annenberg School for Communication and Journalism, 3502 Watt Way |
| ATM | At Mateo, 1262 Palmetto St., Ste. 515 |
| BAA | Bel-Aire Apts., 1124 W. 29th St. |
| BAB | Barracks A & B, 1200 N. State St. |
| BAR | Barlow Hospital, 2000 Stadium Way |
| BCC | Eli and Edythe Broad CIRM Center for Regenerative Medicine and Stem Cell Research, 1425 San Pablo St. |
| BCH | Boone Center Housing, 10317-10343 W. Big Fishermans Cove, Catalina Island |
| BDF | Brooks Memorial Pavilion and Dedeaux Field, 1021 Childs Way |
| BHE | Biegler Hall of Engineering, 920 Downey Way |
| BIM | Brittingham Intramural Field, 3506 McClintock Ave. |
| BIT | Bing Theatre, 3500 Watt Way |
| BKF | Brian Kennedy Field, 3515 McClintock Ave. |
| BKS | Pertusati University Bookstore, 840 Childs Way |
| BMH | Booth Ferris Rehearsal Hall, 820 W. 34th St. |
| BMP | Burbank Medical Plaza #2, 191 S. Buena Vista St., #310, Burbank |
| BMT | Bishop Medical Teaching and Research Bldg., 1333 San Pablo St. |
| BRI | Barrack Hall, 3670 Trousdale Pkwy. |
| BSR | Birnkrant Residential College, 642 W. 34th St. |
| BTP | Beta Theta Pi fraternity, 2714 Portland St. |
| CAB | CMSC Administration Bldg., P.O. Box 398, Catalina Island, 90704 |
| CAL | Carole Little Bldg., 3434 S. Grand Ave. |
| CAP | Century Apts., 3115 S. Orchard Ave. |
| CAR | Cardinal Gardens, 3131 S. McClintock Ave. |
| CAS | College Academic Services Bldg., 3454 Trousdale Pkwy. |
| CBB | Century Boulevard Building, 6033 Century Blvd. #920, Los Angeles |
| CBG | University Gardens Apts., 1250 W. Jefferson Blvd. |
| CCC | Health Sciences Child Care Ctr., 2250 Alcazar St. |
| CDF | Campus Development & Facilities Bldg., 3434 Grand Ave. |
| CEM | Ctr. for Electron Microscopy and Microanalysis, 814 W. Bloom Walk |
| CEN | Centennial Apts., 2390 Portland St. |
| CFH | Dean Bartlett Cromwell Field House, 3525 Watt Way |
| CHP | Ctr. for Health Professions, 1540 Alcazar St. |
| CIC | Jessica and Charles Cale and Ray Irani Residential College, 929 W. Jefferson Blvd. |
| CLH | College House, 823 W. 34th St. |
| CNG | Cardinal 'N Gold, 737 W. 30th St. |
| COH | Cockins House, 2653 S. Hoover St. |
| COL | College Residence Hall, 615 W. McCarthy Way |
| CRC | A.C. Allen Cowlings and Ilium Residential College, 3131 S. Hoover St. |
| CRL | Cancer Research Laboratory, 1303 Mission Rd. |
| CSA | Clinical Sciences Annex, 2250 Alcazar St. |
| CSC | Clinical Science Ctr., 2250 Alcazar St. |
| CST | CAD Services Trailer, Berth 194 Yacht St., Wilmington |

| Code | Building |
|---|---|
| CTV | Carson TV Center, 3450 Watt Way |
| CUB | Credit Union Building, 3720 S. Flower St. |
| DCC | Davidson Continuing Education Conference Ctr., 3415 S. Figueroa St. |
| DCF | Delta Chi fraternity, 920 W. 28th St. |
| DEN | Norris Dental Science Ctr., 925 W. 34th St. |
| DML | Doheny Memorial Library, 3550 Trousdale Pkwy. |
| DMT | Marks Tower, 612 W. Hellman Way |
| DNI | Dornsife Neuroscience Imaging Center, 3620-A McClintock Ave. |
| DOH | Estelle Doheny Eye Foundation, 1355 San Pablo St. |
| DRB | Denney Research Ctr., 1042 Downey Way |
| DRC | Drama Ctr., 1029-33 Childs Way |
| DXM | Marks Residence Hall, David X., 631 W. Childs Way |
| ECT | Early Childhood Training Ctr., 741 W. 27th St. |
| EDM | Edmondson Research Bldg., 1840 N. Soto St. |
| EEB | Hughes Aircraft Electrical Engineering Center, 3740 McClintock Ave. |
| EGG | Egg Company II, 746 W. Adams Blvd. |
| ELB | East Library Bldg., 3440 S. Hope St. |
| EPS | Figueroa Street Structure, 3533 S. Flower St. |
| ESH | Engemann Student Health Center, 1031 W. 34th St. |
| EVK | EVK Residence Hall, 635 W. McCarthy Way |
| FIG | Figueroa Bldg., 3535 S. Figueroa St. |
| FLT | Fluor Tower, 1027 W. 34th St. |
| FMH | Forthmann House, 2801 South Hoover St. |
| FML | Feuchtwanger Memorial Library, 520 Paseo Miramar, Pacific Palisades |
| FMT | Fairmont Apts., 2629 Portland St. |
| FPM | Facilities Management & Planning Trailer, 3450 S. Vermont Ave. |
| FRE | Freeman House, 1962 Glencoe Way |
| FSA | Founders Apts., 2610 Portland St. |
| GAH | Gamble House, 4 Westmoreland Pl., Pasadena |
| GAP | Galen Athletic Pavilion, 3400 S. Figueroa St. |
| GEC | Galen Event Center, 3400 S. Figueroa St. |
| GEH | Max Kade Ctr. I, 2714 S. Hoover St. |
| GER | Gerontology Ctr., Andrus, 3715 McClintock Ave. |
| GEX | Max Kade Ctr. II, 2718 S. Hoover St. |
| GFS | Grace Ford Salvatori Hall of Letters, Arts and Sciences, 3601 Watt Way |
| GLB | General Labs Bldg., 1129 N. State St. |
| GNH | County General Hospital, 1937 Hospital Pl. |
| GPC | Golf Practice Course, 1021 Childs Way |
| HAP | Helena Apts., 1220 W. 28th St. |
| HAR | Mary Ormerod Harris Hall, Quinn Wing and Fisher Gallery, 823-29 Exposition Blvd. |
| HCB | CMSC Hyperbaric Chamber Building, P.O. Box 398, Catalina Island, Avalon |
| HC1 | USC Health Care Consultation Ctr., 1510 San Pablo St. |
| HC2 | Health Care Consultation Ctr. 2, 1520 San Pablo St. |
| HC3 | Norris Health Care Consultation Ctr., 2204 Alcazar St. |
| HC4 | Estelle Doheny Eye Institute, 1537 Norfolk St. |
| HED | HEDCO Petroleum & Chemical Engineering Bldg., 925 Bloom Walk |
| HER | Heritage Hall, 3501 Watt Way |
| HHR | Honors House, 2710 Severance St. |
| HIL | Hillview Apts., 2605 Severance St. |
| HJF | Howard Jones Football Practice Field, 3515 McClintock Ave. |
| HMR | Hoffman Medical Research Ctr., 2011 Zonal Ave. |
| HNB | HEDCO Neurosciences Bldg., 3641 Watt Way |
| HOH | Hoffman Hall of Business Administration, 701 Exposition Blvd. |
| HPB | Huntington Pavilion Bldg., 625 Fair Oaks Ave., Suite 400, Pasadena |
| HRA | Health Research Assn., 1640 Marengo St. |
| HRH | Harris Residence Hall, 634 W. 34th St. |
| HSA | Health Sciences Alhambra, 1000 S. Fremont Ave., Alhambra, CA |
| HSH | Hazel and Stanley Hall Financial Services Bldg., 851 Downey Way |
| HSP | Health Sciences Campus Parking Structure, 1334 Biggy St. |
| HSR | Hoover Street Residence, 2827 Hoover St. |
| HUC | Hebrew Union College, 3077 University Ave. |
| IFT | Ickovics Family Trust Bldg. Fine Arts, 3001 S. Flower St. |
| IRC | Internationally Themed Residential College, 3771 McClintock Ave. |
| IRD | Interns & Residents Dormitory, 2020 Zonal Ave. |
| ISE | Information Science Institute East, 3811 N. Fairfax Dr., Arlington, VA |
| ISI | Information Science Institute, 4676 Admiralty Way, Marina del Rey |
| IYH | USC Jimmy Iovine and Andre Young Hall, 3738 Watt Way |
| JEF | Jefferson Bldg., 950 W. Jefferson Blvd. |
| JEP | Joint Educational Project House, 801 W. 34th St. |
| JFF | Jill and Frank Fertitta Hall, 610 Childs Way |
| JHH | John Hubbard Hall, Student Administrative Services, 700 Childs Way |
| JKP | Jane Popovich and J. Kristoffer Popovich Hall, 611 Exposition Blvd. |
| JMC | John McKay Ctr., 940 W. 35th St. |
| JWS | John Williams Scoring Stage, 3450 Watt Way |

| Code | Building |
|---|---|
| KAM | Keith Administration & Medical Forum Bldg.; Mayer Medical Teaching Ctr., 1975 Zonal Ave. |
| KAP | Kaprielian Hall, 3620 S. Vermont Ave. |
| KCH | Kerckhoff Carriage House, 734 W. Adams Blvd. |
| KDC | Glorya Kaufman International Dance Center, 849 W. 34th St. |
| KER | Kerckhoff Hall, 734 W. Adams Blvd. |
| KOH | Frank L. King Olympic Hall of Champions, 1025 W. 34th St. |
| KSH | University Club at King Stoops Hall, 705 W. 34th St. |
| LAB | La Sorbonne Apts., 1170 W. 31st St. |
| LAC | Los Angeles County + USC Hospital, 1200 N. State St. |
| LAW | Elvon and Mabel Musick Law Bldg., 699 Exposition Blvd. |
| LCA | Lambda Chi Alpha fraternity, 720 W. 28th St. |
| LEI | Lawrence J. Ellison Institute, 12414 Exposition Blvd. |
| LHI | Donald P. and Katherine B. Loker Hydrocarbon Inst., 837 Bloom Walk |
| LJS | Laird J. Stabler Memorial Hall, 840 Downey Way |
| LRA | Livingston Research Annex, 1321 N. Mission Rd |
| LRB | Livingston Research Building, 1321 N. Mission Rd |
| LRC | General William Lyon University Ctr., 1026 W. 34th St. |
| LTS | Katherine B. Loker Track Stadium, 3550 McClintock Ave. |
| LVL | Thomas and Dorothy Leavey Library, 650 W. McCarthy Way |
| MAB | Manor Apts., 2636 Portland St. |
| MBC | MacDonald Becket Center, 850 W. Bloom Walk |
| MCA | McKibben Addition, 1333 San Pablo St. |
| MCB | Michelson Center For Convergent Bioscience, 1002 Childs Way |
| MCC | McClintock Building, 1010 W. Jefferson Blvd. |
| MCH | McKibben Hall, 1333 San Pablo St. |
| MCK | McClintock Apartments Building Two, 1082 30th St. |
| MCO | McClintock Apartments Building One, 1076 30th St. |
| MCT | McCulloch Townhomes, 953 W. 30th St. |
| MHC | The Kathleen L. McCarthy Honors College, 3096 S. McClintock Ave. |
| MHP | Mudd Memorial Hall of Philosophy, 3709 Trousdale Pkwy. |
| MMR | Mudd Memorial Research Bldg., 1333 San Pablo St. |
| MOL | Medical Oncology Lab, 1237 N. Mission Rd. |
| MRC | Priam Residential College, 835 W. Jefferson Blvd. |
| MRF | Montgomery Ross Fisher Bldg., 669 W. 34th St. |
| MRI | Magnetic Resonance Imaging Building, 2025 Zonal Ave. |
| MSC | Marine Sciences Ctr. Lab, Catalina Island |
| MSR | Marine Sciences Center Residence Hall, Catalina Island |
| MTX | Marks Tennis Stadium, 1075 Childs Way |
| MUS | Albert S. Raubenheimer Music Faculty Memorial Bldg., 840 W. 34th St. |
| NBC | Shelly and Ofer Nemirovsky and David C. Bohnett Residential College, 3201 S. Hoover St. |
| NCT | Norris Cinema Theatre, 3507 Trousdale Pkwy. |
| NLC | Norman Lear Center, 8383 Wilshire Blvd. #652 |
| NML | Norris Medical Library, 2003 Zonal Ave. |
| NOR | Kenneth Norris Jr. Cancer Hospital Research Institute, 1441 Eastlake Ave. |
| NRT | Harlyne J. Norris Research Tower, 1450 Biggy St. |
| NTT | Dr. Norman Topping Tower, 1441 Eastlake Ave. |
| OCC | Orange County Campus, 2300 Michelson Dr., Irvine, 92714 |
| OCW | Harold E. and Lillian M. Moulton Organic Chemistry Wing, 810 Downey Way |
| OHE | Olin Hall of Engineering, 3650 McClintock Ave. |
| ONE | One Institute, 909 W. Adams Blvd. |
| OSP | Our Savior Parish and USC Caruso Catholic Center, 844 W. 32nd St. |
| PAM | Pacific Asia Museum, 46 N. Los Robles Ave., Pasadena |
| PCA | Pacific Apts., 2637 Severance St. |
| PCE | Petroleum and Chemical Engineering Bldg., 923 Bloom Walk |
| PED | Physical Education Bldg., 3560 Watt Way |
| PHE | Powell Hall, 3737 Watt Way |
| PHH | Phinney Hall, 1721 Griffin Ave. |
| PKS | Parkside Apts., 3730 S. McClintock Ave. |
| PRB | Parkside Residential Building, 920 West 37th Place |
| PSA | Downey Way Structure, Lot 33, 3667 McClintock Ave. |
| PSB | Jefferson Boulevard Structure, Lot 1, 1150 Jefferson Blvd. |
| PSC | John Stauffer Pharmaceutical Sciences Ctr., 1985 Zonal Ave. |
| PSD | Royal Street Structure, 649 W. 34th St. |
| PSO | Flower Street Structure, 3701 S. Flower St. |
| PSX | McCarthy Way Structure, 620 W. McCarthy Way |
| PTD | Pardee Tower, 614 Hellman Way |
| PVB | Playa Vista Bldg., 12015 E. Waterfront Dr., Playa Vista |
| PVT | Playa Vista Bldg. Two, 12025 Waterfront Dr., Playa Vista |
| RAN | Hoffman Contracts Research Bldg., 3716 S. Hope St. |
| RGA | Regent Apts., 1138 W. 29th St. |
| RGL | Ralph and Goldy Lewis Hall, 650 Childs Way |
| RHM | Ramo Hall of Music, 830 W. 34th St. |
| RHR | Radisson Hotel Restaurant, 3520 S. Figueroa St. |

| Code | Location |
|---|---|
| RMH | Radisson USC Hotel, 3540 S. Figueroa St. |
| RRB | Rapp Engineering Research Bldg., 854 Downey Way |
| RRI | Ray R. Irani Hall, 1050 Childs Way |
| RTA | Regal Trojan Apts., 870 W. Adams Blvd. |
| RTH | Ronald Tutor Hall of Engineering, 3710 McClintock Ave. |
| RZC | Robert Zemeckis Ctr. for Digital Arts, 3131 S. Figueroa St. |
| SAC | Sacramento Center, 1800 I Street, Sacramento, CA |
| SAI | Stardust Apts., 634 W. 27th St. |
| SAL | Salvatori Computer Science Ctr., 941 Bloom Walk |
| SCA | School of Cinematic Arts, 900 W. 34th St. |
| SCB | School of Cinematic Arts Bldg. B, 930 W. 34th St. |
| SCC | School of Cinematic Arts Bldg. C, 935 W. 35th St. |
| SCD | Scene Dock (Theatre), 1030 W. 37th St. |
| SCE | School of Cinematic Arts Bldg. E, 905 W. 35th St. |
| SCI | School of Cinematic Arts Bldg. I, 3470 McClintock Ave. |
| SCO | USC Building One, 1149 S. Hill St. |
| SCP | South Coast Plaza Bldg., 3333 Bristol St., Costa Mesa |
| SCS | School of Cinematic Arts Station, 639 W. 32nd St. |
| SCT | USC Building Two, 1150 S. Olive St. |
| SCX | School of Cinematic Arts Bldg. D, 915 W. 35th St. |
| SGA | Seven Gables Apts., 620-626 W. 30th St. |
| SGM | Seeley G. Mudd Bldg., 3620 McClintock Ave. |
| SHN | Stevens Hall Neuroimaging, 2025 Zonal Ave. |
| SHP | Shrine Parking Structure, 645 W. Jefferson Blvd. |
| SHS | Stauffer Hall of Science, 835 Bloom Walk |
| SIE | Sierra Apts., 2638 Portland St. |
| SKS | Steven and Kathryn Sample Hall, 3607 Trousdale Pkwy. |
| SLH | Stauffer Science Lecture Hall, 831 Bloom Walk |
| SMF | Soni-McAlister Field, 3000 S. Hoover St. |
| SNA | Senator Apts., 1101-1109 W. 28th St. |
| SOS | Social Science Bldg., 3502 Trousdale Pkwy. |
| SPA | Shrine Place Apartments, 3015-3017 Shrine Pl. |
| SPS | San Pablo Parking Structure, 1630 N. San Pablo St. |
| SRH | Seaver Residence Hall, 1969 Zonal Ave. |
| SSA | Severance St. Apts., 2630 Severance St. |
| SSB | Soto Street Building, 2001 N. Soto St. |
| SSC | Seaver Science Ctr., 920 Bloom Walk |
| SSH | Severance St. House, 2716 Severance St. |
| SSL | Seaver Science Library, 910 Bloom Walk |
| SST | Soto Street Building Two, 2011 Soto St. |
| STO | Stonier Hall, 837 Downey Way |
| STU | Gwynn Wilson Student Union, 3601 Trousdale Pkwy. |
| SUN | Sunset Apts., 1144 W. 29th St. |
| SWC | Social Work Ctr., 655 W. 34th St. |
| TAP | Troyland Apts., 955-959 W. Adams Blvd. |
| TCC | Ronald Tutor Campus Center, 3607 Trousdale Pkwy. |
| TCX | Tennis Court I, 1015 Childs Way |
| TGF | Town and Gown, 665 Exposition Blvd. |
| THH | Taper Hall of Humanities, 3501 Trousdale Pkwy. |
| THR | Two Harbors Residences, Two Harbors, Catalina Island |
| TMC | The Music Complex, 3450 Watt Way |
| TOW | Tower Hall, 1711 N. Griffin Ave. |
| TPA | Twin Palms Apts., 2635 Portland St. |
| TRF | Temporary Research Facility, 3430 S. Vermont Ave. |
| TRH | Troy Hall, 3025 Royal St. |
| TRO | Trojan Residence Hall, 615 Childs Way |
| TSA | Terrace Apts., 2822-2830 Ellendale Pl. |
| TTL | Technical Theatre Lab., 1020 Bloom Walk |
| TUS | Tuscany, 3760 S. Figueroa St. |
| TYL | Tyler Bldg., 3601 S. Flower St. |
| UAC | Uytengsu Aquatics Center, 3441 McClintock Ave. |
| UGB | University Gardens Building, 3500 S. Figueroa St. |
| UGW | University Gateway, 3335 S. Figueroa St. |
| UHP | University Hosp. Parking, 1538 San Pablo St. |
| UNH | USC University Hosp., 1500 San Pablo St. |
| UPX | Grand Avenue Structure, 3401 S. Grand Ave. |
| URA | University Regent Apts., 1219 W. 27th St. |
| URC | University Religious Ctr., 835 W. 34th St. |
| URH | University Residence Hall, 616 W. 34th St. |
| UUC | United University Church, 817 W. 34th St. |
| UVO | University Village One, 3015 S. Hoover St. |
| VBB | Valley Blvd. Bldg., 4351 E. Valley Blvd. |
| VHE | Vivian Hall of Engineering, 3651 Watt Way |
| VHH | Verdugo Hills Hospital, 1812 Verdugo Blvd. |

| | |
|---|---|
| VIS | Vista Apts., 2781 Severance St. |
| VKC | Von KleinSmid Ctr. for International and Public Affairs, 3518 Trousdale Pkwy. |
| VPD | Verna & Peter Dauterive Hall, 635 Downey Way |
| WAH | Watt Hall of Architecture and Fine Arts, 850 Bloom Walk |
| WIN | Windsor Apts., 1149 W. 28th St. |
| WPH | Waite Phillips Hall, 3470 Trousdale Pkwy. |
| WTO | Webb Tower, 1015 W. 34th St. |
| ZHS | Zumberge Hall of Science, 3651 Trousdale Pkwy. |
| ZNI | Zilkha Neurogenetic Institute, 1501 San Pablo St. |

produced by the Office of the Registrar        Send feedback or report a problem        website by USC web services