# Exhibit 8

**In the Matter Of:**

*In Re - University of Southern California Tuition and Fees*

*ANDREW STOTT*

*October 13, 2022*



1

1         UNITED STATES DISTRICT COURT

2         CENTRAL DISTRICT OF CALIFORNIA

3             WESTERN DIVISION

4    _____
                                     )
5    IN RE: UNIVERSITY OF            ) NO. 2:20-cv-04066-DMG-PVC
     SOUTHERN CALIFORNIA             )
6    TUITION AND FEES COVID-19)
     REFUND LITIGATION,              )
7    _____)

8

9

10

11

12              CONFIDENTIAL

13      VIDEOTAPED 30(b)(6) DEPOSITION OF

14              ANDREW STOTT

15

16          LOS ANGELES, CALIFORNIA

17         THURSDAY, OCTOBER 13, 2022

18

19

20   Reported by:
     Kyung Lee-Green
21   CA CSR No. 12655, WA CCR No. 22010633, CLR
     (Attending via Zoom)

22

23

24

25

29

| | | |
|---|---|---|
| 10:20:48 | 1 | these questions, and I'm going to ask it -- |
| | 2 | ATTORNEY DOOLIN:  Well -- |
| | 3 | ATTORNEY NOTEWARE:  You want to call him, |
| | 4 | that's fine.  You can take it up with the Court -- |
| 10:20:53 | 5 | ATTORNEY DOOLIN:  No, no, no -- |
| | 6 | ATTORNEY NOTEWARE:  -- but I am not |
| | 7 | wasting any more time with this -- |
| | 8 | ATTORNEY DOOLIN:  You don't -- you |
| | 9 | don't -- you don't need to argue with me.  But |
| 10:20:56 | 10 | asking about a reservation of rights is not what |
| | 11 | you're asking about.  So it's outside the scope -- |
| | 12 | ATTORNEY NOTEWARE:  I just asked him that |
| | 13 | question. |
| | 14 | Okay -- |
| 10:21:02 | 15 | ATTORNEY DOOLIN:  Go ahead -- |
| | 16 | ATTORNEY NOTEWARE:  -- we are done. |
| | 17 | BY ATTORNEY NOTEWARE: |
| | 18 | Q    Can you answer -- my first question, is |
| | 19 | that USC's campus depicted on Exhibit 2? |
| 10:21:11 | 20 | A    So if you're referring to the images |
| | 21 | throughout the document, then there are -- there are |
| | 22 | numerous images that I can verify are -- are USC's |
| | 23 | campus.  And then there's some others that are |
| | 24 | ambiguous -- the kid on the skateboard, the palm |
| 10:21:26 | 25 | trees, et cetera. |

30

10:21:27   1        Q    Okay.  So the first image, you can't tell

       2   if that's USC?

       3        A    No --

       4             ATTORNEY DOOLIN:  Objection.  Misstates

10:21:32   5   his testimony.  Outside the scope.

       6             THE WITNESS:  I'll answer the question.  I

       7   can't tell if that's USC --

       8   BY ATTORNEY NOTEWARE:

       9        Q    Okay.

10:21:38  10        A    -- it's extremely grainy, black-and-white

      11   photo of low quality.

      12        Q    Okay.  The second image in the document,

      13   is that a building at USC?

      14        A    Yes.  That is the -- the Doheny Memorial

10:21:46  15   Library.

      16        Q    The third image, there's a picture of a

      17   Trojan.  Is that something --

      18        A    Yep.  That's Tommy Trojan -- the statue of

      19   the Tommy Trojan in the center of campus.

10:21:59  20        Q    Okay.  If you go to page 5, is that a

      21   building on campus?

      22             ATTORNEY DOOLIN:  I'm going to ask that

      23   you at least wait until I can get to page 5 to see

      24   it, because this exhibit share does not work like

10:22:07  25   that.  He -- he can see it, but I can't.  So I'm now

34

```
10:24:25   1              THE WITNESS:  I -- I -- I mean, the -- the

           2    word "glossy," the word "enticing," I would not use

           3    those languages.  They're high-quality promotional

           4    materials that speak to the nature of the

10:24:38   5    educational -- the education that's provided at the

           6    university.

           7    BY ATTORNEY NOTEWARE:

           8         Q    Would you agree with me that they speak

           9    beyond the education that's provided.  They speak

10:24:48  10    about the quality of life on campus for students;

          11    correct --

          12              ATTORNEY DOOLIN:  Objection -- objection.

          13    Outside the scope.  Vague and ambiguous.

          14              THE WITNESS:  So campus certainly features

10:24:59  15    in the promotional materials as -- yes.

          16    BY ATTORNEY NOTEWARE:

          17         Q    Okay.

          18              Beyond the campus building, campus life

          19    features in the promotional materials; correct?

10:25:06  20              ATTORNEY DOOLIN:  Objection.  Outside the

          21    scope.  Vague and ambiguous.

          22              THE WITNESS:  Campus life does feature in

          23    the promotional materials.

          24    BY ATTORNEY NOTEWARE:

10:25:14  25         Q    Prior to COVID-19, are you aware of any
```

In Re - University of Southern California Tuition and Fees                    Andrew Stott
Confidential                                                       October 13, 2022

35

| Time | # | Text |
|---|---|---|
| 10:25:17 | 1 | promotional material that was produced by the |
| | 2 | university -- a video, a website, a brochure -- |
| | 3 | wherein they said your in-person classes, your |
| | 4 | experiences, campus life, football games, may not be |
| 10:25:30 | 5 | offered to you in person; they may only be offered |
| | 6 | to you online? |
| | 7 | Do you know of any promotional material |
| | 8 | prior to COVID that said anything like that? |
| | 9 | ATTORNEY DOOLIN:  Objection.  Outside the |
| 10:25:40 | 10 | scope.  Vague and ambiguous.  Overbroad.  Compound. |
| | 11 | You may answer. |
| | 12 | THE WITNESS:  So I have not reviewed all |
| | 13 | of the promotional material that the university |
| | 14 | produced prior to COVID.  It was founded in 1880. |
| 10:25:54 | 15 | So that's a lot of material.  So I -- I can't answer |
| | 16 | your question with full knowledge. |
| | 17 | But I'm not aware of any of the materials |
| | 18 | I have seen that might say something like that. |
| | 19 | BY ATTORNEY NOTEWARE: |
| 10:26:04 | 20 | Q    Thank you. |
| | 21 | So the first page of Exhibit 2 says "From |
| | 22 | the classes, to the clubs and sports, to the study |
| | 23 | abroad experiences." |
| | 24 | Prior to COVID, all undergraduate classes |
| 10:26:22 | 25 | were conducted in person and not online; correct? |

55

10:44:51   1   this time, a petition in circulation that was

2   delivered to the president and provost requesting

3   partial tuition refund.  So my question is which of

4   these are you referring to?

10:45:04   5   BY ATTORNEY NOTEWARE:

6       Q    I'm looking for a number, if you can give

7   me a number, of any of those.  How many people

8   signed the petition?  Do you know?

9       A    The number of people who signed the

10:45:13  10   petition was in the thousands, but I cannot give you

11   an exact number.

12       Q    Putting aside the petition, which we'll

13   talk about, were there other written requests for

14   tuition from the students?

10:45:26  15       A    So there is a process by which students

16   can make a written request for refunds, but I'm not

17   aware of the total number of those that came through

18   at that time.

19       Q    So you're talking about the process that

10:45:37  20   was done at what point in time?

21       A    So, you know, as in any semester of any

22   year, COVID or non-COVID, there's a process through

23   which students can petition for tuition refund, and

24   we consider each case on its merits.

10:45:54  25       Q    I don't know what you're referring to.  So

71

| | | |
|---|---|---|
| 11:10:56 | 1 | There's "Meet USC," which is a half-day program |
| | 2 | designed for high school juniors and their families, |
| | 3 | and then it tells what that includes. |
| | 4 | A     Uh-huh. |
| 11:11:04 | 5 | Q     And then there's campus tours that are led |
| | 6 | by undergraduates that are 19 -- 90-minute walking |
| | 7 | tours.  Do you remember those before COVID? |
| | 8 | ATTORNEY DOOLIN:  Objection.  Outside the |
| | 9 | scope. |
| 11:11:14 | 10 | THE WITNESS:  Yes, I do. |
| | 11 | BY ATTORNEY NOTEWARE: |
| | 12 | Q     Okay.  And those physically took place on |
| | 13 | campus? |
| | 14 | ATTORNEY DOOLIN:  Objection.  Outside the |
| 11:11:20 | 15 | scope. |
| | 16 | THE WITNESS:  Yes, they did. |
| | 17 | ATTORNEY NOTEWARE:  You can put that |
| | 18 | document aside. |
| | 19 | (Reporter clarification.) |
| 11:11:27 | 20 | ATTORNEY NOTEWARE:  Put that document |
| | 21 | aside. |
| | 22 | (Exhibit 5 marked.) |
| | 23 | BY ATTORNEY NOTEWARE: |
| | 24 | Q     I've just marked as Exhibit 5 a document |
| 11:11:37 | 25 | Bates-labeled -- the beginning Bates label is |

In Re - University of Southern California Tuition and Fees                                    Andrew Stott
Confidential                                                                October 13, 2022

110

```
11:46:26   1        A     In response to the pandemic, the

           2   university switched all of its courses to an online

           3   modality.

           4        Q     Every single student?

11:46:34   5        A     Every single one.

           6        Q     Great.

           7              So if you wanted to do an on-campus

           8   program and you had -- you had clients in -- at your

           9   internship that you were serving, you no longer

11:46:54  10   served them once that happened, once the shutdown

          11   happened.  There were no in-person experiences;

          12   right?

          13              ATTORNEY DOOLIN:  Objection.  Vague and

          14   ambiguous.  Overbroad.

11:47:02  15              THE WITNESS:  You could still serve your

          16   clients.  We had literally hundreds, if not

          17   thousands, of virtual internships and internships

          18   sites that moved to the online modality because,

          19   bear in mind, those people on site also had to

11:47:17  20   comply to a stay-at-home order and were also

          21   migrated their work life -- working lives to online.

          22   So it happened to everybody.

          23   BY ATTORNEY NOTEWARE:

          24        Q     Right.

11:47:25  25              But someone who enrolled in an online
```

In Re - University of Southern California Tuition and Fees
Confidential

Andrew Stott
October 13, 2022

117

| 11:52:15 | 1 | professional looking for additional leadership or |
| | 2 | management positions is accurate. |
| | 3 | BY ATTORNEY NOTEWARE: |
| | 4 | Q    Are you aware whether students within the |
| 11:52:29 | 5 | school of social work petitioned for a refund? |
| | 6 | A    I'm -- I'm not aware of a social |
| | 7 | work-specific petition, but I am aware of various |
| | 8 | petitions to the university. |
| | 9 | Q    What petitions are you aware of? |
| 11:52:46 | 10 | A    I'm aware of a change.org petition that |
| | 11 | had several thousand signatures, I believe.  And, of |
| | 12 | course, as we know, there were numerous e-mails sent |
| | 13 | to the president's and provost office and dean's |
| | 14 | offices to making various requests for partial or |
| 11:53:04 | 15 | full refunds. |
| | 16 | (Exhibit 7 marked.) |
| | 17 | BY ATTORNEY NOTEWARE: |
| | 18 | Q    Just marked as Exhibit 7 -- okay.  We'll |
| | 19 | do this one. |
| 11:54:42 | 20 | I marked as Exhibit 7 a document |
| | 21 | Bates-labeled 000118152, and it's a page.  Do you |
| | 22 | recognize this document? |
| | 23 | A    This is a page from the catalog. |
| | 24 | Q    From the archived catalog? |
| 11:55:00 | 25 | A    The archived catalog, yeah, 2019, academic |

Case 2:20-cv-04066-DMG-PVC   Document 136-9   Filed 03/01/23   Page 12 of 21   Page ID
#:3902
In Re - University of Southern California Tuition and Fees
Confidential
Andrew Stott
October 13, 2022

158

01:44:47  1    "Register," is that the number of students that are

2    registered?

3              ATTORNEY DOOLIN:  Again, I'm going to

4    object.  This is outside the scope.

01:44:54  5              THE WITNESS:  Yeah.  So if we look at the

6    top line there, there's 46 students with a max

7    capacity of 50 enrolled.

8    BY ATTORNEY NOTEWARE:

9        Q    And then it has the name of the

01:45:01 10    instructor?

11       A    Yes --

12              ATTORNEY DOOLIN:  Again, it's outside the

13    scope.

14    BY ATTORNEY NOTEWARE:

01:45:08 15       Q    And then it says "Location."  So THSH, is

16    that a building?

17              ATTORNEY DOOLIN:  Objection.  Outside the

18    scope.

19              THE WITNESS:  Yeah.  That's the Hall of

01:45:16 20    Humanities, THH.  But all of those -- those are

21    the -- the three-letter acronyms.  They all have --

22    all refer to buildings which were in the building

23    list you showed me earlier.

24    BY ATTORNEY NOTEWARE:

01:45:27 25       Q    Okay.  So THH and then 212, is that a room

In Re - University of Southern California Tuition and Fees                Andrew Stott
Confidential                                          October 13, 2022

159

01:45:31  1    number in THH?

2                    ATTORNEY DOOLIN:  Objection.  Outside the

3    scope.

4                    THE WITNESS:  Yes.

01:45:34  5    BY ATTORNEY NOTEWARE:

6          Q    Okay.  And if you click on the little

7    thing next to THH, what is that?

8                    No, no.  The other way, to the left of

9    THH.  If you click that, what does it -- oh.  It

01:45:42  10   says "Not Found."

11                   In a -- in a live -- what -- what -- what

12   would that be?  Is that a map?

13                   ATTORNEY DOOLIN:  Objection.  Outside the

14   scope.  Calls for speculation.

01:45:52  15   BY ATTORNEY NOTEWARE:

16         Q    Do you know?

17                   ATTORNEY DOOLIN:  The document is not

18   authenticated.

19                   THE WITNESS:  Yeah.  It should take you to

01:45:57  20   a campus map and show you where THH is located.

21   BY ATTORNEY NOTEWARE:

22         Q    Okay.  And that would allow students to

23   know how far away a building is from another

24   building if they were registering for classes --

01:46:08  25                   ATTORNEY DOOLIN:  Objection.  Outside the

In Re - University of Southern California Tuition and Fees                                      Andrew Stott
                                                    Confidential                                October 13, 2022

180

02:06:50  1   petition?

          2              ATTORNEY DOOLIN:  Objection.  Outside the

          3   scope.  Misstates his testimony.

          4              THE WITNESS:  I have seen no

02:06:56  5   correspondence directly from the CFO discussing the

          6   petition that I'm aware.  I've certainly seen

          7   discussions of the petition -- or at least the

          8   tuition reim -- reimbursement issue.  I don't know

          9   if the change.org petition is directly referenced in

02:07:13 10   those correspondences.

         11              And I'm -- I'm unable to recall whether or

         12   not the CFO was cc'd on those particular

         13   correspondences that I've seen.

         14   BY ATTORNEY NOTEWARE:

02:07:23 15       Q    Do you know if he initiated discussion

         16   about the tuition reimbursement?

         17              ATTORNEY DOOLIN:  Objection.  Outside the

         18   scope.

         19              THE WITNESS:  So I think the discussion

02:07:32 20   would have been far reaching and would not have had

         21   one singular point of origin by any means.

         22   BY ATTORNEY NOTEWARE:

         23       Q    So can you explain to me how the decision,

         24   process-wise, was made not to reimburse students for

02:07:45 25   tuition or fees other than the ones that you

| | |
|---|---|
| 02:07:49 | 1  described -- housing, dining, parking? |
| | 2      A    So it would have been discussed at senior |
| | 3  leadership in the pro -- provost cabinet, the |
| | 4  president's senior leadership team, and with the |
| 02:08:02 | 5  trustees.  And there is a -- a strong tradition of |
| | 6  shared governance and robust debate at the |
| | 7  university.  So multiple voices would have had input |
| | 8  and would have reached a consensual decision at the |
| | 9  highest levels of the institution. |
| 02:08:16 | 10     Q    Were members of student government part of |
| | 11  the discussion? |
| | 12     A    Members of student government are |
| | 13  consulted on multiple topics, yes, and they would |
| | 14  have been looped in on this one. |
| 02:08:27 | 15     Q    When were they looped in, and who? |
| | 16     A    So I cannot remember the name of the |
| | 17  president of the undergraduate student government at |
| | 18  that time or, indeed, the officers.  And I can't |
| | 19  give you a specific date as to when the discussion |
| 02:08:42 | 20  would have been held. |
| | 21        But the provost and president hold regular |
| | 22  meetings with representatives from under -- |
| | 23  undergraduate student government and graduate |
| | 24  student government, and this, of course, would have |
| 02:08:52 | 25  been a topic of conversation. |

182

| | |
|---|---|
| 02:08:54 | 1     Q    Were they involved with -- did they meet |
| | 2   with the trustees? |
| | 3     A    So the trustees do have a student |
| | 4   representative, a representative from student |
| 02:09:03 | 5   government when they meet.  Plus the -- the trustees |
| | 6   have many subcommittees that have undergraduate and |
| | 7   graduate student representatives sit on them. |
| | 8     Q    So walk me through how this issue was |
| | 9   raised, the issue of tuition reimbursement was |
| 02:09:21 | 10   raised and decided. |
| | 11        ATTORNEY DOOLIN:  Objection.  Vague and |
| | 12   ambiguous.  Overbroad. |
| | 13        THE WITNESS:  So the decision-making |
| | 14   process would have very much mirrored the |
| 02:09:31 | 15   decision-making process for any large-scale, |
| | 16   impactful campus decision we make.  Inasmuch as -- |
| | 17   you know, as awareness grows about the scale of |
| | 18   the -- the issue and the sentiment around it, |
| | 19   discussions would have been initiated in various |
| 02:09:49 | 20   different levels of the university -- in the -- the |
| | 21   dean's counsel, the provost cabinet, the president, |
| | 22   the senior leadership team, the board of trustees. |
| | 23        And there would have been a number of |
| | 24   fora, e-mail correspondence, meetings in-person and |
| 02:10:04 | 25   online, and, you know, a number of very sort of free |

183

02:10:07   1   and frank exchanges in which the pros and cons of

2   any particular decision were discussed.  And then,

3   ultimately, the board of trustees made the decision.

4   BY ATTORNEY NOTEWARE:

02:10:16   5          Q    At what point in the shutdown was the

6   decision made?

7                 ATTORNEY DOOLIN:  Objection.  Vague and

8   ambiguous.

9                 THE WITNESS:  The decision not to

02:10:23  10   reimburse tuition, sort of was an evol -- evolving

11   discussion.  But once the stay-at-home order had

12   been issued by the governor, I think it was pretty

13   much set by then.

14   BY ATTORNEY NOTEWARE:

02:10:36  15          Q    Who made the decision?

16          A    Well, as I said, it's a distributed

17   decision-making process.  It would have involved the

18   highest level of university leadership and

19   ultimately would have needed signing from the

02:10:49  20   trustees.

21          Q    So when you say "senior leadership," who

22   is that?

23          A    President, provost, provost cabinet,

24   president, senior leadership team, with consultation

02:10:58  25   from dean -- deans, faculty, staff representatives,

283

04:33:32   1   BY ATTORNEY NOTEWARE:

2        Q    Okay.  And it has a person's name attached

3   to it and it was written to a USC person; right?

4             ATTORNEY DOOLIN:  Objection.  Outside the

04:33:39   5   scope.  Lacks foundation.

6             THE WITNESS:  Yes.  That's correct.

7   BY ATTORNEY NOTEWARE:

8        Q    Okay.  Do you disagree that athletic

9   programs, facilities, libraries, laboratories,

04:33:51  10   workshops, professional research, gyms, pools,

11   dining halls, on-campus employment became

12   inaccessible to this student and all USC students as

13   a result of the pandemic?

14             ATTORNEY DOOLIN:  Objection.  Outside the

04:34:03  15   scope.  Lacks foundation.  Calls for speculation.

16   Compound.

17             THE WITNESS:  No, I do not.

18             So while students were prevented by the

19   stay-at-home order and federal, state, and local

04:34:19  20   mandates to stop going on to campus and using the

21   physical plant in the way to which they were

22   accustomed pre-COVID, we offered them, via virtual

23   platforms, a broad array of academic, professional,

24   and extracurricular programs.

04:34:35  25             We even did a physical education program

Case 2:20-cv-04066-DMG-PVC   Document 136-9   Filed 03/01/23   Page 19 of 21   Page ID
                                        #:5399
In Re - University of Southern California Tuition and Fees                    Andrew Stott
                              Confidential                            October 13, 2022

392

07:02:42  1    that, was it also only online?

          2         A    So I think I mentioned that I've been at

          3    USC since 2017.  It's been only online, to my

          4    knowledge.  Although, I actually have seen hard

07:02:53  5    copies that, I think, predate me.

          6         Q    Do you know if a reservation of rights

          7    needs to be in a written document that's printed, or

          8    it's okay to just have it on the web?  Are you aware

          9    of any rules about that?

07:03:10 10              ATTORNEY DOOLIN:  Objection.  Outside the

         11    scope.  Calls for a legal conclusion to the extent

         12    that's a question.  Vague and ambiguous.

         13              You can answer.

         14              THE WITNESS:  I -- yeah.  I'm not aware of

07:03:22 15    any rules or regulations around that.

         16    BY ATTORNEY NOTEWARE:

         17         Q    Okay.  There's nothing in the catalog that

         18    talks about specifically the university switching an

         19    in-person class to an online class; correct?

07:03:37 20              ATTORNEY DOOLIN:  Objection.  Misstates

         21    his testimony.  Vague and ambiguous.  And asked and

         22    answered.

         23              THE WITNESS:  There -- there's nothing

         24    specific about that.  But I think the reservation of

07:03:46 25    rights language is very clear that we can change any

393

07:03:49  1    course of instruction at any time, and that would

          2    include the modality.

          3    BY ATTORNEY NOTEWARE:

          4         Q    The word "modality" does not appear in the

07:03:56  5    course catalog; correct?

          6         A    The word "modality" does not appear in the

          7    course catalog.  Although, I -- I actually think we

          8    would need to do a word search to confirm that.  But

          9    I don't believe it does.  It may do.

07:04:11 10         Q    It doesn't appear in the reservation of

         11    rights?

         12         A    It does not --

         13              ATTORNEY DOOLIN:  Ob -- objection.  Vague

         14    and ambiguous.  Overbroad.

07:04:17 15              THE WITNESS:  It does not appear in the

         16    reservation of rights.

         17    BY ATTORNEY NOTEWARE:

         18         Q    You testified earlier that the course

         19    catalog doesn't always talk about modality; correct?

07:04:30 20              ATTORNEY DOOLIN:  Objection.  Vague and

         21    ambiguous.  Misstates his testimony.

         22              THE WITNESS:  That is correct.

         23    BY ATTORNEY NOTEWARE:

         24         Q    So modality would -- is not a content of

07:04:42 25    the catalog, is it?

Case 2:20-cv-04066-DMG-PVC   Document 136-9   Filed 03/01/23   Page 21 of 21   Page ID
#:3392
In Re - University of Southern California Tuition and Fees                          Andrew Stott
Confidential                                                              October 13, 2022

413

1              REPORTER'S CERTIFICATION

2        I, Kyung Lee-Green, Certified Shorthand

3   Reporter, in and for the State of California, do

4   hereby certify:

5        That the foregoing witness was by me duly

6   sworn; that the deposition was then taken before me

7   at the time and place herein set forth; that the

8   testimony and proceedings were reported

9   stenographically by me and later transcribed into

10  typewriting under my direction; that the foregoing

11  is a true and correct record of the testimony and

12  proceedings taken at that time;

13       That before completion of the deposition,

14  review of the transcript (  ) was (  ) was not

15  requested; (  ) that the witness has failed or

16  refused to approve the transcript.

17       I further certify that I am not an attorney or

18  counsel of any parties, nor am I a relative or

19  employee of any attorney or counsel of the party

20  connected with the action, nor am I financially

21  interested in the action.

22       IN WITNESS WHEREOF, I have subscribed my name

23  this _____ day of _____, 20_____.

24  _____
                         Kyung Lee-Green
25          CA CSR No. 12655, WA CCR No. 22010633, CLR