# Exhibit 9

Case 2:20-cv-04066-DMG-PVC   Document 136-10   Filed 03/01/23   Page 2 of 4   Page ID #:3333



# Learn: About USC

/ Our Schools & Programs

## Overview

Since its founding in 1880, USC has grown into a top-tier private research institution, with all the resources of a large, urban university and the nurturing environment of a small liberal arts college. Students thrive in interdisciplinary, learner-centered curricula that uniquely prepare them to face the challenges of the 21st century.

Whether your passion is art or anthropology, computer science or the life sciences, you will have opportunities to explore, to challenge and to distinguish yourself.

Learn more about our university at the About USC website.

**Our top-tier academic programs allow you to:**

- Pursue **unique combinations** of majors and minors, even double majors across top-ranked programs in virtually every field.
- **Study abroad** in 50+ cities on 5 continents.
- Thrive in an **interdisciplinary curriculum** that will challenge you make connections across disparate fields of study.
- Learn from our **outstanding full-time tenured and tenure-track faculty**.
- Enjoy access to **facilities and technologies** that rival those of professional settings.
- Participate in **ground-breaking research**, earn fellowships or scholarships.

**150+** Majors & Minors
**26** Average Class Size
**8:1** Student to Faculty Ratio
**23** Libraries

## Our Schools & Programs

To see a complete list of the Majors offered at USC, click here to access the list in the USC Catalogue. For a complete list of the Minors offered at USC, click here.

At USC, you can select from a wide array of options and be challenged across a broad range of ideas, both inside and outside the classroom.



USC000133031

Case 2:20-cv-04066-DMG-PVC   Document 136-10   Filed 03/01/23   Page 3 of 4   Page ID #:3394



Click on a school below to explore the programs offered:

**Dornsife College of Letters, Arts and Sciences**
View programs >>

**USC School of Architecture**
View programs >>

**Roski School of Art and Design**
View programs >>

**Iovine and Young Academy for Arts, Technology and the Business of Innovation**
View programs >>

**Marshall School of Business**
View programs >>

**USC School of Cinematic Arts**
View programs >>

**Annenberg School for Communication and Journalism**
View programs >>

**Kaufman School of Dance**
View programs >>

**Ostrow School of Dentistry**
View programs >>

**USC School of Dramatic Arts**
View programs >>

**Viterbi School of Engineering**
View programs >>

**Davis School of Gerontology**
View programs >>

**Keck School of Medicine**
View programs >>

**Thornton School of Music**
View programs >>

**Mrs. T.H. Chan Division of Occupational Science and Occupational Therapy**
View programs >>

**USC School of Pharmacy**
View programs >>

**Price School of Public Policy**
View programs >>

**1880**
Founded

**19,000**
Undergraduates

**300,000+**
Alumni worldwide

*"There's no wrong combination of major and minor, and students are always encouraged to learn more about every field of study"*

— Ziying Lei. Ardmore, Oklahoma

USC000133032





USC000133033