# Exhibit 10



EXHIBIT
002

University of Southern California

Office of Admission
University of Southern California
Los Angeles, California 90089–0911

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
UNIVERSITY OF
SOUTHERN
CALIFORNIA

To ensure that you receive the most up-to-date information, register online today at **admission.usc.edu/learnmore.**

USC University of Southern California
"From the classes, to the clubs and sports, to the study abroad experiences. There are just so many ways to get involved and find your niche here."
—WHITNEY GIROUX, CLASS OF 2020
The University of Southern California admits students of any race, color, national origin, ancestry, religion, gender, sexual orientation, age, physical disability or mental disability to all the rights, privileges, programs, and activities generally accorded or made available to students at the school. It does not discriminate on the ba origin, ancestry, religion, gender, sexual orientation, age, physical disability or mental disability in the administration of its educational policies, admissions policies, scholarship and loan programs, and athletic and other school-administered programs. The University's full nondiscrimination policy can be found on the Web at policy.usc.edu.
The University of Southern California complies with all federal and state laws that protect individuals with disabilities from discrimination based on their disability status. As such, reasonable accommodations and auxiliary aids and services are available to individuals with disabilities when such modifications and services are necessary to fully access the institution's programs and services. Disability Services and Programs (DSP) provides accommodations and services to enrolled students with disabilities. Applicants and registered students with questions may contact the Office of Disability Services and Programs, at dsp.usc.edu. The university's ADA/504 Coordinator is Christine Street. She may be reached at streetc@usc.edu.

Confidential					USC000028261



Confidential
USC000028262

**YOU** will soon make a decision that will impact the course of your life in ways that may seem unimaginable right now. A world of new possibilities will be opened to you.

We invite you to explore some of these possibilities at USC:

- A uniquely global perspective and a highly diverse student population.
- Top-ranked schools and programs.
- A vibrant campus life and the world-class city of Los Angeles that we call home.

The next few pages will show you what makes USC one of the premier universities in the nation. And why so many are proud to be part of the Trojan Family.

### USC's Undergraduate Academic Units

USC School of Architecture
Roski School of Art and Design
Iovine and Young Academy of Arts, Technology and the Business of Innovation
Marshall School of Business and Leventhal School of Accounting
USC School of Cinematic Arts
Annenberg School for Communication and Journalism
Kaufman School of Dance
Ostrow School of Dentistry
USC School of Dramatic Arts
Viterbi School of Engineering
Davis School of Gerontology
Dornsife College of Letters, Arts and Sciences
Keck School of Medicine
Thornton School of Music
Mrs. T.H. Chan Division of Occupational Science and Occupational Therapy
Price School of Public Policy

### Academics

A USC education means you will be uniquely prepared to face the challenges of the 21st century:

- Gain a global perspective through our numerous study abroad programs and coursework that will encourage you to examine issues within an international framework.
- Pursue unique learning opportunities that combine academic rigor with professional development.
- Participate in original or faculty-led research, even as soon as your first year.
- Thrive in interdisciplinary programs that will challenge you both inside and outside the classroom.
- Apply classroom knowledge to solving real-world problems through our numerous internship and service learning opportunities.

# A COMMUNITY OF SCHOLARS



"The best thing about USC is [that every] person has an interesting intersection of passions, and USC offers the resources and guidance to pursue them without compromise."

—ELIZABETH ZHOU, CLASS OF 2021

**LEARN MORE AT WWW.USC.EDU**

Confidential

USC000028263



Confidential
USC000028264

### Diversity

USC comprises one of the most diverse undergraduate populations of any top-ranked university in the U.S. USC enrolls students from all 50 U.S. states and more than 130 countries around the world.

### Dedication to Service

USC fosters a culture of community service, encouraging students to apply their academic knowledge to solving real-world problems. Nearly half of all USC undergraduates volunteer in the local community, and roughly 1,700 participate in service learning projects as part of their degree programs.

### Activities and Campus Organizations

Nearly 1,000 student clubs and organizations allow you to:

- Meet others who share similar goals, backgrounds or beliefs.
- Hone leadership skills and help others.
- Pursue special interests.
- Play recreational sports through our more than 54 club sports and intramural leagues.

campusactivities.usc.edu

### University Events

At USC, you can attend a guest lecture, see a first-run feature film and participate in an "Open Mike" night — all without leaving campus. Visions and Voices, the university's arts and humanities initiative, brings world-renowned speakers and performers to campus each year. Our fine and performing arts schools also offer art exhibits, plays and concerts throughout the school year, allowing students to explore USC's rich tradition of creativity and innovation.

undergrad.usc.edu/arts

### Residential Life

USC is proud to be a residential community where the majority of students live on or near campus. Most of your classes, events and shopping will be just a short walk or bike ride away. Metro buses and the Expo rail line can connect you to local area attractions. In addition, our residence halls and apartments feature:

- Residential colleges, with faculty in residence.
- Special interest floors, uniting students by culture or academic and professional goals.
- A variety of dining halls, restaurants and cafés where you can enjoy a full meal or a quick grab-and-go snack.
- The USC Village, which offers 1.2 million square feet of residential and retail space.

housing.usc.edu
hospitality.usc.edu

### USC Athletics

- **Varsity men's teams:** 9
- **Varsity women's teams:** 12
- **National team championships:** 130
- **NCAA Championships:** 107
- **Trojan Football:** 37 conference titles.
- **Olympic heritage:** If USC were a country, it would rank 14th for all-time Olympic medal count.

www.usctrojans.com

### The Trojan Family

All USC students and alumni are members of the close-knit Trojan Family, united by a passion to excel and a team spirit that extends to all aspects of life.

Long after graduation day, Trojans continue to help one another, illuminating the pathways to success for generations of USC students.

alumni.usc.edu







# STUDENT LIFE AT USC



"When I came to visit campus, the first thing I noticed was not its fountains and palm trees, but the smiles on students' faces... People at SC are happy to be here."

—NICK CERDERA, CLASS OF 2021



**LEARN MORE AT WWW.USC.EDU**



### Los Angeles

As a USC student, you will live in a thriving cosmopolitan center at the heart of the Pacific Rim. A world leader in entertainment, aerospace, fashion, technology, telecommunications, biomedicine and trade, Los Angeles offers an exceptional array of internship opportunities.

Enjoy vibrant ethnic neighborhoods, cool shops and restaurants, and an incredible array of music and performing arts venues, not to mention our famous sun-drenched beaches.

**Los Angeles Area Attractions:**

**Exposition Park**
- The California African American Museum
- California Science Center
- Natural History Museum of Los Angeles County
- Exposition Park Rose Garden

**Downtown Los Angeles**
- Music Center, Performing Arts Center of Los Angeles
- Walt Disney Concert Hall
- L.A. LIVE
- Staples Center
- Japanese American National Museum
- Museum of Contemporary Art (MOCA)
- The Broad Museum

**Greater Los Angeles**
- Getty Center
- Los Angeles County Museum of Art (LACMA)
- Griffith Observatory
- TCL Chinese Theatre
- Autry Museum of Western Heritage
- Runyon Canyon
- Griffith Park






## ADMISSION AND FINANCIAL AID

### Applying to USC

USC looks for strong academic performance, outstanding personal qualities and leadership skills. Most incoming first-year students are in the top 10 percent of their high school classes.

**Deadlines**

December 1
First-year deadline for scholarship consideration and certain programs.

January 15
Final first-year deadline.

February 1
Transfer application deadline.

admission.usc.edu

### Financial Aid and Scholarships

USC administers one of the largest financial aid programs in the nation.

- USC works with families to meet the full financial need for qualified students.
- We provide some form of financial aid to over two-thirds of all undergraduate students.

financialaid.usc.edu

admission.usc.edu/scholarships

## VISIT USC

A campus visit is one of the best ways to find out why USC should be among your top college choices. We offer a variety of programs ranging from half-day comprehensive visits to 90–minute walking tours.

### Meet USC

This half-day program designed for high school juniors and their families includes:

- A group information session with an admission counselor.
- A student-led walking tour.
- Meetings with academic department representatives (when available).

### Campus Tours

Led by current undergraduate students, these 90–minute walking tours provide guests with a firsthand look into life on the USC campus. An optional presentation by an admission counselor precedes each tour.

### Discover USC Open House, November 2019

Experience the USC campus firsthand and learn more about our academic programs.

Check our website this summer for details.

Please visit admission.usc.edu/visitusc to find out more about our Visit USC programs or to make reservations. Reservations are required for all programs.

## A WORLD-CLASS CITY



*"There is so much to explore and discover, both on campus and everywhere else in Los Angeles."*

—TRISHA WILLIE, CLASS OF 2022

**LEARN MORE AT WWW.USC.EDU**

Confidential

USC000028267