# Exhibit 11

students    alumni    parents    faculty    employees    sports      ⇌ popular links    Search USC

University of Southern California

▸ about   ▸ administration   ▸ admission   ▸ academics   ▸ research   ▸ patient care   ▸ community   ▸ arts   ▸ global initiatives

USC Catalogue 2019-2020 [ARCHIVED CATALOG]

**Catalogue Search**
Entire Catalogue
Search Catalogue
☐ Whole Word/Phrase
Advanced Search

Catalogue Home
A Message from the President
About USC
Administration
Admission and Orientation
Tuition and Fees
Academic Calendar
The Schools and Academic Units
Programs, Minors and Certificates
Programs by School
Courses of Instruction
Schedule of Classes
Academic and University Policies
Undergraduate Education
Graduate and Professional Education
The Graduate School
About the Catalogue
Past Catalogues

[ARCHIVED CATALOG]

# USC School of Cinematic Arts



*USC School of Cinematic Arts students shoot their student projects on location at Universal Studios. Photo by Roberto A. Gómez.*

- Degree Programs
- General Requirements
- Minors, International Programs and Summer Program
- Programs
- Courses of Instruction

**Departments**

- The John C. Hench Division of Animation and Digital Arts
- The Division of Cinema and Media Studies
- Film and Television Production
- Interactive Media and Games Division
- Media Arts and Practice
- The Peter Stark Producing Program
- The John Wells Division of Writing for Screen and Television

The USC School of Cinematic Arts (SCA) is one of the nation's preeminent centers for the creation, study, research and development of film, television and interactive media. With nearly 200,000 square feet of facilities, the school confers degrees ranging from the bachelor's to the doctorate. SCA is composed of seven divisions: the John C. Hench Division of Animation and Digital Arts; the Division of Cinema and Media Studies; Film and Television Production; Interactive Media and Games; Peter Stark Producing Program; the John Wells Division of Writing for Screen and Television; and Media Arts and Practice. The school also has two organized research units — the Institute for Multimedia Literacy and the Entertainment Technology Center.

Since its founding in 1929 as the first course of study in film at any college or university in the United States, USC's cinema program has consistently set academic and professional standards for excellence. In addition, the school has a record-breaking number of endowed chairs in the discipline; production facilities that rival industry counterparts and extraordinary faculty and staff.

Thanks to SCA's location in Los Angeles, students have access to the country's leading film, television, animation and video game producers; world-class literary and talent agencies; libraries and archives brimming with research materials; and alumni that support the school and the men and women in its academic body. The school is also home to USC's Trojan Vision television station.

The USC School of Cinematic Arts recognizes that a student can only truly excel in his or her chosen area of expertise after exposure to all elements of the art form. Consequently, there is an emphasis on cross-disciplinary course work that ensures writers get behind the camera; cinema and media studies scholars edit footage; and production majors examine the canon from a rigorous academic perspective.

**Administration**

Elizabeth M. Daley, PhD, *Dean*

Akira Mizuta Lippit, PhD, *Vice Dean of Faculty*

Michael Renov, PhD, *Vice Dean, Academic Affairs*

Holly Willis, PhD, *Associate Dean, Research*

**Office of Student Services**
(213) 740-8358
Email: admissions@cinema.usc.edu; studentaffairs@cinema.usc.edu
cinema.usc.edu

**The John C. Hench Division of Animation and Digital Arts**
Teresa Cheng, *Division Chair*
School of Cinematic Arts — Building B 210
(213) 740-3986*
FAX: (213) 740-5869

**The Division of Cinema and Media Studies**
Tara McPherson, *Division Chair*
School of Cinematic Arts 320
(213) 740-3334*

**Film and Television Production**
Michael Fink, *Division Chair*
School of Cinematic Arts 434
(213) 740-3317*

**Interactive Media and Games Division**
Danny Bilson, *Division Chair*
SCI 201M
(213) 821-4472*
FAX: (213) 821-2665

**Media Arts and Practice**
Andreas Kratky, *Division Chair*
School of Cinematic Arts — Building I 101
(213) 821-5700*

**The Peter Stark Producing Program**
Lawrence Turman, *Division Chair*
School of Cinematic Arts 366
(213) 740-3304
FAX: (213) 745-6652

**The John Wells Division of Writing for Screen and Television**
David Isaacs, *Interim Division Chair*
School of Cinematic Arts 335
(213) 740-3303*
FAX: (213) 740-8035

**Summer Program**
David Weitzner, *Division Chair*
School of Cinematic Arts 250
(213) 740-3327*

*For information regarding admission, call (213) 740-8358.*

**Faculty**

*Steven J. Ross/Time Warner Endowed Dean's Chair in Cinema-Television:* Elizabeth M. Daley, PhD

*Dana and Albert "Cubby" Broccoli Endowed Chair in Producing:* John Watson, MA

*The Mark Burnett Summer Program Endowed Chair:* David Weitzner, BA

*The Joseph Campbell Endowed Chair in Cinematic Ethics:* Theodore Braun, MFA

*The Sergei Eisenstein Endowed Chair in Cinematic Design:* Bruce A. Block, MFA

*Electronic Arts Endowed Chair in Interactive Entertainment:* Tracy Fullerton, MFA

*The John C. Hench Endowed Division Chair:* Teresa Cheng, BA

*Alma and Alfred Hitchcock Chair for the Study of American Film:* Drew Casper, PhD

USC000113721

*The Michael Kahn Endowed Chair in Editing:* Nancy Forner, BA

*The Mona and Bernard Kantor Endowed Chair in Production:* Mark J. Harris, BA

*The Mary Pickford Alumni Endowed Chair in Film and Television Production:* [illegible], MFA

*The George Méliès Endowed Chair in Visual Effects:* Michael Fink, MFA

*William Cameron Menzies Endowed Chair in Production Design:* Alex McDowell, BFA

*Stephen K. Nenno Endowed Chair in Television Studies:* Ellen Seiter, PhD

*Jack Oakie Chair in Comedy:* Jack Epps Jr., BA

*Mary Pickford Foundation Endowed Chair:* Doe Mayer, MA

*The Katherine and Frank Price Endowed Chair for the Study of Race and Popular Culture:* Todd Boyd, PhD

*Kay Rose Endowed Chair in the Art of Sound and Dialogue Editing:* Midge Costin, MA

*Fran and Ray Stark Endowed Chair for the Study of American Film:* Lawrence Turman, BA

*Charles S. Swartz Endowed Chair in Entertainment Technology:* Richard Weinberg, PhD

*The T.C. Wang Family Endowed Chair in Cinematic Arts:* Akira Mizuta Lippit, PhD

*The Haskell Wexler Endowed Chair in Documentary:* Michael Renov, PhD

*The Robin Williams Endowed Chair in Comedy:* Barnet Kellman, PhD

*Dino and Martha De Laurentiis Endowed Professorship:* Mary Sweeney, MA

*Microsoft Endowed Professorship:* Dennis Wixon, PhD

*Presidential Professor of Cinematic Arts:* George Lucas, BA

*Judge Widney Professor:* Robert Zemeckis, BFA

*Provost Professor of Communication, Journalism, and Cinematic Arts:* Henry Jenkins, PhD

*Distinguished Professor:* Mark J. Harris, BA

*Professors:* Tom Abrams, MFA; Danny Bilson, BA;  Bruce Block, MFA; Don Bohlinger, MFA; Mark Bolas, MS; Todd Boyd, PhD; Ted Braun, MFA; Drew Casper, PhD; Teresa Cheng, BA; Elizabeth M. Daley, PhD; Jack Epps Jr., BA; Michael Fink, MFA; Scott S. Fisher, MS; Tracy Fullerton, MFA; Mark J. Harris, BA; David Howard, MFA, Aniko Imre, PhD; David Isaacs, BA; Priya Jaikumar, PhD; Henry Jenkins, PhD; Jeremy Kagan, MFA; Gail Katz, MBA; Barnet Kellman, PhD; Lisa Leeman, BA; Akira Mizuta Lippit, PhD; Doe Mayer, MA; Tara McPherson, PhD; Christine Panushka, MFA; Michael Peyser, BA; Amanda Pope, BA; Michael Renov, PhD; Howard A. Rodman, BA; Ellen Seiter, PhD; Tom Sito, BFA; Kathy Smith, BA; Sheila M. Sofian, MFA; Mary Sweeney, MA; Michael Taylor, BA; Lawrence Turman, BA; John Watson, MA; Holly Willis, PhD

*Associate Professors:* Linda Brown, MFA; J. D. Connor, PhD; Midge Costin, MA; Pamela Douglas, MA; Lan Duong, PhD; Nitin Govil, PhD; Helaine Head, BA; Georgia Jeffries, BA; Andreas Kratky, PhD; Richard Lemarchand, BA, Everett Lewis, MFA; Andrew Nealen, PhD; Laura Isabel Serna, PhD; Peter Sollett, BFA; Dennis Wixon, PhD

*Assistant Professor*: Jeff Watson, PhD

*Professors of Practice:* Christine Acham, PhD; David Balkan, BA; Irving Belateche, MA; Peter Brinson, MFA; Vicki Callahan, PhD; Christopher Chomyn, MFA; Stephen Flick, BA; Nancy Forner, BA; Pablo Frasconi, BFA; Brenda Goodman, BS; Eric Hanson, BA; Virginia Kuhn, PhD; Alexander McDowell, BFA; Thomas Miller, MD, MFA; Barbara Nance, BA; Michael Patterson, BFA; Jason Squire, MFA; Sonja Warfield, BA; William Yahraus, MA

*Associate Professors of Practice:* Steve Albrezzi, BA; Kiki Benzon, PhD; Richard Burton, BA; Reine-Claire Dousarkissian, MA; DJ Johnson, MFA; Elisabeth Mann, MFA; Angelo Pacifici, BArch; Jane Pinckard, BA; Michael Provart, MFA; Elizabeth Ramsey, PhD; Candace Reckinger, MFA; John Rosenberg, MFA; Mark Shepherd, MFA; Michael Uno, MFA; Jennifer Warren, BA; Shelly Wattenbarger, MFA; David Weber, MFA; Tristan Whitman, MFA

*Assistant Professors of Practice:* Michael Bodie, MFA; Evan Hughes, MA; Margaret Moser, MFA; Maks Naporowski, BA; Gabriel Peters-Lazaro, PhD

*Research Professor:* Richard Weinberg, PhD

*Research Associate Professor:* Marientina Gotsis, MFA

*Research Adjunct Associate Professor:* Perry Hoberman

*Visiting Professors:* David MacMillan; Robert Townsend

*Part-time Faculty:* Bayo Akinfemi; Jesse Albert, Ioan Allen; Kate Amend; Yvette Amirian; Kari Antholis; Susan Arnold; Andrew Balis; Larissa Bank; David Baron; Deborah Baron; Craig Barron; Maurice Bastian; Janet Batchler; David Bazelon; Diego Berdakin; Sandra Berg; Alan Berger; Fred Bernstein; Dick Block; Mitch Block; Skye Borgman; John Bowman; Elizabeth Brauer; John Brennan; Paul Bricault; Musa Brooker; Michael Broukhim; Robert Brown; Bonnie Bruckheimer; Robert Buerkle; Ed Callahan; Trey Callaway; Will Carter; Susan Cartsonis; Phil Casnoff; Michael Cassutt; Julian Cautherly; Ramiro Cazaux; Alessandro Ceglia; Bonnie Chi; Peter Chung; Jacque Cofer-Edmonds; Simon Coke; Michael Connors; Akela Cooper; Ken Cosby; Sean Covel; Tim Curnen; Martin Daniel; Kristen W. Davis; Steven Day; Johanna Demetrakas; Jeremy Deneau; Dariush Derakhshani; Annie DeSalvo; Heather Desurvire; Vincent Diamante; Jon Dudkowski; Frederic Durand; James Egan; Peter Exline; David Fain; Siavash Farahani; Diane Farrington; Ben Fast; Ron Fernandez; Bruce Finn; Paul Foley; Eric Freiser; Bonnie Garvin; Paul Gerard; Jeffrey Glaser; David Goetsch; Eric Goldberg; Jane Goldenring; Jarrett Golding; Richard Goldsmith; Margie Goodspeed; Ian Goodwin; Janet Graham-Borba; Mimi Gramatky Stradling; Amanda Green; Sharon Greene; Jordan Halsey; Jeffrey Hammer; Suzanne Hargrove; Chevon Hicks; John Hight; Liz Hinlein; Joe Hoffman; Todd Hoffman; Alan Holzman; Sean Hood; Caroline Hu; Joan Hyler; Jason Inouye; Alex Jablonski; Brandon Jeffords; Toni Ann Johnson; Juli Juteau; Suhail F. Kafity; Aaron Kaplan; Roeban Katz; Thomas Kemper; Liz Keyishian; Tim Kirkman; Randal Kleiser; Michael Kontopoulos; Jeffrey Korchek; Paul Kowalski; Stu Krieger; Jon Kroll; Scott Kroopf; Lucas Kuzma; Morgan Land; Sheldon Larry; Clifford Latimer; Ken LaZebnik; Elizabeth Lee; Robert Levin; Andrew Licht; Dan Lupovitz; John Mahoney; Laird Malamed; Leonard Maltin; Carolyn Manetti; David Maquiling; Peter Marx; Frank McAdams; Jim McGinn; Rebekah McKendry; Mary McNamara; Bill Mechanic; Dagen Merrill; Chris Morocco; Robert Nashak; Rob Nederhorst; Sahand Nikoukar; Joseph Nussbaum; Dave O'Brien; Jim O'Keeffe; Sev Ohanian; Joseph Olin; Bob Osher; Joel Parker; Rick Parks; Joe Peracchio; Rod Perth; Brian Peterson; Paul Petschek; Wendy Phillips; Mary Posatko; Anne Postman; Kate Powers; Wayne Powers; Bill Prady; Ross Putman; Robert Ramsey; Phil Ramuno; Gary Randall; Amy Reed; Sandy Reisenbach; Vincent Robert; Peter Robinson; Jason Rosenfield; Roland Rosenkranz; Torrie Rosenzweig; Jeremy Royce; Nina Sadowsky; Leander Sales; Mike Saltzman; James Savoca; Julie Sayres; Nevin Schreiner; Phil Schwartz; Debby Seibel; Joselito Seldera; Bita Shafipour; Rick Shaine; Toi Juan Shannon; Bobby Smith, Jr.; Bethany Sparks; Jim Staahl; Noah Stern; Sean Stewart; Scott Sturgeon; Danny Sussman; Neely Swanson; Beth Sweeney; Ella Taylor; Aaron Thomas; John Underkoffler; Marcel Valcarce; Pam Veasey; Ligiah Villalobos; Jeffrey Vlaming; Gary Wagner; Dahvi Waller; Gene Warren III; Gene Warren Jr.; Miles Watkins; Jordan Weisman; David Weitzner; William Whittington; Tyger Williams; Chase Winton; Russ Woody; Frank Wuliger; Chris Wyatt; Maureen Yeager; Gil Zimmerman

*University Professor Emerita:* Marsha Kinder, PhD

*Professor Emerita:* Judy Irola

*Professors Emeritus:* Ron Curfman, MFA; Trevor Greenwood, MA; Richard Harber, MA; David E. James, PhD; Richard Jewell, PhD; Edward Kaufman, PhD; Woody Omens, MA; Morton Zarcoff, MA

*Associate Professor Emeritus:* Robert Miller, PhD

*Professor of Practice Emeritus:* Jed Dannenbaum, PhD

### Degree Programs

The USC School of Cinematic Arts offers professional and academic degree programs at the bachelor's, master's and doctoral levels.

#### Bachelor of Arts — Animation and Digital Arts

This program combines a broad liberal arts background with specialization in a profession. The degree is granted through the USC Dornsife College of Letters, Arts and Sciences in conjunction with the School of Cinematic Arts. The degree requires 128 units. For more information, see here.

#### Bachelor of Arts, Cinema and Media Studies

This degree is granted through the USC Dornsife College of Letters, Arts and Sciences in conjunction with the School of Cinematic Arts and requires 128 units. For more information, see here.

#### Bachelor of Arts, Cinematic Arts, Film and Television Production

This degree is a two-year program for transfer students. The BA is granted through the USC Dornsife College of Letters, Arts and Sciences in conjunction with the School of Cinematic Arts and requires 128 units. For more information, see here.

#### Bachelor of Fine Arts, Cinematic Arts, Film and Television Production

This degree is a four-year program only available to incoming freshmen. The BFA in Cinematic Arts, Film and Television Production is granted through the School of Cinematic Arts and requires 128 units. For more information, see here.

#### Bachelor of Arts — Interactive Entertainment

Dedicated to immersive experience design and emerging technologies, this program is for students who are driven to innovate at the intersection of traditional media, games, and whatever happens next. The Bachelor of Arts in Interactive Entertainment is granted through the USC Dornsife College of Letters, Arts and Sciences in conjunction with the School of Cinematic Arts. The degree requires 128 units. For more information, see here.

#### Bachelor of Arts — Media Arts and Practice

This program is for students who want to harness the power of digital storytelling and media design to communicate across diverse fields beyond the entertainment industry. This degree is granted through the USC Dornsife College of Letters, Arts and Sciences in conjunction with the School of Cinematic Arts. The degree requires 128 units. For more information, see here.

#### Bachelor of Fine Arts — Writing for Screen and Television

USC000113722

This is a unique program designed for students who wish to receive intensive training for non-fiction and fiction writing for screen and television. The BFA in Writing for Screen and Television is granted through the School of Cinematic Arts. The degree requires 128 units. For more information, see here.

### Bachelor of Science in Business Administration (Cinematic Arts)

This program offers a unique coupling of the USC Marshall School of Business and the School of Cinematic Arts in a four-year interdisciplinary degree. In addition to the Marshall School of Business core classes, the students will also take a total of 24 units from the School of Cinematic Arts. This competitive program is offered to freshmen admitted to the Marshall School of Business as Business Scholars. Upon completion of all requirements, students will receive a Bachelor of Science in Business Administration (Cinematic Arts). See the Marshall School of Business for course requirements.

### Master of Arts, Cinema and Media Studies

This degree is granted by the USC Graduate School in conjunction with the School of Cinematic Arts. This program requires 36 units. For more information, see here.

### Master of Arts, Cinematic Arts (Media Arts, Games and Health)

This program requires 36 units. For more information, see here.

### Master of Fine Arts, Cinematic Arts, Film and Television Production

This professional degree requires 52 units. For more information, see here.

### Master of Fine Arts, Writing for Screen and Television

This program requires 44 units. For more information, see here.

### Master of Fine Arts, Animation and Digital Arts

This program requires 50 units. For more information, see here.

### Master of Fine Arts, Interactive Media

This program requires 50 units. For more information, see here.

### Master of Fine Arts, Interactive Media (Games and Health)

This program requires 50 units. For more information, see here.

### Master of Fine Arts, Producing for Film, Television, and New Media

The Peter Stark Producing Program requires 44 units. For more information, see here.

### Doctor of Philosophy, Cinema and Media Studies

The PhD is based on a program of study and research culminating in the completion of a dissertation in the major field of study. A minimum of 68 semester units (exclusive of dissertation registration) beyond the baccalaureate is required. Applicants who have completed a Bachelor of Arts or Master of Arts degree in Cinematic Arts, or a closely related field, may apply to the PhD program. The doctoral degree is granted by the Graduate School in conjunction with the School of Cinematic Arts. For more information, see here.

### Doctor of Philosophy, Cinematic Arts (Media Arts and Practice)

The PhD in Media Arts and Practice program offers a rigorous and creative environment for scholarly innovation as students explore the intersection of design, media and critical thinking while defining new modes of research and scholarship for the 21st century. Core to the program is its transdisciplinary ethos; after completing foundational course work, students design their own curricula, drawing on expertise across all divisions and research labs within the School of Cinematic Arts. The doctoral degree is granted by the Graduate School in conjunction with the School of Cinematic Arts. For more information, see here.

### Writing for Screen and Television Certificate

The Writing for Screen and Television Certificate provides an established writer, domestic or international, with a one-year program of study. It is meant to accommodate a writer who has already attained significant recognition and would like to learn the craft of screenwriting. Sixteen units are required. For more information, see here.

### Graduate Certificate in the Business of Entertainment

This certificate program provides graduate-level education in various aspects of the business of film, television and new media. It requires 16 units. For more information, see here.

### Graduate Certificate in Cinematic Arts Archiving and Preservation

This certificate program is designed specifically for students and practitioners who want to use their education and skills for advancing the knowledge of film, television and interactive media through the preservation and dissemination of the historical artifacts that form the underpinnings of scholarship in the performing arts.  Through this program, students will gain the knowledge, tools and skills necessary to preserve the materials that make up the history of entertainment and to lead scholars through the research maze to the completion of books or media in their fields of study. This certificate requires 12 units. For more information, see here.

### Graduate Certificate in Digital Media and Culture

This certificate program is for graduate students from across the USC campus who want to explore the shifting nature of scholarly expression, pedagogical practice and research in the 21st century. It combines seminars with hands-on, lab-based workshops devoted to basic image manipulation, video editing, social media and Web design to facilitate sophisticated critical thinking and practice in and through multimedia. The program requires 12 units. For more information, see here.

## General Requirements

### Acceptance of Transfer Units

The School of Cinematic Arts does not accept courses taken in film and/or television production at other institutions to fulfill degree and minor requirements. Basic film or television history courses can sometimes be accepted for transfer credit.

No transfer credit will be accepted in lieu of CTPR 290, CTPR 294, CTPR 295, CTPR 310, CTPR 507 and CTPR 508 and any advanced production courses.

No transfer credits are accepted for the Peter Stark producing track, the graduate programs in animation and digital arts, screenwriting and interactive media.

Transfer policy for the PhD requires advisement and approval of the division chair.

### Waiver of Course Requirements

Under special circumstances waivers and substitutions are granted; check with the Cinematic Arts Office of Student Affairs. All course waivers and substitutions must be approved by the associate dean of academic affairs.

The following courses cannot be waived for students majoring in Film and Television Production: CTIN 584a, CTIN 584b, CTIN 584c, CTIN 584z, CTPR 290, CTPR 294, CTPR 295, CTPR 310, CTPR 480, CTPR 507, CTPR 508, CTPR 546L, CTPR 547L, CTPR 581a, CTPR 581b, CTPR 581c, CTPR 581z, CTPR 582a, CTPR 582b, CTPR 582z, CTPR 583, CTPR 587a, CTPR 587b, CTPR 587c, CTPR 587z.

### Student Advisement

Each program has its own advisement system. Check with the program administrator or with the Cinematic Arts Office of Student Affairs. Cinematic Arts student affairs counselors are available to answer questions about degree programs, grades, advisement and other matters.

### Grade Point Average Requirements

A minimum grade of C, 2.0 (A = 4.0), must be earned in all required and prerequisite courses in order to progress to the next course level. Students may attempt to improve a grade lower than a C (2.0) only one time by registering and retaking the specific course. Departmental approval is required in order to retake a School of Cinematic Arts course.

In addition, a minimum grade point average must be achieved to earn all cinematic arts degrees (see the individual program descriptions). For example, undergraduates and graduates must earn a minimum grade of C (2.0) in all required cinematic arts courses. However, graduate students must also achieve a B (3.0) average in all courses required for the degree.

Undergraduate students in the film and television production program who achieve a grade lower than a C (2.0) in CTPR 290 (BFA only), CTPR 294, CTPR 295 or CTPR 310, and graduate students in the production program who earn a grade lower than a C (2.0) in CTPR 507 or CTPR 508 may petition to retake the required sequence only once. Permission to retake any prerequisite or core production courses requires prior departmental committee approval.

Students who do not satisfy the degree requirement after repeating a class will be disqualified from the program.

### Tuition and Fees (Estimated)

Students in the School of Cinematic Arts' graduate programs pay differential tuition (see the Tuition and Fees section for current tuition rates). Undergraduate programs are assessed the university-wide tuition rate. In addition, some classes are charged lab fees, as noted in the *Schedule of Classes*, and insurance fees. The university reserves the right to assess new fees or charges. The rates listed are subject to change without notice by action of the Board of Trustees.

### Attendance Policy

The School of Cinematic Arts curriculum relies heavily on in-class participation and interaction between faculty and students. Many of our courses are taught in a collaborative workshop environment and our theoretical lectures are driven through in-depth classroom discussion and analysis. We hold collaboration and constructive criticism as foundational to all of our learning environments and essential to the methodologies of our instruction. Student attendance is not

USC000113723

only fundamental, but mandatory for the structure and success of our program for both the individual student and the educational experiences of other students within our community.

Minors, Progressive Degree Dual Programs and Summer Programs

### Minor in Animation and Digital Arts

The minor in animation offers students an introduction to the theory and practice of animation, including its relationship to the history of art and cinema, creative writing, and basic film production. It provides students with an opportunity to create both personal and collaborative work in a wide range of genres, from traditional character to contemporary experimental and computer animation. The program requires 24 units. For more information, see here.

### Minor in Cinematic Arts

A minor in cinematic arts is available to USC undergraduate students in all schools and departments. The minor provides the opportunity for students to become familiar with various aspects of media study. The program requires 20 units. For more information, see here.

### Minor in Comedy

The minor in comedy is designed to train students in the creation of comedic entertainment in film, television and new media. The program utilizes both analysis courses and creative workshops to train students in comedic theory and practice. Through elective choices students may focus their studies on a number of cinematic disciplines as they pertain to the creation of comedic content, including writing sit-coms, directing comedic actors and producing sketch comedy. The program requires 16 units. For more information, see here.

### Minor in Digital Studies

The minor in digital studies explores the rich potential of digital media for critical analysis and creative discovery. Learning the exciting and dynamic potential of a broad array of tools and technologies, students create innovative projects, from photo essays to Web-based documentaries, from interactive videos to sophisticated Websites, and from typography in motion to 3-D visualizations. The program requires 20 units. For more information, see here. Minor students may also choose to earn an Honors designation by completing 6 additional units of course work, culminating in a capstone thesis during the student's final year.

### Minor in Documentary

The minor in documentary is designed to train students in the preparation and production of documentary media. Courses are designed to give students insight into the history of documentary as well as experience with both the traditional and emerging forms of the genre. For more information, see here.

### Minor in Entertainment Industry

The minor in entertainment industry provides students interested in media content creation with a focused curriculum that will give them insight into the economic factors and professional practices that influence the creative process, and how they interact with social, historical, technical and aesthetic elements. For more information, see here.

### Minor in Future Cinema

The minor in Future Cinema explores the frontier of audiovisual storytelling building on the cutting edge research within the School of Cinematic Arts. Students will explore the creative and technological transformations of an industry in transition as cinema becomes live, playable, immersive, mobile, virtual, crowdsourced and more. The program requires 20 units. For more information see here.

### Minor in Game Animation

The skills of the modern animator, visual effects artist, motion capture professional and many others are of great value in the games industry when paired with an understanding of how these assets can be used in games and systems. The game animation minor provides an educational path that teaches both systems thinking and the skills and creativity of an animator. The program requires 24 units. For more information, see here.

### Minor in Game Audio

Game audio professionals must not only be competent in one area (e.g., expressly in music composing or in audio recording), but also in other areas of audio and in theories of procedurality and interaction. This minor provides a grounding in game design and systems thinking, while providing a theoretical backing and skills in audio design and composition to prepare students to design successful audio for the games industry. The program requires 24 units. For more information, see here.

### Minor in Game Design

Design for games is a young, exciting field applicable to media artists working all over the world, in different aspects of the industry and with many different tools. The game design minor teaches basic iterative design and prototyping skills while providing students the opportunity to explore design for new technologies and the skills of user assessment and usability testing. The program requires 24 units. For more information, see here.

### Minor in Game Entrepreneurism

The modern media, technology and entertainment fields are built on the backs of new businesses and new ideas. To start a successful business, you need skills and knowledge of the processes for setting up a business, finding investment and turning your creative project from prototype to finished project. The game entrepreneurism minor provides an educational path that teaches hard business thinking for creative entrepreneurs. The program requires 24 units. For more information, see here.

### Minor in Game Studies

Games are a major cultural form, with game sales now exceeding box office revenue in the United States. Attention to games and interactive media is growing, and it has become necessary to understand them as meaningful systems, reflect on their cultural influence, and to help guide their evolution with insightful criticism. The game studies minor prepares students with fundamental underpinnings in media criticism and games. For more information, see here.

### Minor in Game User Research

Game and interaction design are deeply dependent upon human-computer interaction and the ability to use research methods to improve player experience. This minor is designed to give students an underpinning in game design, interface design and research methods, while teaching a full set of skills for playtesting and usability practice. The program requires 24 units. For more information, see here.

### Minor in Immersive Media

The minor in immersive media is designed to train students to create projects in virtual reality, augmented reality, and other immersive media formats. The core program requirements provide the solid fundamentals needed to understand, conceive of, and create immersive work. Through elective choices students may focus their studies on theory, on specific fields of immersive, on creative expression, or on building technology. The program requires 24 units. For more information, see here.

### Minor in Media and Social Change

The minor in media and social change provides the opportunity for students who are interested in media content creation and research to take classes in a focused curriculum on the various aspects of media for change. Students will gain insight into the professional practices of creating media content, analyzing existing content, and learning how they can influence the future by integrating social issues into the work they are doing in related fields. The program requires 22 units. For more information, see here.

### Minor in Science Visualization

The minor in science visualization offers an introduction to science visualization methodology and practice focused in an area of relevant research. The minor is structured to provide the skills and knowledge needed in science visualization, and will culminate in a capstone project under the close supervision of faculty in both animation and science. The program requires 16 units. For more information, see here.

### Minor in Screenwriting

The minor in screenwriting provides thorough training in the craft of writing for screen and television. Students learn the fundamentals of character, conflict and scene structure and build on their skills through each course as they write feature and television scripts in all genres and explore areas of their interest. Students may apply in the spring or fall semester. The program requires 16 units. For more information, see here.

### Minor in Themed Entertainment

From cruise ships to casinos to immersive educational retreats, themed entertainment design involves submerging a real, live human being into a story in a truly robust, physical way. As new tools for entertainment and education develop, they continually push toward enabling players to completely become the heroes and heroines of their own stories. The themed entertainment minor focuses on history, theory and skills of themed entertainment design. The program requires 24 units. For more information, see here.

### Minor in 3-D Animation in Cinematic Arts

The minor in 3-D animation in cinematic arts offers an introduction to basic animation principles and history, as well as creative and skill-based instruction in 3-D computer animation. Through elective choices students may focus their studies on their specific area of interest, including visual effects, motion capture, virtual reality, modeling, or character animation. The program requires 16 units. For more information, see here.

### Minor in Cinema-Television for the Health Professions

This 24-unit minor is designed for students who plan to enter careers or professional programs in medicine after graduation and are interested in working with film and television producers to

USC000113724

disseminate accurate health information to the public. See the Keck School of Medicine of USC for course requirements.

### Minor in Game Design and Management

The video game design minor integrates theoretical concepts and practical skills to prepare students for a career in entertainment, specifically the video game industry. Through integration of two major disciplines, cinematic arts and information technology, students will be exposed to a variety of design concepts related to creating video games. See the Information Technology Program for course requirements. For specific information on admission and application procedures, contact the School of Cinematic Arts at (213) 821-2515 or the Information Technology Program at (213) 740-4542.

### Minor in Performing Arts Studies

The minor in Performing Arts provides an interdisciplinary inquiry into the nature and aesthetics of the performing arts. It combines the disciplines of cinematic arts, dance, music and theatre. The minor is a unique course of study that looks at how the performing arts contribute to a culturally literate society. See USC School of Dramatic Arts for requirements.

### International Programs

#### Studio Arts College International

John C. Hench Animation and Digital Arts and the Division of Media Arts and Practice jointly offer, with the Roski School of Art and Design, a fall semester abroad at Studio Arts College International (SACI) in Florence, Italy. Undergraduate students will be required to take equivalent classes in animation and media arts while also benefiting from the wide range of liberal arts courses offered at SACI.

#### Global Exchange Workshop

"Documenting the Global City: Los Angeles and Beijing," is an intensive, seven-week workshop in documentary filming that pairs graduate students from the USC School of Cinematic Arts and the Communication University of China (CUC) to make short documentaries on Los Angeles or Beijing as global cities. The program is held in Los Angeles or Beijing in alternate years. It will be held in Los Angeles in summer 2019. Participating students enroll in CTPR 515 Global Exchange Workshop (2 units).

With faculty guidance from both universities, the students must negotiate cultural differences both in front of and behind the camera. In the process, both students and faculty directly experience the other culture and learn how it defines globalism in general, sees its own city in global terms, combines theory and practice, and processes a new set of perceptions and lived experience.

Interested students should contact Professor Mark Harris of the division of Film and Video Production at (213) 740-3319, or at mharris@cinema.usc.edu. Airfare to China and lodging expenses in Beijing are provided for all students accepted into the course.

#### Summer Program

The USC School of Cinematic Arts Summer Program is a six-week program that offers classes from different facets of the entertainment industry. Participants from around the world have an opportunity to attend intensive, creatively demanding and satisfying filmmaking courses.

### Programs

**Minor**

- 3-D Animation in Cinematic Arts Minor
- Animation and Digital Arts Minor
- Cinematic Arts Minor
- Comedy Minor
- Digital Studies Minor
- Documentary Minor
- Entertainment Industry Minor
- Future Cinema Minor
- Game Animation Minor
- Game Audio Minor
- Game Design Minor
- Game Entrepreneurism Minor
- Game Studies Minor
- Game User Research Minor
- Immersive Media Minor
- Media and Social Change Minor
- Science Visualization Minor
- Screenwriting Minor
- Themed Entertainment Minor

**Graduate Certificate**

- Business of Entertainment Graduate Certificate

### Courses

**Animation**

Note: Instructor availability for a particular course or section cannot be guaranteed.

- CTAN 470 Documentary Animation Production
- CTAN 485L Pipeline and Character Modeling for Animation
- CTAN 495 Visual Music
- CTAN 496 Directed Studies
- CTAN 497L Generative Animation
- CTAN 499 Special Topics
- CTAN 501 Experiments in 2-D Digital Animation
- CTAN 502L Experiments in Immersive Design
- CTAN 503 Storyboarding for Animation
- CTAN 504L Creative Production in Virtual Reality
- CTAN 505 The Business of Animation
- CTAN 508L Live Action Integration with Visual Effects
- CTAN 522 Animation Department Seminar
- CTAN 524 Contemporary Topics in Animation and Digital Arts
- CTAN 525 Gesture Movement for Animation
- CTAN 536 Storytelling for Animation
- CTAN 544 Introduction to the Art of Animation
- CTAN 547 Animation Production I
- CTAN 550 Stop Motion Puppet and Set Design
- CTAN 551 Stop Motion Performance
- CTAN 555 Animation Design and Production
- CTAN 563 Advanced Computer Animation
- CTAN 564L Motion Capture Fundamentals
- CTAN 565L Motion Capture Performance
- CTAN 570 Motion Graphic Design
- CTAN 577a Fundamentals of Animation
- CTAN 577b Fundamentals of Animation
- CTAN 579 Expanded Animation
- CTAN 582 Basic Animation Production Technologies
- CTAN 591 Animation Pre-Thesis Seminar
- CTAN 592 Master Class
- CTAN 593 Directed Studies in Animation
- CTAN 594a Master's Thesis
- CTAN 594b Master's Thesis
- CTAN 594z Master's Thesis
- CTAN 599 Special Topics

**Cinema and Media Studies**

Note: Instructor availability for a particular course or section cannot be guaranteed.

- CTCS 150gw Visions of Diversity in the Cinematic Arts
- CTCS 190g Introduction to Cinema
- CTCS 191 Introduction to Television and Video
- CTCS 192gm Race, Class, and Gender in American Film
- CTCS 200g History of the International Cinema I
- CTCS 201 History of the International Cinema II
- CTCS 303 Japanese Anime
- CTCS 306 Cinema and Media Theory and Practice
- CTCS 367 Global Media
- CTCS 373 Literature and Film
- CTCS 379 Nationalism and Postcolonialism in Southeast Asian Cinema
- CTCS 392 History of the American Film, 1925–1950
- CTCS 393 Postwar Hollywood, 1946-1962
- CTCS 394 History of the American Film, 1977–present
- CTCS 400 Non-Fiction Film and Television
- CTCS 402 Practicum in Film/Television Criticism
- CTCS 403 Studies in National and Regional Media
- CTCS 404 Television Criticism and Theory
- CTCS 406 History of American Television
- CTCS 407 African American Cinema
- CTCS 408 Contemporary Political Film and Digital Media
- CTCS 409 Censorship in Cinema
- CTCS 411 Film, Television and Cultural Studies
- CTCS 412 Gender, Sexuality and Media

USC000113725

- CTCS 414 Latina/o Screen Cultures
- CTCS 417 African American Television
- CTCS 462 Critical Theory and Analysis of Games
- CTCS 466 Theatrical Film Symposium
- CTCS 467 Television Symposium
- CTCS 469 Film and/or Television Style Analysis
- CTCS 473 Film and Media Theory
- CTCS 478 Culture, Technology and Communications
- CTCS 482 Transmedia Entertainment
- CTCS 494 Advanced Cinema and Media Studies Seminar
- CTCS 495 Honors Seminar
- CTCS 499 Special Topics
- CTCS 500 Seminar in Film Theory
- CTCS 501 World Cinema Before 1945
- CTCS 502 World Cinema After 1945
- CTCS 503 Survey History of the United States Sound Film
- CTCS 504 Survey of Television History
- CTCS 505 Survey of Interactive Media
- CTCS 506 Critical Studies Colloquium/Professional Seminar
- CTCS 510 Case Studies in National Media and/or Regional Media
- CTCS 511 Seminar: Non-Fiction Film/Video
- CTCS 517 Introductory Concepts in Cultural Studies
- CTCS 518 Seminar: Avant-Garde Film/Video
- CTCS 520 Film History Through the Archives and Special Collections
- CTCS 521 Media Archiving: History and Practice
- CTCS 564 Seminar in Film and Television Genres
- CTCS 567 Seminar in Film/Television and a Related Art
- CTCS 569 Seminar in Film and Television Authors
- CTCS 585 Seminar in Film/Television Critical Theory and Production
- CTCS 587 Seminar in Television Theory
- CTCS 599 Special Topics
- CTCS 673 Topics in Theory
- CTCS 677 Cultural Theory
- CTCS 678 Seminar in Film Theory and Medium Specificity
- CTCS 679 Seminar in Genre and/or Narrative Theory
- CTCS 688 Moving Image Histories: Methods and Approaches
- CTCS 690 Special Problems
- CTCS 790 Research
- CTCS 791 Historical and Critical Research Methods

Page: 1 | **2** | 3 | 4 | 5 | 6

**University Park Campus** (Map)
213-740-2311

**Health Sciences Campus** (Map)
323-442-2000

› Visit USC
› Careers at USC
› Office Directory
› Campus Safety

**Tommy Cam**

› TommyCam

**Hecuba Cam**

› HecubaCam

**To Report an Emergency**
Call the **USC Department of Public Safety**
University Park Campus:
213-740-4321
Health Sciences Campus:
323-442-1000

Copyright © 2020 University of Southern California | Privacy Notice | Notice of Nondiscrimination | Smoke-Free Policy

All catalogues © 2022 University of Southern California. Powered by the Acalog™ Academic Catalog Management System™ (ACMS™).

USC000113726