# Exhibit 13



[ARCHIVED CATALOG]

# Online MBA Program

The Online MBA (OMBA) program is structured for students who are currently employed and wish to remain within the labor force while earning a degree. The OMBA Program offers an integrative approach to core business disciplines including accounting, finance, data sciences, marketing, management, operations and entrepreneurship. The program is delivered by full-time faculty from different disciplines teaching in a team format to integrate understanding of business fundamentals, internal and external operations, business environments and leadership. The program capitalizes on the unique opportunities inherent in online delivery to maximize student engagement through critical thinking, analytics and communication.

## Application

The program accepts applicants for fall and spring semesters. Applications are submitted online through the Marshall School of Business application Website at *app.applyyourself.com/?id=usc-mba*. International applicants are advised to see the instructions for international students published in the *USC Graduate Admissions Website*.

## Program Structure

The OMBA program uses an interdisciplinary approach to business education that enables students to develop an expertise in business administration in order to perform more effectively as business leaders, corporate managers and entrepreneurs.

The program begins with a five-day domestic residential session, after which the 21-month MBA Program meets online. The program requires 51 units. First semester courses include GSBA 501 and GSBA 505, which are prerequisites for the remaining courses. GSBA 535, GSBA 537, GSBA 538 and GSBA 539 may be taken in any order.

### Required Courses - Residential Intensive

- GSBA 501 The Role of the Manager Units: 3

### First Semester

- GSBA 505 Fundamentals of Business Units: 10

### Remaining Required Courses

- GSBA 535 Opportunity Recognition and Implementation Units: 9.5
- GSBA 537 Managing Inside the Firm Units: 9.5
- GSBA 538 Managing Outside the Firm Units: 9.5
- GSBA 539 Business Environment and Leadership Units: 9.5

### Total units: 51

For more information, visit http://onlinemba.marshall.usc.edu or email OMBA@marshall.usc.edu.

Note: USC reserves the right to change, add or delete its course offerings and programs without notice.

Copyright © 2020 University of Southern California Privacy Notice | Notice of Nondiscrimination | Smoke-Free Policy

All catalogues © 2022 University of Southern California. Powered by the Acalog™ Academic Catalog Management System™ (ACMS™).