# Exhibit 28

# Redacted pursuant to
# Stipulated Protective Order [ECF 117]

**To:** Beth Shuster[bethshus@usc.edu]; Elizabeth A Graddy[graddy@usc.edu]; Mark Kenneth Todd[mtodd@usc.edu]
**From:** Charles Zukoski[zukoski@provost.usc.edu]
**Sent:** Sat 3/14/2020 9:22:47 PM Coordinated Universal Time
**Subject:** ███████████████

███████████████

███████████████████████████████
███████████████████

███████

███████████████████████
███████████

███████████

████████
████████
████████████

██████████████████

█████████████████████████
█

█████████████████████
██████████████ of
████████████

████████
██

---

**From:** James Staten <jstaten@usc.edu>
**Sent:** Saturday, March 14, 2020, 1:43 PM
**To:** Greg Condell
**Cc:** Erik Brink; Pablo Illanes; Edward Levine; Charles Zukoski; Mark Kenneth Todd; Andre Dua
**Subject:** ███████████████

█

█

█████████████████████████

██████████████████████████
█
█
█

On Mar 13, 2020, at 12:57 AM, Greg Condell <condell@usc.edu> wrote:

Highly Confidential

**From:** Pharmacy Dean <pharmacy.dean@usc.edu>
**Sent:** Thursday, March 12, 2020 7:37 PM
**To:** Jeffrey Shapiro <shap265@usc.edu>
**Subject:**

---

**From:** Redacted - PII
**Sent:** Thursday, March 12, 2020 7:33 PM
**To:** Pharmacy Dean
**Subject:**

is Redacted - PII and

Redacted - PII

Highly Confidential

USC000033112