Roy A. Katriel (SBN 265463)
**THE KATRIEL LAW FIRM, P.C.**
2262 Carmel Valley Rd., Suite 201
Del Mar, California 92014
Telephone: (619) 363-3333
Facsimile: (866) 832-5852
E-mail: rak@katriellaw.com

*Interim Co-Lead Class Counsel and
Attorneys for Plaintiff Christina Diaz*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation* | No. 2:20-cv-04066-DMG-PVC<br><br>**DECLARATION OF ROY A. KATRIEL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: May 19, 2023<br>Time: 9:30 a.m.<br>Courtroom: 8C<br><br>Action filed: May 7, 2020<br>Consolidated: July 17, 2020<br>Trial Date: January 9, 2024<br>Time: 8:30 a.m.<br>Courtroom: 8C |

I, Roy A. Katriel, declare as follows:

1. I am the founder of, and senior partner in, The Katriel Law Firm, P.C. I submit this declaration in support of Plaintiffs' Motion for Class Certification, have personal knowledge of the facts stated in this declaration and, if called upon, could and would truthfully testify to these facts. I am over the age of eighteen, a member in good standing of the bar of the State of California, and am admitted to practice in this Court.

2. Together with Berger Montague P.C. and Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), The Katriel Law Firm is serving as one of three appointed Interim Co-Lead Class Counsel in this action under the Court's order.

3. The Katriel Law Firm has been involved in all aspects of the litigation from its inception.

**Credentials of The Katriel Law Firm, P.C.**

4. The Katriel Law Firm has vast experience prosecuting large class actions such as this case. Since its founding, The Katriel Law Firm has successfully represented plaintiffs in a broad array of complex, multi-party class action cases, including ones on behalf of injured students. The Katriel Law Firm's results and successful track record have earned the firm many accolades and recognition from federal judges of this Court and across the country. *See, e.g.,* Judge Josephine L. Staton's attorney fee opinion in *Tawfilis v. Allergan, Inc.*, 2018 WL 4849716, at *5 (C.D. Cal. Aug. 27, 2018) ("Class Counsel [The Katriel Law Firm and The Kalfayan Law Firm] also demonstrated exceptional skill in litigating this case."); Judge James V. Selna's attorney fee opinion in *Vizzi v. Mitsubishi Motors North America, Inc.*, 2010 WL 11508375, at *2 (C.D. Cal. Mar. 29, 2010) ("As discussed in the Court's order granting preliminary approval, the Court is sufficiently impressed with the experience and competency of class counsel, The Katriel Law Firm and [its co-counsel]."); Judge Edward Davila's attorney fee opinion in *Villa v. San Francisco

- 1 -

1  *Forty-Niners, Ltd.*, No. 5:12-cv-5481-EJD (N.D. Cal. Nov. 17, 2016) ("Although
2  Class Counsel [The Katriel Law Firm and its co-counsel] do not seek such a multiplier
3  in the first instance, the Court finds that Class Counsel would be entitled to such a
4  multiplier given the . . . complexities and unprecedented nature of the legal claims
5  asserted here and the outstanding results achieved."); and, Judge William H. Pauley,
6  III's final approval and attorney fee opinion in *Park v. The Thomson Corp.*, 2008 WL
7  4684232, at *6 (S.D.N.Y. Oct. 22, 2008) ("Class Counsel [The Katriel Law
8  Firm] have provided extremely high-quality representation.").

9       5.    As detailed in the firm's resume, a true and correct copy of which is
10 attached hereto as **Exhibit A**, The Katriel Law Firm has a notable history of case
11 success. Just last year, The Katriel Law Firm successfully litigated, secured class
12 certification, and secured a nationwide, multi-million class settlement in *Williams v.*
13 *Apple, Inc.*, No. 3:19-cv-4700-LB, a breach of contract class action against Apple.
14 Notably, Apple was defended in that litigation by the same Cooley law firm and many
15 of the same attorneys as are representing the USC defendants in this action.

16      6.    The Katriel Law Firm also successfully litigated, secured class
17 certification, and negotiated a nationwide class settlement in *Seifi v. Mercedes-Benz*
18 *USA, LLC*, No. 12-cv-5493-THE (N.D. Cal.), a complex product liability class action
19 against a major automobile manufacturer. The firm is presently lead counsel in two
20 other complex automotive product liability class cases in both the Northern District of
21 California and this Court. *See Hamm v. Mercedes-Benz USA, LLC*, No. 16-cv-3370-
22 EJD (N.D. Cal.) and *Jamil v. Mercedes-Benz USA, LLC*, No. 22-cv-8130-FLA (C.D.
23 Cal.).

24 **Commitment to Representing College Students**

25      7.    The Katriel Law Firm is also committed to bringing cases on behalf of
26 college students.

27
28

- 2 -

Decl. of Roy A. Katriel___            Case No. 2:20-cv-00417-DMG-PVC

8. For example, with respect to the instant litigation, The Katriel Law Firm was the first to file a class action against the University of Southern California seeking refunds for students impacted by USC's campus closing and move to online education during the COVID-19 pandemic. *See Diaz v. The University of Southern California*, No. 2:20-cv-4066 (C.D. Cal.). Following adversarial litigation, this Court appointed The Katriel Law Firm Interim Co-Lead Class Counsel to serve with Hagens Berman and Berger Montague after Judge Gee found that "Diaz's counsel—particularly, the Katriel Law Firm—brings specific experience and in-depth research to the specifics of this case and putative class." ECF No. 54, at 10.

9. The Katriel Law Firm also was the first to file a class action against the Regents of the University of California seeking refunds for students impacted by University of California Regents' closing of all University of California campuses and move to online education during the COVID-19 pandemic. *See Stoeffel v. The Regents of the Univ. of Calif.*, No. 20STCV14991 (Cal. Super.).

10. The Katriel Law Firm was also filed the first class action by a student of New York University ("NYU") against NYU seeking refunds for students impacted by NYU's campus closing and move to online education during the COVID-19 pandemic. *See Zagoria v. New York Univ.*, No. 1:20-cv-3610-GBD (S.D.N.Y.).

11. For all these cases, The Katriel Law Firm has invested significant resources of money, time, and legal work to advance the interests of the students.

**The Katriel Law Firm's Work on this Case**

12. In this case in particular, The Katriel Law Firm has taken an important role in critical parts of litigating the Proposed Class's claims.

13. The Katriel Law Firm performed an in-depth investigation into the claims against USC on behalf of the firm's client, Christina Diaz. The investigation culminated in the firm filing the first class action complaint against USC on May 4, 2020, *Diaz v. The University of Southern California*, No. 2:20-cv-04066 (C.D. Cal.).

14. At the initiative of The Katriel Law Firm, the Court later consolidated the *Diaz* matter with three other similar class actions filed against USC, under the caption *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation*, No. CV 20-4066-DMG (PVCx). ECF No. 54.

15. At this time, the Court also appointed The Katriel Law Firm, Hagens Berman, and Berger Montague as Co-Interim Class Counsel, and directed Plaintiffs in the consolidated matter to file a consolidated amended class action complaint. *Id*.

16. The Katriel Law Firm worked cooperatively with the other Co-Interim Class Counsel and other Co-Counsel (collectively, "Plaintiffs' Counsel") to draft a Consolidated Class Action Complaint. ECF No. 55.

17. The Katriel Law Firm was one of the lead drafters of Plaintiffs' opposition to USC's Motion to Dismiss in this matter, in particular as to arguments concerning the educational malpractice bar USC advanced as to all claims. ECF No. 59.

18. Ultimately, the Court granted and denied in part USC's Motion to Dismiss, allowing, for the Spring 2020 semester, Plaintiffs' claims for (1) breach of contract and (2) quasi-contract restitution, and (3) the unfair prong of the UCL to proceed. ECF No. 99.

19. As discovery opened, The Katriel Law Firm worked with Plaintiffs' Counsel in drafting and refining Plaintiffs' Rule 26(a) Disclosures, Requests for Production, and Interrogatories.

20. In August and September 2022, The Katriel Law Firm participated in two day-long mediation sessions with USC and other Plaintiffs' Counsel, with The Katriel Law Firm playing a key role in the plaintiffs' firms' interaction with the mediator, the Honorable Edward Infante, due to the firm's prior mediation experience with Judge Infante. Ultimately, the Parties' mediation efforts did not result in a settlement, and discovery efforts continued in earnest.

21. The Katriel Law Firm worked with Plaintiff Diaz to respond to discovery requests propounded by USC, including by searching for, collecting, and producing documents, as well as drafting written responses to USC's discovery requests. In addition, The Katriel Law Firm held several meetings with Plaintiff Diaz before defending her deposition.

22. Moreover, during discovery, The Katriel Law Firm conducted and participated in the document review of the documents produced by USC.

23. The Katriel Law Firm also had a lead role in expert discovery. The Katriel Law Firm's attorney deposed both of USC's experts, Mr. John L. Hansen and Dr. Ronald T. Wilcox in two separate deposition sessions following those experts' submissions of three expert reports in this action. Before taking those expert depositions, The Katriel Law Firm undertook critical research and conferred with Plaintiffs' own expert to prepare for the Hansen and Wilcox expert depositions.

24. The Katriel Law Firm also met with and prepared Plaintiffs' expert economist, Dr. Hal J. Singer, for his deposition and attended that deposition noticed by USC's counsel.

25. Finally, The Katriel Law Firm worked closely with Interim Co-Lead Counsel on this Plaintiffs' Motion for Class Certification, researching, drafting, conferring with Plaintiffs' expert in an effort to file the most persuasive class certification motion.

26. The Katriel is prepared to continue to litigate this case and invest the resources needed to bring the matter to a favorable result for Plaintiffs and the Proposed Class. This much is further evidenced by The Katriel Law Firm's repeated and significant contributions to the common litigation fund set up by Interim Co-Lead Class Counsel to pay for the ongoing expenses and litigation costs necessary to zealously litigate this matter.

27. Throughout this litigation, I have conferred with and advised the firm's client, Plaintiff Christina Diaz, who has faithfully devoted her time and efforts to fulfill her role as a putative Class representative on behalf of the proposed Class members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: February 28, 2023             /s/ Roy A. Katriel
                                      Roy A. Katriel

# **EXHIBIT A TO KATRIEL DECLARATION**

# THE KATRIEL LAW FIRM

## ABOUT THE FIRM

The Katriel Law Firm is a law firm specializing in class action litigation. We represent classes of litigants, primarily aggrieved consumers, in litigating their claims on a classwide basis where litigating consumers' individual claims separately would prove to be unfeasible. Our primary areas of focus are antitrust, consumer fraud/false advertising, and product liability class action litigation. We have represented millions of class members in a variety of class action suits, and have successfully settled numerous class action lawsuits.

## PRACTICE AREAS

### Antitrust

Antitrust law seeks to ensure that markets are subject to competitive forces in our free-enterprise system and remain free from unlawful market manipulation devices like price-fixing, market allocation, monopolization, tying, and other agreements in restraint of trade. By forbidding such practices, antitrust law ensures that businesses and ultimately consumers benefit from the fruits of competition—production of the best possible goods in a competitive market environment. Our firm represents and has represented consumers in class action cases alleging that particular defendant manufacturers, sellers, or dealers have engaged in unlawful monopolization, price-fixing, market allocation, and other agreements in restraint of trade.

### Consumer Protection/ False Advertising

A host of federal and state laws regulate fair market practices that protect consumers against unfair and deceptive business practices. These unfair practices include false and deceptive advertising or marketing, false labeling, consumer fraud, violations of implied or express warranties, and violations of various statutory and regulatory

requirements aimed at ensuring consumer protection.  Our firm represents and has represented consumers in class actions who allege that they have been injured as a result of manufacturers' or sellers' unfair or deceptive business practices.

### **Product Liability**

Product liability law, a subset of tort law, addresses the injury caused to users and purchasers of products that are defectively designed, manufactured, or improperly labeled.   Potential remedies for such violations may include compensatory money damages, statutory or punitive damages, as well as appropriate equitable or injunctive relief to remedy the harm caused by the allegedly defective product.  Our firm represents and has represented consumers in class action cases involving a whole host of industries and consumer products that are alleged to be defective.

### **Breach of Contract**

The law of contracts governs the rights and duties of parties to agreements.  When these agreements set forth terms of service or govern the rights of a large group of consumers or other parties, class litigation provides an efficient mechanism by which the rights of contracting parties can be protected.  Potential remedies for breach of contract may include, an award of expectation damages, specific performance, restitution, declaratory judgments, and other redress.  The Katriel Law Firm represents and has represented consumers in class actions involving a whole host of industries where a breach of contract has been alleged.

## **REPRESENTATIVE CLASS ACTION SETTLEMENTS**

Sevier v. Time Warner Cable.  The Katriel Law Firm was lead counsel in this successful settlement of an antitrust class action brought on behalf of millions of subscribers of Time Warner Cable high-speed Internet service.  The complaint alleged that the defendants unlawfully tied the sale of their subscription service to the leasing of a cable modem device from defendants.  After zealous and successful litigation by The Katriel Law Firm, which included litigation before the United States Court of Appeals for the Second Circuit, the district court entered its final order approving a class action settlement benefiting the class.

Holliday v.Volkswagen of America,  The Katriel Law Firm was lead counsel in this successful settlement of a product liability class action brought on behalf of owners and lessees of thousands of Volkswagen Jetta automobiles who alleged that the electric seat heaters in the vehicles were defective.  After successful litigation by The Katriel Law Firm in federal district court, the court issued its final order approving the class action settlement.

The Katriel Law Firm<br>Page 4

King v. The Home Depot. The Katriel Law Firm successfully settled this class action case in which plaintiffs alleged that Home Depot, Inc. deceptively allocated consumers' account payments in its "no payment no interest" store credit card. After successful litigation by The Katriel Law Firm in federal court, and by other plaintiffs' firms in various state courts, this matter was settled as part of a nationwide class action settlement that benefited the class.

Park v. The Thomson Corp., The Katriel Law Firm was lead counsel in this antitrust class action brought on behalf of hundreds of thousands of consumers of BAR/BRI bar examination preparation courses. The case alleged antitrust claims for tying and monopolization. After successful litigation in which The Katriel Law Firm was successful in defeating defendants' motion for summary judgment and in obtaining partial summary judgment in plaintiff's favor, a class action settlement was reached and approved by the court.

Schipaanboord v. Volkswagen of America, The Katriel Law Firm was lead counsel in this consumer product liability class action, which alleged defects in the 2000-2003 model year Volkswagen Passats for their undue propensity to catch fire. After successful litigation by The Katriel Law Firm, a class action settlement was reached that provided meaningful relief to all class members.

Conroy v. The 3M Corp., The Katriel Law Firm was co-lead counsel in this consumer federal antitrust class action that alleged that the defendant monopolized the U.S. market for clear and transparent tape for home and office use. After prolonged litigation, including an appeal to the United States Court of Appeals for the Ninth Circuit in which The Katriel Law Firm was lead counsel who argued the appeal, a multi-million class action settlement was reached and approved by the court.

Franz, Inc. v. Quantum Corp., The Katriel Law Firm was lead counsel in this consumer antitrust class action that alleged that the defendants violated the Cartwright Act and California's Unfair Competition Law, stemming from their alleged conspiracy to restrain trade in the market for Digital Linear Technology Tapes. After successfully obtaining class certification, The Katriel Law Firm negotiated a multi-million class action settlement that was approved by the court.

Williams v. Apple, Inc., The Katriel Law Firm was lead Class Counsel in this breach of contract class action that alleged Apple breached the terms of its iCloud cloud storage agreement with paying subscribers of the iCloud service. The Katriel Law Firm secured class certification in one of the last class certification opinions authored by the Honorable Lucy H. Koh before her elevation to the United States Court of Appeals for the Ninth Circuit. The Katriel Law Firm negotiated a nationwide multi-million dollar class settlement that the court approved.

Seifi v. Mercedes-Benz USA, LLC,  The Katriel Law Firm was lead Class Counsel in this product liability class action against an international automobile manufacturer.  The Katriel Law Firm secured class certification and negotiated a nationwide class settlement that entailed, *inter alia*, a nationwide repair campaign by the defendant automobile manufacturer.

Villa v. San Francisco Forty-Niners, Ltd., The Katriel Law Firm was lead Class Counsel on this antitrust case brought against over thirty named defendant NFL teams, the NFL, and Reebok, a international apparel manufacturer.  The Katriel Law Firm secured class certification and negotiated a multi-million dollar class settlement that was approved by the court.

Tawfilis v. Allergan, Inc., The Katriel Law Firm was lead Class Counsel in this antitrust class action brought against the manufacturer of Botox, the market leading botulinum toxin for aesthetic use.  The action involved an international practice with depositions in Ireland, Spain, and the United Kingdom.  The Katriel Law Firm secured class certification of a nationwide class and later negotiated a multi-million dollar, nationwide class settlement that the court approved.

## REPRESENTATIVE *PRO BONO* SUPREME COURT PRACTICE

Berisha v. Lawson,  As part of its *pro bono* Supreme Court practice, The Katriel Law Firm filed a petition for a writ of certiorari before the United States Supreme Court in a case raising important questions of First Amendment and defamation law.  The Katriel Law Firm's petition garnered two separate opinions from Justice Clarence Thomas and Justice Neil Gorsuch.

Lugo v. United States, As part of its *pro bono* Supreme Court practice, The Katriel Law Firm filed a petition for a writ of certiorari before the United States Supreme Court in a case raising important issues about the admissibility of opinion testimony under Federal Rules of  Evidence 701 and 702.  The petition drew public praise from the National Association of Criminal Defense Lawyers, who filed an amicus brief in support, and from Kannon Shanmugan, former law clerk to the late Justice Antonin Scalia, who called the firm's petition "exceptionally well done."

Frank v. Gaos,  As part of its pro bono Supreme Court practice, The Katriel Law Firm filed an amicus brief in this case argued before the United States Supreme Court.  The brief raised important issues of appellate Article III standing of objectors to class action settlements.

## Roy A. Katriel

The founder and principal of the firm, Roy A. Katriel, has over 20 years of experience as an attorney, having graduated First In His Class and *summa cum laude* from American University, Washington College of Law in 1997.  After graduating from law school, Mr. Katriel was a litigation associate at Arnold & Porter, an Am Law 100, multi-national law firm.  He later joined Finkelstein, Thompson & Loughran, a boutique plaintiff's class action law firm in Washington, DC, and also joined the adjunct faculty of American University's Washington College of Law, where he taught Evidence.  Together with the late Professor Paul Rice, Mr. Katriel is the co-author of *Evidence: Federal Rules and the Common Law* (Matthew Bender), an Evidence Course textbook in use at law schools throughout the country.  He founded The Katriel Law Firm in 2005 in Washington, DC as a plaintiffs' class action law firm and, in 2009, opened the firm's San Diego office.   Mr. Katriel has successfully litigated many class action matters, primarily involving antitrust, product liability, consumer fraud, and breach of contract cases. He has appeared as a commentator on such matters on nationally syndicated news and television channels like CNN and Fox Business Network.

In addition to his law degree, Mr. Katriel holds undergraduate degrees in Applied Physics and in Biomedical Engineering from the University of Miami and Boston University, respectively.  Mr. Katriel holds the distinction of being the youngest person ever to be awarded a Bachelor of Science degree in Physics from the University of Miami, having earned that degree at age 18.