# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA DIAZ, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20–cv–04066–DMG–PVC<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   3/1/2023

Document No.:   135

Title of Document:   Plaintiffs' Notice of Motion and Motion for Class Certification

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Incorrect event selected. Correct event to be used is: Applications/Ex Parte Applications/Motions/Petitions/Requests > Certify Class Action. Only a motion–type event will prompt the filer to calendar the hearing date, thus for this one–time only, the clerk shall set the noticed hearing date of 5/19/2023 at 9:30 AM

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  March 2, 2023                     By:   /s/ *Grace Kami  grace_kami@cacd.uscourts.gov*
                                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**