COOLEY LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
LEO P. NORTON (216282)
(lnorton@cooley.com)
10265 Science Center Drive
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

ALEXANDRA R. MAYHUGH (300446)
(amayhugh@cooley.com)
1333 2nd Street
Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

MICHAEL N. SHEETZ (*Pro hac vice*)
(msheetz@cooley.com)
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

Attorneys for Defendants
UNIVERSITY OF SOUTHERN CALIFORNIA and THE
BOARD OF TRUSTEES OF THE UNIVERSITY OF
SOUTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation* | Case No. 2:20-cv-4066-DMG-PVC<br><br>**DECLARATION OF GREGORY CONDELL IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

CONDELL DECL. ISO PLAINTIFFS'
APP. FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:20-CV-4066-DMG-PVC

I, Gregory Condell, declare:

1. I am over eighteen years of age. I submit this declaration in support of Plaintiffs' Application for Leave to File Under Seal (ECF 137). The facts set forth below are based on my personal knowledge and my familiarity with and access to records maintained by the University of Southern California ("USC") in the regular course of administering the university. If called as a witness, I could and would competently testify thereto.

2. I am the Vice President of Finance at USC and have held that role since 2017. As the Vice President of Finance, I oversee the development and management of the University's budget and financial planning. I am also responsible for the University's treasury operations, which include banking and investment of non-endowed funds, and its health plan management. I also have access to data analysis that relates to student information in the student information system.

3. USC seeks to maintain under seal the unredacted versions of Exhibits 1 and 28 to the Declaration of Daniel J. Kurowski in Support of Plaintiffs' Motion for Class Certification ("Kurowski Declaration"), limited portions of the unredacted version of Ex. 3 to Kurowski Declaration, and limited portions of the unredacted version of Plaintiffs' Memorandum of Points and Authorities in support of Plaintiffs' Motion for Class Certification (the "MPA"), which were originally filed in this Court in support of Plaintiffs' Motion for Class Certification and which Plaintiffs have moved to seal.

4. Exhibits 1, 3, and 28 to the Kurowski Declaration, which USC seeks to keep under seal, contain USC's confidential, non-public financial information and confidential internal deliberations and operational information, including information about USC's financial considerations, its relationships with its students, and internal, non-public policies and deliberations regarding university governance.

5. Specifically, Exhibit 1 to the Kurowski Declaration contains confidential internal USC communications and deliberations about student requests for tuition and fees partial refunds, USC's response to such requests, deliberations and strategy

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2

CONDELL DECL. ISO PLAINTIFFS'
APP. FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:20-CV-4066-DMG-PVC

regarding such requests, and financial considerations. Exhibit 3 contains excerpts of my testimony, in my capacity as one of the designated Rule 30(b)(6) of the Federal Rules of Civil Procedure witnesses for USC in this case. The excerpted testimony relates to USC's finances, including costs, enrollment, net finances, financial considerations, and finance procedures. Exhibit 28 contains confidential internal USC communications and deliberations about student requests for tuition and fees partial refunds and USC's response to such requests, deliberations and strategy regarding such requests, financial considerations, financial impact, USC's financial conditions, as well as internal deliberations regarding student policies and delivery of education.

6. The portions of the MPA that Plaintiffs have redacted involve quotes and paraphrases from these confidential items, repeating sensitive USC information in Plaintiffs' filing.

7. The public disclosure of this information would harm USC by revealing to competing institutions of higher education USC's competitively sensitive financial information, non-public financial information, financial considerations, and internal operational considerations and deliberations, including information about USC's students' finances and fees or charges, thereby gaining an unfair advantage that could be used to injure or otherwise take advantage of USC in ongoing competition (for example, by permitting competitors to better understand USC's internal operations and finances and adjust accordingly, thereby offering competing services or adjusting tuition and fees). As such, compelling reasons exist for an order permitting those documents to be maintained under seal.

8. The documents and testimony described in paragraph 5 above have been designated "Confidential" and "Highly Confidential" under the Stipulated Protective Order (ECF 117) ("Protective Order"), which governs the use the use of confidential information in this litigation. USC requests that this Court maintain that treatment by ordering that Exhibits 1, 3, and 28 to the Kurowski Declaration and the corresponding portions of the MPA be maintained under seal in this Court.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3

CONDELL DECL. ISO PLAINTIFFS'
APP. FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:20-CV-4066-DMG-PVC

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed on this 6th day of March 2023 in Los Angeles, California.

*/s/ Gregory Condell*
Gregory Condell

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4

CONDELL DECL. ISO PLAINTIFFS'
APP. FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:20-CV-4066-DMG-PVC