COOLEY LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
LEO P. NORTON (216282)
(lnorton@cooley.com)
10265 Science Center Drive
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

ALEXANDRA R. MAYHUGH (300446)
(amayhugh@cooley.com)
1333 2nd Street
Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

MICHAEL N. SHEETZ *(Pro hac vice)*
(msheetz@cooley.com)
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

Attorneys for Defendants
UNIVERSITY OF SOUTHERN CALIFORNIA and THE
BOARD OF TRUSTEES OF THE UNIVERSITY OF
SOUTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation* | Case No. 2:20-cv-4066-DMG-PVC<br><br>**DECLARATION OF LEO P. NORTON IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
|---|---|

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

NORTON DECL. ISO PLAINTIFFS'
APP. FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:20-CV-4066-DMG-PVC

I, Leo P. Norton, declare:

1. I am an attorney licensed to practice law before the courts of the State of California and this district court. I am a Special Counsel with the law firm Cooley LLP, counsel of record for Defendants University of Southern California ("USC") and The Board of Trustees of the University of Southern California ("USC Board"). I submit this declaration in support of Plaintiffs' Application for Leave to File Under Seal (ECF 137). The facts set forth below are based on my personal knowledge and, if called as a witness, I could and would competently testify thereto.

## LEGAL STANDARD

1. A motion to seal documents implicates the "general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). This presumption applies to dispositive motions, *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), as well as non-dispositive motions that are "more than tangentially related to the underlying cause of action," *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1099 (9th Cir. 2016). For either such motion, a party must show compelling reasons to seal it and the attachments thereto. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003). But a party seeking to seal a document produced in discovery and attached to a non-dispositive motion need only demonstrate "good cause" for sealing. *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) (noting that there is a "weaker public interest in nondispositive materials"); *McCrary v. Elations Co. LLC*, 2014 WL 12589137, at *6 (C.D. Cal. Dec. 2, 2014) (applying "good cause" standard to application to seal documents attached to motion to decertify the class). The "good cause" standard "presents a lower burden for the party seeking to seal documents than" the "compelling reasons" standard. *Pintos*, 605 F.3d at 678. To determine whether "good cause" exists, a court must "balance[e] the needs for discovery against the need for confidentiality." *Id*.

2. Regardless of the standard applied, the trial court "has broad discretion to

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

NORTON DECL. ISO PLAINTIFFS'
APP. FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:20-CV-4066-DMG-PVC

permit sealing of court documents for, among other things, the protection of 'a trade secret or other confidential research, development, or commercial information.'" *See Fitzhenry-Russel v. Dr. Pepper Snapple Grp., Inc.*, 326 F.R.D. 592, 617 (N.D. Cal. 2018) (citing Fed. R. Civ. P. 26(c)(1)(G)); *Ctr. for Auto Safety*, 809 F.3d at 1097 (noting that examples of records suitable for sealing include "business information that might harm a litigant's competitive standing").

3. USC seeks to maintain under seal the unredacted versions of Exhibits 1 and 28 to the Declaration of Daniel J. Kurowski in Support of Plaintiffs' Motion for Class Certification ("Kurowski Declaration"), limited portions of the unredacted version of Ex. 3 to Kurowski Declaration, and limited portions of the unredacted version of Plaintiffs' Memorandum of Points and Authorities in support of Plaintiffs' Motion for Class Certification (the "MPA"), which were originally filed in this Court in support of Plaintiffs' Motion for Class Certification and which Plaintiffs have moved to seal.

4. The unredacted portions of the MPA and Exhibits 1, 3, and 28 of the Kurowski Declaration summarize or quote information from documents that USC considers confidential and highly sensitive, and which USC designated as "confidential" or "highly confidential" under the Stipulated Protective Order (ECF 117), which governs the use the use of confidential information in this litigation.

5. As described in the concurrently filed Declaration of Gregory Condell in Support of Plaintiffs' Application for Leave to File Under Seal (ECF 140), the Exhibits and unredacted portions of the MPA contain USC's confidential, non-public financial information and confidential internal deliberations and operational information, including information about USC's financial considerations, its relationships with its students, and internal, non-public policies and deliberations regarding university governance that, if disclosed, would harm USC's competitive standing.

6. As such, good cause and compelling reasons exist for an order permitting those documents to be maintained under seal. *See McCrary*, 2014 WL 12589137, at *6 (applying "good cause" standard and granting application to seal documents relating to

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2

NORTON DECL. ISO PLAINTIFFS'
APP. FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:20-CV-4066-DMG-PVC

defendant's marketing strategies and financial information)*; Monster Energy Co. v. Vital Pharms., Inc.*, 2022 WL 1599712, at *4 (C.D. Cal. Apr. 19, 2022) (applying "compelling reasons" standard and granting application to seal documents containing defendants' "sensitive commercial dealings" because "[s]ensitive commercial information . . . that might promote public scandal can be [a] compelling reason[]"); *see also OCM Grp. USA, Inc. v. Lin's Waha Int'l Corp.*, 2021 WL 1324275, at *5 (C.D. Cal. Mar. 5, 2021) (sealing "sensitive business information that may harm Plaintiff's competitive standing if disclosed").

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed on this 6th day of March 2023 in Oceanside, California.

                                           */s/ Leo P. Norton*
                                           Leo P. Norton

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3

NORTON DECL. ISO PLAINTIFFS'
APP. FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:20-CV-4066-DMG-PVC

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in Los Angeles County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of 18 years, and not a party to the within action. My business address is Cooley LLP, 355 South Grand Avenue, Suite 900, Los Angeles, CA 90071-1560, sbyrd@cooley.com. On March 6, 2023, I served the following documents on the parties listed below in the manner indicated:

- **DECLARATION OF LEO P. NORTON IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL**

- **DECLARATION OF GREGORY CONDELL IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL**

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following parties in this action:

| | |
|---|---|
| THE KATRIEL LAW FIRM, P.C.<br>Roy A. Katriel (SBN 265463)<br>2262 Carmel Valley Rd., Suite 201<br>Del Mar, California 92014<br>Telephone: (619) 363-3333<br>Email: rak@katriellaw.com | BERGER MONTAGUE PC<br>Ellen T. Noteware<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>Email: enoteware@bm.net |
| BERGER MONTAGUE PC<br>E. Michelle Drake<br>Ariana B. Kiener<br>43 SE Main Street, Suite 205<br>Minneapolis, MN 55414<br>Tel: (215) 875-3000<br>Email: emdrake@bm.net<br>Email: akiener@bm.net | HAGENS BERMAN SOBOL SHAPIRO LLP<br>Christopher R. Pitoun (SBN 290235)<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101<br>Tel: (213) 330-7150<br>Fax: (213) 330-7152<br>Email: christopherp@hbsslaw.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP<br>Steve W. Berman (Pro Hac Vice)<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Tel: (206) 623-7292 | HAGENS BERMAN SOBOL SHAPIRO LLP<br>Daniel J. Kurowski (Pro Hac Vice)<br>Whitney K. Siehl (Pro Hac Vice)<br>455 N. Cityfront Plaza Drive<br>Suite 2410 |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4

NORTON DECL. ISO PLAINTIFFS'
APP. FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:20-CV-4066-DMG-PVC

| | |
|---|---|
| Email: steve@hbsslaw.com | Chicago, IL 60611<br>Tel: (708) 628-4949<br>Email: dank@hbsslaw.com<br>Email: whitneys@hbsslaw.com<br><br>*Interim Co-Lead Counsel for Plaintiffs* |
| THE KALFAYAN LAW FIRM, APC<br>Ralph B. Kalfayan (SBN 133464)<br>Veneeta Jaswal (SBN 320108)<br>2262 Carmel Valley Road, Suite 200<br>Del Mar, CA 92014<br>Tel: (619) 232-0331<br>Email: ralph@rbk-law.com<br>Email: veneeta@rbk-law.com | LYNCH CARPENTER LLP<br>(Eddie) Jae K. Kim (SBN 236805)<br>117 East Colorado Blvd., Suite 600<br>Pasadena, CA 91105<br>Tel: (619) 762-1910<br>Email: ekim@lcllp.com |
| LYNCH CARPENTER LLP<br>Gary F. Lynch (Pro hac vice)<br>Edward W. Ciolko<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Tel: (412) 322-9243<br>Email: glynch@lcllp.com<br>Email: eciolko@lcllp.com | LAW OFFICES OF JENNIFER DUFFY<br>Jennifer Duffy<br>28649 S. Western A venue, Suite 6571<br>Los Angeles, CA 90734<br>Tel: (310) 714-9779<br>Email: jennifer@usclassactions.com |
| PARRIS LAW FIRM<br>R. Rex Parris (SBN 96567)<br>Alexander R. Wheeler (SBN 239541)<br>Kitty K. Szeto (SBN 258136)<br>John M. Bickford (SBN 280929)<br>Ryan A. Crist (SBN 316653)<br>43364 10th Street West<br>Lancaster, CA 93534<br>Tel: (661) 949-2595<br>Email: rrparris@parrislawyers.com<br>Email: kszeto@parrislawyers.com<br>Email: awheeler@parrislawyers.com<br>Email: jbickford@parrislawyers.com<br>Email: rcrist@parrislawyers.com<br>*Attorneys for Plaintiffs and the Proposed Class* | SHEGERIAN & ASSOCIATES, INC.<br>Carney R. Shegerian (SBN 150461)<br>Anthony Nguyen (SBN 259154)<br>Cheryl A. Kenner (SBN 305758)<br>11520 San Vicente Blvd<br>Los Angeles, CA 90049<br>Tel: (310) 860-0770<br>Email: CShegerian@Shegerianlaw.com<br>Email: ANguyen@Shegerianlaw.com<br>Email: CKenner@Shegerianlaw.com |

Executed on March 6, 2023, at Los Angeles, California.



_____
Susan Byrd

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

5

NORTON DECL. ISO PLAINTIFFS'
APP. FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:20-CV-4066-DMG-PVC