1 | Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
2 | HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
3 | Seattle, WA 98101
T: (206) 623-7292
4 | F: (206) 623-0594

5 | Christopher R. Pitoun (SBN 290235)
christopherp@hbsslaw.com
6 | HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
7 | Pasadena, CA 91101
T: (213) 330-7150
8 | F: (213) 330-7152

9 | [Additional Counsel listed on signature page]

10 | *Interim Co-Lead Counsel and
Attorneys for Plaintiff J. Julia Greenberg*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation* | No. 2:20-cv-04066-DMG-PVC<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [ECF 135] AND PLAINTIFFS' OPPOSITION TO MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERT WITNESS [ECF 175, 187]**<br><br>Date:  June 9, 2023<br>Time:  9:30 a.m.<br>Courtroom:  8C<br><br>Action filed:  May 7, 2020<br>Consolidated:  July 17, 2020<br>Trial Date:  January 9, 2024<br>Time:  8:30 a.m.<br>Courtroom:  8C |

Plaintiffs submit as **Exhibit 1** the judgment and decision entered in *Miazza, et al. v. Bd. Of Supervisors of Louisiana State University and Agricultural and Mechanical College*, No. C-696918 (19th Judicial District Court, Louisiana May 12, 2023) ("*LSU*"), in which the court granted, *inter alia*, class certification of "all students who, as of March 13, 2020, were enrolled at Louisiana State University's main campus in Baton Rouge who paid Tuition and/or Fees for the Spring 2020 semester, or on whose behalf such payment was made." Notably, Plaintiffs' damages expert here, Hal Singer, Ph.D., also served as the plaintiffs' damages expert in *LSU*. In rendering its opinion, the court noted that Dr. Singer's report "illustrates that damages can be calculated using a common methodology," where Dr. Singer testified that a "Choice-Based Conjoint analysis could be conducted to 'estimate student disutility (the downward shift in the demand curve) assuming students had known, at the time of Spring 2020 semester registration and enrollment for classes, that partway through the semester classes would shift from in-person to online and that campus would close.'" *Id.* at 33. So too here.

-1-

NOTICE OF SUPP. AUTH.  
010920-18/2254415 V1

Case No. 2:20-cv-04066-DMG-PVC

| | | |
|---|---|---|
| 1 | Dated: May 26, 2023 | Respectfully submitted, |
| 2 | | */s/ Daniel J. Kurowski* |
| 3 | | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 4 | | Daniel J. Kurowski (*pro hac vice*) |
| 5 | | Whitney K. Siehl (*pro hac vice*) |
| | | 455 N. Cityfront Plaza Drive, Suite 2410 |
| 6 | | Chicago, IL 60611 |
| 7 | | Tel: (708) 628-4949 |
| | | Email: dank@hbsslaw.com |
| 8 | | Email: whitneys@hbsslaw.com |
| 9 | | |
| 10 | | Steve W. Berman (*pro hac vice*) |
| | | 1301 Second Avenue, Suite 2000 |
| 11 | | Seattle, WA 98101 |
| 12 | | Tel: (206) 623-7292 |
| | | Email: steve@hbsslaw.com |
| 13 | | |
| 14 | | Christopher R. Pitoun (SBN 290235) |
| | | 301 North Lake Avenue, Suite 203 |
| 15 | | Pasadena, CA 91101 |
| 16 | | Tel: (213) 330-7150 |
| | | Fax: (213) 330-7152 |
| 17 | | Email: christopherp@hbsslaw.com |
| 18 | | **BERGER MONTAGUE PC** |
| 19 | | Ellen T. Noteware (*pro hac vice*) |
| | | 1818 Market Street, Suite 3600 |
| 20 | | Philadelphia, PA 19103 |
| 21 | | Tel: (215) 875-3000 |
| | | Email: enoteware@bm.net |
| 22 | | |
| 23 | | E. Michelle Drake (*pro hac vice*) |
| | | Ariana Kiener (*pro hac vice*) |
| 24 | | 43 SE Main Street, Suite 505 |
| 25 | | Minneapolis, MN 55414 |
| | | Tel: (215) 875-3000S |
| 26 | | Email: emdrake@bm.net |
| 27 | | Email: akiener@bm.net |
| 28 | | -2- |

1
2  **THE KATRIEL LAW FIRM, P.C.**
   Roy A. Katriel, Esq. (SBN 265463)
3  2262 Carmel Valley Road, Suite 201
   Del Mar, CA 92014
4  Tel: (619) 363-3333
5  Email: rak@katriellaw.com

6  *Interim Co-Lead Counsel for Plaintiffs*
7
         -and-
8
9  **THE KALFAYAN LAW FIRM, APC**
   Ralph B. Kalfayan (SBN 133464)
10 Veneeta Jaswal (SBN 320108)
   2262 Carmel Valley Road, Suite 200
11 Del Mar, CA 92014
   Tel: (619) 232-0331
12 Email: ralph@rbk-law.com
13 Email: veneeta@rbk-law.com
14

15 **LYNCH CARPENTER LLP**
   (Eddie) Jae K. Kim (SBN 236805)
16 117 East Colorado Blvd., Suite 600
   Pasadena, CA 91105
17 Tel: (619) 762-1910
18 Email: ekim@lcllp.com
19

20 Gary F. Lynch (*pro hac vice*)
   Edward W. Ciolko (*pro hac vice*)
21 1133 Penn Avenue, 5th Floor
   Pittsburgh, PA 15222
22 Tel: (412) 322-9243
23 Email: gynch@lcllp.com
   Email: eciolko@lcllp.com
24

25 **LAW OFFICES OF JENNIFER DUFFY**
   Jennifer Duffy
26 28649 S. Western Avenue, Suite 6571
27 Los Angeles, CA 90734
28
         -3-

NOTICE OF SUPP. AUTH.                                   Case No. 2:20-cv-04066-DMG-PVC

010920-18/2254415 V1

Tel: (310) 714-9779
Email: jennifer@usclassactions.com

**PARRIS LAW FIRM**
R. Rex Parris (SBN 96567)
Alexander R. Wheeler (SBN 239541)
Kitty K. Szeto (SBN 258136)
John M. Bickford (SBN 280929)
Ryan A. Crist (SBN 316653)
43364 10th Street West
Lancaster, CA 93534
Tel: (661) 949-2595
Email: rrparris@parrislawyers.com
Email: kszeto@parrislawyers.com
Email: awheeler@parrislawyers.com
Email: jbickford@parrislawyers.com
Email: rcrist@parrislawyers.com

**SHEGERIAN & ASSOCIATES, INC.**
Carney R. Shegerian (SBN 150461)
Anthony Nguyen (SBN 259154)
Cheryl A. Kenner (SBN 305758)
145 South Spring Street, Suite 400
Los Angeles, California 90012
Telephone Number: (310) 860-0770
Facsimile Number: (310) 860-0771
CShegerian@Shegerianlaw.com
ANguyen@Shegerianlaw.com
CKenner@Shegerianlaw.com

*Attorneys for Plaintiffs and the proposed class*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on May 26, 2023, a true and correct copy of the foregoing was filed electronically via CM/ECF, with notice delivered to all counsel of record.

                                          */s/ Daniel J. Kurowski*
                                          Daniel J. Kurowski

**CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Plaintiffs, certifies that this notice complies with the 25-page count limit set by the Court's Initial Standing Order entered in this case. *See* ECF 8.

                                          */s/ Daniel J. Kurowski*
                                          Daniel J. Kurowski

NOTICE OF SUPP. AUTH.                                                  Case No. 2:20-cv-04066-DMG-PVC

010920-18/2254415 V1