```
 1  COOLEY LLP
    MICHELLE C. DOOLIN (179445)
 2  (mdoolin@cooley.com)
    LEO P. NORTON (216282)
 3  (lnorton@cooley.com)
    10265 Science Center Drive
 4  San Diego, CA  92121
    Telephone: (858) 550-6000
 5  Facsimile:  (858) 550-6420

 6  ALEXANDRA R. MAYHUGH (300446)
    (amayhugh@cooley.com)
 7  1333 2nd Street
    Suite 400
 8  Santa Monica, CA  90401
    Telephone: (310) 883-6400
 9  Facsimile:  (310) 883-6500

10  MICHAEL N. SHEETZ (Pro hac vice)
    (msheetz@cooley.com)
11  500 Boylston Street
    Boston, MA  02116-3736
12  Telephone: (617) 937-2300
    Facsimile:  (617) 937-2400
13
    Attorneys for Defendants
14  UNIVERSITY OF SOUTHERN CALIFORNIA and THE
    BOARD OF TRUSTEES OF THE UNIVERSITY OF
15  SOUTHERN CALIFORNIA

16  [Additional Counsel listed on signature page]
```

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation* | Case No. 2:20-cv-4066-DMG-PVC<br><br>**JOINT STIPULATION TO CONTINUE TIME FOR JUNE 9, 2023 HEARING**<br><br>Action Filed: May 7, 2020<br>Action Consolidated: July 17, 2020<br>Trial Date: January 9, 2024 |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

JOINT STIP. TO CONTINUE
TIME FOR JUNE 9, 2023 HEARING
CASE NO. 2:20-CV-4066-DMG-PVC

| | |
|---|---|
| 1 | Plaintiffs Injune David Choi, Christina Diaz, Chile Mark Aguiniga Gomez, J. |
| 2 | Julia Greenberg, Justin Kerendian, and Latisha Watson (collectively, "Plaintiffs"), and |
| 3 | Defendants University of Southern California ("USC") and the Board of Trustees of the |
| 4 | University of Southern California (together with USC, "Defendants") (collectively, the |
| 5 | "Parties"), by and through their counsel of record, hereby respectfully submit the |
| 6 | following stipulation, subject to the Court's approval, to continue the time of the hearing |
| 7 | set for the morning of June 9, 2023 at 11:00 a.m. to the afternoon of June 9, 2023 at |
| 8 | 2:30 p.m.: |
| 9 | WHEREAS, on March 1, 2023, Plaintiffs filed their Motion for Class |
| 10 | Certification (the "Motion for Class Certification") and pursuant to the operative |
| 11 | scheduling order (Dkt. No. 131) noticed it for hearing on May 19, 2023, at 9:30 a.m. |
| 12 | (Dkt. Nos. 135 and 139); |
| 13 | WHEREAS, on April 7, 2023, Defendants filed their Motion to Exclude |
| 14 | Testimony of Plaintiffs' Expert Witness Under Fed R. Evid. 403 & 702 (the "Motion to |
| 15 | Exclude Plaintiffs' Expert Witness") and noticed it for hearing on May 19, 2023, at 9:30 |
| 16 | a.m. (Dkt. No. 149); |
| 17 | WHEREAS, on April 14, 2023, Defendants filed their Motion for Partial |
| 18 | Judgment on the Pleadings Under Fed. R. Civ. P. 12(c) (the "Motion for Judgment on |
| 19 | the Pleadings") and noticed it for hearing on May 19, 2023, at 9:30 a.m. (Dkt. No. 152); |
| 20 | WHEREAS, on April 21, 2023, Plaintiffs filed their Motion to Strike the Expert |
| 21 | Report and Testimony of John L. Hansen (the "Motion to Strike Hansen") and noticed |
| 22 | it for hearing on May 19, 2023, at 9:30 a.m. (Dkt. No. 162); |
| 23 | WHEREAS, on April 21, 2023, Plaintiffs filed their Motion to Strike the Expert |
| 24 | Report and Testimony of Ronald T. Wilcox, Ph.D. (collectively with the Motion for |
| 25 | Class Certification, Motion to Exclude Plaintiffs' Expert Witness, Motion for Judgment |
| 26 | on the Pleadings, Motion to Strike Hansen, the "Motions") and noticed it for hearing on |
| 27 | May 19, 2023 (Dkt. No. 166); |
| 28 | WHEREAS, on May 18, 2023, the Court *sua sponte* continued the hearing on the |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

JOINT STIP. TO CONTINUE
TIME FOR JUNE 9, 2023 HEARING
CASE NO. 2:20-CV-4066-DMG-PVC

1   Motions from May 19, 2023, at 9:30 a.m. to June 9, 2023, at 11:00 a.m. (Dkt. No. 194);

2       WHEREAS, Defendants' counsel has pre-existing obligations for the morning of
3   June 9, 2023, which conflict with the new hearing time and cannot be rescheduled;

4       WHEREAS, the Parties have met and conferred and confirmed that Plaintiffs'
5   counsel and Defendants' counsel are available in the afternoon on June 9, 2023 at 2:30
6   p.m. or later that day;

7       WHEREAS, counsel for the Parties also have pre-existing conflicts for the three
8   weeks following the currently scheduled June 9, 2023 hearing date;

9       NOW THEREFORE, the Parties stipulate and agree, subject to the Court's
10  approval, to continue the June 9, 2023, hearing from 11:00 a.m. to 2:30 p.m.

11      IT IS SO STIPULATED.

12  Dated: May 26, 2023

COOLEY LLP

*/s/Leo P. Norton*
Leo P. Norton (216282)

Attorneys for Defendants
UNIVERSITY OF SOUTHERN
CALIFORNIA and THE BOARD OF
TRUSTEES OF THE UNIVERSITY OF
SOUTHERN CALIFORNIA

Dated: May 26, 2023

**THE KATRIEL LAW FIRM, P.C.**

By: */s/ Roy A. Katriel*
2262 Carmel Valley Road, Suite 201
Del Mar, CA  92014
Telephone:    +1 619 363 3333
Email: rak@katriellaw.com

**BERGER MONTAGUE PC**
Glen L. Abramson (*Pro Hac Vice*)
Ellen T. Noteware (*Pro Hac Vice*)
1818 Market Street, Suite 3600

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

JOINT STIP. TO CONTINUE
TIME FOR JUNE 9, 2023 HEARING
CASE NO. 2:20-CV-4066-DMG-PVC

Philadelphia, PA 19103
Tel: (215) 875-3000
Email: gabramson@bm.net
Email: enoteware@bm.net

**BERGER MONTAGUE PC**
E. Michelle Drake (*Pro Hac Vice*)
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel: (215) 875-3000
Email: emdrake@bm.net

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Christopher R. Pitoun (SBN 290235)
301 North Lake Avenue, Suite 203
Pasadena, CA 91101
Tel: (213) 330-7150
Email: christopherp@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (*Pro Hac Vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
Email: steve@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Daniel J. Kurowski (*Pro Hac Vice*)
Whitney K. Siehl (*Pro Hac Vice*)
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Tel: (708) 628-4949
Email: dank@hbsslaw.com
Email: whitneys@hbsslaw.com

*Interim Co-Lead Class Counsel and Attorneys for Plaintiffs*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

JOINT STIP. TO CONTINUE
TIME FOR JUNE 9, 2023 HEARING
CASE NO. 2:20-CV-4066-DMG-PVC

## **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Leo P. Norton, attest that concurrence in this document's content and the filing of this document has been obtained from the other signatories. Executed on May 26, 2023, in San Diego, California.

*/s/Leo P. Norton*
Leo P. Norton (216282)

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

JOINT STIP. TO CONTINUE
TIME FOR JUNE 9, 2023 HEARING
CASE NO. 2:20-CV-4066-DMG-PVC