COOLEY LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
LEO P. NORTON (216282)
(lnorton@cooley.com)
10265 Science Center Drive
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

ALEXANDRA R. MAYHUGH (300446)
(amayhugh@cooley.com)
1333 2nd Street
Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

MICHAEL N. SHEETZ *(Pro hac vice)*
(msheetz@cooley.com)
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

Attorneys for Defendants
UNIVERSITY OF SOUTHERN CALIFORNIA and THE
BOARD OF TRUSTEES OF THE UNIVERSITY OF
SOUTHERN CALIFORNIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation* | Case No. 2:20-cv-4066-DMG-PVC<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [ECF 146] AND MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERT WITNESS UNDER FED. R. EVID. 403 & 702 [ECF 149]**<br><br>Action Filed: May 7, 2020<br>Action Consolidated: July 17, 2020<br>Trial Date: January 9, 2024 |

|   |   |
|---|---|
| 1 | Defendants University of Southern California and The Board of Trustees of the University of Southern California (collectively, "Defendants"), by and through their counsel of record, hereby file this Notice of Supplemental Authority in Support of (1) Defendants' Opposition to Plaintiffs' Motion for Class Certification (ECF No. 146) ("Opposition to Class Certification") and (2) Defendants' Motion to Exclude Testimony of Plaintiffs' Expert Witness Under Fed. R. Evid. 403 & 702 (ECF No. 149) ("Motion to Exclude"). |

Defendants University of Southern California and The Board of Trustees of the University of Southern California (collectively, "Defendants"), by and through their counsel of record, hereby file this Notice of Supplemental Authority in Support of (1) Defendants' Opposition to Plaintiffs' Motion for Class Certification (ECF No. 146) ("Opposition to Class Certification") and (2) Defendants' Motion to Exclude Testimony of Plaintiffs' Expert Witness Under Fed. R. Evid. 403 & 702 (ECF No. 149) ("Motion to Exclude").

Defendants submit the decision *Miazza, et al. v. Board of Supervisors of Louisiana State University and Agricultural and Mechanical College*, No. C-696918 (19th Judicial District Court, Louisiana May 12, 2023) ("*LSU*") (attached as Exhibit 1 to Plaintiffs' Notice of Supplemental Authority in Support of Plaintiffs' Motion for Class Certification [ECF 135] and Plaintiffs' Opposition to Motion to Exclude Testimony of Plaintiffs' Expert Witness [ECF 175, 187] (ECF No. 197) ("Notice")) as supplemental authority for their Opposition to Class Certification and their Motion to Exclude.

Notably, Plaintiffs' damages expert here, Hal Singer, Ph.D., also served as the plaintiffs' damages expert in *LSU* (which, unlike here, did not involve restitution under California law, but actual damages for breach of contract under Louisiana law). In rendering its decision, the court noted that Dr. Singer proposed three methods to measure damages: (1) by comparing the difference in tuition prices for on-campus students versus online-only students (pp. 8, 17 & 33); (2) by the 15% discount LSU offered the following semester for all students (pp. 8, 17 & 33); and (3) through a proposed (not conducted) conjoint "assuming students had known, at the time of Spring 2020 registration and enrollment for classes, that partway through the semester classes would shift from in-person to online and that the campus would close" (pp. 17 & 33). "So too here," as Plaintiffs' said in their Notice, *but*, (1) Dr. Singer disregarded USC's tuition for online graduate students because it was the same as on-campus students (as compared to lower in LSU), (2) Dr. Singer rejected the tuition for USC's

following semester as irrelevant because it *increased* from the Spring 2020 tuition (as opposed to being discounted in LSU), and (3) Dr. Singer testified here that information about the pandemic should not be considered because it was not known to USC students at the time they registered for Spring 2020 classes. (ECF No. 146 at 16-23; ECF No. 149-1 at 4, 9-15, 17-24.)

Dated: June 6, 2023

COOLEY LLP

*/s/ Leo P. Norton*
Leo P. Norton (216282)

Attorneys for Defendants
UNIVERSITY OF SOUTHERN CALIFORNIA and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF SOUTHERN CALIFORNIA