COOLEY LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
LEO P. NORTON (216282)
(lnorton@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

ALEXANDRA R. MAYHUGH (300446)
(amayhugh@cooley.com)
1333 2nd Street
Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

MICHAEL N. SHEETZ *(Pro hac vice)*
(msheetz@cooley.com)
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

Attorneys for Defendants
UNIVERSITY OF SOUTHERN CALIFORNIA and THE
BOARD OF TRUSTEES OF THE UNIVERSITY OF
SOUTHERN CALIFORNIA

[*Plaintiffs' Counsel Listed On Signature Block*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation* | Case No. 2:20-cv-4066-DMG-PVC<br><br>**STIPULATION TO EXTEND CERTAIN SCHEDULING ORDER DEADLINES** |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

STIPULATION TO EXTEND CERTAIN SCHEDULING
ORDER DEADLINES
CASE NO. 2:20-CV-4066-DMG-PVC

Plaintiffs and Defendants University of Southern California and the Board of Trustees of the University of Southern California (collectively, "Defendants" or "USC") (Plaintiffs and Defendants collectively, the "Parties"), by and through their counsel, stipulate to and respectfully request that the Court grant an extension of certain remaining scheduling order deadlines in this matter, including the upcoming motion for summary judgment deadline of September 1, 2023, by approximately four-and-a-half months in light of five pending motions that impact the remaining case schedule, and to promote efficiency and the orderly administration of this case. In support, the Parties state as follows:

1. On November 15, 2021, the Court entered the first scheduling order in this matter (Doc. No. 106), outlining litigation deadlines through trial.

2. On December 28, 2021, the Court granted the Parties' first request for a modification of a scheduled deadline, extending the deadline for Plaintiffs to file a motion to amend the complaint to January 14, 2022 and continuing the hearing date deadline to February 11, 2022. (Doc. No. 110).

3. On May 3, 2022, the Parties filed a stipulation respectfully requesting that the Court extend the case schedule by approximately sixty (60) days in light of Plaintiffs' then-pending Motion for Leave to File the First Amended Consolidated Class Action Complaint (and the Motion's outcome's impact on discovery discussions), Defendants' ongoing rolling productions, and the Parties' mediation. (Doc. No. 124.)

4. On May 4, 2022, the Court granted Plaintiffs' Motion for Leave to File the First Amended Consolidated Class Action Complaint ("FACCAC") (Doc. No. 125), with Plaintiffs filing the FACCAC on May 5, 2022 (ECF No. 126) and Defendants filing their Answer thereto on May 20, 2022 (Doc. No. 128).

5. On May 9, 2022, the Court entered its order approving the Parties' stipulation to extend the case schedule by approximately sixty (60) days. (Doc. No. 124).

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

STIPULATION TO EXTEND CERTAIN SCHEDULING
ORDER DEADLINES
CASE NO. 2:20-CV-4066-DMG-PVC

6. On August 5, 2022, the Parties filed a stipulation respectfully requesting that the Court further extend the case schedule by approximately two months to accommodate a second mediation session and the rescheduling of then-noticed depositions after the mediation and to conserve judicial and party resources prior to the second mediation (Doc. No. 130).

7. On August 9, 2022, the Court entered its order approving the Parties' stipulation to extend the case schedule by approximately two months (Doc. No. 131).

8. Under the Court's August 9, 2022 scheduling order (Doc. No. 131) (the "Scheduling Order"), the hearing on Plaintiffs' motion for class certification was originally set for May 19, 2023. Prior to that date, the Parties filed the following motions, all noticed for hearing on May 19, 2023: (1) Plaintiffs' Motion for Class Certification (Doc. No. 135); (2) Defendants' Motion to Exclude Testimony of Plaintiffs' Expert Witness under Fed. R. Evid. 403 & 702 (Doc. No. 149); (3) Defendants' Motion for Partial Judgment on the Pleadings under Fed. R. Civ. P. 12(C) (Doc. No. 152); (4) Plaintiffs' Motion to Strike the Expert Report and Testimony of John L. Hansen (Doc. Nos. 162 and 181); and (5) Plaintiffs' Motion to Strike the Expert Report and Testimony of Ronald T. Wilcox, Ph.D. (Doc. No. 166) (collectively, the "Pending Motions" or "Motions").

9. On May 19, 2023, the Court *sua sponte* continued the hearing on the Pending Motions from May 19, 2023 to June 9, 2023 (Doc. No. 194).

10. On June 9, 2023, the Court held a hearing on the Pending Motions and took the Motions under submission (Doc. No. 202).

11. The Court has not yet decided the Pending Motions.

12. The remaining deadlines under the Scheduling Order are as follows:

| Event | Date |
|---|---|
| Motion Cut-Off (i.e. motion for summary judgment) (filing deadline) | 9-1-23 |
| Last hearing date for dispositive motions | 10-13-23 |
| Motions in Limine Filing Deadline | 11-14-23 |

| Opposition to Motion in Limine Filing Deadline | 11-21-23 |
|---|---|
| Pre-Trial Submissions (Proposed Pre-Trial Conference Order, Contentions of Fact/Law, Pretrial Exhibit Stipulation, Joint Exhibit List, Witness Lists & Joint Trial Witness Time Estimate Form, Agreed Statement of the Case, Proposed Voir Dire Questions, Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions, Verdict Forms) | 11-14-23 |
| Final Pre-Trial Conference 4 weeks before trial | 12-12-23, 2:00 PM |
| Trial | 1-9-24, 8:30 AM |

13. The Court's resolution of the Pending Motions will impact the substance and scope of any motion for summary judgment and trial.

14. The Scheduling Order provided for approximately four months between the hearing on Plaintiffs' motion for class certification and the motion cutoff.

15. Moreover, under the one-way intervention rule, if any class is certified, such class would need to receive notice prior to summary judgment. *See Schwarzschild v. Tse*, 69 F.3d 293, 295 (9th Cir. 1995) ("[D]istrict courts generally do not grant summary judgment on the merits of a class action until the class has been properly certified and notified."). *See also Poe v. Nw. Mut. Life Ins. Co.*, No. 8:21-CV-02065-SPG-E, 2023 WL 4695898, at *3 (C.D. Cal. July 11, 2023) (finding good cause to amend the scheduling order based on one-way intervention rule, and concluding that "the more prudent and efficient course of action" was to decide plaintiff's motion for class certification before considering plaintiff's motion for summary judgment).

16. Lead Counsel for Defendants (Michelle C. Doolin) has an arbitration presently set for the first week of April 2024.

17. In light of the Pending Motions and their impact on summary judgment and trial (which are the only remaining deadlines in this case), the fact that any class certified should receive notice prior to summary judgment, and Defendants' unavailability the first week of April 2024, the Parties agree that an extension of the

below case deadlines by approximately four-and-a-half months is necessary and appropriate.

18. As such, the Parties stipulate to, and respectfully request the Court grant, an extension to the current deadlines as follows:

| Event | Current Date | Requested Date |
|---|---|---|
| Motion Cut-Off (i.e. motion for summary judgment) (filing deadline) | 9-1-23 | 1-12-24 |
| Last hearing date for dispositive motions | 10-13-23 | 2-23-24 |
| Motions in Limine Filing Deadline | 11-14-23 | 3-26-24 |
| Opposition to Motion in Limine Filing Deadline | 11-21-23 | 4-2-24 |
| Pre-Trial Submissions (Proposed Pre-Trial Conference Order, Contentions of Fact/Law, Pretrial Exhibit Stipulation, Joint Exhibit List, Witness Lists & Joint Trial Witness Time Estimate Form, Agreed Statement of the Case, Proposed Voir Dire Questions, Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions, Verdict Forms) | 11-14-23 | 3-26-24 |
| Final Pre-Trial Conference 4 weeks before trial | 12-12-23, 2:00 PM | 4-23-24, 2:00 PM |
| Trial | 1-9-24, 8:30 AM | 5-21-24, 8:30 AM |

STIPULATED & AGREED TO:

Dated: August 10, 2023

*/s/Roy A. Katriel*
Roy A. Katriel

**THE KATRIEL LAW FIRM, P.C.**
Roy A. Katriel, Esq. (SBN 265463)
2262 Carmel Valley Road, Suite 201
Del Mar, CA  92014

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4

STIPULATION TO EXTEND CERTAIN SCHEDULING
ORDER DEADLINES
CASE NO. 2:20-CV-4066-DMG-PVC

Tel: (619) 363-3333
Email: rak@katriellaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Daniel J. Kurowski (*Pro Hac Vice*)
Whitney K. Siehl (*Pro Hac Vice*)
whitneys@hbsslaw.com
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Tel: (708) 628-4949
Email: dank@hbsslaw.com
Email: whitneys@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Christopher R. Pitoun (SBN 290235)
christopherp@hbsslaw.com
301 North Lake Avenue, Suite 203
Pasadena, CA 91101
Tel: (213) 330-7150
Fax: (213) 330-7152

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (*Pro Hac Vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
Email: steve@hbsslaw.com

**BERGER MONTAGUE PC**
Ellen T. Noteware (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: enoteware@bm.net

**BERGER MONTAGUE PC**
E. Michelle Drake (*pro hac vice*)
Ariana Kiener (*pro hac vice*)

1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (215) 875-3000
Email: emdrake@bm.net
Email: akiener@bm.net

*Interim Co-Lead Counsel for Plaintiffs*

     -and-

**THE KALFAYAN LAW FIRM, APC**
Ralph B. Kalfayan (SBN 133464)
Veneeta Jaswal (SBN 320108)
2262 Carmel Valley Road, Suite 200
Del Mar, CA 92014
Tel: (619) 232-0331
Email: ralph@rbk-law.com
Email: veneeta@rbk-law.com

**CARLSON LYNCH LLP**
(Eddie) Jae K. Kim (236805)
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Tel: (619) 762-1910
Email: ekim@carlsonlynch.com

**CARLSON LYNCH LLP**
Gary F. Lynch (*Pro Hac Vice*)
Edward W. Ciolko (*Pro Hac Vice*)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Email: gynch@carlsonlynch.com
Email: eciolko@carlsonlynch.com

**LAW OFFICES OF JENNIFER DUFFY**
Jennifer Duffy
28649 S. Western Avenue, Suite 6571
Los Angeles, CA  90734
Tel: (310) 714-9779
Email: jennifer@usclassactions.com

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

6

STIPULATION TO EXTEND CERTAIN SCHEDULING
ORDER DEADLINES
CASE NO. 2:20-CV-4066-DMG-PVC

|  | **PARRIS LAW FIRM**<br>R. Rex Parris (SBN 96567)<br>Alexander R. Wheeler (SBN 239541)<br>Kitty K. Szeto (SBN 258136)<br>Ryan A. Crist (SBN 316653)<br>43364 10th Street West<br>Lancaster, CA 93534<br>Tel: (661) 949-2595<br>Email: rrparris@parrislawyers.com<br>kszeto@parrislawyers.com<br>awheeler@parrislawyers.com<br>rcrist@parrislawyers.com<br><br>**SHEGERIAN & ASSOCIATES, INC.**<br>Carney R. Shegerian (SBN 150461)<br>Anthony Nguyen (SBN 259154)<br>Cheryl A. Kenner (SBN 305758)<br>145 South Spring Street, Suite 400<br>Los Angeles, California 90012<br>Telephone Number: (310) 860-0770<br>Facsimile Number: (310) 860-0771<br>CShegerian@Shegerianlaw.com<br>ANguyen@Shegerianlaw.com<br>CKenner@Shegerianlaw.com<br><br>*Attorneys for Plaintiffs and*<br>*the Proposed Class* |
| --- | --- |
| Dated:  August 10, 2023 | */s/Leo P. Norton*<br>Leo P. Norton<br><br>**COOLEY LLP**<br>Michelle C. Doolin (179445)<br>(mdoolin@cooley.com)<br>Leo P. Norton (216282)<br>(lnorton@cooley.com)<br>4401 Eastgate Mall<br>San Diego, CA  92121<br>Telephone:  (858) 550-6000<br>Facsimile:   (858) 550-6420<br><br>Alexandra R. Mayhugh (300446)<br>(amayhugh@cooley.com)<br>1333 2nd Street<br>Suite 400<br>Santa Monica, CA  90401 |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

7

STIPULATION TO EXTEND CERTAIN SCHEDULING
ORDER DEADLINES
CASE NO. 2:20-CV-4066-DMG-PVC

| | |
|---|---|
| | Telephone: (310) 883-6400<br>Facsimile: (310) 883-6500<br><br>Michael N. Sheetz *(Pro hac vice)*<br>(msheetz@cooley.com)<br>500 Boylston Street<br>Boston, MA 02116-3736<br>Telephone: (617) 937-2300<br>Facsimile: (617) 937-2400<br><br>*Attorneys for Defendants*<br>*University of Southern California and The Board of Trustees of The University of Southern California* |

## FILER ATTESTATION

I, Leo P. Norton, attest that concurrence in the filing of this document has been obtained from the other signatories. Executed on August 10, 2023, in San Diego, California.

*/s/Leo P. Norton*
Leo P. Norton