COOLEY LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
LEO P. NORTON (216282)
(lnorton@cooley.com)
10265 Science Center Drive
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

ALEXANDRA R. MAYHUGH (300446)
(amayhugh@cooley.com)
1333 2nd Street
Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

MICHAEL N. SHEETZ *(Pro hac vice)*
(msheetz@cooley.com)
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

Attorneys for Defendants
UNIVERSITY OF SOUTHERN CALIFORNIA and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF SOUTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation* | Case No. 2:20-cv-4066-DMG-PVC<br><br>**DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGEMENT (L.R. 56-1)**<br><br>Date: March 1, 2024<br>Time: 2:00 p.m.<br>Courtroom: 8C<br><br>Action filed: May 7, 2020<br>Consolidated: July 17, 2020<br>Trial Date: May 21, 2024 |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

DEFENDANTS' STMNT OF UNCONTROVERTED
FACTS ISO MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:20-CV-4066-DMG-PVC

Defendants University of Southern California and The Board of Trustees of the University of Southern California (collectively, "USC") hereby file USC's separate Statement of Uncontroverted Facts pursuant to L.R. 56-1 in support of its concurrently filed Motion for Summary Judgment or Partial Summary Judgement.

| NUMBER | DEFENDANTS' UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE |
|---|---|
| 1. | Plaintiffs and the Class were USC students in March 2020, when USC switched all its scheduled in-person classes to an online modality due to the COVID-19 pandemic.<br><br>*Evidence*: Dkt. No. 126 (First Amended Consolidated Class Action Complaint) ("FAC"), ¶¶ 14-31; Deposition of Transcript of Andrew Stott ("Stott Depo."), 110:4-5 (attached as Ex. 1 to Norton Decl.). |
| 2. | Plaintiffs Choi, Kerendian, Gomez, Diaz, and Greenberg were undergraduates in Spring 2020, and Plaintiff Watson was a graduate student in social work.<br><br>*Evidence*: Deposition Transcript of Injune David Choi ("Choi Depo."), 30:18-20 (attached as Ex. 2 to Norton Decl.); Deposition Transcript of Christina Diaz ("Diaz Depo."), 23:8-24:2 (attached as Ex. 3 to Norton Decl.); Deposition Transcript of Chile Mark Aguiniga Gomez ("Gomez Depo."), 22:17-23:10 (attached as Ex. 4 to Norton Decl.); Deposition Transcript of Jenna Julia Greenberg ("Greenberg Depo."), 22:1-10 (attached as Ex. 5 to Norton Decl.); Deposition Transcript of Justin Kerendian ("Kerendian Depo."), 20:4-18 (attached as Ex. 6 to Norton Decl.); Deposition Transcript of Latisha Watson ("Watson Depo."), 21:7-19 (attached as Ex. 7 to Norton Decl.). |
| 3. | On March 4, 2020, in light of widespread confirmed cases of COVID-19 across the globe, Governor of California Gavin Newsom declared a State of Emergency.<br><br>*Evidence*: Declaration of Leo P. Norton ("Norton Decl."), Ex. 8 (Executive Order N-33-20) (noting declaration of State of Emergency on Mar. 4, 2020); USC's Request for Judicial Notice Filed Concurrently |

| | | |
|---|---|---|
| | | herewith. |
| | 4. | The same day, the Mayor of Los Angeles issued a Declaration of Local Emergency in light of the "imminent threat to the public health from the introduction of COVID-19 in the City of Los Angeles." <br><br> *Evidence*: Norton Decl., Ex. 9 (Decl. of Local Emergency); USC's Request for Judicial Notice Filed Concurrently herewith. |
| | 5. | On March 6, 2020, USC announced certain precautionary measures, including a three-day test of the university's technical capabilities from March 11 through March 13 that moved all lectures and seminars to a remote setting while the campus remained otherwise open. <br><br> *Evidence*: Norton Decl., Ex. 10 (Mar. 6 Test); USC's Request for Judicial Notice Filed Concurrently herewith; FAC, ¶ 61. |
| | 6. | On March 10, following the discovery of the first case of community transmission in Los Angeles, USC announced that it would continue remote classes after the March 14-21 Spring Recess for the week of March 22-29. <br><br> *Evidence*: Norton Decl., Ex. 11 (Mar. 10 Update); USC's Request for Judicial Notice Filed Concurrently herewith; FAC, ¶ 62. |
| | 7, | The next day, on March 11, the World Health Organization "had upgraded COVID-19 to a 'pandemic'—meaning, a worldwide epidemic of a new disease." <br><br> *Evidence*: FAC, ¶ 60; Dkt. No. 128 ("Answer"), ¶ 60 ("Admitted"). |
| | 8. | On March 19, 2020, which was before the end of USC's Spring Recess, Governor Newsom issued Executive Order N-33-20 mandating that "all individuals living in the State of California . . . stay home or at their place of residence" with limited exceptions. <br><br> *Evidence*: Norton Decl., Ex. 8 (California Stay-At- |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

DEFENDANTS' STMNT OF UNCONTROVERTED
FACTS ISO MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:20-CV-4066-DMG-PVC

| | | |
|---|---|---|
| | | Home Order [Executive Order N-33-20]); USC's Request for Judicial Notice Filed Concurrently herewith. |
| | 9. | The same day Mayor Garcetti issued a "Safer at Home" order that prohibited indoor gatherings of 10 or more people, exempting educational institutions only "for purposes of facilitating distance learning." <br><br> *Evidence*: Norton Decl., Ex. 12 (L.A. Stay-at-Home Order); USC's Request for Judicial Notice Filed Concurrently herewith. |
| | 10. | In response to these state and local orders, on March 20, 2020, USC's President Folt and Provost Zukoski sent a statement to students that the "campus facilities would remain largely closed to students," explaining, among other things, that "[t]he order issued by Los Angeles County and the City of Los Angeles requires people to remain at home and stay away from others as much as possible," and as a result, public access to campus was limited to those "performing essential functions for the University and supporting on-campus residents and online and remote learning." <br><br> *Evidence*: FAC, ¶ 66; Answer, ¶ 66; Norton Decl., Ex. 13 (Mar. 20 Update); USC's Request for Judicial Notice Filed Concurrently herewith. |
| | 11. | Also, at the beginning of the 2019-2020 academic year, USC disclosed to students in the USC Catalogue that it "reserves the right to change its policies, rules, regulations, requirements for graduation, *course offerings* and any other contents of this catalogue at any time." <br><br> *Evidence:* Norton Decl., Ex. 14 (USC Catalogue [excerpted]) (emphasis added); Choi Depo., 145:9-149:25 (attached as Ex. 2 to Norton Decl.); Diaz Depo., 172:11-175:9 (attached as Ex. 3 to Norton Decl.); Gomez Depo., 68:2-70:23 (attached as Ex. 4 to Norton Decl.); Greenberg Depo., 91:13-93:12 (attached as Ex. 5 to Norton Decl.); Kerendian Depo., 146:6-149:6 (attached as Ex. 6 to Norton Decl.); Watson Depo., 129:13-135:10 (attached as Ex. 7 to Norton Decl.). |
| | 12. | After courses moved online, USC continued to provide |

| | | |
|---|---|---|
| | | remote classes, and provided additional resources to students to effectuate remote learning, including, for example, sending students basic technological equipment to ensure adequate infrastructure for remote education, physics students were sent at-home lab kits, and music students received microphones to record practice and send the recordings to professors.<br><br>*Evidence:* Opening Expert Report of John L. Hansen ("Hansen Report"), ¶ 88 (attached as Ex. A to Hansen Decl..); Stott Depo., 207:1-210:14 (attached as Ex. 1 to Norton Decl.). |
| | 13. | The transition to remote education did not impact progress towards degree completion for Plaintiffs or putative class members— Plaintiff Choi graduated in May 2020, while the other Plaintiffs earned the units for which they were registered and subsequently graduated on time.<br><br>*Evidence:* Hansen Report, ¶¶ 9-14, 44-48 (attached as Ex. A to Hansen Decl.); Choi Depo., 30:18-20 (attached as Ex. 2 to Norton Decl.); Diaz Depo., 23:8-24:2 (attached as Ex. 3 to Norton Decl.); Gomez Depo., 22:17-23:10 (attached as Ex. 4 to Norton Decl.); Greenberg Depo., 22:1-10 (attached as Ex. 5 to Norton Decl.); Kerendian Depo., 20:4-18 (attached as Ex. 6 to Norton Decl.); Watson Depo., 21:7-19 (attached as Ex. 7 to Norton Decl.). |
| | 14. | Course surveys completed by actual USC students for Spring 2020 were similar to, or higher than, the course ratings from the previous, in-person, Spring 2019 semester.<br><br>*Evidence*: Stott Depo, 263:7-17; 355:2-16 (attached as Ex. 1 to Norton Decl.); Hansen Report (attached as Ex. A to Hansen Decl.), ¶¶ 56-58 citing USC000126907 (attached as Ex. 26 to Norton Decl.). |
| | 15. | On April 28, 2020, USC announced that it would provide pro-rated housing and meal plan fee refunds to students, but it would not change Spring 2020 semester tuition because USC was "continuing to provide a high-quality education, ensur[ing] academic progress towards degree [completion], and offer[ing] a robust learning environment." |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

DEFENDANTS' STMNT OF UNCONTROVERTED
FACTS ISO MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:20-CV-4066-DMG-PVC

| | | |
|---|---|---|
| | | *Evidence*: Norton Decl., Ex. 15 (Apr. 28 Update); FAC, ¶ 72. |
| | 16. | To complete the switch to remote education and services, USC expended approximately $40 million, and USC ultimately experienced a loss of approximately $100 million from the change in operations during the Spring 2020 semester, which is in addition to the fact that USC does not recover (pre, during, or post-pandemic) its full costs of education through tuition and fees and instead subsidizes the costs of instruction and services—for the fiscal year ending in June 2020, USC reported tuition and fees of approximately $1.6 billion compared to expenses for instruction of approximately $2.5 billion.<br><br>*Evidence:* Deposition of Gregory Condell ("Condell Depo."), 32:8-38:7, 42:6-23 and Ex. 52 at USC000085238(attached as Ex. 16 to Norton Decl.); Hansen Report (attached as Ex. A to Hansen Decl.), ¶¶ 59-67 & Attachment 9 (citing USC000126939, USC000133167, which are attached as Exs. 17-18 to Norton Decl.) |
| | 17. | USC provided pro-rated refunds for services discontinued during the pandemic, such as housing, meals, and parking, and such pro-rated refunds are reflected in the Plaintiffs' account ledgers, including, for example, Plaintiff Gomez was charged $5,101 for rent and $675 for a meal plan for the Spring 2020 semester, and received refunds of $2,150 and $7.96, respectively, Plaintiff Greenberg was charged $2,880 for rent and $337.50 for parking, and received refunds of $1,095.99 and $150, respectively, and Plaintiff Watson was charged $675 for a meal plan, and received a refund of $480.56.<br><br>*Evidence*: Gomez Depo., 83:16-85:2, 92:19-98:17 & Ex. 42 (attached as Ex. 4 to Norton Decl.); Greenberg Depo., 49:11-50:11, 53:14-54:16 & Ex. 6 (attached as Ex. 5 to Norton Decl.); Watson Depo., 152:1-13, 150:14-16, 151:8-10 & Ex. 79 (attached as Ex. 7 to Norton Decl.); Norton Decl., Ex. 15 (Apr. 28 Update); FAC, ¶ 71 Hansen Report, ¶ 38 & Attachment 4.1-4.6 (attached as Ex. A to Hansen Decl.). |

| | | |
|---|---|---|
| | 18. | Plaintiffs Choi, Gomez, Greenburg, Kerendian, and Watson were charged the N. Topping Student Aid Fund, while Plaintiff Diaz was not.<br><br>*Evidence*: Choi Depo., 109:17-110:19, 114:9-116:10 & Ex. 112 (attached as Ex. 2 to Norton Decl.); Diaz Depo., 78:23-80:9 & Ex. 91 (attached as Ex. 3 to Norton Decl.); Gomez Depo., 83:16-85:2; 85:3-8 & Ex. 42 (attached as Ex. 4 to Norton Decl.); Greenberg Depo., 49:11-50:21 Ex. 6 (attached as Ex. 5 to Norton Decl.); Kerendian Depo., 63:16-64:15 & Ex. 57 (attached as Ex. 6 to Norton Decl.); Watson Depo., 152:1-13, 163:24-164:16, 165:22-166:21 & Ex. 79 (attached as Ex. 7 to Norton Decl.); Hansen Report, ¶¶ 9-14 & Attachment 4.1-4.6 (attached as Ex. A to Hansen Decl.). |
| | 19. | The Norman H. Topping Fee "provides scholarships to low income students" and was elected to be assessed by USC students in 1970.<br><br>*Evidence*: Hansen Report, ¶ 35 (attached as Ex. A to Hansen Decl.) citing USC Student Financial Services, Archived from September 2020: USC000130035-036 (at 036) (attached as Ex. 19 to Norton Decl.). Gomez Depo., 99:5-99:24 & Ex. 45 (attached as Ex. 4 to Norton Decl.); Watson Depo., 165:5-166:21 & Ex. 45 (attached as Ex. 7 to Norton Decl.). |
| | 20. | Plaintiffs Choi, Gomez, Greenburg, Kerendian, and Watson were charged Student Health Fee ($366.00), while Plaintiff Diaz was not.<br><br>*Evidence*: Choi Depo., 109:17-110:19, 118:12-120:12 & Ex. 112 (attached as Ex. 2 to Norton Decl.); Diaz Depo., 78:23-80:9 & Ex. 91 (attached as Ex. 3 to Norton Decl.); Gomez Depo., 83:16-85:2, 85:12-18 & Ex. 42 (attached as Ex. 4 to Norton Decl.); Greenberg Depo., 49:11-50:11, 50:22-52:1 & Ex. 6 (attached as Ex. 5 to Norton Decl.); Kerendian Depo., 63:16-64:15, 65:21-66:17 & Ex. 57 (attached as Ex. 6 to Norton Decl.); Watson Depo., 152:1-13, 155:14-156:11 & Ex. 79 (attached as Ex. 7 to Norton Decl.); Hansen, ¶¶ 9-14 & Attachment 4.1-4.6 (attached as Ex. A to Hansen Decl.). |
| | 21. | The Student Health Service Fee "funds public health |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

6.

DEFENDANTS' STMNT OF UNCONTROVERTED
FACTS ISO MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:20-CV-4066-DMG-PVC

| | | |
|---|---|---|
| | | and preventative care for the student community, and underwrites the medical and mental health direct services," and the services related to the Student Health Service Fee were available to students enrolled in the Spring 2020 semester after the transition to remote education, including, for example, USC's student health center remained open by appointment and also added online service, providing "TeleHealth counseling visits, distance offerings includ[ing] workshops on strategies to cope with sleeping issues and anxiety; therapy groups; Let's Talk drop-ins, which consist of 30 minute sessions with a counselor, with no appointment necessary and are available to all students in any part of the world." *Evidence*: Hansen Report, ¶ 36 (attached as Ex. A to Hansen Decl.), citing USC Student Financial Services, Archived from September 2020: USC000130035-036 (at 036) (attached as Ex. 19 to Norton Decl.); Gomez Depo., 99:5-99:24 & Ex. 45 (attached as Ex. 4 to Norton Decl.); Watson Depo., 165:5-166:21 & Ex. 45 (attached as Ex. 7 to Norton Decl.); Hansen Report, ¶ 39, citing Email from Office of the Vice President of Student Affairs to University Communications, Re: A message from Winston Crisp, Vice President for Student Affairs, dated April 24, 2020, USC000021606-607 (at 606) (attached as Ex. 20 to Norton Decl.); Diaz Depo., 161:21-164:2 & Ex. 24 (attached as Ex. 3 to Norton Decl.); Greenberg Depo., 182:19-184:9 & Ex. 24 (attached as Ex. 5 to Norton Decl.); Stott Depo, 80:12-83:16 attached as Ex. 1 to Norton Decl.). |
| 22. | | Plaintiffs Choi, Gomez, Greenburg, and Kerendian, were charged the Undergraduate Student Programming Fee ($64.00), while Plaintiff Watson was charged the Graduate Student Programming Fee ($43.00), and Plaintiff Diaz was not charged the Undergraduate Student Programming Fee. *Evidence*: Choi Depo., 109:17-110:19, 120:13-122:9 & Ex. 112 (attached as Ex. 2 to Norton Decl.); Diaz Depo., 78:23-80:9 & Ex. 91 (attached as Ex. 3 to Norton Decl.); Gomez Depo., 83:16-85:2, 86:23-87:4 & Ex. 42 (attached as Ex. 4 to Norton Decl.); Greenberg Depo., 49:11-50:11, 52:2-52:12 & Ex. 6 (attached as Ex. 5 to Norton Decl.); Kerendian Depo., 63:16-64:15, 66:18-67:4 & Ex. 57 (attached as Ex. 6 to |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

7.

DEFENDANTS' STMNT OF UNCONTROVERTED
FACTS ISO MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:20-CV-4066-DMG-PVC

| | | |
|---|---|---|
| | | Norton Decl.); Watson Depo., 152:1-13, 162:18-163:11 & Ex. 79 (attached as Ex. 7 to Norton Decl.); Hansen Report, ¶¶ 9-14 & Attachment 4.1-4.6.) (attached as Ex. A to Hansen Decl.). |
| | 23. | USC does not specify a modality for delivery of or otherwise describe the programming, but services paid for by the Student Programming Fee were still available to students enrolled in the Spring 2020 semester after the transition to remote education as USC continued to provide student programming, including a TikTok contest, a homework club, karaoke, a baking class, and various student wellness workshops, as examples.<br><br>*Evidence*: Hansen Report, ¶ 36 (attached as Ex. A to Hansen Decl.) citing USC Student Financial Services, Archived from September 2020: USC000130035-036 (at 036) (attached as Ex. 19 to Norton Decl.); Gomez Depo., 99:5-99:24 & Ex. 45 (attached as Ex. 4 to Norton Decl.); Watson Depo., 165:5-166:21 & Ex. 45 (attached as Ex. 7 to Norton Decl.); Hansen Report, ¶ 39, citing Email from Office of the Vice President of Student Affairs to University Communications, Re: A message from Winston Crisp, Vice President for Student Affairs, dated April 24, 2020, USC000021606-607 (at 606) (attached as Ex. 20 to Norton Decl.) and citing Campus Activities Website, Archived April 2020: USC000130577-578 (at 577) (attached as Ex. 21 to Norton Decl.); Greenberg Depo Tr., 165:22-167:3 & Ex. 29 (attached as Ex. 5 to Norton Decl.). |
| | 24. | None of the Plaintiffs were charged Laboratory Fees or for Commuter Permits.<br><br>*Evidence*: Choi Depo., 109:17-110:19 & Ex. 112 (attached as Ex. 2 to Norton Decl.); Diaz Depo., 78:23-80:9 & Ex. 91 (attached as Ex. 3 to Norton Decl.); Gomez Depo., 83:16-85:2 & Ex. 42 (attached as Ex. 4 to Norton Decl.); Greenberg Depo., 49:11-50:11 & Ex. 6 (attached as Ex. 5 to Norton Decl.); Kerendian Depo., 63:16-64:15 & Ex. 57 (attached as Ex. 6 to Norton Decl.); Watson Depo., 152:1-13 & Ex. 79 (attached as Ex. 7 to Norton Decl.); Hansen, ¶¶ 9-14 & Attachment 4.1-4.6.) (attached as Ex. A to Hansen Decl.). |
| | 25. | With advance notice to students, USC conducted all of |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

8.

DEFENDANTS' STMNT OF UNCONTROVERTED
FACTS ISO MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:20-CV-4066-DMG-PVC

| | | |
|---|---|---|
| | | its classes remotely in Fall 2020, and raised its undergraduate and graduate tuition by approximately 3.5%, yet enrollment rates remained steady, and each of the Plaintiffs who had not yet graduated elected to reenroll.<br><br>*Evidence*: FAC, ¶¶ 8 (3.5% increase), 43 ($28,628 for Spring 2020), 73-74 (notice to students); Condell Depo., 61:11-20 & Ex. 56 ($29,630 for Fall 2020) (attached as Ex. 16 to Norton Decl.); Hansen Report, ¶¶ 52-54 (attached as Ex. A to Hansen Decl.). |
| 26. | | USC's endowment funds consist of donor-restricted and board-designated endowment funds, and income from donor restricted endowments is restricted for specific purposes and therefore, is not available for general expenditure.  Although, board-designated endowments funds are not subject to such restrictions, USC uses a portion of such funds that are appropriated for general expenditures as part of its annual budget approval and appropriation process, and regardless, such funds contain investments with lock-up provisions that reduce the total investments that could be made available. Moreover, USC uses a portion of board-designated endowment funds that are appropriated for general expenditures as part of its annual budget approval and appropriation process, and for the Fiscal Year ending June 30, 2020, appropriated over $262 million under its annual budget approval and appropriation process.<br><br>*Evidence*: Norton Decl., Ex. 22 (USC Consolidated Financial Statements for the Years Ended June 30, 2019, 2018 – USC000017043-17077); USC's Request for Judicial Notice Filed Concurrently herewith; Deposition of John L. Hansen, 146:21-148:21, 166:6-167:10 and Exs. 9-10 (attached as Ex. 23 to Norton Decl.); Hansen Report (attached as Ex. A to Hansen Decl.), Attachment 3 (listing USC000017043-17077 and USC000017078-17113 (at USC000017081, USC000017084, USC000017091 (attached as Ex. 22 and Ex. 24 to the Norton Decl.)). |
| 27. | | Prior to the pandemic and Spring 2020, USC offered remote graduate degree programs, and USC charged the same tuition amount for online and in-person degree programs. |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

9.

DEFENDANTS' STMNT OF UNCONTROVERTED
FACTS ISO MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:20-CV-4066-DMG-PVC

|   |   |
|---|---|
|   | *Evidence*: FAC, ¶ 5; Stott Depo, 134-135, 232, 387:2-12 & Ex. 45 (attached as Ex. 1 to Norton Decl.); Hansen Report, ¶¶ 29-32 (attached as Ex. A to Hansen Decl.); Watson Depo. 71:1-72:8, 75:15-19 (attached as Ex. 7 to Norton Decl.). |
| 28. | Plaintiff Watson was enrolled in USC's Master of Social Work degree program.<br><br>*Evidence*: FAC, ¶ 29; Watson Depo., 21:7-19, 152:1-13 & Ex. 79 (attached as Ex. 7 to Norton Decl.); Hansen Report, ¶¶ 29-32 (attached as Ex. A to Hansen Decl.). |
| 29. | The Master of Social Work degree program is offered in both the in-person and online modalities, and USC charges the same amount of tuition for the online and in-person versions of the Master of Social Work.<br><br>*Evidence*: Stott Depo, 134-135, 232, 387:2-12 & Ex. 45 (attached as Ex. 1 to Norton Decl.); Watson Depo. 71:1-72:8, 75:15-19 (attached as Ex. 7 to Norton Decl.); FAC, ¶ 5; Hansen Report, ¶ 31 (attached as Ex. A to Hansen Decl.) citing USC Tuition Rates for Spring 2020 Semester: USC000125116 (attached as Ex. 25 to Norton Decl.). |

Dated: January 19, 2024        COOLEY LLP

/s/ *Leo P. Norton*
Leo P. Norton (216282)

Attorneys for Defendants
UNIVERSITY OF SOUTHERN
CALIFORNIA and THE BOARD OF
TRUSTEES OF THE UNIVERSITY OF
SOUTHERN CALIFORNIA

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

10.

DEFENDANTS' STMNT OF UNCONTROVERTED
FACTS ISO MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:20-CV-4066-DMG-PVC