COOLEY LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
LEO P. NORTON (216282)
(lnorton@cooley.com)
10265 Science Center Drive
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

ALEXANDRA R. MAYHUGH (300446)
(amayhugh@cooley.com)
1333 2nd Street
Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

MICHAEL N. SHEETZ *(Pro hac vice)*
(msheetz@cooley.com)
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

Attorneys for Defendants
UNIVERSITY OF SOUTHERN CALIFORNIA and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF SOUTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation* | Case No. 2:20-cv-4066-DMG-PVC<br><br>**DECLARATION OF LEO P. NORTON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT (FED. R. CIV. P. 56(a))**<br><br>Date: March 1, 2024<br>Time: 2:00 p.m.<br>Courtroom: 8C<br><br>Action filed: May 7, 2020<br>Consolidated: July 17, 2020<br>Trial Date: May 21, 2024 |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

NORTON DECL. ISO DEFENDANTS' MOT.
FOR SUMMARY JUDGMENT
CASE NO. 2:20-CV-4066-DMG-PVC

I, Leo P. Norton, declare:

1. I am a Special Counsel with the law firm Cooley LLP, counsel of record for Defendants University of Southern California ("USC") and The Board of Trustees of the University of Southern California (collectively, "Defendants"). I submit this declaration in support of Defendants' Motion for Summary Judgment or Partial Summary Judgment (Fed. R. Civ. P. 56(a)).

2. I am an attorney licensed to practice law before the courts of the State of California and this district court. I am over 18 years of age and have personal knowledge of the facts set forth below. If called as a witness, I could and would competently testify thereto, and have personal knowledge of such facts as counsel of record for Defendants.

3. Attached as **Exhibit 1** is a true and correct excerpted copy of the Deposition Transcript of Andrew Stott and Exhibit 45 thereto, dated October 13, 2022.

4. Attached as **Exhibit 2** is a true and correct excerpted copy of the Deposition Transcript of Injune David Choi and Exhibit 112 thereto, dated October 23, 2022.

5. Attached as **Exhibit 3** is a true and correct excerpted copy of the Deposition Transcript of Christina Gloria Shu Diaz and Exhibits 24 & 91 thereto, dated October 16, 2022.

6. Attached as **Exhibit 4** is a true and correct excerpted copy of the Deposition Transcript of Chile Mark Aguiniga Gomez and Exhibits 42 & 45 thereto, dated October 11, 2022.

7. Attached as **Exhibit 5** is a true and correct excerpted copy of the Deposition Transcript of Jenna Julia Greenberg and Exhibits 6, 24 & 29 thereto, dated October 10, 2022.

8. Attached as **Exhibit 6** is a true and correct excerpted copy of the Deposition Transcript of Justin Kerendian and Exhibit 57 thereto, dated October 12, 2022.

9. Attached as **Exhibit 7** is a true and correct excerpted copy of the

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

NORTON DECL. ISO DEFENDANTS' MOT.
FOR SUMMARY JUDGMENT
CASE NO. 2:20-CV-4066-DMG-PVC

Deposition Transcript of Latisha Monique Watson and Exhibits 45 & 79 thereto, dated October 14, 2022.

10. Attached as **Exhibit 8** is a true and correct copy of the March 19, 2020, statewide stay at home order issued by California Governor Gavin Newsom, which, in addition to being a public record, USC produced in this litigation with Bates number USC000001557 – USC000001558.

11. Attached as **Exhibit 9** is a true and correct copy of the March 4, 2020, citywide local emergency order issued by Los Angeles Mayor Eric Garcetti, which, in addition to being a public record, USC produced in this litigation with Bates number USC000001559 – USC000001560.

12. Attached as **Exhibit 10** is a true and correct copy of March 6, 2020, email from the USC Office of the Provost announcing a three-day test of USC's technical capabilities, which Plaintiffs refer to and cite in their First Amended Consolidated Complaint at Paragraph 61 and footnote 22 and which USC produced in this litigation with Bates number USC000129836 – USC000129837.

13. Attached as **Exhibit 11** is a true and correct copy of a March 10, 2020, update released by USC, which Plaintiffs refer to and cite in their First Amended Consolidated Complaint at Paragraph 62 and footnote 23 and which USC produced in this litigation with Bates number USC000129833 – USC000129835.

14. Attached as **Exhibit 12** is a true and correct copy of the March 19, 2020 citywide stay at home order issued by Los Angeles Mayor Eric Garcetti, which, in addition to being a public record, USC produced in this litigation with Bates number USC000021662 – USC000021671.

15. Attached as **Exhibit 13** is a true and correct copy of a March 20, 2020 update released by USC, which Plaintiffs refer to and cite in their First Amended Consolidated Complaint at Paragraph 66 and footnote 27 and which USC produced in this litigation with Bates number USC000127080 – USC000127082.

16. Attached as **Exhibit 14** is a true and correct excerpted copy of USC's 2019

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

NORTON DECL. ISO DEFENDANTS' MOT.
FOR SUMMARY JUDGMENT
CASE NO. 2:20-CV-4066-DMG-PVC

– 2020 Catalogue.

17. Attached as **Exhibit 15** is a true and correct copy of USC's Memorandum re Academic Updates for Current and Future Trojans, dated April 28, 2020, which USC produced in this litigation with Bates number USC000021620 – USC000021621.

18. Attached as **Exhibit 16** is a true and correct excerpted copy of the Deposition Transcript of Gregory Condell and Exhibits 52 (excerpted) & 56 thereto, dated October 28, 2022.

19. Attached as **Exhibit 17** is a true and correct, excerpted, redacted copy of USC's Board of Trustees' Special Finance and Campus Planning Committee's November 10, 2020, Consolidated Statement of Activities, which USC produced in this litigation in redacted form with Bates number USC000126938 – USC000126939.

20. Attached as **Exhibit 18** is a true and correct copy of USC's FY20 COVID-19 FINANCIAL IMPACT spreadsheet, which USC produced in this litigation with Bates number USC000133167.

21. Attached as **Exhibit 19** is a true and correct copy of USC Student Financial Services webpage, archived September 26, 2020, which USC produced in this litigation with Bates number USC000130035 – USC000130036.

22. Attached as **Exhibit 20** is a true and correct copy of an Email from Office of the Vice President of Student Affairs to University Communications Re: A message from Winston Crisp, Vice President for Student Affairs, dated April 24, 2020, which USC produced in this litigation with Bates number USC000021606 – USC000021607.

23. Attached as **Exhibit 21** is a true and correct copy of USC Campus Activities webpage, archived April 19, 2020, which USC produced in this litigation with Bates number USC000130577 – USC000130578.

24. Attached as **Exhibit 22** is a true and correct copy of USC's Consolidated Financial Statements for the Years Ended June 30, 2019 and 2018, which Plaintiffs refer to and cite in their First Amended Consolidated Complaint at Paragraph 41 and footnote 5 and which USC produced in this litigation with Bates number USC000017043 –

USC000017077.

25. Attached as **Exhibit 23** is a true and correct excerpted copy of the Deposition Transcript of John L. Hansen and Exhibits 9 & 10 thereto, dated February 15, 2023.

26. Attached as **Exhibit 24** is a true and correct copy of USC's Consolidated Financial Statements for the Years Ended June 30, 2020 and 2019, which USC produced in this litigation with Bates number USC000017078 – USC000017113.

27. Attached as **Exhibit 25** is a true and correct copy of USC Tuition Rates for Spring 2020 Semester, which USC produced in this litigation with Bates number USC000125116.

28. Attached as **Exhibit 26** is a true and correct copy of a spreadsheet of USC student course evaluations for spring and summer 2019 and 2020, which USC produced in this litigation with Bates number USC000126907.

29. Attached as **Exhibit 27** is a true and correct copy of Memorandum of Points and Authorities in Support of Plaintiff's Motion for Class Certification, *Arredondo v. University of La Verne*, No. 20-cv-07665 (C.D. Cal. Nov. 8, 2021), ECF No. 70-1.

30. Attached as **Exhibit 28** is a true and correct copy of Defendant Pepperdine University's Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Summary Judgment, *In re Pepperdine University Tuition and Fees COVID 19 Refund Litigation*, No. 20-cv-04928 (C.D. Cal. Jan. 6, 2023), ECF No. 80.

31. Attached as **Exhibit 29** is a true and correct excerpted copy of the Deposition Transcript of Hal. J. Singer, Ph.D., dated February 27, 2023.

I declare under penalty of perjury under the laws of the United States of America and California that the foregoing is true and correct. Executed on this 19th day of January 2024 in Oceanside, California.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

NORTON DECL. ISO DEFENDANTS' MOT.
FOR SUMMARY JUDGMENT
CASE NO. 2:20-CV-4066-DMG-PVC

*/s/ Leo P. Norton*
Leo P. Norton

Cooley LLP
Attorneys At Law
San Diego

**Norton Decl. ISO Defendants' Mot. For Summary Judgment**
**Case No. 2:20-cv-4066-DMG-PVC**