# EXHIBIT 1

1

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3                    WESTERN DIVISION

 4    _____
                                     )
 5    IN RE: UNIVERSITY OF           ) NO. 2:20-cv-04066-DMG-PVC
      SOUTHERN CALIFORNIA            )
 6    TUITION AND FEES COVID-19)
      REFUND LITIGATION,             )
 7    _____)

 8

 9

10

11

12                    CONFIDENTIAL

13          VIDEOTAPED 30(b)(6) DEPOSITION OF

14                    ANDREW STOTT

15

16              LOS ANGELES, CALIFORNIA

17          THURSDAY, OCTOBER 13, 2022

18

19

20    Reported by:
      Kyung Lee-Green
21    CA CSR No. 12655, WA CCR No. 22010633, CLR
      (Attending via Zoom)
22

23

24

25
```

In Re - University of Southern California Tuition and Fees                          Andrew Stott
Confidential                                                October 13, 2022

80

| | | |
|---|---|---|
| 11:19:44 | 1 | BY ATTORNEY NOTEWARE: |
| | 2 | Q    That is -- is that a yes or a no. |
| | 3 | ATTORNEY DOOLIN:  Objection.  Vague and |
| | 4 | ambiguous. |
| 11:19:48 | 5 | BY ATTORNEY NOTEWARE: |
| | 6 | Q    Do you understand what I meant? |
| | 7 | A    I -- actually is ambiguous to me too -- |
| | 8 | Q    Okay. |
| | 9 | A    -- 'cause the -- the -- |
| 11:19:52 | 10 | Q    Then let's -- let's -- let's stop -- |
| | 11 | A    All right. |
| | 12 | Q    Is -- is -- on USC's campus, is there a |
| | 13 | health center? |
| | 14 | A    Yes, there are two.  There is one at the |
| 11:20:01 | 15 | University Park Campus just a few miles from here, |
| | 16 | and one at the Health Sciences Campus also. |
| | 17 | Q    Do students who were enrolled in spring |
| | 18 | 2020 at USC, graduate and undergraduate students, |
| | 19 | did they have to pay a fee to access on-campus |
| 11:20:20 | 20 | health centers? |
| | 21 | ATTORNEY DOOLIN:  Objection.  Vague and |
| | 22 | ambiguous. |
| | 23 | THE WITNESS:  Yes, they did. |
| | 24 | BY ATTORNEY NOTEWARE: |
| 11:20:25 | 25 | Q    Was that fee refunded? |

In Re - University of Southern California Tuition and Fees                                    Andrew Stott
Confidential                                                                                 October 13, 2022

81

```
11:20:29   1         A    No.  Because the students continued to

           2    realize the benefit of health services.

           3         Q    Okay.  What percentage -- okay.

           4              We looked before where it says that there

11:20:44   5    were dorms -- there's residential life at USC.  The

           6    dorms were closed for both those students; correct?

           7         A    Yes.  Students who had nowhere to go, they

           8    remained in residences.  There was 1500 students who

           9    stayed throughout the rest of the semester.

11:20:59  10         Q    And those students continued to use the

          11    health services --

          12         A    Yes, they did --

          13              ATTORNEY DOOLIN:  I'm going to --

          14    BY ATTORNEY NOTEWARE:

11:20:59  15         Q    Okay.  What about the other --

          16              ATTORNEY DOOLIN:  Okay.  I'm entitled to

          17    object.  I'm sorry.  But I am entitled to actually

          18    object.  Okay --

          19              ATTORNEY NOTEWARE:  I'm not stopping you.

11:21:01  20              ATTORNEY DOOLIN:  Well, when you keep

          21    talking, it is -- it is.

          22              So you're jumping back to -- it -- it's

          23    vague and ambiguous.  And it's overbroad.  And it's

          24    outside the scope.

11:21:06  25              You can answer.
```

In Re - University of Southern California Tuition and Fees                                Andrew Stott
Confidential                                                            October 13, 2022

82

11:21:20  1         THE WITNESS:  So the students who remained

2  in person on campus could make visits to the

3  physical health center, and, in fact, the health

4  center saw many students during that time.

11:21:33  5        But the student health center is not just

6  a physical location or locations.  It's -- it

7  operates more like a department of public health,

8  and so it provides services that are far beyond the

9  scope of just the physical walk-in services.

11:21:45  10        And so these include things like the

11  relationship/sexual violence prevention training.

12  It includes all of the public health communications

13  for the university.

14        So the -- the pub -- the student health

11:22:00  15  center ran essentially as a department of public

16  health, keeping everybody informed, running

17  vaccination programs, making sure that people were

18  in contact with all of the best, most up-to-date

19  information, mediating very complex information that

11:22:17  20  was coming from the WHO and the CDC, and other

21  authorities, in making sure that students could

22  understand that in a digestible form, and faculty

23  and staff.

24        We also -- they also ran tele -- virtual

11:22:27  25  programs and did an enormous amount of work to make

In Re - University of Southern California Tuition and Fees                    Andrew Stott
Confidential                                              October 13, 2022

83

11:22:31 1    sure that students were taken care of.  There was

2    telehealth, which was provided to all California

3    residents.  There was a service that communicated

4    non-California -- that connected non-California

11:22:40 5    residents and international students with health

6    services in their local regions.  There was a Let's

7    Talk mental health program that was put together

8    virtually.

9              And so, in fact, the -- the student health

11:22:53 10   center went above and beyond and, in fact, produced

11   materials that was -- or rather a -- a number of

12   events and services that went far beyond anything

13   they actually had done prior to COVID.  So, you

14   know, their response was exceptional.  And they --

11:23:09 15   they -- they really, really gave value for money

16   over and above with everything that they did.

17             ATTORNEY NOTEWARE:  Move to strike as

18   nonresponsive.  Okay.  Can you mark that answer for

19   later, thank you.

11:23:23 20   BY ATTORNEY NOTEWARE:

21        Q    How many students remained on USC's

22   campus?  I think you said 1500?

23        A    That's correct.

24        Q    How many students were enrolled in spring

11:23:31 25   2020?

Case 2:20-cv-04066-DMG-PVC    Document 221-5    Filed 01/19/24    Page 7 of 46   Page
ID #:9288
In Re - University of Southern California Tuition and Fees                    Andrew Stott
Confidential                                        October 13, 2022

110

| | | |
|---|---|---|
| 11:46:26 | 1 | A     In response to the pandemic, the |
| | 2 | university switched all of its courses to an online |
| | 3 | modality. |
| | 4 | **Q     Every single student?** |
| 11:46:34 | 5 | **A     Every single one.** |
| | 6 | Q     Great. |
| | 7 | So if you wanted to do an on-campus |
| | 8 | program and you had -- you had clients in -- at your |
| | 9 | internship that you were serving, you no longer |
| 11:46:54 | 10 | served them once that happened, once the shutdown |
| | 11 | happened.  There were no in-person experiences; |
| | 12 | right? |
| | 13 | ATTORNEY DOOLIN:  Objection.  Vague and |
| | 14 | ambiguous.  Overbroad. |
| 11:47:02 | 15 | THE WITNESS:  You could still serve your |
| | 16 | clients.  We had literally hundreds, if not |
| | 17 | thousands, of virtual internships and internships |
| | 18 | sites that moved to the online modality because, |
| | 19 | bear in mind, those people on site also had to |
| 11:47:17 | 20 | comply to a stay-at-home order and were also |
| | 21 | migrated their work life -- working lives to online. |
| | 22 | So it happened to everybody. |
| | 23 | BY ATTORNEY NOTEWARE: |
| | 24 | Q     Right. |
| 11:47:25 | 25 | But someone who enrolled in an online |

Case 2:20-cv-04066-DMG-PVC    Document 221-5    Filed 01/19/24    Page 8 of 46    Page
ID #:9255
In Re - University of Southern California Tuition and Fees                                  Andrew Stott
Confidential                                                          October 13, 2022

134

01:17:18    1          A    The -- so the catalog does contain links

2    to all of the academic units, schools, and

3    departments, but not on this make, on the

4    front page.

01:17:27    5          Q    So then you see the third bullet point

6    down, it says "Online Programs (graduate degree

7    programs)," do you see that?

8          A    Yes.

9          Q    Okay.  And those are programs that are --

01:17:41   10    that were designed to have an online component?

11          A    That's correct.  They are programs that

12    were intentionally designed to be online from

13    inception.

14          Q    Okay.  And courses that were intentionally

01:17:54   15    designed to be online from in -- inception, what --

16    what was entailed in developing them as online

17    programs?

18          A    So there's --

19              ATTORNEY DOOLIN:  Objection.  Outside the

01:18:01   20    scope.

21              THE WITNESS:  So there's a -- a -- a

22    long -- a lengthy and well-established curricula

23    process for the review and development of all USC's

24    programs.  It's agnostic to mode.  So we don't make

01:18:20   25    a distinction when we're reviewing a program, you

In Re - University of Southern California Tuition and Fees
Confidential

Andrew Stott
October 13, 2022

135

```
01:18:24   1   know, for quality and academic rigor about the mode
           2   of delivery.  We follow exactly the same process for
           3   online and -- and programs that are not online.
           4                  And it -- it's in -- it's initiated in the
01:18:38   5   unit.  You know, the faculty will discuss.  It will
           6   be approved at various level within the school,
           7   usually at the departmental and decanal level.  Then
           8   it's forwarded to the university -- well, then it's
           9   usually forwarded -- it can vary depending on the
01:18:54  10   particular program.
          11                  But in most instances, it's forwarded to
          12   the -- forwarded to the university committee on
          13   curriculum whose work is coordinated by the
          14   curriculum coordination office, which is a -- a
01:19:08  15   office that's under the registrar.  The university
          16   committee on curriculum is faculty-lead shared
          17   governance committee of peers, and they will review
          18   the program for academic rigor and make sure it
          19   adheres to the policies and procedures set out in
01:19:27  20   the curriculum handbook.
          21                  Then if -- you know, if any kind of issues
          22   arise or there are questions, there's back and forth
          23   with the proposing department and any impacted
          24   department.  Then the committee approves or sends
01:19:41  25   back for further revision.
```

In Re - University of Southern California Tuition and Fees                    Andrew Stott
Confidential                                                          October 13, 2022

207

| | |
|---|---|
| 02:46:39 | 1 |   Q   Okay.  You have talked many times today -- |
| | 2 | several times you've testified that people were |
| | 3 | progressing towards their degrees and they were |
| | 4 | doing the best they can, and, of course, this |
| 02:46:48 | 5 | pandemic. |
| | 6 |        But this issue of not having access to |
| | 7 | labs and equipment on campus, is that something that |
| | 8 | the -- the senior administration considered when |
| | 9 | they decided -- they denied peoples' requests to get |
| 02:47:03 | 10 | some of the tuition and fees back? |
| | 11 |        ATTORNEY DOOLIN:  Objection.  Overbroad. |
| | 12 | Misstates the testimony. |
| | 13 |        THE WITNESS:  Absolutely.  I mean, look at |
| | 14 | the dateline of this e-mail, it's the day after the |
| 02:47:14 | 15 | extended period of remote instruction is announced. |
| | 16 | And so, of course, again, it's a really uncertain |
| | 17 | time in which people really can't imagine, perhaps, |
| | 18 | many of the circumstances that would -- that would |
| | 19 | come to pass on -- you know, in -- only in several |
| 02:47:31 | 20 | days later. |
| | 21 |        The fact of the matter is people did |
| | 22 | progress towards their degrees, and the university |
| | 23 | put significant resources into making sure they had |
| | 24 | the equipment, and so on and so forth, they needed |
| 02:47:44 | 25 | to do that.  So the -- the student basic-needs |

In Re - University of Southern California Tuition and Fees                          Andrew Stott
Confidential                                                            October 13, 2022

208

```
02:47:47   1   office was making sure that people had the

           2   technology they needed in order to be online and

           3   to -- to work remotely.  And then many labs were

           4   completed online successfully.

02:47:59   5           And so, with the benefit of hindsight, we

           6   can see that while these fears are completely

           7   understandable, in actual fact, we did an amazing

           8   job in making sure people had the resources they

           9   needed to complete their degrees in really difficult

02:48:15  10   circumstances.

          11   BY ATTORNEY NOTEWARE:

          12       Q    Do you know if this person had the

          13   resources they needed to complete their degrees?

          14       A    Well, respectfully, I don't know who this

02:48:24  15   person is.

          16       Q    Right.

          17           Was anything done to follow up on each of

          18   the people who said that they had problems with

          19   equipment or labs to make sure that they were --

02:48:32  20   they had what they needed?

          21           ATTORNEY DOOLIN:  Objection.  Outside the

          22   scope.  Asked and answered.

          23           THE WITNESS:  So absolutely.  If a student

          24   was to write to us and to say that, you know, I

02:48:40  25   don't have wifi in my house, or I don't have a
```

Case 2:20-cv-04066-DMG-PVC    Document 221-5    Filed 01/19/24    Page 12 of 46    Page
ID #:5005
In Re - University of Southern California Tuition and Fees                                    Andrew Stott
Confidential                                                          October 13, 2022

209

02:48:43    1    laptop, or I can't access the online classes, we

2    would refer them to student basic needs.  And an

3    enormous amount of resources were put into what we

4    call digital equity to make people have -- ensure

02:48:57    5    they had the access to continue progress to their

6    degree even if they didn't have the infrastructure

7    in their home at the time.

8    BY ATTORNEY NOTEWARE:

9         Q    So you read this e-mail talking about not

02:49:06   10    having equipment and labs to be referring to not

11    having basic computing.  That -- that's what you

12    were talking about; right?

13              ATTORNEY DOOLIN:  Objection.  Outside the

14    scope.  Lacks foundation.  Calls for speculation --

02:49:17   15    BY ATTORNEY NOTEWARE:

16         Q    Trying to understand what you testified

17    about.

18         A    So equipment, certainly I answered to

19    that.  But also lab equipment was sent, and other

02:49:25   20    kinds of materials were sent so that students could

21    continue.

22              So students in the music program, for

23    example, were sent really high-end microphones so

24    that they could record their -- record their

02:49:37   25    practices and send them to their professors -- you

210

02:49:39    1    know, other physical resources were sent out and

2    mailed en masse.

3              The physics department, for example,

4    compiled these at-home lab kits that they sorted

02:49:53    5    themselves.  They didn't buy them off the shelf from

6    a third-party vendor.  A professor actually compiled

7    them from individual sources and sent them to the

8    homes.

9              So it's not just computer equipment, but,

02:50:05   10    of course, that's majorly important to make sure

11    everybody has that digital aspect, it's -- you know,

12    many of the course materials that would -- you would

13    use if you were able to access campus at a time that

14    we weren't.

02:50:17   15    Q    So when -- you've said several times today

16    that you believe that USC did an amazing job in --

17    in -- in the face of the pandemic.  Certainly, you

18    were one of the decision makers.  And you're sort of

19    self-congratulating yourself on a job well done.

02:50:34   20              Who was -- who was contacted to rate

21    whether they were getting the experience that they

22    wanted?  I mean, I've seen dozens of e-mails that --

23    that do not say that -- that -- and we can go

24    through many of them for the record.

02:50:53   25              But I -- I understand that you think that

In Re - University of Southern California Tuition and Fees
Confidential

Andrew Stott
October 13, 2022

232

03:15:15  1   answered.

2                  Go ahead.

3                      THE WITNESS:  So, as you know, we did

4   provide pro-rated refunds for fees where students

03:15:22  5   could no longer receive the benefit.  And that, you

6   know, as I've said, is housing, meals, parking,

7   et cetera.

8                  For fees where students continued to

9   receive the benefit, such as the health center fees,

03:15:35 10   student programming fee, et cetera, we didn't feel

11   that it was necessary to refund those things because

12   students were getting what they paid for plus

13   because we gave them over and above.

14                  Now, in terms of tuition, your tuition

03:15:51 15   pays for the units you earn towards your degree.

16   And we continued to make progress with students in

17   their educational programs toward their degrees or

18   they had the option of withdrawing.

19   BY ATTORNEY NOTEWARE:

03:16:01 20      Q    Where does it say in any document that

21   tuition is earned or progressed toward your degree?

22      A    It says it in the catalog.  If you'd like

23   to show me the catalog, I'll point -- I'll indicate

24   the section where it's quite clear.

03:16:17 25      Q    We can pull it up.  Which catalog?

In Re - University of Southern California Tuition and Fees                    Andrew Stott
Confidential                                                                  October 13, 2022

263

| 03:50:19 | 1 | We did not provide MOOCs. |

2      We provided exactly the same syllabus,

3  exactly the same professor, exactly the same cohort

4  in the class, just in a virtual format by necessity

03:50:32 5  due to COVID.

6  BY ATTORNEY NOTEWARE:

7      Q    What's your basis for saying that the

8  online model that USC adopted worked extremely well

9  for architecture students?

03:50:44 10      A    Well, one of the -- one basis I would have

11  is the student evaluations at the end of the

12  semester, which showed no variation on previous

13  semesters.  I think that's a pretty good piece of

14  evidence.

03:50:56 15      Q    For the -- for the architecture --

16      A    Yeah, for the architecture and across the

17  entire school.

18      Q    What's was the response rate?

19          ATTORNEY DOOLIN:  Objection.  Vague and

03:51:03 20  ambiguous.

21          THE WITNESS:  So I think the response rate

22  was equal to previous semesters.  And the response

23  rate varies by discipline and by program.

24          If you have the materials, I'd be happy to

03:51:13 25  review them.

Andrew Stott
October 13, 2022

355

| | | |
|---|---|---|
| 06:10:47 | 1 | in and get on with it. |
| | 2 |   Q How was quality assessed? |
| | 3 |    ATTORNEY DOOLIN:  Objection.  Outside the |
| | 4 | scope. |
| 06:11:00 | 5 |    THE WITNESS:  So we did a number -- we |
| | 6 | did -- we did the same learning evaluations that we |
| | 7 | did, you know, in any prior semester.  And as we've |
| | 8 | discussed before, they revealed results that were |
| | 9 | equivalent to non-COVID semesters.  So, you know, by |
| 06:11:13 | 10 | our principle university course and learning |
| | 11 | evaluation mechanisms we saw no appreciable dip in |
| | 12 | the quality of classes. |
| | 13 |    Plus, we ran a series of surveys designed |
| | 14 | to get the sense of what the specific technological |
| 06:11:30 | 15 | issues might be and what support faculty and |
| | 16 | students might need on a technological basis. |
| | 17 | BY ATTORNEY NOTEWARE: |
| | 18 |   Q USC did not engage any third-party |
| | 19 | companies to help with the ped -- peda -- pedagogy |
| 06:11:57 | 20 | of the classes that it was transitioning online; |
| | 21 | correct? |
| | 22 |    ATTORNEY DOOLIN:  Objection.  Outside the |
| | 23 | scope. |
| | 24 |    THE WITNESS:  Can you give me an exam -- |
| 06:12:09 | 25 |    ATTORNEY DOOLIN:  And vague -- and vague |

Case 2:20-cv-04066-DMG-PVC    Document 221-5    Filed 01/19/24    Page 17 of 46   Page
ID #:3208
In Re - University of Southern California Tuition and Fees                                    Andrew Stott
Confidential                                                                October 13, 2022

387

BY ATTORNEY NOTEWARE:

    Q   Okay.  If you could take a look at
Exhibit 45, which is the much-discussed
USC Catalogue for 2019-2020.  You've asked to -- to
review it.  I don't know if you need to look through
it or whether you want to -- if you need a moment to
look through it or not.

    A   No.  I'm -- I'm familiar with the
document.

    Q   Okay.  And Exhibit 45 is the 2019-2020
catalog?

    A   That's correct.

    Q   Okay.  If you could turn to page 12 of the
document.

    Under "Refund of Tuition," it says,
"Tuition is refundable entirely at the discretion of
the university."  Is that correct?

    A   That's correct.

    Q   Okay.  So there's nothing in the catalog
that prevents -- that prevented USC from issuing a
partial refund to the students who requested it;
correct?

    A   No.  But contrary-wise, there's nothing
that obligates us to do it either.

    Q   But as a matter of equity, if the

# USC Catalogue 2019-2020

| USC Catalogue 2019-2020 [ARCHIVED CATALOG] ▼ |
| --- |

**Catalogue Search**

| Entire Catal... ▼ |
| --- |

| Search Catal... 🔍 |
| --- |

☐ Whole Word/Phrase

Advanced Search

- Catalogue Home
- A Message from the President
- About USC
- Administration
- Admission and Orientation
- Tuition and Fees
- Academic Calendar
- The Schools and Academic Units
- Programs, Minors and Certificates
- Programs by School
- Courses of Instruction
- Schedule of Classes
- Academic and University Policies

[ARCHIVED CATALOG]

## USC Catalogue 2019-2020



## USC Embarks on a New Era

*The University of Southern California launches forward as Interim President Wanda Austin, the first woman to serve as president, transfers leadership to President Carol L. Folt.*

Photos by Gus Ruelas and Philip Channing.





*Welcome to the course Catalogue for the University of Southern California. Click on the links in the left to navigate through the various sections to find answers to your curriculum, admission and academic questions.*



https://catalogue.usc.edu/index.php

EXHIBIT

045

USC000130695

- ‣ Undergraduate Education
- ‣ Graduate and Professional Education
- ‣ The Graduate School
- ‣ About the Catalogue
- ‣ Past Catalogues

All catalogues © 2020 University of Southern California.
Powered by the Acalog™ Academic Catalog Management System™ (ACMS™).
Mobile Site.

USC000130696

# USC Catalogue 2019-2020

USC Catalogue 2019-2020 [ARCHIVED CATALOG] ▼

**[ARCHIVED CATALOG]**



# About the Catalogue

## Catalogue Search

Entire Catalogue ▼

Search Catalogue 🔍

☐ Whole Word/Phrase

Advanced Search

- ‣ Catalogue Home
- ‣ A Message from the President
- ‣ About USC
- ‣ Administration
- ‣ Admission and Orientation
- ‣ Tuition and Fees
- ‣ Academic Calendar
- ‣ The Schools and Academic Units
- ‣ Programs, Minors and Certificates
- ‣ Programs by School
- ‣ Courses of Instruction
- ‣ Schedule of Classes
- ‣ Academic and University Policies
- ‣ Undergraduate Education
- ‣ Graduate and Professional Education
- ‣ The Graduate School
- ‣ About the Catalogue
- ‣ Past Catalogues

- About the Catalogue
- Style Guide
- Contact Us
- Credits



## About the Catalogue

The *USC Catalogue* is the document of authority for all students. The program requirements listed in the *USC Catalogue* supersede any information that may be contained in any bulletin of any school or department. The university reserves the right to change its policies, rules,

USC000130697

regulations, requirements for graduation, course offerings and any other contents of this catalogue at any time.

University Park Campus
Los Angeles, California 90089
(213) 740-2311

## Style Guide

To view USC's Style Guide, please click here.

## Contact Us

The USC Catalogue is published online annually in June. There is no longer a print version though a print-friendly capability is offered. Once the Catalogue is published, changes can only be made to correct inaccuracies. From October to May, the Catalogue Office is in production on the next year's Catalogue, known as the "Production" Catalogue. The Catalogue Office works in conjunction with the Curriculum Coordination Office to update curricular information in the upcoming Catalogue during the production months. For information, contact the Catalogue Office at regpub@usc.edu.

## Credits

The *USC Catalogue* is published by the Office of the Registrar, Catalogue Office, (213) 740-1207. The catalogue publishes online in June 2019 as the document of authority for the following academic year.

**Managing Editor:** Diane Ver Steeg Anderson

**Curriculum Administrator:** John DeMartini

**Contributing Editors:** Julie Wood, Lesley Zanich (The Oak Co)



All catalogues © 2020 University of Southern California.
Powered by the Acalog™ Academic Catalog Management System™ (ACMS™).
Mobile Site.

USC000130698



USC Catalogue 2019-2020

| USC Catalogue 2019-2020 [ARCHIVED CATALOG] ▾ |
|---|

## Catalogue Search

| Entire Catalogue ▾ |
|---|

| Search Catalogue 🔍 |
|---|

☐ Whole Word/Phrase

**Advanced Search**

‣ Catalogue Home
‣ A Message from the President
‣ About USC
‣ Administration
‣ Admission and Orientation
‣ Tuition and Fees
‣ Academic Calendar
‣ The Schools and Academic Units
‣ Programs, Minors and Certificates
‣ Programs by School
‣ Courses of Instruction
‣ Schedule of Classes
‣ Academic and University Policies
‣ Undergraduate Education
‣ Graduate and Professional Education
‣ The Graduate School
‣ About the Catalogue
‣ Past Catalogues

[ARCHIVED CATALOG]



# Tuition and Fees (Estimated), Fall 2019

- Tuition (semester), (Estimated)
- Mandatory Fees (Estimated)
- Student Health Insurance
- Special Fees (Estimated)
- Late Registration and Late Settlement Fees
- Obligation for Payment
- Methods of Payment
- Billing Information
- Refund of Tuition
- Exit Loan Counseling
- Tuition Assistance Benefits
- Cancellations
- Drops
- Financing Alternatives
- Student Health Insurance
- Veterans' Benefits
- Naval Reserve Officer Training Corps (NROTC)
- Air Force Reserve Officer Training Corps (AFROTC)
- Army Reserve Officer Training Corps (AROTC)

Tuition is payable in advance unless special arrangements are made for deferred payments as described below. Tuition is the same for resident and nonresident students. Registration is completed when the bill has been settled.

Auditors pay the regular tuition rate. Auditors are not required to participate in class exercises (discussions and examinations); they receive no grades or credit and there is no transcript notation of courses taken for audit. An instructor, dean or university officer may give permission to an individual to attend a class as a guest. Otherwise, attendance in class is limited to enrolled students.

These fees are based upon current information available at the time of publication and are subject to possible later change. The university reserves the right to change without notice any of the terms stated herein.

The number of units for which tuition is charged is indicated by the number in parentheses after the title of each course listed under Courses of

USC000130699

Instruction.

# Tuition (semester), (Estimated)

| | |
|---|---|
| Undergraduate Students | |
| (12–18 units) | $28,628.00 |
| unit basis | 1,928.00 |
| Graduate Students | |
| (15–18 units) | 28,628.00 |
| unit basis | 1,928.00 |
| Advanced Dentistry (per trimester) | 32,924.00 |
| Dentistry (per trimester) | |
| Session 006 | 32,575.00 |
| Dental Hygiene (per trimester) | |
| Session 007 | 26,533.00 |
| Special Dental International Students | |
| (per trimester) Session 008 | 32,575.00 |
| Engineering Graduate units (500 level and above) | |
| unit basis | 2,075.00 |
| Law Session 002 | |
| flat fee basis (13–17 units) | 33,153.00 |
| unit basis | 2,564.00 |
| Medicine Session 003 | |
| flat fee basis | 32,269.00 |
| Master of Physician Assistant Practice | |
| flat fee basis | 28,628.00 |
| Pharmacy Session 004, 005 | |
| flat fee basis (15–18 units) | 29,418.00 |
| unit basis | 1,960.00 |
| Graduate Cinema Session 037 | |
| unit basis (no flat fee) | 2,051.00 |
| Business Graduate (500-level and above) | |
| unit basis | 1,980.00 |
| Doctor of Physical Therapy | |
| full year for year 1 and 2 students | 69,748.00 |
| partial year for year 3 students | 42,140.00 |
| Master of Real Estate Development Session 038 | |
| flat fee basis (16–18 units) | 34,208.00 |
| unit basis | 2,138.00 |

USC000130700

# Mandatory Fees (Estimated)

| | |
|---|---|
| Application Fee, undergraduate (not refundable) | 80.00 |
| Application Fee, graduate applicants (not refundable)* | 90.00 |
| Application Fee, Marshall graduate applicants (not refundable) | 155.00 |
| Commitment Deposit, freshman and transfer only (not **refundable** but applicable to tuition and fees) | 300.00 |
| Commitment Deposit, graduate and professional (not **refundable** but applicable to tuition and fees): Students should consult their academic department or school. | |
| New Student Fee (undergraduate) | 450.00 |
| New Student Fee (graduate) | 55.00 |
| Student Health Service, per semester (for students with load of 6 units or more) | Fall 2019 $367 Spring 2020 $366 |
| Summer, $21 per week | 273.00 |
| Student Programming Fee, per semester undergraduate | 64.00 |
| Student Programming Fee, per semester graduate | 43.00 |
| Norman H. Topping Student Aid Fund, per semester, all students | 8.00 |

# Student Health Insurance (on campus students)

Fall semester** (for 2019-2020 rates, please visit usc.edu/studenthealth)

USC000130701

Spring semester and summer session**

Dental insurance (optional) per year**

See here.

*Some academic programs have a higher application fee, which is noted on the application.*

**Students who are registered for classes at off-campus locations (i.e., Skirball Center or Orange County) or online programs are charged different rates for student health insurance. Please see the 2019–2020 plan description for a listing of those rates at usc.edu/studenthealth.*

## Special Fees (Estimated)

Parking Fee, per semester (10 percent city parking tax included). For more details, please visit our Website at usc.edu/parking.

Commuter Permits

| | |
|---|---|
| Gold Permits: UPC Structures – Downey Way, Jefferson Blvd., McCarthy Way, Royal St., Figueroa St., Flower St., USC Shrine; UPC Lots – 21, 27, 28, 32; HSC Structures – Biggy St., San Pablo; HSC Lots – 70, Eastlake, CSPL, O'Neil, Soto, Consolidated | 499.50 |
| Carpool Gold Permits (application required) | 364.50 |
| Cardinal Permits (UPC Grand Avenue Structure; UPC Lots – RAN, 29A, 29B; HSC Lots – Edmonson, 71) | 364.50 |
| Motorcycle Permits | 72.00 |
| Off-Campus Residents | 337.50 |

Daily Parking (first-come/first-served basis, pending availability)

| | |
|---|---|
| Meter (hourly) | 2.00-2.25 |
| On Campus (all day) | 12.00 |
| Grand Avenue Structure (all day permit from entrance booth) | 10.00 |
| Grand Avenue Structure (pay-by-plate, hourly) | 2.00 |
| Evening permit (5 p.m.–7 a.m. only, 7 days/week) | 225.00 |
| Petition Processing Fee for Registration Exceptions | 150.00 |

Student Identification Card (USCard)

| | |
|---|---|
| Replacement with mag stripe | 25.00 |
| Replacement with Prox contactless | 25.00 |

Required of all students. Students must be registered before a card is issued. The fee may be assessed for each replacement of identification card.

| | |
|---|---|
| Laboratory Fees | 5.00 – 500.00 |

USC000130702

For certain laboratory courses in architecture, biological sciences, chemistry, engineering, fine arts, geological sciences, physical education and physics. These fees are variable, and students should consult the current *Schedule of Classes* for amount of individual fees.

| | |
|---|---|
| Dissertation Fee | 115.00 |

For USC Libraries and Graduate School processing of doctoral dissertation

| | |
|---|---|
| Thesis Fee | 105.00 |

For USC Libraries and Graduate School processing of master's thesis

| | |
|---|---|
| Application for re-entry | no charge |
| Special Subject Examination (one-half per-unit rate regardless of units per course) | 931.50 |
| Transcript Fee | |
| PDF | 12.00 |
| Paper | 15.00 |
| Late articulation petition fee | 150.00 |
| Articulation of international undergraduate transfer credit | 185.00 |
| Diploma reissue fee | 125.00 |

# Late Registration and Late Settlement Fees

| | |
|---|---|
| First week | 100.00 |
| Second week | 100.00 |
| Third week | 100.00 |

Registration is not permitted after the third week of classes.

The university currently assesses a monthly finance charge on all past due balances. The current annual rate is 12 percent, subject to change.

A "returned check charge" of $25 is assessed for a check or e-check returned by the bank for any reason. Under California Civil Code #1719, a returned check may create a liability for treble (three times) the amount owed, but not less than $100. Any returned items will void outstanding deferments, making all balances due in full immediately. The university may, at its option, cancel enrollment of any student whose check is returned unpaid by the bank. If the university does not exercise this option, the student will be responsible for all tuition and fees incurred. Students and parents should be aware that non-local checks may be held by the bank for the maximum time allowed by law. Please allow ample time for non-local funds to be made available by the date payment is due.

USC000130703

## Obligation for Payment

Request for registration constitutes a legal financial obligation to which students will be held liable if they do not follow the proper procedure to change or cancel their registration through the Office of Academic Records and Registrar. They must receive written confirmation (the Registration Confirmation form) to verify that their requested change has been made.

By registering, students agree to be held responsible for all tuition and fees, including, but not limited to, payments denied by student loan lenders, agencies of the United States government, and agencies of foreign governments.

Tuition and fees for all students, including those whose tuition has been deferred, become an obligation in accordance with the provisions of the Withdrawal Refund Policy as follows: Tuition and fees are due, in full, by the settlement deadline. Failure to make payments of any indebtedness to the university when due, including but not limited to tuition, deferred tuition, housing, student loans, lab fees and USCard, is considered sufficient cause, until the debt is settled with the university to (1) bar the student from classes and examinations; (2) withhold diploma, scholastic certificate or transcripts; (3) bar the student from university housing; (4) suspend all university services and privileges; (5) suspend the student; (6) assign the student to a collection agency (students who have been assigned to an outside collection agency may be required to pay in advance for all future registrations and services); and (7) report the student to a credit bureau. This policy will be equally enforced against debts discharged through bankruptcy.

Permission to cancel enrollment does not constitute, nor shall it be construed as, a waiver by the university of a student's financial obligation. Students are still responsible for all outstanding debts and contracts with the university. Furthermore, a student must not have any delinquent financial obligations to USC at the time classes begin or his or her registration may be revoked.

For additional information please contact the Cashier's Office, Student Union 106 (STU 106), (213) 740-7471.

## Methods of Payment

You may pay your bill online (sfs.usc.edu/epay), by mail or in person. If you are paying by mail, be sure to mail your payment early enough for the university to receive it by the settlement deadline.

USCe.pay allows you to manage your student account online. You can pay your tuition and fees by transferring funds from your savings or checking account, or by charging to your VISA, MasterCard or Discover card (subject

USC000130704

Case 2:20-cv-04066-DMG-PVC Document 221-5 Filed 01/19/24 Page 29 of 46 Page ID #:9319

to a $10,000 limit per term). You can also print e-receipts and view your billing statements or current account information. In addition, you can set up individual guest user access for parents or anyone else you choose so they can make payments on your account. For more information, visit sfs.usc.edu/epay. To access your USCe.pay account, log in to myUSC (my.usc.edu) and select the USCe.pay link.

In fall and spring semesters, USC offers a monthly payment plan. An application must be made each term after the student has registered for classes but before the settlement deadline.

More detailed information about student accounts, settlement options and procedures is available at sfs.usc.edu.

## VISA/MasterCard and Discover Card (subject to a $10,000 limit per term)

You should present the credit card (and parent's written authorization if the card is not in your name) as well as a valid driver's license. Presentation of any credit card does not constitute payment of tuition and fees. Authorization must be obtained from the credit card institution in order to be posted to the student account. Declined authorizations are your responsibility. If a bank card transaction is later disallowed by the bank for any reason, the student account will be subject to the "Returned Item" penalties in accordance with the returned item policy.

### Financial Aid

Financial aid recipients will have most of their available financial aid (such as scholarships, grants, loans and graduate assistantship tuition awards) applied to their university accounts each semester as direct credits against their total charges. Federal and state aid such as Pell Grants, Supplemental Educational Opportunity Grants, Cal Grants, Direct Loans and Direct PLUS Loans are applied to student accounts no sooner than 10 days before the first day of classes for the term. Students must complete all application steps and meet all disbursement requirements before funds will be applied to their accounts. For details, visit financialaid.usc.edu.

Federal Work-Study awards are not reflected as credits on a student's account. These awards are earned through employment, either on-campus or with an approved off-campus employer. The student is paid by check or direct deposit bi-weekly for hours worked and may earn up to the amount of the Federal Work-Study award under the program.

## Billing Information

USC000130705

Monthly billing notifications on all active student accounts are emailed to the student's official USC email address (ends in @usc.edu) and to their designated guest users. USC does not mail printed statements to currently enrolled students.

In accordance with the Family Educational Rights and Privacy Act, university representatives will not disclose any specific information about a student's account to any third party (including family members) without the student's permission. Information about granting permission is available on the Student Financial Services Website for parents and sponsors (sfs.usc.edu/epay/).

Although the university will accept payments from a third party, the student is responsible for settling all debts to the university by the appropriate deadlines.

## Refund of Tuition

Tuition is **refundable** entirely at the discretion of the university. Refunds will be computed as of the date on which a student cancels or drops a course through the Registration Department. Request for a refund must be made to the Cashier's Office.

Refunds for the regular/general 12- to 15-week fall or spring session are made through the end of the third week of classes (the refund deadline). No refunds are issued for classes canceled after the deadline.

If you are enrolled in any other fall or spring session, or if you are enrolled in the summer, a different refund deadline may apply. Verify the refund deadline for a specific course on the *USC Schedule of Classes* by clicking the calendar icon that appears next to the course.

If students receive Title IV federal financial aid funds (Pell Grant, SEOG, Federal Direct [Stafford] Loan, Federal Direct PLUS Loan) and withdraw from all classes after the refund deadline, they may be required to return any "unearned" Title IV federal financial aid, even if they are not entitled to a refund of tuition. Refer to Withdrawal Implications for Recipients of Financial Aid for more information.

## Tuition Refund Insurance

Elective insurance is available that provides full coverage for tuition and mandatory fees (excluding health insurance) for you if you suffer a serious illness or accident that makes it necessary for you to leave the university before the semester is completed.

### What Tuition Refund Insurance Covers

USC000130706

The insurance covers 100 percent of the tuition and mandatory fees (excluding the student health insurance fee) for the semester if a student withdraws from all classes due to injury or sickness. For withdrawals from all classes due to a psychological or emotional condition (as defined in the DSM-IV manual), the coverage is 80 percent. The plan covers payments made directly by the student, loans, grants or scholarships. USC grants and scholarships are credited back to the university and loans may be credited back to the lender as determined by the Financial Aid Office.

By default, at the time you register, Web Registration will enroll you in Tuition Refund Insurance. This will result in a charge equal to approximately .40 of 1 percent of your tuition and mandatory fees, which will be added to your student account.

If you wish to remove Tuition Refund Insurance after you have registered, you may make the change on Web Registration (my.usc.edu and webreg.usc.edu) by clicking the Tuition Refund Insurance tab and following the prompts. You may decline tuition refund insurance up until the end of week three of the fall or spring semester or the week three equivalent in special sessions or by June 20 for the summer semester.

The Tuition Refund Plan is offered through a private insurance carrier, A.W.G. Dewars, Inc. (collegerefund.com). Further information and application brochures are available from the Cashier's Office and Academic Records and Reegistrar. Information is also available online at arr.usc.edu/services/registration/tuitionrefund.html.

## Exit Loan Counseling

All students who borrowed a Direct Loan or Direct Graduate PLUS Loan must complete exit loan counseling when they graduate, withdraw or are no longer enrolled at least half time. Exit loan counseling is a two-part requirement for borrowers of Direct and/or Direct Graduate PLUS loans. First, a borrower must complete online exit loan counseling at studentloans.gov. This online process takes about 20 minutes and requires students to update their contact information with the U.S. Department of Education. Second, a borrower must also participate in an in-person exit loan counseling information session or an exit loan counseling webinar. Information and schedules for in-person exit loan counseling and webinars is available online at financialaid.usc.edu at the end of each semester.

Students who have borrowed a Health Professions Student Loan, Loans for Disadvantaged Students, Primary Care Loan or any academic loan, must complete an online session at heartlandecsi.com. Diplomas and transcripts will not be released if the student does not complete exit loan counseling.

## Tuition Assistance Benefits

USC000130707

The Tuition Assistance Benefits program provides USC tuition payments for eligible faculty and staff and their spouses or registered domestic partners and children. The amount of tuition payment varies based on who is taking the class, the type of class and the maximum number of units eligible for assistance. Tuition assistance is limited to tuition, and does not apply to any fees or books. See the Tuition Assistance Benefits Program document available online at benefits.usc.edu for complete information about eligibility and requirements.

Tuition assistance eligibility does not guarantee the student admission to the university. The prospective student must apply for university admission through the USC Admission Office.

Only those USC classes for which a student may register and receive a registration confirmation are eligible for Tuition Assistance Benefits. Special education programs, seminars, certificate programs and other classes not listed in the *USC Catalogue* are not eligible for tuition remission.

An employee must be employed by the university in a tuition-benefits-eligible position on or before the first day of classes in the semester for which application is made. Please note that the "first day of classes" refers to the first day classes are in session for the semester, not the first day the specific class in which the student is enrolled meets. Conversely, the "end of the semester," refers to the last day classes are in session for the semester, not the last day the specific class in which the student is enrolled meets. This includes the summer semester, which has different "sessions" but still has very specific semester start and end dates (see Academic Calendar). A student who receives tuition assistance is responsible for payment of a prorated amount of tuition assistance if certain changes in employment status of the employee or sponsoring employee occur during the semester. General information about the tax liability for certain types of tuition assistance is included in the policy. Application forms for tuition assistance may be found on the Benefits Website at benefits.usc.edu by clicking the icon "Forms" and then "Tuition Assistance Application Forms." For additional information, contact the HR Service Center at (213) 821-8100 or uschr@usc.edu.

## Cancellations

Defined as complete withdrawal from the semester or session, cancellation refunds are computed based on the date the application to cancel enrollment is presented to the Registration Department.

## Drops

USC000130708

Drops are defined as withdrawal from one class or part of registration. The refund schedule applies as of the date the drop is processed by the Registration Department.

This policy is enforced equally for settled and unsettled registrations.

# Financing Alternatives

## Prepayment Program (PP)

This option offers individuals the opportunity to stabilize tuition costs by avoiding future tuition increases. Under this plan, the university will accept the prepayment of the student's total USC tuition plus mandatory fees at the current tuition rate for up to the next four or five years. The student must be admitted to the university before establishing a prepayment account. For further information, contact Student Financial Services at (213) 740-4077 or visit our Website at sfs.usc.edu.

## USC Payment Plan

The USC Payment Plan, administered by Student Financial Services, enables students and parents to pay tuition, fees and university housing and meal plan charges in monthly installments rather than in a single payment at the beginning of each semester. Payments are made over a five-month period for each semester, beginning August 1 for the fall semester and January 1 for the spring semester, and may be made only by electronic transfer. A trimester plan is offered to law, dental and MBA-PM, MS marketing and nursing students. There is a small application fee each semester. The student must be in good financial standing at the university. For further information, contact Student Financial Services, (213) 740-4077 or by email at uscsfs@usc.edu. You are able to set up a payment plan by login on USCe.pay. For more information, please visit our Website at sfs.usc.edu.

## Private and Federal Financing

USC participates in a number of long-term financing options that are available to all families regardless of eligibility for scholarships or financial aid. These programs can relieve students' and families' cash-flow restrictions and enable them to meet their expected contributions for the cost of college education. Information about loan programs is available online at financialaid.usc.edu or at the USC Financial Aid Office.

# Student Health Insurance

Please visit usc.edu/studenthealth for 2019-2020 student health insurance rates. The university requires that all students have supplemental health

USC000130709

Case 2:20-cv-04066-DMG-PVC Document 221-5 Filed 01/19/24 Page 33 of 46 Page ID #:9324

insurance to help cover the cost of health care that cannot be obtained at the health center, especially in emergency situations where hospitalization may be required.

All domestic students carrying 6 units or more will be automatically enrolled in the USC student health insurance plan. Some class registration codes, for example Special Tuition programs, do not generate this automatic charge. All students are required to review their fee bill after registering for classes and if the automatic insurance charge does not appear, must contact the insurance office by the add date to enroll in this plan if they wish to continue coverage for the semester. Domestic students carrying less than 6 units or who drop classes before the add date resulting in enrollment in less than 6 units, must enroll themselves in the plan by the add date if they wish to continue coverage for the semester. All international and/or health sciences students are automatically enrolled in the USC student health insurance plan regardless of the number of units in which they are enrolled. Off campus students studying online or at a satellite campus will also be enrolled in the USC student health insurance plan if they are carrying 6 units or more.

The USC student health insurance plan works in conjunction with the university's student health centers. All students studying on the UPC or HSC campus are assessed the mandatory student health center fee (which is a separate fee from the health insurance) and are required to access their primary care at the student health centers. Referrals are required in order to see providers outside the student health centers for non-emergency situations.

## Waiver Requirements

Enrollment in the USC student health plan will only be waived and the premium charge removed from the fee bill if documented proof of health coverage from another plan is presented using the online waiver application by the deadline date. Please visit usc.edu/studenthealth to get the deadline date. In order to receive a waiver of the USC student health insurance, the insurance presented must meet certain criteria. For details about the waiver criteria, please visit usc.edu/studenthealth and see the insurance menu.

Waivers are submitted online at the Aetna Student Health Website. Go to aetnastudenthealth.com to complete the waiver process. For more information, call USC Student Health at (213) 740-WELL (9355).

## Graduate Assistants

Graduate assistants with a .25 award or higher and PhD students may be eligible to have USC pay for the USC student health plan and the USC Student Health fee. Their assistantship award must show in the student

USC000130710

Case 2:20-cv-04066-DMG-PVC  Document 221-5  Filed 01/19/24  Page 34 of 46  Page ID #:9325

financial detail system. More information is available in the student's award packet through his or her academic department.

## Student Health Insurance for Students Studying Overseas

Students participating in USC-sponsored study abroad programs are required to have USC health insurance coverage. These students are automatically enrolled in the USC overseas studies health insurance plan unless they are enrolled in the USC health plan. For more information, please call the Student Insurance Office at (213) 740-0551.

## Student Dental Plan (Optional)

Dental coverage for students is available for purchase and billed to the student's account. Dental coverage is optional and is not automatic. Coverage is for the entire year and must be purchased by the deadline in the fall. Please see usc.edu/studenthealth for details. Spring enrollment will only be allowed for new incoming students in the spring semester. Plan details are available at usc.edu/studenthealth.

# Veterans' Benefits

Veterans must register with the Veterans Certification Office each semester in order to receive benefits. Students may expect an educational allowance based only on courses that are a legitimate part of the degree program approved for veterans. The student must notify the Veterans Certification Office immediately upon any change in unit load or change of major. The office is located in the Veterans Resource Center in the Tutor Campus Center, Room 330, (213) 740-4619, FAX: (213) 821-3760. Office hours are 8:30 a.m. to 5 p.m. Monday–Friday. For more information, visit our Website at usc.edu/va.

Students may visit gibill.va.gov for more information regarding GI Bill Educational and Vocational Rehabilitation Assistance.

# Naval Reserve Officer Training Corps (NROTC)

The Department of Naval Science courses are structured primarily for those who are participating in the Naval Reserve Officers Training Corps (NROTC) but are open to all undergraduate students. The NROTC program eventually leads to a commission as an officer in the United States Navy or the United States Marine Corps. Most NROTC midshipmen at USC are the recipients of national scholarships earned through competition while seniors in high school. These scholarships pay full tuition, fees, a book stipend and a $250 to $400 monthly subsistence stipend to help defray

USC000130711

living expenses. The university also provides an additional automatic scholarship of $4,000 per year for each NROTC scholarship recipient to help pay for living expenses. Navy/Marine Corps scholarships are also available on a competition basis to students who enroll directly in the NROTC college program at the university. College program students receive no NROTC financial aid until they are selected for a scholarship, qualified medically, and meet naval body composition and fitness standards. College program students who are not selected for a scholarship may apply for advanced standing status during their sophomore year, which enables them to continue in the program and makes them eligible to receive a subsistence stipend beginning in their junior year. Upon completion of the bachelor's degree and NROTC requirements, scholarship and advanced standing students are commissioned as active duty Ensigns in the U.S. Navy or as Second Lieutenants in the U.S. Marine Corps, and proceed to advanced training in the Navy Officer communities of aviation, submarines, surface ships, and naval special warfare or Marine Corps Military Occupational specialties such as aviation, infantry, intelligence, artillery, etc. For specific information, contact the Department of Naval Science at (213) 740-2663 or visit usc.edu/dept/nrotc.

## Air Force Reserve Officer Training Corps (AFROTC)

The Department of Aerospace Studies and the Air Force Reserve Officer Training Corps (AFROTC) is open to all students pursuing a degree at USC. The open enrollment classes consist of one hour of academics for AEST 100a, AEST 100b and AEST 200a, AEST 200b, and three hours of academics for AEST 300a, AEST 300b and AEST 400a, AEST 400b. Additionally, the Department of Aerospace Studies offers Leadership Laboratory courses. Prerequisites to enroll in Leadership Laboratory include enrollment in at least one AEST course, and application to become an AFROTC cadet. Students who are dual-enrolled as AFROTC cadets receive competitive opportunities to travel to various leadership symposia and professional development opportunities during the academic year and over the summer. AFROTC offers a variety of scholarships, some of which pay the full cost of tuition, books and fees. AFROTC cadets on scholarship and all juniors and seniors receive a monthly tax-free stipend and a textbook allowance. The university also provides an additional automatic scholarship of $4,000 per year for each AFROTC scholarship recipient to help pay for living expenses. The USC Price School of Public Policy offers an additional scholarship for classes in excess of 18 units per semester. Upon successful completion of AFROTC academic classes and leadership laboratories, students will qualify for a commission as a second lieutenant in the United States Air Force. For more information, you may visit our Website at priceschool.usc.edu/programs/afrotc/ or contact the

USC000130712

Department of Aerospace Studies (AFROTC) by email at
AFROTCDET060@rotc.usc.edu or by phone at (213) 740-2670.

## Army Reserve Officer Training Corps (AROTC)

Army Reserve Officer Training Corps is one of the most demanding and successful leadership programs in the country. The training a student receives in Army ROTC teaches leadership development, military skills and career training. Courses take place both in the classroom and in the field, and are mixed with normal academic studies. Students may also attend additional summer programs, such as Airborne School. Upon completion, an Army ROTC graduate earns a commission as an officer starting out as a second lieutenant in the U.S. Army. The USC Army ROTC program has a limited number of full-tuition scholarships for full-time undergraduate and graduate students. Scholarships are offered on a competitive basis to all qualified applicants and are not based on financial need. Students (cadets) may compete for active duty, U.S. Army Reserve or National Guard duty. All cadets receive a monthly stipend based on his or her academic year and a book stipend per semester. The university also provides an additional automatic scholarship of $4,000 per year for each AROTC scholarship recipient to help pay for living expenses. The USC Price School of Public Policy offers an additional scholarship for classes in excess of 18 units per semester. All enrolled cadets receive uniforms, military science textbooks and any other required items from the department. Students may select any major offered by the university. Prior to the completion of their degree and commissioning, students will choose from the 17 different career fields (branches) the U.S. Army has to offer. Veterans, Reservists and National Guard members and AROTC graduates qualify for advanced placement. For further information, visit the Army ROTC office located in the Physical Education Building, Room 110, call (213) 740-1850 or visit the Website at uscrotc.com.

---



All catalogues © 2020 University of Southern California.
Powered by the Acalog™ Academic Catalog Management System™ (ACMS™).
Mobile Site.

USC000130713



# USC Catalogue 2019-2020

USC Catalogue 2019-2020 [ARCHIVED CATALOG] ▾



[ARCHIVED CATALOG]

# Registration

## Catalogue Search

Entire Catalogue ▾

Search Catalogue 🔍

☐ Whole Word/Phrase

Advanced Search

‣ Catalogue Home
‣ A Message from the President
‣ About USC
‣ Administration
‣ Admission and Orientation
‣ Tuition and Fees
‣ Academic Calendar
‣ The Schools and Academic Units
‣ Programs, Minors and Certificates
‣ Programs by School
‣ Courses of Instruction
‣ Schedule of Classes
‣ Academic and University Policies
‣ Undergraduate Education
‣ Graduate and Professional Education
‣ The Graduate School
‣ About the Catalogue
‣ Past Catalogues

Return to: Academic and University Policies

- Registration Procedures and Current Course Offerings
- Enrollment Status
- Extra Units
- Declaration of Major
- Declaration of Minor
- Classification and Numbering of Courses
- Unit Value
- Repeating Courses
- Appropriate Course Enrollment
- Preparatory Courses
- Prerequisites
- Corequisites
- Recommended Preparation

- Guaranteeing a Space in a Class
- Credit/No Credit Courses
- Courses Numbered 490x and 390
- Audited Courses
- Limited Status Enrollment
- Dropping and Adding Courses
- Registration in Graduate-Level Courses by Undergraduate Students
- USC-UCLA Cross-Registration for Graduate Students
- Conversion of Non-Degree Option Course Work
- Permission to Register at Another Institution

## Registration Procedures and Current Course Offerings

The fall, spring and summer issues of the *Schedule of Classes* contain details describing registration procedures, including the Web registration process, courses offered, course descriptions, faculty listings, time and meeting place of classes, textbook information and course syllabi. The *Schedule of Classes* is available before registration each semester at classes.usc.edu. It is recommended that students register as early as possible using Web registration to save time and avoid inconvenience. Registration appointment times and permit to register information are available to continuing students in October and March at my.usc.edu and

USC000130714

Case 2:20-cv-04066-DMG-PVC   Document 221-5   Filed 01/19/24   Page 38 of 46   Page ID #:9329

on OASIS. New students will receive their permits to register during their orientation sessions. Open registration for all students continues the week prior to the start of the semester.

## Enrollment Status

A student is considered to be enrolled full time in a semester when the student has registered for 12 or more units as an undergraduate student, 8 or more units as a master's level student or 6 or more units as a doctoral level student. All graduate assistants are classified as full-time students during the semester(s) of their appointments as long as they are enrolled for the minimum units required for their assistantship. The number of courses for which a student has registered is not a basis for determining full-time enrollment status. Units taken for audit do not apply to enrollment status calculation. Other than units, there are additional circumstances that confer full-time enrollment status. These include enrollment in: 594 Master's Thesis, 794 Doctoral Dissertation, Studies for the Qualifying Examination (GRSC 800a, 800b, 800z) and GRSC 810 Studies for Master's Examination, as well as other courses and programs as determined by the Registrar of Academic Records and Registrar. Verification of student enrollment status is provided by the Office of Academic Records and Registrar (JHH Lobby), arr.usc.edu/services/verification/generalinfo.html. Third-party requests for degree and enrollment information are provided by National Student Clearinghouse, studentclearinghouse.org. Enrolled students can also obtain verification on OASIS by logging in to my.usc.edu, clicking on OASIS and clicking on Record Ordering Services.

## Extra Units

A normal academic load is 16 units per semester for undergraduate students and 8 units (500-level) for graduate students. The university recommends that undergraduate students register for no more than 18 units and graduate students for no more than 16 units. Registering for more than 18 units for undergraduate students will result in an additional charge equivalent to the number of units beyond 18 times the per-unit rate published on the Tuition and Fees page. Permission to enroll in more than 20 units requires written approval from the school or home department of the student's major.

## Declaration of Major

All undergraduate students must record their primary major by the start of their junior year (on completion of 64 semester units). All major and minor programs of study should be recorded three semesters before the intended

USC000130715

Case 2:20-cv-04066-DMG-PVC   Document 221-3   Filed 01/19/24   Page 39 of 46   Page ID #:9330

graduation date. Undergraduate academic departments can also perform changes of major for their students.

## Declaration of Minor

Application for a minor must be made to the department or professional school offering the minor.

## Classification and Numbering of Courses

The first digit of the course number indicates the year level of the course: 000 — non-credit preparatory courses, 100 — first undergraduate year, 200 — second undergraduate year, 300 — third and fourth undergraduate years without graduate credit, 400 — third and fourth undergraduate years with graduate credit for graduate students, 500 — first graduate year, 600 — second graduate year, 700 — third graduate year.

Upper-division courses (300- and 400-level courses) are generally more sophisticated and demanding. They may have prerequisites or other limitations on enrollment and are usually intended for students who have some preparation, either in the specific discipline or more generally in academic study. They tend to concentrate more narrowly and intensively in scope than lower-division courses in the same discipline.

The lowercase letters *ab*, *abcd*, etc., indicate the semesters of a course more than one semester in length. In such courses the *a* semester is prerequisite to the *b* semester, and so on. Courses designated *g* are available for general education credit. Courses designated *w* offer general education credit for Global Perspectives in Category G: Citizenship in a Diverse World. Courses designated *p* offer general education credit for Global Perspectives in Category H: Traditions and Historical Foundations. Courses designated *m* for multiculturalism meet the diversity requirement. Capital *L* indicates that all or part of the work is supervised laboratory or other work. Courses designated *x* are restricted in some manner. The course description will specify the restriction. Courses designated with a *z* are for repeated registrations for 0 credit, for which 2 units of tuition are charged.

The following are not available for graduate credit: courses numbered 000–399 and 490, courses designated *g* (general education), Senior Seminar courses, courses designated *x* where the description specifically excludes graduate credit.

## Unit Value

The unit value of courses is indicated for each term of the course by a numeral in parentheses after the course title. All courses are on the semester unit basis. It is the student's responsibility to verify with the

USC000130716

instructor that the number of units in which he or she has registered in any variable unit course is correct. If the units are incorrect, the student must correct them through Web registration or in person in the lobby of John Hubbard Hall.

## Repeating Courses

Ordinarily, courses may not be repeated for credit. For courses that may be repeated for credit, the maximum amount of credit is indicated after the unit value. Courses that may be repeated for credit reflect instances in which the subject matter is progressive in nature, or where special topics or directed research offerings exist, all reflecting unique course work.

## Appropriate Course Enrollment

It is recommended that students register in courses appropriate to their academic standing — lower-division students in courses below 300, upper-division students in courses below 500, graduate students in courses numbered 500 or higher.

## Preparatory Courses

Preparatory courses (course numbers below 100) impart the minimum skills required for college-level work. Students completing preparatory course work may receive unit credit toward enrollment status but do not receive degree credit.

## Prerequisites

Prerequisites are courses that must be passed and/or specific background that must be demonstrated prior to advancing to the next course in a prescribed sequence of courses. Passage of appropriate examinations or consent of the academic unit offering the course will waive prerequisites. However, a prerequisite course within the same discipline taken after the higher level course has been passed will not be available for unit or grade point credit.

## Corequisites

Corequisites are courses that must be taken at the same time as, or passed prior to, the designated course. Passage of the appropriate examinations or consent of the academic unit offering the course will waive corequisites. However, a corequisite course within the same discipline taken after the designated course has been passed will not be available for unit or grade point credit.

USC000130717

# Recommended Preparation

Recommended preparation indicates course work or specific background that is advisable but not mandatory in preparing the student for the designated course.

## Guaranteeing a Space in a Class

Registration in a class does not by itself guarantee a space in that class. An instructor may replace any student who without prior consent does not attend these class sessions: (a) the first two class sessions of the semester, or (b) the first class session of the semester for once-a-week classes. It is then the student's responsibility to withdraw officially from the course. Any class added, whether by Web registration or in person, after the first week of classes should receive the approval of the instructor.

## Pass/No Pass Enrollment Option

Students may enroll for courses with the Pass/No Pass grade option on Web Registration. USC allows students to decide the grade option for any course up until the 20 percent mark of the session in which the course is offered. For the specific deadline to change the grade option of a course, click the Calendar icon next to the course on the *Schedule of Classes*.

As of fall 2015, students who register for a course on a Pass/No Pass basis may request to change the grade option to letter grade 45 percent into the session in which the course is offered. For the specific deadline to change the grade option of a course, click the Calendar icon next to the course on the *Schedule of Classes*.

Certain undergraduate courses (e.g., courses offered by the WRIT department) must be taken for a letter grade. Graduate students must receive departmental approval to enroll in a graduate course on a Pass/No Pass basis. Refer to the Pass/No Pass Graded Work section in the USC Catalogue for details on degree credit restrictions on courses taken on a Pass/No Pass basis. Students should consult an academic adviser before enrolling in any course on a Pass/No Pass basis.

In cases where a student has registered for a course on a Pass/No Pass (P/NP) basis and an academic integrity violation has occurred, a penalty letter grade may be assigned (i.e., "F"), rather than assigning a mark of Pass or No Pass.

## Credit/No Credit Courses

Certain courses have been authorized by the University Committee on Curriculum to be graded Credit/No Credit. Students may not enroll in a

USC000130718

Case 2:20-cv-04066-DMG-PVC Document 221-5 Filed 01/19/24 Page 42 of 46 Page ID #:9333

course on a Credit/No Credit basis unless the course is listed as being offered as Credit/No Credit.

# Courses Numbered 490x and 390

Many academic units offer courses numbered 490x and 390. These courses are offered on a letter-graded basis only and carry certain restrictions that are uniformly applied throughout the university.

## 490x Directed Research (1-8, max 12)

Courses numbered 490x are open to students who have demonstrated the ability to do independent work in the discipline. The courses require consent of the instructor and a written contract of course requirements signed by both the instructor and department chair. They are not available for graduate credit and are not open to students with less than 2.0 GPA overall or with any academic holds that restrict registration. A student may accumulate a maximum of 12 units of 490x in any one department and 16 units toward the degree.

## 390 Special Problems (1-4, max 4)

Courses numbered 390 are available only to seniors in their last semester who are made aware of a unit shortage after the enrollment period for that semester has passed. Students notified of a unit shortage prior to the close of the enrollment period are expected to register for regularly scheduled classes. Enrollment in a 390 class is available only by petition to the Committee on Academic Policies and Procedures (CAPP). A 390 is a supervised, individual studies course. The student and instructor must prepare a written contract of course requirements for presentation with the petition to CAPP. The petition must be recommended by the dean of the academic unit in which the student is seeking a degree. Evidence must be provided that the unit shortage was the result of circumstances beyond the student's control. Credit for only one 390 registration is accepted toward the student's baccalaureate degree.

# Audited Courses

Students may elect to audit courses during the first three weeks of the semester (or the third week equivalent for any session that is scheduled for less than 15 weeks). Consult the *Schedule of Classes* for the deadline to select the audit grade option for a specific course. A course taken for audit (V) will be assessed at the current tuition rate. A course taken for audit (V) will not receive credit and will not appear on the USC transcript or grade report. A course taken for audit is not included in enrollment for purposes of receiving financial aid.

USC000130719

# Limited Status Enrollment

Limited status enrollment allows persons who have not been admitted to the university to take a limited number of courses at USC.

## Eligibility for Limited Status Enrollment

Students who have not yet completed a bachelor's degree are not eligible for limited status enrollment if they have been denied admission to USC or if they have been academically disqualified or suspended from any community college, college or university.

At the post-baccalaureate level, limited status enrollment is not available to students who have been denied admission to the department offering the course unless prior approval is granted by the department and the appropriate dean.

## International Students

Limited status enrollment does not fulfill requirements for issuing a student visa. Non-immigrant visa holders must have the approval of the Office of International Services (Royal Street Structure, PSD 101) before registering for classes.

## Limited Status Enrollment Eligibility for Non-immigrant Visa Holders

1. B-1 and B-2 status holders are not eligible for Limited Status enrollment at USC.
2. F-1 status applicants who are on another institution's I-20 are eligible for Limited Status enrollment if they will concurrently enroll at the I-20 school and USC. A letter from the international office at the I-20 school verifying enrollment will be required when submitting your Limited Status application. F-1 status applicants who are currently not maintaining immigration status/or will not be enrolled at the I-20 school are not eligible for Limited Status enrollment at USC.
3. Individuals on other visa categories such as A, E, H, J, etc. and TN are eligible for Limited Status enrollment if maintaining status on that visa category. A copy of the passport and I-94 card will be required when submitting the Limited Status application.

## Restrictions on Limited Status Enrollment

A pre-baccalaureate limited status student may not register for more than 16 units; a post-baccalaureate limited status student may not register for more than 12 units.

USC000130720

Case 2:20-cv-04066-DMG-PVC Document 221-5 Filed 01/19/24 Page 44 of 46 Page ID #:9335

Exceptions to this policy will be considered by the Office of Admission for USC employees and for post-baccalaureate students who submit a disclaimer of intent to pursue a USC degree.

Prior approval of the department offering the course is required for all limited status enrollment. If a limited status student is subsequently admitted to regular standing, no more than the first 16 undergraduate or the first 12 graduate units taken through limited status enrollment can be applied toward a degree. In very rare situations, individual undergraduate exceptions may be approved by the dean of the degree-conferring unit. For graduate students, the rare exception must be approved by the Vice Provost for Graduate Programs. International students must show proof of proper visa type and demonstrate English language proficiency prior to enrollment in the Limited Status program.

## Dropping and Adding Courses

Courses may be added only during the 20 percent mark of the session. After registering, it is the student's responsibility to officially drop from a course if he or she decides not to continue in a course. All such changes must be processed by Web registration or through the Registration Department. Failure to withdraw officially will result in the mark of "UW," which is computed in the GPA as zero (0) grade points. A student may drop a course without academic or financial penalty up until the 20 percent mark of the session in which the course is offered. If the course is dropped after the 20 percent mark and before 45 percent of the session, the course does not appear on the academic transcript, but the course tuition and fees will be assessed to the student's account. If the course is dropped after the 45 percent mark, it will be recorded with a mark of "W." No course may be dropped after the 80 percent mark of a session. A student may not withdraw from a course in which he or she committed or was accused of committing an academic integrity violation. Please refer to the *Schedule of Classes* to see session dates.

## Registration in Graduate-Level Courses by Undergraduate Students

Exceptional undergraduate students may enroll in a graduate course. In order to do so, students must receive approval of the instructor. Students must have prior approval from the chair of the major department to count the course for undergraduate credit or audit the course. The student's major department will notify the One Stop Center regarding the manner in which the graduate course will be used. In no case will a student be allowed to enroll in and receive credit for a graduate course if the student's cumulative USC GPA is below 2.0.

USC000130721

# USC-UCLA Cross-Registration for Graduate Students

As part of an academic resource-sharing program, USC graduate students have an opportunity to take a portion of their program at UCLA. This cross-registration opportunity is only available for courses or seminars not offered at USC and only to selected students. For further information on requirements, contact the USC Graduate School office (Student Union 301).

Credit (CR) will be granted only for work completed with a grade of B (3.0) or higher. The student's transcript will show that the course was taken at UCLA and also record the name of the course. Units attempted at UCLA are on the quarter system. USC students who complete course work at UCLA will have those units converted to semester units for each unit completed at UCLA. Library privileges will be extended at UCLA but other privileges or services cannot be offered.

# Conversion of Non-Degree Option Course Work

A student may file a Request for NDO Course Conversion form with the Registration Department to have USC courses previously taken under a non-degree option (NDO) converted to unit credit and thus appear on the USC transcript. Such a request must include all NDO courses previously attempted; requests for partial conversion will be denied. Conversion for credit requires retroactive registration in the term in which the course was attempted, including payment of the tuition differential between the NDO rate originally paid and the tuition rate in effect at the time of conversion. As in all USC courses taken in Limited Status, converted courses may not be considered for degree credit at USC unless the student is formally admitted to full standing at the university. Upon formal admission, only the first 16 NDO units taken that are available for credit toward the intended degree may be applied for baccalaureate credit, and only the first 12 NDO units taken that are available for credit toward the intended degree may be applied toward a graduate degree. Degree credit for units beyond the first 16 undergraduate or 12 graduate available units will not be allowed. All courses converted will appear on the USC transcript and will be included in the calculation of the USC GPA, regardless of whether they are being applied specifically toward the degree being pursued.

# Permission to Register at Another Institution

Students who wish to take course work at another institution while continuing as enrolled students at USC will be required to obtain various

USC000130722

Case 2:20-cv-04066-DMG-PVC Document 221-5 Filed 01/19/24 Page 46 of 46 Page ID #:9337

levels of permission to do so. For details, see the Course Work Taken Elsewhere section (undergraduate) or (graduate).



All catalogues © 2020 University of Southern California.
Powered by the Acalog™ Academic Catalog Management System™ (ACMS™).
Mobile Site.

USC000130723