# EXHIBIT 7

## REDACTED PURSUANT TO STIPULATED PROTECTIVE ORDER [ECF 117]

1                UNITED STATES DISTRICT COURT

2         CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

3    _____

4    In re University of Southern    Case No:
     California Tuition and Fees     2:20-cv-4066-DMG-PVC
5    COVID-19 Refund Litigation

     _____

6

7

8

                        CORRECTED TRANSCRIPT
9

10      Portions of the Transcript have been designated

11         as Confidential or Highly Confidential

12

13

14

15

16    VIDEO-RECORDED ZOOM VIDEOCONFERENCE DEPOSITION OF

17                 LATISHA MONIQUE WATSON

18               Friday, October 14, 2022

19

20

21

22

     Reported by:
23   Michelle Bulkley
     CSR #13658
24   Job #5512818
25   Pages 1 - 285

                                            Page 1

```
 1    BY MS. MAYHUGH:                                    10:27

 2         Q   Are there any other people in your

 3    household?

 4         A   Yes.

 5         Q   Who else lives with you?                  10:27

 6         A   My mother.

 7         Q   Can you give me a brief overview of your

 8    educational background, including all colleges you

 9    attended and degrees obtained?

10         A   Yes.   So I first started attending       10:28

11    community college at Los Angeles Southwest College.

12    And then after that, I transferred to

13    Dominguez Hills where I got my bachelor's in human

14    services with a concentration in mental health

15    rehabilitation.                                    10:28

16              And then I took a year break, and then I

17    decided to go for my master's degree at USC.  And I

18    recently received my master's in social work last

19    year in May of 2021.

20         Q   Do you hold any professional licenses or   10:28

21    credentials?

22         A   I currently hold my associate clinical

23    social work license, working towards being an LCSW.

24         Q   And what is the associate clinical social

25    worker license?  Did I say that correctly?          10:28
```

Page 21

1       So other than the "Innovative Immersion    11:36

2   Programs" heading and the picture that you pointed

3   out, is there anything else on this web page that

4   promises in-person education?

5       A   Yes.   It's --                           11:36

6           MS. NOTEWARE:   Let me object to the form,

7   that this is not a complete live view of the

8   document that was on the USC website.

9           But you can answer with what has been

10  provided.                                         11:36

11          THE WITNESS:   Yes.   I also see that it --

12  again, it says "Master's in Social Work," and it

13  says "on campus," and it also says "online," but I

14  chose "on campus" because I wanted to be on campus.

15  BY MS. MAYHUGH:                                   11:37

16      Q   And, Ms. Watson, I just want to make sure

17  that we're all on the same page.   Can you let me

18  know what page you're seeing that on?

19      A   On the first page.   If you get closer in

20  those three little boxes down there, it says        11:37

21  "Master's of Social Work on campus," and then it

22  says "Master's of Social Work online."

23          And, again, it's two pictures of two

24  people on campus, actually on -- on campus, and it

25  also says "with real-world practice."   That, again,  11:37

Page 71

1    tells me that it's going to be in person because I    11:37

2    can't get real-world practice sitting on Zoom.

3         The page starts -- it says, "The Science

4    of Social Work & Nursing with Real-World Practice,"

5    and I feel that that tells me that it's going to be    11:37

6    in person and that, you know, I'm going to get

7    those -- that immersive experience that I was

8    looking for and why I chose this school.

9         Q   You testified earlier today that your

10   current clients meet with their psychologists via    11:38

11   Zoom; is that right?

12        A   Psychiatrists?  Yes.  But they don't meet

13   with me via Zoom.  And that is something that has to

14   do with the psychiatrists.  I don't know about their

15   requirements.                                        11:38

16        Q   But certainly real-world practice for the

17   psychiatrists interacting with their clients;

18   correct?

19        MS. NOTEWARE:  Objection to form.  Lack of

20   foundation; calls for speculation.                   11:38

21        You can answer if you have anything to

22   say.

23        THE WITNESS:  Again, this was

24   inexperience.  I didn't already have my MSW, or I

25   wouldn't have needed to go to USC; right?  He's      11:38

Page 72

```
 1    the bottom of page 1 --                            11:41

 2         A    Uh-huh.

 3         Q    -- and continues.

 4              Do you see that?

 5         A    (Nods head.)                             11:41

 6         Q    And you pointed out the two Master of

 7    Social Work programs at the top; is that right?

 8         A    Yes.  Well, they're at the bottom.

 9         Q    At the bottom of page 1; right?

10         A    Yeah.  At the bottom of page 1, yeah.    11:41

11         Q    We're on the same page.

12              And one says "on campus," and one says

13    "online"; right?

14         A    Yes.

15         Q    And as of 2018 when this website was live,   11:41

16    USC was using the terms "on campus" and "online" to

17    differentiate one program from the fully online MSW

18    program; is that right?

19         A    Yes.

20         Q    And the program that you ultimately        11:42

21    enrolled in and graduated from was, at least in

22    part, on campus, wasn't it?

23         A    Yes.  It began on campus, and then, you

24    know, when the pandemic hit, everyone transitioned

25    online.                                            11:42
```

Page 75

```
 1    that just because one was in person and one was via      01:38

 2    Zoom?

 3           A    No.  Like I said, it just -- it just

 4    wasn't the same.  Like I said, kind of like now,

 5    people have their cameras off and things like that.     01:38

 6    So, again, it wasn't very immersive.  It wasn't

 7    people-centered like we were -- like we were being

 8    taught in the classroom.

 9           Q    And when you were interacting with

10    classmates after the transition to remote education,     01:39

11    was it both in class and outside of class?

12           A    Yes.

13           Q    Have you ever reviewed the USC Course

14    Catalogue?

15           A    I think so, but I will have to [inaudible]    01:39

16    to recall that information.

17              (Reporter clarification.)

18              THE WITNESS:  I would have to see it to be

19    able to recall that information.  Like, I know what

20    the Course Catalogue is, but I can't, like -- you       01:39

21    know, I was -- I don't know what it looks like from,

22    like, 2018 or 2019.

23    BY MS. MAYHUGH:

24           Q    Totally fair.

25              I'm not asking about the contents of the       01:40
```

Page 129

1    catalogue at all yet, but do you recall when you    01:40

2    looked at the USC Catalogue?

3         A    I usually -- like I said, I would look at

4    it every semester when I'm planning the classes to

5    make sure that I'm taking the right in-person    01:40

6    classes.

7              MS. MAYHUGH:    Linh, can you please mark

8    Tab 38 as Exhibit 78.

9    BY MS. MAYHUGH:

10        Q    And, Ms. Watson, just let me know when you    01:40

11   have it up.

12        A    Okay.

13             (Exhibit 7 previously marked.)

14             MS. NGUYEN:    This was also previously

15   marked in a prior deposition, so it's Exhibit 7.    01:41

16             THE WITNESS:    So is it Exhibit 7?    Okay.

17             MS. MAYHUGH:    I apologize.

18             So for the record, this document that has

19   already been marked as Exhibit 7, it's a 2019

20   document.    The Bates on the first page is    01:41

21   USC000130695.

22             THE WITNESS:    Okay.

23   BY MS. MAYHUGH:

24        Q    Ms. Watson, I'll represent to you that

25   this is an excerpt of the USC Catalogue for the    01:41

Page 130

1    2019-2020 academic year.  I do realize --    01:41

2         A    Yes.

3         Q    -- it's a 29-page document so if you want

4    to take some time and scroll through it, my question

5    for you is whether you reviewed these sections of    01:41

6    the USC Catalogue before today.

7         A    No.  I -- I have not reviewed these

8    sections.

9         Q    So are you aware that the 2019-2020

10   USC Catalogue states that it is the document of    01:42

11   authority for all students?

12        A    Where does it state that?

13        Q    Sure.

14             If you scroll down to page 3, you'll see a

15   picture of a dog, and under that, "About the    01:42

16   Catalogue," and it's the first sentence.

17        A    Okay.

18             (Reviewing document.)

19             Uh-huh.

20             MS. NOTEWARE:  Is there a question?    01:42

21             THE WITNESS:  It just says:

22             "The USC Catalogue is the document of

23             authority for all students.  The program

24             requirements listed in the USC Catalogue

25             supersede any information that may be    01:42

Page 131

1          contained in any bulletin of any school or          01:43

2          department.  The university reserves the

3          right to change its policies, rules,

4          regulations, requirements of graduation,

5          course offerings, and any other contents          01:43

6          of this catalogue at any time."

7     BY MS. MAYHUGH:

8          Q    That last sentence that you just read for

9     us, what does that statement mean to you?

10          MS. NOTEWARE:   Objection to the form.          01:43

11     Calls for a legal conclusion.

12          You can answer.

13          THE WITNESS:   It means that this

14     catalogue, you know -- it kind of says that the

15     university has the right to change its mind whenever          01:43

16     it gets ready to, but I still feel like that was not

17     related to the in-person instruction because, like I

18     said, they didn't know about the pandemic.

19          And I still feel like I didn't receive the

20     quality of education that I signed up for, that I          01:43

21     paid for, that I still have student loans, you know,

22     for.

23          So I understand what it says, but I don't

24     think that the university still gave me the quality

25     education that they boast about on their website and          01:44

Page 132

1       that -- what I read about.                                          01:44

2                    It wasn't an immersive experience.  It

3          wasn't any of those things.

4                    And I feel like, if they had fulfilled

5       those things, then, you know, they would be able to      01:44

6       have it right, but I also feel like I have the right

7       to challenge my education when I feel like I didn't

8       receive what I paid for.

9       BY MS. MAYHUGH:

10          Q    Do you think this language gives USC the         01:44

11      authority to change the modality of a class?

12                    MS. NOTEWARE:  Objection to the form.

13      Calls for a legal conclusion; vague.

14                    You can -- you can answer.

15                    THE WITNESS:  What do you mean when you      01:44

16      say "modality"?  There's a lot of modalities, so.

17      BY MS. MAYHUGH:

18          Q    Fair.

19                    Does this language give USC the authority

20      to change a class from in person to online, for          01:44

21      example?

22                    MS. NOTEWARE:  Objection to form.

23                    THE WITNESS:  Again, I don't -- I don't

24      think so.  Based on the quality of the education

25      that I received, I don't -- I don't think that it        01:45

1    does.   I think that they're -- you know, like I    01:45

2    said, I didn't receive the quality education that I

3    applied for, and it wasn't the program type that I

4    signed up for.   I didn't sign up for online; I

5    signed up for in person.    01:45

6           So, like I said, I understood, within

7    social work, things need to be done in person.   I

8    need to be able to talk to the client and see the

9    client and meet with the client in person.

10          And, again, same thing with the School of    01:45

11   Social Work.   You know, I wanted to have those

12   interactions with fellow classmates and professors

13   to build on those skills, and that was tooken [sic]

14   away from me, you know, for me to go online.   If I

15   wanted to do online, then I would have started in    01:45

16   the online program.

17   BY MS. MAYHUGH:

18        Q   And just to be clear, is it your testimony

19   that while this language may reserve the right to

20   USC to change a class from in person to online, you    01:46

21   still don't think that it's fair?

22          MS. NOTEWARE:   Objection to the form.

23   Calls -- to the extent it calls for a legal

24   conclusion.

25          You can answer.    01:46

Page 134

1      THE WITNESS:  Like I said, I understand                01:46

2  the verbiage that they use, but I don't -- I don't

3  feel like that's what I agreed to when I signed up

4  for on-campus classes.

5           And, you know, that is -- I feel like that        01:46

6  verbiage is correct if I had -- if I had received

7  everything that USC promised, which was an immersive

8  experience, online classes, internship, community

9  immersion project, all of those things which I

10  didn't receive in full, but I paid full tuition.         01:46

11           MS. NOTEWARE:  You said online classes.

12  Did you mean --

13           THE WITNESS:  In-person classes, yeah, on

14  campus.  Sorry.

15  BY MS. MAYHUGH:                                           01:47

16      Q   You've mentioned an immersive

17  experience --

18      A   Yes.

19      Q   -- a couple of times today.  What

20  components make up that immersive experience that        01:47

21  you've been referencing today?

22      A   Again, meeting in person with clients

23  where I'm able, actually -- to actually practice my

24  therapy modalities, like motivational interviewing,

25  like cognitive behavioral therapy, like dialectical      01:47

                                                    Page 135

| | | |
|---|---|---|
| 1 | Tuition" heading states: | 02:05 |
| 2 | "Tuition is refundable entirely at the | |
| 3 | discretion of the university." | |
| 4 | A   Uh-huh. | |
| 5 | Q   Do you agree that USC reserved discretion | 02:05 |
| 6 | to decide whether to grant tuition refunds or not? | |
| 7 | MS. NOTEWARE:  Objection to the form to | |
| 8 | the extent it calls for a legal conclusion. | |
| 9 | THE WITNESS:  Uh-huh. | |
| 10 | MS. NOTEWARE:  Objection to the fact that | 02:05 |
| 11 | the client states she didn't read this document | |
| 12 | before. | |
| 13 | But go ahead. | |
| 14 | THE WITNESS:  I think that if they | |
| 15 | refunded my meal plan -- or my -- right -- they gave | 02:05 |
| 16 | me a partial reimbursement for the meal plan -- then | |
| 17 | they should also give me a partial reimbursement for | |
| 18 | the tuition because, again, the class quality and | |
| 19 | what I signed up for was not the same. | |
| 20 | Like I said, I didn't sign up to be in | 02:05 |
| 21 | three-hour online classes.  That's ridiculous. | |
| 22 | Like -- like, you know, like, could you imagine? | |
| 23 | Like -- it was -- it was just crazy. | |
| 24 | It's like I said.  Like, that's not what | |
| 25 | the program was that I signed up for.  I didn't sign | 02:06 |

Page 150

| | | |
|---|---|---|
| 1 | up for online.  You know, it was on-campus-based, | 02:06 |
| 2 | and that's what everything that I paid for was | |
| 3 | supposed to be, which is on-campus-based and not | |
| 4 | online. | |
| 5 | BY MS. MAYHUGH: | 02:06 |
| 6 | Q   But this sentence is saying that USC has | |
| 7 | the discretion, or not, to issue refunds; right? | |
| 8 | A   And I feel, like I said, which is they | |
| 9 | did.  They gave me a refund, right, on -- on my meal | |
| 10 | plan. | 02:06 |
| 11 | So if they -- if they feel like I'm owed a | |
| 12 | partial refund on a meal plan, then I feel like they | |
| 13 | should -- feel like I should be owed a partial | |
| 14 | refund for my educational -- you know, for my | |
| 15 | academics because that's what USC is about.  USC is | 02:06 |
| 16 | not a school for me to go learn to cook or go eat; | |
| 17 | it's for me to get an education. | |
| 18 | And I feel like, if I feel like I didn't | |
| 19 | receive the quality education that I paid for, that | |
| 20 | I'm still paying for, that they should consider a | 02:07 |
| 21 | refund, which is why I'm here today, is because I do | |
| 22 | feel like I'm owed a refund, and I want USC to | |
| 23 | consider that like they considered my meal plan. | |
| 24 | Q   You can put that document to the side for | |
| 25 | now. | 02:07 |

Page 151

HIGHLY CONFIDENTIAL

```
 1              MS. MAYHUGH:   And I'm going to ask Linh to      02:07
 2    please mark Tab 40 as Exhibit 79.
 3              (Exhibit 79 marked.)
 4              THE WITNESS:   You said 79?
 5              MS. MAYHUGH:   I did, yeah.                      02:08
 6              THE WITNESS:   Okay.   I'm opening it now.
 7    BY MS. MAYHUGH:
 8         Q    Do you recognize Exhibit 79?
 9         A    Yes.   Well, no, actually, I don't
10    recognize it, but it looks like it's -- you know,         02:08
11    it's the fees that were charged to my student
12    account, all the loans and things like that, and the
13    refunds as well.
14         Q    So I'll represent for the record that this
15    is your account itemization statement for the spring      02:08
16    2020 semester, which does, in fact, show the tuition
17    and fees paid for that semester.   It's a one-page
18    doc- --
19              MS. NOTEWARE:   For the record, it starts
20    in November of 2019.   Is that --                         02:08
21              THE WITNESS:   Uh-huh.
22              MS. NOTEWARE:   Is that for the fall --
23    fall or the spring semester?
24              MS. MAYHUGH:   I believe everything says
25    "SP 2020" afterwards, so it should be --                  02:09
```

Page 152

```
 1          A    Well, no.  You don't waive it because you      02:11
 2   have to have health insurance to attend USC.  So you
 3   have to provide them that you have health insurance,
 4   or you can't attend the university.
 5          Q    Thank you for that clarification.             02:11
 6               So just, as far as you're aware, for
 7   spring 2020, you provided your own health insurance
 8   so you didn't have to pay USC's; right?
 9          A    Exactly.
10          Q    Okay.  Okay.                                  02:11
11               MS. NOTEWARE:  But USC [inaudible].
12               THE WITNESS:  Yes, apparently.
13   BY MS. MAYHUGH:
14          Q    Let's go down to -- there's a student
15   health fee, SP 2020.                                      02:11
16          A    Uh-huh.
17          Q    It's the fourth line down.
18          A    Yes, it is.
19          Q    That looks like you were charged $366 for
20   spring 2020.                                              02:11
21               Do you recall that?
22          A    Yes.
23          Q    What's your understanding of what the
24   student health fee is for?
25               MS. NOTEWARE:  Objection to the form.         02:12
```

Page 155

1   Lack of foundation; calls for a legal conclusion.        02:12

2           But you can -- you can answer to the

3   extent you know.

4           THE WITNESS:  I assume that the health fee

5   is to help you receive services on campus.  I know      02:12

6   they have, like, a counseling center and,

7   like -- like, you know -- like, you can get a TB

8   test.  At least that -- that was kind of what I paid

9   for when I went to Dominguez.  That was kind of what

10  the student health fee paid for, was those services     02:12

11  that you may want to utilize on campus.

12          But I didn't want to utilize those

13  services, you know, based on the lawsuit that they

14  had going with that gynecologist.  So I was like,

15  yeah, no, not for me.                                    02:12

16  BY MS. MAYHUGH:

17      Q   So -- and I just want to stick with the

18  spring 2020 semester.  Are you saying that you did

19  not use any of the student health center services --

20      A   No.  I never used any -- any of those            02:12

21  services for the student health, no, not that I'm

22  aware.

23      Q   And did you use any student health

24  services after the transition to remote education in

25  spring 2020?                                             02:13

                                                 Page 156

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | used the student health center's telehealth services | 02:19 |
| 2 | after the transition to remote education in spring | |
| 3 | 2020; is that right? | |
| 4 | MS. NOTEWARE:  Objection.  Lack of | |
| 5 | foundation. | 02:19 |
| 6 | You can -- | |
| 7 | THE WITNESS:  Again, I already told you, | |
| 8 | no, I would not have used any of their facilities | |
| 9 | unless I absolutely had to just based on the issues | |
| 10 | that were already currently happening -- happening | 02:19 |
| 11 | with the university with the prior gynecologist and, | |
| 12 | you know, all of that stuff. | |
| 13 | So that kind of turned me off, as far as | |
| 14 | the university was concerned, and so I did not want | |
| 15 | to receive those services from them. | 02:20 |
| 16 | BY MS. MAYHUGH: | |
| 17 | Q    You can set that document to the side. | |
| 18 | Did you pay a student programming fee for | |
| 19 | the spring 2020 semester? | |
| 20 | A    I don't -- I don't -- I don't recall that | 02:20 |
| 21 | verbiage, so I don't know what that would be | |
| 22 | referring, like, to, and I don't know all of the | |
| 23 | fees.  I paid -- I just made sure they were paid so | |
| 24 | I could attend the class. | |
| 25 | Q    Let's turn back to Exhibit 40, your | 02:20 |

Page 162

HIGHLY CONFIDENTIAL

1    account itemization statement.  I am sorry.                    02:20

2    Exhibit 79.

3         A    79.  Okay.

4         Q    And I believe it's right under the student

5    health fee we were just --                                    02:20

6         A    Oh, yeah, graduate program, yes.  I

7    remember.

8         Q    So does this jog your memory that you paid

9    $43 for a graduate student programming fee in the

10   spring 2020 semester?                                         02:21

11        A    Yes.

12        Q    And what was your understanding of what

13   that student programming fee was for?

14        A    Just for graduate students.  I don't

15   understand -- like I said, I don't really know what            02:21

16   it was for.  I'm going to be honest.  I just know

17   that we had to pay it every semester.

18             So I'm assuming that it was, you know,

19   something to do, like, with the university to help,

20   you know, keep it running or, you know, something              02:21

21   like the health fee, you know, where, you know -- I

22   don't know.  But, like I said, I don't know exactly,

23   you know, what it was for.

24        Q    And I skipped one here.  There's an "N

25   Topping Student Aid Fund SP" -- well, it says "202."          02:21

HIGHLY CONFIDENTIAL

1    I'm assuming that was spring 2020 and then some $8                    02:21

2    charge.

3            Do you see that?

4        A    Yes.    I don't remember that because I

5    remember applying for that scholarship, but I didn't                  02:21

6    get it, so I don't know why $8 would be there.

7        Q    Okay.    So you don't know what the $8 fee

8    is for?

9        A    Yeah.    I don't know what that $8 fee is

10   for.    I do -- like I said, I do remember applying                   02:22

11   for that club, or it was, like, a group, but it was

12   the Topping Fund, and I did apply, but I did not,

13   like, get a position in the club.

14           And that was, like, when I first started.

15   So, like I said, I don't know why the $8 charge is                    02:22

16   there.

17           MS. MAYHUGH:    Okay.    Linh, can you please

18   mark Tab 41 as Exhibit 81.

19   BY MS. MAYHUGH:

20       Q    And, Ms. Watson, if you can just let me                      02:22

21   know when you have that up.

22       A    80?

23       Q    Should be 81, I believe.

24       A    81.    Okay.    No, not yet.

25           (Exhibit 45 previously marked.)                               03:11

                                                        Page 164

```
 1              MS. NGUYEN:  Sorry.  So that one was also      02:22

 2    previously marked in a prior deposition.  So it's

 3    Exhibit 45.

 4              THE WITNESS:  Got it.  45.

 5              MS. MAYHUGH:  Okay.  So Exhibit 45,             02:23

 6    previously marked, is a two-page document.  The

 7    first page has Bates Number USC000130035.

 8    BY MS. MAYHUGH:

 9        Q   Ms. Watson, I'll represent to you that

10    this is a printout from USC's web page, the "Common   02:23

11    Fees and Transactions" portion of that web page.

12              Are you familiar with this USC web page?

13        A   No, I'm not familiar with this web page.

14        Q   Okay.

15        A   I've probably seen it, like I said, in     02:23

16    passing, but I have not, like, you know, explored it

17    or anything.

18        Q   Okay.  And towards the bottom of -- well,

19    let me just -- do you have any reason to doubt that

20    this is from USC's web page, website?                 02:24

21        A   No.  No.

22        Q   It has a list of fees here including the

23    one we were just discussing, "Norman H. Topping

24    Student Aid Fee."  It's toward the bottom of the

25    first page and continues on to the second page.        02:24
```

Page 165

```
 1      A    Uh-huh.                                          02:24

 2      Q    And it says:

 3           "In 1970, USC students elected to assess

 4           themselves a mandatory fee each semester

 5           to support the Norman Topping Student Aid       02:24

 6           Fund which provides scholarships for

 7           low-income students."

 8           Do you see that?

 9      A    Oh, yeah.   I see where they charged that

10  $8, even though I didn't pursue it, but I get it,       02:24

11  so.

12      Q    And so this fee is to fund scholarships

13  for low-income students; right?

14      A    Yeah, like myself, so I don't mind it

15  coming out.                                              02:24

16      Q    And it doesn't have anything to do with

17  in-person instruction, does it?

18      A    Not that -- not from what that says.   It's

19  just to, hopefully, provide, you know, scholarships

20  for low-income student, so everybody kind of           02:25

21  contributes.

22      Q    Let's turn back to Exhibit 79, your

23  account itemization statement, if you can.

24      A    Okay.   I'm ready.

25      Q    Looking at the statement, did you pay any      02:25
```

Page 166

August 8, 2022

https://web.archive.org/web/20200926054841/https://sfs.usc.edu/student-account/common-fees/

https://sfs.usc.edu/student-account/common-fees/    Go

61 captures
20 Jun 2016 - 26 Jul 2022

SEP SEP FEB
26
2019 2020 2021

About this capture

## Student Financial Services

USC University of Southern California

Payment Options   Your Student Account   Dates and Deadlines   Tax Information   Loans   Refunds   Agency Billing   Log In to USCe.pay   Search

Home › Your Student Account › Common Fees and Transactions

# Common Fees and Transactions

Tuition and fees may vary by program of study, location and the number of enrolled credit hours.

## Commitment Deposit

Admitted students are required to pay a nonrefundable commitment deposit. These deposits will be credited to your student account after you register for classes.

If you have registered for classes and the credit does not appear on your account, or if you have a question regarding your commitment deposit:

- contact the Admissions Office (undergraduates)
- visit the Graduate Admissions website (graduate and professional students)

## New Student Fee

First-time students attending classes on the University Park, Health Sciences or Downtown Los Angeles campuses must pay a fee that supports various Welcome Week activities.

The fee is in addition to any fees for attending out-of-state or on-campus orientation sessions. For more information, contact the Office of Orientation.

## Tuition and Fees

The USC Schedule of Classes details the tuition and fees for the current academic year.

## Academic Department Fees

Academic departments may charge additional fees based on your degree program or registered courses. Visit the Schedule of Classes for more information.

## Health Insurance

You are automatically enrolled in the USC Student Health Insurance Plan if you are:

- a domestic student enrolled in six or more units
- an international student enrolled in any number of units
- a Health Sciences Campus student enrolled in any number of units

If you already have health insurance, you may be eligible to waive the USC plan. The Engemann Student Health Center maintains information on coverage and rates and how to waive coverage.

## Health Center Service Fee

In addition to health insurance, USC has a mandatory student health center fee, the fee funds public health and preventative care for the student community, and underwrites the medical and mental health direct services. This fee cannot be waived.

## Housing

The USC Housing website includes detailed information on fees assessed as well as how rent and utilities are billed.

## Late Fees/Finance Charges

Any charges not paid by the settlement deadline will result in your account being past due. This includes any payment rejected by the bank for insufficient funds. Past-due accounts are subject to late fees, finance charges and holds, which could prevent you from registering for classes.

## Late Registration Fee

If you register after the settlement deadline, you will be assessed a late registration fee.

## Meal Plans

For information on options and costs or to change your USC meal plan, visit the USC Hospitality website.

## Norman H. Topping Student Aid Fee

YOUR STUDENT ACCOUNT

Understand Your Bill
Common Fees and Transactions
Removing a Hold
Past-Due Balances

Exhibit
Defs 0045
Gomez

USC000130035

to support the Norman Topping Student Aid Fund, which provides financial aid to low-income students.

### Overseas Travel

For special fees and insurance related to study-abroad and other overseas programs, contact your school or department.

### Parking

Information on parking pass rates and settlement on citations is available at the USC Transportation Services website.

### Returned Item Fee

A returned item fee of $25 is assessed for a check or electronic fund transfer returned by the bank for any reason, or if a bank cardholder disputes a card transaction.

### Student Programming Fee

Undergraduates enrolled in six or more credit hours are assessed a student programming fee each semester. All graduate students, regardless of credit hours, pay a graduate student programming fee each semester.

### Student Services Fee

For fall 2020 only, USC will assess a $100 student services fee to all students.  This will fund various activities normally funded through separate fees (including the student health and programming fees and the Topping fund).

### Tuition Refund Insurance

Students are automatically enrolled in Tuition Refund Insurance each term. The insurance refunds tuition and fees to a student who must withdraw from all classes due to illness or accidental injury. However, you may waive the coverage.

### USCard

If you deposited discretionary funds to your USCard through your student account, a charge will appear on your bill.

### USC Ticket Office

USC athletic ticket purchases may appear as expenses on your student account, through your USCard.

## Student Financial Services

Contact Us

RELATED WEBSITES

Financial Aid

Office of Academic Records and Registrar

Schedule of Classes

Office of International Services

Site by USC ITS Web Services    Take a brief survey about our website    Privacy Notice

USC000130036

```
***********************************************************************
U N I V E R S I T Y   O F   S O U T H E R N   C A L I F O R N I A
19:07:33  06-18-20   A C C O U N T   I T E M I Z A T I O N        Page 1

UID 7286-6332-89  Watson, Latisha, Monique              02  5288154

   Account   Balance  :      0.00    Loan  Balance    :  ████████
   Billing   Balance  :      0.00    Credit Available :
   Deferment Balance  :      0.00    Future Charges   :      0.00
   Agency    Balance  :      0.00    Future Credits   :      0.00

   Date   Description                   Reference      Amount    BillBal
   --------------------------------------------------------------------
   *************** PRINTING TRANSACTIONS WITH DATES >= 11/20/19 ***************
   11/25/19 Student Health Insurance  Sp2020              1365.00     1365.00
   11/25/19 Graduate Tuition Sp2020                      26992.00    28357.00
   11/25/19 N. Topping Student Aid Fund Sp202                8.00    28365.00
   11/25/19 Student Health Fee Sp2020                      366.00    28731.00
   11/25/19 GRAD Student Programming Fee Sp20               43.00    28774.00
   11/25/19 Tuition Refund Insurance Sp2020               112.38    28886.38
```
████████████████████████████████████████████████████████████████
```
   12/23/19 Apartment Meal Plan Sp2020     AptMP          675.00    22561.38
```
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
```
   05/19/20 Apartment Meal Plan Sp2020     AptMPCrt      -480.56     -480.56
   05/19/20 ACH Refund to Bank Account                    480.56        0.00
```

**Exhibit
Defs 0079**
Watson

Highly Confidential                                                    USC000001145