# EXHIBIT 16

## REDACTED PURSUANT TO STIPULATED PROTECTIVE ORDER [ECF 117]

1

1  UNITED STATES DISTRICT COURT

2  CENTRAL DISTRICT OF CALIFORNIA

3  WESTERN DIVISION

4

5

6  IN RE: UNIVERSITY OF SOUTHERN       No. 2:20-cv-04066-DMG-PVC
   CALIFORNIA TUITION AND FEES
7  COVID-19 REFUND LITIGATION

8

9

10  _____/

11

12

13  *C O N F I D E N T I A L*

14  REMOTE VIDEO DEPOSITION OF 30(B)(6) WITNESS

15  GREGORY CONDELL, DESIGNEE OF THE

16  UNIVERSITY OF SOUTHERN CALIFORNIA

17  October 28, 2022

18  9:36 a.m.

19

20

21

22  REPORTED BY:

23  Kristi Caruthers

24  CLR, CSR No. 10560

25  JOB NO. 2022-865879

1            MR. NORTON:  Objection; outside the scope.
2            THE WITNESS:  Given the time remaining in
3    the fiscal year, there was less analysis than the
4    following fiscal year.
5    BY MS. DRAKE:
6         Q.  When did fiscal year 2020 end?
7         A.  June 30th.
8            MS. DRAKE:  I'm going to show you what
9    I've marked as Exhibit 52.
10           (Whereupon, Condell Exhibit 52 was
11           marked for identification by the
12           court reporter and is attached
13           hereto.)
14   BY MS. DRAKE:
15        Q.  You can take as long as you want to look
16   at it.  I'll just tell you my first question is just
17   going to be do you know what this is.
18           (Document reviewed by the witness.)
19           THE WITNESS:  I do.
20   BY MS. DRAKE:
21        Q.  What is it?
22        A.  It's a presentation related to our
23   enrollment and a -- to the board of trustee --
24   enrollment and other topics to the board of
25   trustees.

1        Q.  And this was given to the board of
2   trustees on May 13th, 2020; is that right?
3        A.  Correct.
4        Q.  I'd like to direct your attention in
5   particular to the section that is called "Update on
6   Our Finances."  It begins on Page 7.  I -- I'm not
7   sure, frankly, if I'm controlling your screen or
8   not.
9            Did I just move you to Page 7, or do you
10  need to do that on your own?
11       A.  I'm navigating, but I'm there.
12       Q.  Okay.  Okay.  Great.  If you could look at
13  that page and then also Pages 8 and 9 and just let
14  me know after you've had a chance to see what's on
15  those.
16       A.  I have seen them.
17       Q.  Okay.  And did you -- have you seen these
18  before today?
19       A.  Yes, I have.
20       Q.  Did you participate in preparing those?
21       A.  Yes, I did.
22       Q.  Tell me what your role was.
23       A.  The role was assembling information and
24  building this presentation.
25       Q.  Did you actually prepare the slides that

1  are at Pages 8 and 9?
2           MR. NORTON:  Objection; vague and
3  ambiguous.
4           THE WITNESS:  I did not.
5  BY MS. DRAKE:
6      Q.  Do you know who did?
7      A.  McKinsey & Associates.
8      Q.  Did you assist McKinsey in gathering the
9  data for this presentation?
10     A.  I did.
11     Q.  Did you also participate in the analysis
12  with McKinsey, providing them information in order
13  to conduct it?
14          MR. NORTON:  Objection; vague and
15  ambiguous.
16          THE WITNESS:  I participated in the
17  analysis for -- yeah, for this.
18 BY MS. DRAKE:
19     Q.  And is it fair to say that Slide 8 shows
20  anticipated or a projected potential negative impact
21  to USC from COVID-19?
22          MR. NORTON:  Objection; document speaks
23  for itself.
24          THE WITNESS:  Yes.
25  ///

```
 1   BY MS. DRAKE:
 2        Q.  And the following slide addresses
 3   potential ways that the university might address
 4   that negative impact; is that correct?
 5            MR. NORTON:  Objection; outside the scope,
 6   vague and ambiguous.
 7            THE WITNESS:  In the fiscal '21 year, yes.
 8   BY MS. DRAKE:
 9        Q.  Okay.  At the Page 8, the slide titled
10   "Summary of Preliminary Gap Sizing," as to --
11   there's a differentiation in fiscal year '20.
12   There's COVID university only and then COVID health
13   system.
14            COVID health system refers to the hospital
15   that USC runs; is that correct?
16            MR. NORTON:  Objection; outside the scope.
17            THE WITNESS:  Correct.
18   BY MS. DRAKE:
19        Q.  And the university refers to the
20   undergraduate and graduate schools; correct?
21        A.  That is a portion of the university
22   activity that's encapsulated in the university only
23   row, yes.
24        Q.  What is in the university only row outside
25   of undergraduate and graduate education?
```

```
 1        A.   Research.
 2        Q.   How much of the projected negative impact
 3   was lost revenues?
 4        A.   I don't understand the question.  You've
 5   got a couple of -- couple of different categories, a
 6   couple of different fiscal years.
 7        Q.   So let's talk about fiscal year '20 for
 8   the university only.
 9             How much of that 125- to 160- was lost
10   revenues as opposed to new costs?
11        A.   At that point in time within that range --
12   so this range was a point in time.  Given that it's
13   a range, I would say about a 60/40 split.
14        Q.   In which direction?
15        A.   60 in terms of lost revenue and 40 in
16   terms of costs.
17        Q.   You said the word "refunds."
18             Are you putting that in the cost category?
19        A.   No, that would be in the revenues
20   category, the refunds for dining and housing.
21        Q.   What are the primary components of the
22   cost category?
23        A.   The primary components of the cost
24   category is the technology enablement to deliver
25   coursework online, additional cleaning, personal
```

1  protective equipment.
2     Q.  Anything else?
3     A.  That -- that describes the material
4  amounts of cost there.
5     Q.  And what's your -- what is the basis for
6  the 60/40 number that you offered?
7     A.  The recollection between the lost revenue
8  for auxiliary regular operations outside of dining
9  and housing, parking, that sort of thing, the
10 refunded dining and housing contracts.  Those would
11 be examples of the revenues.
12    Q.  Did this scenario account for any cost
13 savings that the university would experience as a
14 result of COVID-19?
15        MR. NORTON:  Objection; assumes facts.
16        THE WITNESS:  It did, but they were
17 relatively immaterial in amount.
18 BY MS. DRAKE:
19    Q.  What were they?
20    A.  The most significant cost savings would be
21 cost of goods in our -- cost of materials in our
22 dining operation against which we netted the lost
23 revenues to come up with this measure.
24        So we didn't have to buy food -- I guess
25 that would be a reduced cost.  We didn't have to buy

Case 2:20-cv-04066-DMG-PVC   Document 221-20   Filed 01/19/24   Page 9 of 17   Page
In Re: USC Tuition and Fees COVID-19 Refund Litigation    ID #:9520    Gregory Condell
30(b)(6), Confidential                                                October 28, 2022

38

1  food to serve to students, but the -- the impact
2  that was measured here was already netted.  That
3  cost was netted out.  So that's why, if I had to
4  identify the biggest reduced cost, it would be
5  the -- the food we didn't buy to -- to serve to
6  students.  But again, the revenue -- the impact was
7  revenue less avoided expenses.
8       Q.  Now, you just said the impact was revenue
9  less avoided expenses, but that was assuming, just
10 for purposes of this slide, that none of the
11 potentially mitigating measures taken on the next
12 slide were taken; correct?
13          MR. NORTON:  Objection; overbroad,
14 misstates testimony, vague and ambiguous.
15          THE WITNESS:  Between -- so these -- the
16 mitigating actions in the following fiscal year
17 we're assuming a full fiscal year.
18 BY MS. DRAKE:
19      Q.  Right.  I just am -- all I'm -- all I'm
20 trying to ask, and I may not have asked my question
21 properly or clearly:  The numbers on Slide 8 do not
22 include an assumption that any of the measures
23 outlined on Slide 9 occur; correct?
24          MR. NORTON:  Objection; outside the scope,
25 vague and ambiguous, lacks foundation.

Case 2:20-cv-04066-DMG-PVC   Document 221-20   Filed 01/19/24   Page 10 of 17
Page ID #:9311
In Re: USC Tuition and Fees COVID-19 Refund Litigation
30(b)(6), Confidential
Gregory Condell
October 28, 2022

42

1  far reduced from this, less -- like less than
2  half of --
3  BY MS. DRAKE:
4      Q.  Approximately how much --
5      A.  Less than half that range.
6      Q.  I'm sorry.  I didn't mean to interrupt
7  you.
8      A.  Less than half that range, you know,
9  probably half of the lower end of that range.
10     Q.  So around 63 million?
11         MR. NORTON:  Same objections.
12         THE WITNESS:  Around 60-.
13 BY MS. DRAKE:
14     Q.  60 million?
15     A.  Yeah.
16     Q.  The university did provide refunds for
17 dining and housing; correct?
18         MR. NORTON:  Objection; vague and
19 ambiguous.
20         THE WITNESS:  The university provided
21 refunds for housing for students with contracts in
22 university residence halls, university-owned
23 residence halls, and refunds for university dining
24 hall contracts.
25 ///

Case 2:20-cv-04066-DMG-PVC   Document 221-20   Filed 01/19/24   Page 11 of 17
Page ID #:9512

In Re: USC Tuition and Fees COVID-19 Refund Litigation
30(b)(6), Confidential

Gregory Condell
October 28, 2022

61

```
 1            MS. DRAKE:  Okay.
 2            THE WITNESS:  Still rendering.
 3            MS. DRAKE:  That's fine.  Take your time.
 4            (Document reviewed by the witness.)
 5            THE WITNESS:  When I toggle back and
 6   forth, they need to re-render, so I'll --
 7            MS. DRAKE:  Okay.  Well --
 8            THE WITNESS:  -- try not to do that too
 9   much.
10   BY MS. DRAKE:
11       Q.  I have super basic questions about them,
12   so let me just tell you what my -- what my questions
13   are.
14       A.  Okay.
15       Q.  Do Exhibits 56 and 57 reflect the tuition
16   and fees that USC charged in 2020 and '21
17   respectively?
18            MR. NORTON:  Objection; outside the scope,
19   overbroad.
20            THE WITNESS:  For the -- yes.
21   BY MS. DRAKE:
22       Q.  Certain fees, it appears, were eliminated
23   in the 2020 to 2021 statement; is that correct?
24            MR. NORTON:  Objection; outside the scope.
25            THE WITNESS:  Could you point one out
```



# President's Report

Board of Trustees – Executive Committee Meeting
May 13, 2020

Highly Confidential

EXHIBIT
052

USC000085231

## Summary of preliminary gap sizing



Highly Confidential

USC000085238

USC Catalogue 2020-2021 [ARCHIVED CATALOG]

[ARCHIVED CATALOG]

# Tuition and Fees (Estimated), Fall 2020

**Catalogue Search**
Entire Catalogue
Search Catalogue
☐ Whole Word/Phrase
Advanced Search

- Catalogue Home
- About USC
- Administration
- Admission and Orientation
- Tuition and Fees
- Academic Calendar
- The Schools and Academic Units
- Programs, Minors and Certificates
- Programs by School
- Courses of Instruction
- Schedule of Classes
- Academic and University Policies
- Undergraduate Education
- Graduate and Professional Education
- The Graduate School
- About the Catalogue
- Past Catalogues

- Tuition (semester), (Estimated)
- Mandatory Fees (Estimated)
- Special Fees (Estimated)
- Late Registration and Late Settlement Fees
- Obligation for Payment
- Methods of Payment
- Billing Information
- Refund of Tuition
- Exit Loan Counseling
- Tuition Assistance Benefits
- Cancellations
- Drops
- Financing Alternatives
- Student Health Insurance
- Veterans' Benefits
- Naval Reserve Officer Training Corps (NROTC)
- Air Force Reserve Officer Training Corps (AFROTC)
- Army Reserve Officer Training Corps (AROTC)

Tuition is payable in advance unless special arrangements are made for deferred payments as described below. Tuition is the same for resident and nonresident students. Registration is completed when the bill has been settled.

Auditors pay the regular tuition rate. Auditors are not required to participate in class exercises (discussions and examinations); they receive no grades or credit and there is no transcript notation of courses taken for audit. An instructor, dean or university officer may give permission to an individual to attend a class as a guest. Otherwise, attendance in class is limited to enrolled students.

These fees are based upon current information available at the time of publication and are subject to possible later change. The university reserves the right to change without notice any of the terms stated herein.

The number of units for which tuition is charged is indicated by the number in parentheses after the title of each course listed under Courses of Instruction.

## Tuition (semester), (Estimated)

| | |
|---|---:|
| **Undergraduate Students** | |
| (12–18 units) | $29,630.00 |
| unit basis | 1,995.00 |
| **Graduate Students** | |
| (15–18 units) | 29,630.00 |
| unit basis | 1,995.00 |
| Advanced Dentistry (per trimester) | 34,076.00 |
| **Dentistry (per trimester)** | |
| Session 006 | 33,715.00 |
| **Dental Hygiene (per trimester)** | |
| Session 007 | 27,462.00 |
| **Special Dental International Students** | |
| (per trimester) Session 008 | 33,715.00 |
| **Engineering Graduate units (500 level and above)** | |
| unit basis | 2,148.00 |
| **Law Session 002** | |
| flat fee basis (13–17 units) | 34,314.00 |
| unit basis | 2,654.00 |
| **Medicine Session 003** | |
| flat fee basis | 33,075.00 |
| **Master of Physician Assistant Practice** | |
| flat fee basis | 29,630.00 |
| **Pharmacy Session 004, 005** | |
| flat fee basis (15–18 units) | 30,448.00 |
| unit basis | 2,029.00 |
| **Graduate Cinema Session 037** | |
| unit basis (no flat fee) | 2,122.00 |
| **Business Graduate (500-level and above)** | |
| unit basis | 2,050.00 |
| **Doctor of Physical Therapy** | |
| full year for year 1 and 2 students | 72,190.00 |
| partial year for year 3 students | 43,615.00 |
| **Master of Real Estate Development Session 038** | |
| flat fee basis (16–18 units) | 35,408.00 |
| unit basis | 2,213.00 |

## Mandatory Fees (Estimated)

| | |
|---|---:|
| Application Fee, undergraduate (not refundable) | 85.00 |
| Application Fee, graduate applicants (not refundable)* | 90.00 |
| *Please note that professional programs have their own separate fees (e.g. MD, JD, DDS, PharmD) | |
| Commitment Deposit, undergraduate (not refundable but applicable to tuition and fees) | 300.00 |
| Commitment Deposit, graduate and professional (not refundable but applicable to tuition and fees): Students should consult their academic department or school. | |
| New Student Fee (undergraduate) **(For fall 2020 only)** | 100.00 |
| New Student Fee (graduate) | 55.00 |
| Student Services Fee **(*For fall 2020 and spring 2021)** | 100.00 |

*For fall 2020 and spring 2021, USC will assess a $100 student services fee to all students. This fee will fund various activities normally funded through separate fees (including the student health and programming fees and the Topping fund).

## Special Fees (Estimated)

| | |
|---|---:|
| Parking Fees: please visit the Transportation Website at usc.edu/parking. | |
| Petition Processing Fee for Registration Exceptions | 150.00 |
| **Student Identification Card (USCard)** | |
| Replacement with mag stripe | 25.00 |
| Replacement with Prox contactless | 25.00 |
| Required of all students. Students must be registered before a card is issued. The fee may be assessed for each replacement of identification card. | |
| Laboratory Fees | 5.00 – 500.00 |
| For certain laboratory courses in architecture, biological sciences, chemistry, engineering, fine arts, geological sciences, physical education and physics. These fees are variable, and students should consult the current *Schedule of Classes* for amount of individual fees. | |
| Dissertation Fee | 115.00 |
| For USC Libraries and Graduate School processing of doctoral dissertation | |
| Thesis Fee | 105.00 |
| For USC Libraries and Graduate School processing of master's thesis | |
| Application for re-entry | no charge |
| Special Subject Examination (one-half per-unit rate regardless of units per course) | 964.00 |
| Late articulation petition fee | 150.00 |
| Articulation of international undergraduate transfer credit | 205.00 |
| Diploma reissue fee | 125.00 |

## Late Registration and Late Settlement Fees

| | |
|---|---:|
| First week | 100.00 |
| Second week | 100.00 |
| Third week | 100.00 |

Registration is not permitted after the third week of classes.

The university currently assesses a monthly finance charge on all past due balances. The current annual rate is 12 percent, subject to change.

A "returned check charge" of $25 is assessed for a check or e-check returned by the bank for any reason. Under California Civil Code #1719, a returned check may create a liability for treble (three times) the amount owed, but not less than $100. Any returned items will void outstanding deferments, making all balances due in full immediately. The university may, at its option, cancel enrollment of any student whose check is returned unpaid by the bank. If the university does not exercise this option, the student will be responsible for all tuition and fees incurred. Students and parents should be aware that non-local checks may be held by the bank for the maximum time allowed by law. Please allow ample time for non-local funds to be made available by the date payment is due.

## Obligation for Payment

EXHIBIT
056

USC000114204

Request for registration constitutes a legal financial obligation to which students will be held liable if they do not follow the proper procedure to change or cancel their registration through the Office of Academic Records and Registrar. They must receive written confirmation (the Registration Confirmation form) to verify their registration has been received in my USC.

By registering, students agree to be held responsible for all tuition and fees, including, but not limited to, payments derived from loans or grants from the United States government, and agencies of foreign governments.

Tuition and fees for all students, including those whose tuition has been deferred, become an obligation in accordance with the provisions of the Withdrawal Refund Policy as follows: Tuition and fees are due, in full, by the settlement deadline. Failure to make payments of any indebtedness to the university when due, including but not limited to tuition, deferred tuition, housing, student loans, lab fees and USCard, is considered sufficient cause, until the debt is settled with the university to (1) bar the student from classes and examinations; (2) withhold diploma or scholastic certificate; (3) bar the student from university housing; (4) suspend all university services and privileges; (5) suspend the student; (6) assign the student to a collection agency (students who have been assigned to an outside collection agency may be required to pay in advance for all future registrations and services); and (7) report the student to a credit bureau. This policy will be equally enforced against debts discharged through bankruptcy.

Permission to cancel enrollment does not constitute, nor shall it be construed as, a waiver by the university of a student's financial obligation. Students are still responsible for all outstanding debts and contracts with the university. Furthermore, a student must not have any delinquent financial obligations to USC at the time classes begin or his or her registration may be revoked.

For additional information please contact the Cashier's Office, Student Union 106 (STU 106), (213) 740-7471.

### Methods of Payment

You may pay your bill online (sfs.usc.edu/epay), by mail or in person. If you are paying by mail, be sure to mail your payment early enough for the university to receive it by the settlement deadline.

USCe.pay allows you to manage your student account online. You can pay your tuition and fees by transferring funds from your savings or checking account (via ACH) or by wire. As of July 1, 2020, USC will no longer accept credit cards for payment of tuition and fees. You can also print e-receipts and view your billing statements or current account information. In addition, you can set up individual guest user access for parents or anyone else you choose so they can make payments on your account. For more information, visit sfs.usc.edu/epay. To access your USCe.pay account, log in to myUSC (my.usc.edu) and select the USCe.pay link.

In fall and spring semesters, USC offers a monthly payment plan. An application must be made each term after the student has registered for classes but before the settlement deadline.

More detailed information about student accounts, settlement options and procedures is available at sfs.usc.edu.

### Financial Aid

Financial aid recipients will have most of their available financial aid (such as scholarships, grants, loans and graduate assistantship tuition awards) applied to their university accounts each semester as direct credits against their total charges. Federal and state aid such as Pell Grants, Supplemental Educational Opportunity Grants, Cal Grants, Direct Loans and Direct PLUS Loans are applied to student accounts no sooner than 10 days before the first day of classes for the term. Students must complete all application steps and meet all disbursement requirements before funds will be applied to their accounts. For details, visit financialaid.usc.edu.

Federal Work-Study awards are not reflected as credits on a student's account. These awards are earned through employment, either on-campus or with an approved off-campus employer. The student is paid by check or direct deposit bi-weekly for hours worked and may earn up to the amount of the Federal Work-Study award under the program.

### Billing Information

Monthly billing notifications on all active student accounts are emailed to the student's official USC email address (ends in @usc.edu) and to their designated guest users. USC does not mail printed statements to currently enrolled students.

In accordance with the Family Educational Rights and Privacy Act, university representatives will not disclose any specific information about a student's account to any third party (including family members) without the student's permission. Information about granting permission is available on the Student Financial Services Website for parents and sponsors (sfs.usc.edu/epay/).

Although the university will accept payments from a third party, the student is responsible for settling all debts to the university by the appropriate deadlines.

### Refund of Tuition

Tuition is refundable entirely at the discretion of the university. Refunds will be computed as of the date on which a student cancels or drops a course through the Registration Department. Request for a refund must be made to the Cashier's Office.

Refunds for the regular/general 12- to 15-week fall or spring session are made through the end of the third week of classes (the refund deadline). No refunds are issued for classes canceled after the deadline.

If you are enrolled in any other fall or spring session, or if you are enrolled in the summer, a different refund deadline may apply. Verify the refund deadline for a specific course on the *USC Schedule of Classes* by clicking the calendar icon that appears next to the course.

If students receive Title IV federal financial aid funds (Pell Grant, SEOG, Federal Direct Loan, Federal Direct PLUS Loan) and withdraw from all classes after the refund deadline, they may be required to return any "unearned" Title IV federal financial aid, even if they are not entitled to a refund of tuition. Refer to Withdrawal Implications for Recipients of Financial Aid for more information.

### Tuition Refund Insurance

Elective insurance is available that provides full coverage for tuition and mandatory fees (excluding health insurance) for you if you suffer a serious illness or accident that makes it necessary for you to leave the university before the semester is completed.

### What Tuition Refund Insurance Covers

The insurance covers 85 percent of the tuition and mandatory fees (excluding the student health insurance fee) for the semester if a student withdraws from all classes due to injury or sickness. For withdrawals from all classes due to a psychological or emotional condition (as defined in the DSM-IV manual), the coverage is 85 percent provided the student is confined in a hospital for two consecutive days during the term. The plan covers payments made directly by the student, loans, grants or scholarships. USC grants and scholarships are credited back to the university and loans may be credited back to the lender as determined by the Financial Aid Office.

By default, at the time you register, Web Registration will enroll you in Tuition Refund Insurance. This will result in a charge equal to approximately .35 of 1 percent of your tuition and mandatory fees, which will be added to your student account.

If you wish to remove Tuition Refund Insurance after you have registered, you may make the change on Web Registration (my.usc.edu and webreg.usc.edu) by clicking the Tuition Refund Insurance tab and following the prompts. You may decline tuition refund insurance up until the end of week three (session 001) or the 20 percent mark of all other sessions in the fall or spring semester. For all summer sessions, the deadline is the 80 percent mark of session 050, deadline to drop with a mark of W. In summer 2020, the deadline is June 23, 2020.

The Tuition Refund Plan is offered through a private insurance carrier, A.W.G. Dewars, Inc. (collegerefund.com). Further information and application brochures are available from the Cashier's Office and Academic Records and Registrar. Information is also available online at arr.usc.edu/services/registration/tuitionrefund.html.

### Exit Loan Counseling

All students who borrowed a Direct Loan or Direct Graduate PLUS Loan must complete exit loan counseling when they graduate, withdraw or are no longer enrolled at least half time. Exit loan counseling is a two-part requirement for borrowers of Direct and/or Direct Graduate PLUS loans. First, a borrower must complete online exit loan counseling at iGrad. This online process takes about 30 minutes. Second, a borrower must also participate in an in-person exit loan counseling information session or an exit loan counseling webinar. Information and schedules for in-person exit loan counseling and webinars is available online at financialaid.usc.edu at the end of each semester.

Students who have borrowed a Health Professions Student Loan, Loans for Disadvantaged Students, Primary Care Loan or any academic loan, must complete an online session at heartlandecsi.com. Diplomas and transcripts will not be released if the student does not complete exit loan counseling.

### Tuition Assistance Benefits

The Tuition Assistance Benefits program provides USC tuition payments for eligible faculty and staff and their spouses or registered domestic partners and children. The amount of tuition payment varies based on who is taking the class, the type of class and the maximum number of units eligible for assistance. Tuition assistance is limited to tuition and does not apply to any fees or books. See the Tuition Assistance Benefits Program document available online at benefits.usc.edu for complete information about eligibility and requirements.

Tuition assistance eligibility does not guarantee the student admission to the university. The prospective student must apply for university admission through the USC Admission Office.

Only those USC classes for which a student may register and receive a registration confirmation are eligible for Tuition Assistance Benefits. Special education programs, seminars, certificate programs and other classes not listed in the *USC Catalogue* are not eligible for tuition remission.

An employee must be employed by the university in a tuition-benefits-eligible position on or before the first day of classes in the semester for which application is made. Please note that the "first day of classes" refers to the first day classes are in session for the semester, not the first day the specific class in which the student is enrolled meets. Conversely, the "end of the semester," refers to the last day classes are in session for the semester, not the last day the specific class in which the student is enrolled meets. This includes the summer semester, which has different "sessions" but still has very specific semester start and end dates (see Academic Calendar). A student who receives tuition assistance is responsible for payment of a prorated amount of tuition assistance if certain changes in employment status of the employee or sponsoring employee occur during the semester. General information about the tax liability for certain types of tuition assistance is included in the policy. Application forms for tuition assistance may be found on the Benefits Website at benefits.usc.edu by clicking the icon "Forms" and then "Tuition Assistance

USC000114205

Application Forms." For additional information, contact the HR Service Center at (213) 821-8100 or uschr@usc.edu.

### Cancellations

Defined as complete withdrawal from the semester or session, cancellation refunds are computed based on the date the cancellation form is processed and returned to the Registration Department.

### Drops

Drops are defined as withdrawal from one class or part of registration. The refund schedule applies as of the date the drop is processed by the Registration Department.

This policy is enforced equally for settled and unsettled registrations.

### Financing Alternatives

#### Prepayment Program (PP)

This option offers individuals the opportunity to stabilize tuition costs by avoiding future tuition increases. Under this plan, the university will accept the prepayment of the student's total USC tuition plus mandatory fees at the current tuition rate for up to the next four or five years. The student must be admitted to the university before establishing a prepayment account. For further information, contact Student Financial Services at (213) 740-4077 or visit our Website at sfs.usc.edu.

#### USC Payment Plan

The USC Payment Plan, administered by Student Financial Services, enables students and parents to pay tuition, fees and university housing and meal plan charges in monthly installments rather than in a single payment at the beginning of each semester. Payments are made over a five-month period for each semester, beginning August 1 for the fall semester and January 1 for the spring semester, and may be made only by electronic transfer. A trimester plan is offered to law, dental, nursing, MBA-PM, MS marketing and Bovard College students. There is a small application fee each semester. The student must be in good financial standing at the university. For further information, contact Student Financial Services, (213) 740-4077 or by email at uscsfs@usc.edu. Application must be made on USCe.pay. For more information, please visit our Website at sfs.usc.edu.

#### Private and Federal Financing

USC participates in a number of long-term financing options that are available to all families regardless of eligibility for scholarships or financial aid. These programs can relieve students' and families' cash-flow restrictions and enable them to meet their expected contributions for the cost of college education. Information about loan programs is available online at financialaid.usc.edu or at the USC Financial Aid Office.

### Student Health Insurance

Please visit usc.edu/studenthealth for 2020-2021 student health insurance rates. The university requires that all students have supplemental health insurance to help cover the cost of health care that cannot be obtained at the health center, especially in emergency situations where hospitalization may be required.

All domestic students carrying 6 units or more will be automatically enrolled in the USC student health insurance plan. Some class registration codes, for example Special Tuition programs, do not generate this automatic charge. All students are required to review their fee bill after registering for classes and if the automatic insurance charge does not appear, must contact the insurance office by the add date to enroll in this plan if they wish to continue coverage for the semester. Domestic students carrying less than 6 units or who drop classes before the add date resulting in enrollment in less than 6 units, must enroll themselves in the plan by the add date if they wish to continue coverage for the semester. All international and/or health sciences students are automatically enrolled in the USC student health insurance plan regardless of the number of units in which they are enrolled. Online degree program students studying online or at a satellite campus will also be enrolled in the USC student health insurance plan if they are carrying 6 units or more.

The USC student health insurance plan works in conjunction with the university's student health centers. All students studying on the UPC or HSC campus are assessed the mandatory student health center fee (which is a separate fee from the health insurance) and are required to access their primary care at the student health centers. Referrals are required in order to see providers outside the student health centers for non-emergency situations.

#### Waiver Requirements

Enrollment in the USC student health plan will only be waived and the premium charge removed from the fee bill if documented proof of health coverage from another plan is presented using the online waiver application by the deadline date. Please visit usc.edu/studenthealth to get the deadline date. In order to receive a waiver of the USC student health insurance, the insurance presented must meet certain criteria. For details about the waiver criteria, please visit usc.edu/studenthealth and see the insurance menu.

Waivers are submitted online at the Aetna Student Health Website. Go to aetnastudenthealth.com to complete the waiver process. For more information, call USC Student Health at (213) 740-9355 (WELL).

#### Graduate Assistants

Graduate assistants with a .25 award or higher and PhD students may be eligible to have USC pay for the USC student insurance plan and the USC Student Health fee. Their assistantship award must show in the student financial detail system. More information is available in the student's award packet through his or her academic department.

#### Student Health Insurance for Students Studying Overseas

Students participating in USC-sponsored study abroad programs are required to have USC health insurance coverage. These students are automatically enrolled in the USC overseas studies health insurance plan unless they are enrolled in the USC health plan. For more information, please call USC Student Health at (213) 740-9355 (WELL).

#### Student Dental Plan (Optional)

Dental coverage for students is available for purchase and billed to the student's account. Dental coverage is optional and is not automatic. Coverage is for the entire year and must be purchased by the deadline in the fall. Please see usc.edu/studenthealth for details. Spring enrollment will only be allowed for new incoming students in the spring semester. Plan details are available at usc.edu/studenthealth.

### Veterans' Benefits

Veterans must register with the Veterans Certification Office each semester in order to receive VA Education Benefits. Students may expect an educational allowance, through the GI Bill or Vocational Rehabilitation, based only on courses that are a legitimate part of the degree program approved for veterans. The student must notify the Veterans Certification Office immediately upon any change in unit load or change of major. The office is located in the Veterans Resource Center in the Tutor Campus Center, Room 330, (213) 740-4619, FAX: (213) 821-3760. Office hours are 8:30 a.m. to 5 p.m. Monday–Friday. For more information, visit our Website at usc.edu/va.

Students may visit gibill.va.gov for more information regarding GI Bill Education and Vocational Rehabilitation Assistance.

### Naval Reserve Officer Training Corps (NROTC)

The Department of Naval Science courses are structured primarily for those who are participating in the Naval Reserve Officers Training Corps (NROTC) but are open to all undergraduate students. The NROTC program eventually leads to a commission as an officer in the United States Navy or the United States Marine Corps. Most NROTC midshipmen at USC are the recipients of national scholarships earned through competition while seniors in high school. These scholarships pay full tuition, fees, a book stipend and a $250 to $400 monthly subsistence stipend to help defray living expenses. The university also provides an additional automatic scholarship of $4,000 per year for each NROTC scholarship recipient to help pay for living expenses. Navy/Marine Corps scholarships are also available on a competition basis to students who enroll directly in the NROTC college program at the university. College program students receive no NROTC financial aid until they are selected for a scholarship, qualified medically, and meet naval body composition and fitness standards. College program students who are not selected for a scholarship may apply for advanced standing status during their sophomore year, which enables them to continue in the program and makes them eligible to receive a subsistence stipend beginning in their junior year. Upon completion of the bachelor's degree and NROTC requirements, scholarship and advanced standing students are commissioned as active duty Ensigns in the U.S. Navy or as Second Lieutenants in the U.S. Marine Corps, and proceed to advanced training in the Navy Officer communities of aviation, submarines, surface ships, and naval special warfare or Marine Corps Military Occupational specialties such as aviation, infantry, intelligence, artillery, etc. For specific information, contact the Department of Naval Science at (213) 740-2663 or visit usc.edu/dept/nrotc.

### Air Force Reserve Officer Training Corps (AFROTC)

The Department of Aerospace Studies and the Air Force Reserve Officer Training Corps (AFROTC) is open to all students pursuing a degree at USC. The open enrollment classes consist of one hour of academics for AEST 100a, AEST 100b and AEST 200a, AEST 200b, and three hours of academics for AEST 300a, AEST 300b and AEST 400a, AEST 400b. Additionally, the Department of Aerospace Studies offers Leadership Laboratory courses. Prerequisites to enroll in Leadership Laboratory include enrollment in at least one AEST course, and application to become an AFROTC cadet. Students who are dual-enrolled as AFROTC cadets receive competitive opportunities to travel to various leadership symposia and professional development opportunities during the academic year and over the summer. AFROTC offers a variety of scholarships, some of which pay the full cost of tuition, books and fees. AFROTC cadets on scholarship and all juniors and seniors receive a monthly tax-free stipend and a textbook allowance. The university also provides an additional automatic scholarship of $4,000 per year for each AFROTC scholarship recipient to help pay for living expenses. The USC Price School of Public Policy offers an additional scholarship for classes in excess of 18 units per semester. Upon successful completion of AFROTC academic classes and leadership laboratories, students will qualify for a commission as a second lieutenant in the United States Air Force. For more information, you may visit our Website at priceschool.usc.edu/programs/afrotc/ or contact the Department of Aerospace Studies (AFROTC) by email at AFROTCDET060@rotc.usc.edu or by phone at (213) 740-2670.

### Army Reserve Officer Training Corps (AROTC)

The Army Reserve Officer Training Corps is one of the most demanding and successful leadership programs in the country focused on educating, training, and commissioning leaders of character for the Army. Courses take place both in the classroom and in the field throughout the academic year. Students also have opportunities to attend additional summer programs, such as Airborne or Air Assault School as well as a myriad Army Internships. Upon completion, an Army ROTC graduate earns the rank of Second

USC000114206

Lieutenant in the U.S. Army. The USC Army ROTC program has a limited number of full-tuition scholarships for full-time undergraduate and graduate students. Scholarships are offered on a competitive basis to all qualified applicants and are not based on financial need. Students (cadets) may compete for either Army ROTC scholarships. Army ROTC non-scholarship contracted cadets receive a monthly stipend of $450 and a book stipend per semester. The university also provides an additional $4,000 scholarship per year for selected Army ROTC students to help offset living expenses. All enrolled cadets receive uniforms, equipment, science books, and other required items from the department. The AROTC program runs concurrent with all academic majors offered by the university. Prior to degree completion, students will choose from 17 Army officer career fields. Veterans, Reservists, National Guard members, and AROTC Basic Camp graduates qualify for advanced placement. For further information, visit the Army ROTC office located in the Physical Education Building, Room 110, call (213) 740-1850 or visit the Website at uscrotc.com.

**University Park Campus** (Map)
213-740-2311

**Health Sciences Campus** (Map)
323-442-2000

› Visit USC
› Careers at USC
› Office Directory
› Campus Safety

Tommy Cam

› TommyCam

Hecuba Cam

› HecubaCam

**To Report an Emergency**

Call the **USC Department of Public Safety**
University Park Campus:
213-740-4321
Health Sciences Campus:
323-442-1000

Copyright © 2020 University of Southern California · Privacy Notice  |  Notice of Nondiscrimination  |  Smoke-Free Policy

All catalogues © 2022 University of Southern California. Powered by the Acalog™ Academic Catalog Management System™ (ACMS™).

USC000114207