# EXHIBIT 25

Document produced in native file format.

Highly Confidential

USC000125116

Tuition Rates

| Term-Sess | Session Name | Undergraduates | | | | Graduates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Unit Rate | Flat Rate | MinUnits | MaxUnits | Unit Rate | Flat Rate | MinUnits | MaxUnits | | * MinUnits and MaxUnits indicate the number of units within the flat fee range. Students |
| 20201-001 | GENERAL UPC MAIN SESSION | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | taking less than MinUnits are charged unit rate, students within MinUnits and MaxUnits |
| 20201-003 | KECK - MD PROGRAM | $1,928.00 | $32,269.00 | 12 | 18 | $1,928.00 | $32,269.00 | 12 | 18 | | are charged flat rate, and students exceeding MaxUnits are charged flat rate for MaxUnits |
| 20201-004 | PHAR | $1,960.00 | $29,418.00 | 11 | 18 | $1,960.00 | $29,418.00 | 11 | 18 | | plus unit rate for the excess units. |
| 20201-005 | PHAR - PSCI & MPTX | $1,960.00 | $29,418.00 | 12 | 18 | $1,960.00 | $29,418.00 | 15 | 18 | | |
| 20201-006 | DENT - First Year | $1,928.00 | $32,575.00 | 16 | 17 | $1,928.00 | $32,575.00 | 16 | 17 | | When MinUnits = 98 and MaxUnits = 99, flat rate is not offered for the session. Unit rate is |
| 20201-007 | DENT - Dental Hygiene First Year | $1,928.00 | $26,533.00 | 14 | 19 | $1,928.00 | $26,533.00 | 14 | 19 | | charged for students not enrolled in flat rate sessions. |
| 20201-008 | DENT - International First Year | $1,928.00 | $32,575.00 | 16 | 17 | $1,928.00 | $32,575.00 | 16 | 17 | | |
| 20201-009 | DENT - 1st Year Prosthodontics | $1,928.00 | $32,924.00 | 20 | 25 | $1,928.00 | $32,924.00 | 20 | 25 | | |
| 20201-010 | DENT - 2nd Year Prosthodontics | $1,928.00 | $32,924.00 | 16 | 18 | $1,928.00 | $32,924.00 | 16 | 18 | | |
| 20201-011 | DENT - Pediatric Dentistry Second Year | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 | | |
| 20201-014 | ENGR - DEN Program | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-018 | GENERAL NO CHARGE SESSION | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 | | |
| 20201-023 | DENT - Oral Surgery Program | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 | | |
| 20201-026 | DENT - Extended Enrollment | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-027 | DENT - First Year Pediatric Dentistry | $1,928.00 | $32,924.00 | 20 | 25 | $1,928.00 | $32,924.00 | 20 | 25 | | |
| 20201-029 | DENT - Extended Enrollment | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 | | |
| 20201-030 | DENT - 3rd Year Prosthodontics | $1,928.00 | $32,924.00 | 12 | 15 | $1,928.00 | $32,924.00 | 12 | 15 | | |
| 20201-032 | DENT - 1st Year Orthodontics | $1,928.00 | $32,924.00 | 18 | 20 | $1,928.00 | $32,924.00 | 18 | 20 | | |
| 20201-033 | MARSHALL - GSBA | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 | | |
| 20201-034 | ENGR - DEN Program | $2,075.00 | $2,075.00 | 98 | 99 | $2,075.00 | $2,075.00 | 98 | 99 | | |
| 20201-037 | CINEMATIC ARTS - GRADUATE PROGRAMS | $2,051.00 | $2,051.00 | 98 | 99 | $2,051.00 | $2,051.00 | 98 | 99 | | |
| 20201-038 | PPD - MRED Program | $2,138.00 | $34,208.00 | 12 | 18 | $2,138.00 | $34,208.00 | 15 | 18 | | |
| 20201-039 | DENT - Second Year | $1,928.00 | $32,575.00 | 16 | 17 | $1,928.00 | $32,575.00 | 16 | 17 | | |
| 20201-040 | DENT - Third Year | $1,928.00 | $32,575.00 | 16 | 17 | $1,928.00 | $32,575.00 | 16 | 17 | | |
| 20201-041 | DENT - Fourth Year | $1,928.00 | $32,575.00 | 16 | 17 | $1,928.00 | $32,575.00 | 16 | 17 | | |
| 20201-042 | DENT - International Second Year | $1,928.00 | $32,575.00 | 16 | 17 | $1,928.00 | $32,575.00 | 16 | 17 | | |
| 20201-043 | DENT - Dental Hygiene Program Second Year | $1,928.00 | $26,533.00 | 12 | 17 | $1,928.00 | $26,533.00 | 12 | 17 | | |
| 20201-046 | GENERAL HSC-CAMPUS SESSION | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-047 | KECK - MD PROGRAM | $1,928.00 | $32,269.00 | 12 | 18 | $1,928.00 | $32,269.00 | 12 | 18 | | |
| 20201-048 | ENGR - Graduate Programs | $2,075.00 | $2,075.00 | 98 | 99 | $2,075.00 | $2,075.00 | 98 | 99 | | |
| 20201-049 | KECK - MD PROGRAM | $1,928.00 | $32,269.00 | 12 | 18 | $1,928.00 | $32,269.00 | 12 | 18 | | |
| 20201-061 | GENERAL 15-WEEK SESSION WITHOUT FINALS WEEK | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-062 | KECK - PCPA - MEDICINE | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 14 | 18 | | |
| 20201-063 | PPD - MPAOL Res | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-064 | PPD - MPAOL Res | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-066 | EDUC | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-068 | IOVINE - YOUNG ACADEMY | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-069 | EDUC - HELSINKI - FINLAND | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-074 | REGISTRAR - PostDoctoral Fellow Program | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 | | |
| 20201-075 | IOVINE -YOUNG ACADEMY | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-079 | EDUC - SAO PAULO | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-080 | KECK - MD PROGRAM | $1,928.00 | $32,269.00 | 12 | 18 | $1,928.00 | $32,269.00 | 12 | 18 | | |
| 20201-082 | EDUC - GLOBAL | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-085 | DORNSIFE - GEOL - MAYMESTER | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-087 | MUSIC - UNIVERSITY OF THE ARTS HELSINKI -FINLAND | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-088 | DORNSIFE - FACULTY LED PROGRAMS | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-090 | OVERSEAS - UK | $1,928.00 | $28,628.00 | 1 | 18 | $1,928.00 | $28,628.00 | 1 | 18 | | |
| 20201-091 | OVERSEAS - MEXICO | $1,928.00 | $16,265.00 | 1 | 16 | $1,928.00 | $16,265.00 | 1 | 16 | | |
| 20201-092 | OVERSEAS - SCOTLAND | $1,928.00 | $28,628.00 | 1 | 16 | $1,928.00 | $28,628.00 | 1 | 16 | | |
| 20201-093 | KOREA/JAPAN IN L.A. PROGRAM | $1,928.00 | $4,299.00 | 1 | 18 | $1,928.00 | $4,299.00 | 1 | 18 | | |
| 20201-094 | ENGR | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-098 | KECK - PM | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-100 | DENT - CERTIFICATE GDEN | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-103 | USC - UCLA Cross Registration | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-108 | MARSHALL - FIM | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-109 | DORNSIFE - PHED ASB | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-111 | MARSHALL - BUAD - FUDAN UNIVERSITY | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-113 | MARSHALL - LINC | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-114 | MARSHALL - BUD- ICHEC | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-122 | LAW - SEMESTER ABROAD | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 | | |
| 20201-123 | MARSHALL - BUAD - UNIVERSITY OF NAVARRA | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |

| Term-Sess | Session Name | Undergraduates | | | | Graduates | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20201-125 | MARSHALL - BUAD - IE BUSINESS SCHOOL | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-130 | MARSHALL - BUAD - UC3M | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-133 | MARSHALL - BUAD ONLINE | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-135 | MARSHALL - BUAD - SEOUL NATIONAL UNIVERSITY | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-136 | KECK - GLOBAL MEDICINE | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 |
| 20201-137 | GERO - MAYMESTER | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-138 | ANNENBERG - JOUR | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-139 | MARSHALL - BUAD - AALTO UNIVERSITY | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-140 | MARSHALL - BUAD - ESCP | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-142 | MARSHALL - BUAD - CHULALONGKORN | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-146 | MARSHALL - BUAD - PEKING UNIVERSITY | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-147 | PHAR | $1,960.00 | $29,418.00 | 12 | 18 | $1,960.00 | $29,418.00 | 15 | 18 |
| 20201-152 | MARSHALL - IEP - ST. GALLEN, SWITZERLAND | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-158 | MARSHALL - BUAD - NATIONAL UNIVERSITY OF SINGAPORE | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-159 | MARSHALL - BUAD - NOVA UNIVERSITY | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-160 | DENT - OT | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-161 | MARSHALL - BUAD - UNIVERSITY OF VIENNA | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-162 | ENGR | $2,075.00 | $2,075.00 | 98 | 99 | $2,075.00 | $2,075.00 | 98 | 99 |
| 20201-163 | DORNSIFE - ENGL | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-165 | MARSHALL - BUAD - ESCEM | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-166 | ANNENBERG - JOUR | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-168 | MARSHALL - BUAD - UNIVERSITY OF HONG KONG | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-169 | ANNENBERG - MCM | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 |
| 20201-170 | LAW | $2,564.00 | $33,153.00 | 12 | 18 | $2,564.00 | $33,153.00 | 15 | 18 |
| 20201-173 | OVERSEAS - UK | $1,928.00 | $28,628.00 | 1 | 18 | $1,928.00 | $28,628.00 | 1 | 18 |
| 20201-174 | DORNSIFE - SCDC | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-175 | MARSHALL - GSBA ONLINE | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-177 | MUSIC | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-185 | DORNSIFE - MAYMESTER | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 |
| 20201-191 | CINEMATIC ARTS - MAYMESTER | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-193 | MARSHALL - WBB - BOCCONI | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 |
| 20201-199 | PROVOST - INTERNATIONAL ACADEMY | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 |
| 20201-201 | HONG KONG - CHINA - CUHK SEMESTER | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-207 | ANNENBERG - JOUR | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-211 | ARCH - ONLINE | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-213 | MUSIC | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-215 | DENT - OT | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-218 | OVERSEAS - AUSTRALIA | $1,928.00 | $8,812.00 | 12 | 18 | $1,928.00 | $8,812.00 | 15 | 18 |
| 20201-220 | MARSHALL - GSBA | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-221 | PHAR | $1,960.00 | $29,418.00 | 12 | 18 | $1,960.00 | $29,418.00 | 15 | 18 |
| 20201-226 | ANNENBERG - JOUR | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-229 | OVERSEAS - JAPAN | $1,928.00 | $17,603.00 | 1 | 18 | $1,928.00 | $17,603.00 | 1 | 18 |
| 20201-233 | PHAR | $1,960.00 | $29,418.00 | 12 | 18 | $1,960.00 | $29,418.00 | 15 | 18 |
| 20201-244 | MARSHALL - BUAD - KOREA UNIVERSITY | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-245 | MARSHALL - BUAD - ESADE SCHOOL OF BUSINESS | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-246 | MARSHALL - BUAD - HEC SCHOOL OF MANAGEMENT | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-247 | MARSHALL - BUAD - ROTTERDAM SCHOOL OF MANAGEMENT | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-249 | MARSHALL - BUAD - AUSTRALIA NATIONAL UNIVERSITY | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-252 | MARSHALL - BUAD - IDC HERZILYA | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-255 | ARCH | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-258 | ARCH | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-260 | OVERSEAS - UK - BADA SEMESTER | $1,928.00 | $25,910.00 | 1 | 15 | $1,928.00 | $25,910.00 | 1 | 15 |
| 20201-265 | KECK - SCRM | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-268 | KAUFMAN | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-272 | DORNSIFE - IR - MAYMESTER | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 |
| 20201-277 | MARSHALL - GSBA ONLINE | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-279 | ANNENBERG/LSE PROGRAM | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 |
| 20201-285 | MARSHALL - GLP | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-290 | MARSHALL - MBA.PM | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-295 | OVERSEAS - JAPAN | $1,928.00 | $7,294.00 | 1 | 20 | $1,928.00 | $7,294.00 | 1 | 20 |
| 20201-296 | KECK - SCRM | $1,300.00 | $1,300.00 | 98 | 99 | $1,300.00 | $1,300.00 | 98 | 99 |
| 20201-297 | MARSHALL - TIE - TOKYO | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |

| Term-Sess | Session Name | Undergraduates | | | | Graduates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20201-303 | LAW | $2,564.00 | $33,153.00 | 12 | 18 | $2,564.00 | $33,153.00 | 15 | 18 | | |
| 20201-305 | EDUC - ONLINE | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-306 | EDUC - SINGAPORE | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-308 | EDUC - SINGAPORE | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-312 | MARSHALL - EMBA | $1,980.00 | $29,700.00 | 12 | 18 | $1,980.00 | $29,700.00 | 3 | 18 | | |
| 20201-313 | MARSHALL - FIL | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 | | |
| 20201-315 | DENT - GDEN | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-316 | OVERSEAS - IRELAND - GALWAY NUY SCIENCE | $1,928.00 | $9,240.00 | 12 | 18 | $1,928.00 | $9,240.00 | 15 | 18 | | |
| 20201-318 | DENT - 2ND YEAR OPERATIVE DENT | $1,928.00 | $18,677.00 | 10 | 14 | $1,928.00 | $18,677.00 | 10 | 14 | | |
| 20201-324 | DENT - 2nd Year Orthodontics | $1,928.00 | $32,924.00 | 15 | 17 | $1,928.00 | $32,924.00 | 15 | 17 | | |
| 20201-328 | EDUC | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-330 | MARSHALL - FIL | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 | | |
| 20201-331 | LAW | $2,564.00 | $33,153.00 | 12 | 18 | $2,564.00 | $33,153.00 | 13 | 17 | | |
| 20201-335 | OVERSEAS - ARGENTINA - UNIVERSITY OF SAN ANDRES | $1,928.00 | $8,000.00 | 12 | 18 | $1,928.00 | $8,000.00 | 15 | 18 | | |
| 20201-341 | DENT- 1ST YEAR - OROFACIAL PAIN | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 | | |
| 20201-345 | EDUC - GLOBAL | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-347 | EDUC | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-350 | MARSHALL - MBA.PM | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 | | |
| 20201-351 | LAW | $2,564.00 | $33,153.00 | 12 | 18 | $2,564.00 | $33,153.00 | 15 | 18 | | |
| 20201-352 | EDUC | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-353 | SOWK - ONLINE | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-356 | DORNSIFE - CLASSICS - REMOTE EXAMS | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 | | |
| 20201-357 | OVERSEAS - AUSTRALIA | $1,928.00 | $10,419.00 | 1 | 18 | $1,928.00 | $10,419.00 | 1 | 18 | | |
| 20201-359 | EDUC | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-367 | DENT - 2ND YEAR OROFACIAL PAIN | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 | | |
| 20201-368 | DENT - 3rd Orthodontics | $1,928.00 | $32,924.00 | 14 | 23 | $1,928.00 | $32,924.00 | 14 | 23 | | |
| 20201-369 | DENT - 1st Year Periodontology | $1,928.00 | $32,924.00 | 38 | 40 | $1,928.00 | $32,924.00 | 38 | 40 | | |
| 20201-370 | DENT - 2nd Year Periodontology | $1,928.00 | $32,924.00 | 24 | 31 | $1,928.00 | $32,924.00 | 24 | 31 | | |
| 20201-372 | MARSHALL - GSBA ONLINE | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 | | |
| 20201-373 | MUSIC - AMSTERDAM - UNIVERSITY OF THE ARTS | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-374 | SOWK | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-376 | DENT - OT | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-378 | MARSHALL - BUAD ONLINE | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-383 | EDUC | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-387 | ENGR | $2,075.00 | $2,075.00 | 98 | 99 | $2,075.00 | $2,075.00 | 98 | 99 | | |
| 20201-390 | MARSHALL - MMLIS ONLINE | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-392 | OVERSEAS - NEW ZEALAND - AUCKLAND | $1,928.00 | $13,400.00 | 12 | 18 | $1,928.00 | $13,400.00 | 15 | 18 | | |
| 20201-393 | DORNSIFE - PSYC - ONLINE PROGRAM | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-394 | DENT - 3rd Year Periodontology | $1,928.00 | $32,924.00 | 13 | 18 | $1,928.00 | $32,924.00 | 13 | 18 | | |
| 20201-398 | DENT - OFPM | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-403 | KECK - SCRM | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-406 | MARSHALL - MBV | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 | | |
| 20201-407 | KECK - PREVENTIVE MEDICINE | $1,928.00 | $32,269.00 | 12 | 18 | $1,928.00 | $32,269.00 | 15 | 18 | | |
| 20201-409 | OVERSEAS - JAPAN - NANZAN SEMESTER | $1,928.00 | $3,429.00 | 1 | 18 | $1,928.00 | $3,429.00 | 1 | 18 | | |
| 20201-411 | MARSHALL - GSBA | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 | | |
| 20201-413 | MARSHALL - MBA.PM | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 | | |
| 20201-415 | MARSHALL - GSBA | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 | | |
| 20201-416 | DORNSIFE - PHIL | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-420 | ANNENBERG - JOURNALISM | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-427 | MARSHALL - MBA.PM OC | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 | | |
| 20201-429 | DORNSIFE - POSC - WASHINGTON DC | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-431 | MARSHALL - BUAD | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-434 | KECK - ANST | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-437 | PHAR | $1,960.00 | $29,418.00 | 12 | 18 | $1,960.00 | $29,418.00 | 15 | 18 | | |
| 20201-440 | DORNSIFE - POLI SCIENCE | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-441 | MARSHALL - BUAD ONLINE | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-442 | MARSHALL - BUAD | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-444 | OVERSEAS - CHILE - SANTIAGO | $1,928.00 | $11,488.00 | 12 | 18 | $1,928.00 | $11,488.00 | 15 | 18 | | |
| 20201-445 | LAW | $2,564.00 | $33,153.00 | 12 | 18 | $2,564.00 | $33,153.00 | 13 | 17 | | |
| 20201-447 | MARSHALL - BUAD - UNDERGRADUATE | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-448 | MUSIC | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-454 | MARSHALL - IEP - HEC, PARIS | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 | | |

| Term-Sess | Session Name | Undergraduates | | | | Graduates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20201-455 | MARSHALL - BUAD - WHU SCHOOL OF BUSINESS | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-459 | MARSHALL - OVERSEAS SINGAPORE | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-460 | MARSHALL - BUAD - NATIONAL TAIWAN UNIVERSITY | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-461 | MARSHALL - BUAD - THAMMASAT UNIVERSITY | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-462 | MARSHALL - BUAD - UNIVERSITY OF MANCHESTER | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-463 | BUAD - SANTIAGO - CHILE | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-470 | GERONTOLOGY | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-478 | MARSHALL - BUAD - UNIVERSITY OF ST. GALLEN | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-480 | PHAR | $1,960.00 | $29,418.00 | 12 | 18 | $1,960.00 | $29,418.00 | 15 | 18 | | |
| 20201-487 | CINEMATIC ARTS | $2,051.00 | $2,051.00 | 98 | 99 | $2,051.00 | $2,051.00 | 98 | 99 | | |
| 20201-488 | MARSHALL - MBA.PM CORE | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 | | |
| 20201-489 | MARSHALL - MBA.PM CORE | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 | | |
| 20201-493 | OVERSEAS - PEKING | $1,928.00 | $13,221.00 | 1 | 18 | $1,928.00 | $13,221.00 | 1 | 18 | | |
| 20201-500 | PHAR | $1,960.00 | $29,418.00 | 12 | 18 | $1,960.00 | $29,418.00 | 6 | 18 | | |
| 20201-502 | LAW | $2,564.00 | $33,153.00 | 12 | 18 | $2,564.00 | $33,153.00 | 13 | 17 | | |
| 20201-503 | LAW | $2,564.00 | $33,153.00 | 12 | 18 | $2,564.00 | $33,153.00 | 15 | 18 | | |
| 20201-508 | ACAD | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-515 | PHAR | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 | | |
| 20201-516 | PHAR | $1,960.00 | $29,418.00 | 12 | 18 | $1,960.00 | $29,418.00 | 12 | 18 | | |
| 20201-517 | PHAR | $1,960.00 | $29,418.00 | 12 | 18 | $1,960.00 | $29,418.00 | 15 | 18 | | |
| 20201-518 | PHAR | $1,960.00 | $29,418.00 | 12 | 18 | $1,960.00 | $29,418.00 | 6 | 18 | | |
| 20201-519 | PHAR | $1,960.00 | $29,418.00 | 11 | 15 | $1,960.00 | $29,418.00 | 11 | 15 | | |
| 20201-520 | PPD - OFF CAMPUS | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-521 | PPD - OFF CAMPUS BLOCK ENROLLMENT KOREA UNIVERSI | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-522 | PHAR | $1,960.00 | $29,418.00 | 12 | 18 | $1,960.00 | $29,418.00 | 15 | 18 | | |
| 20201-529 | LAW | $2,564.00 | $33,153.00 | 13 | 15 | $2,564.00 | $33,153.00 | 13 | 15 | | |
| 20201-530 | PPD - Sacto | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-531 | MRED Sp | $2,138.00 | $34,208.00 | 12 | 18 | $2,138.00 | $34,208.00 | 15 | 18 | | |
| 20201-533 | PPD - EML | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-544 | PPD - MAYMESTER | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-545 | PPD - EMUP Res | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-549 | IOVINE - YOUNG ACADEMY | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-550 | PPD - MAYMESTER | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-551 | IOVINE - YOUNG ACADEMY | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-552 | ACAD | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-558 | IOVINE - YOUNG ACADAMY | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-560 | MARSHALL - MBA.PM | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 | | |
| 20201-565 | PPD | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-569 | MARSHALL - BUAD | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-570 | MARSHALL - GSI | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-571 | MARSHALL - BUAD - EUROPEAN BUSINESS SCHOOL | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-575 | MUSIC - MAYMESTER | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-580 | MARSHALL - MBA.PM | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 | | |
| 20201-581 | MARSHALL - MBA.PM | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 | | |
| 20201-582 | MARSHALL - MBA.PM | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 | | |
| 20201-583 | CINEMATIC ARTS - ONLINE | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-585 | MARSHALL - MBA.PM | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 | | |
| 20201-587 | OVERSEAS - MOROCCO - RABAT SEMESTER | $1,928.00 | $15,350.00 | 1 | 18 | $1,928.00 | $15,350.00 | 1 | 18 | | |
| 20201-593 | PPD | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-594 | EDUC | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-597 | PPD - DISTANCE ED | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-598 | PPD - INTENSIVE SEMINAR | $1,995.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-605 | MARSHALL - EMBA | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 | | |
| 20201-607 | GERONTOLOGY - ONLINE | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-609 | GERONTOLOGY - MAYMESTER | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-611 | OVERSEAS - LONDON - UNIVERSITY OF ARTS | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-612 | OVERSEAS - MADRID - SPAIN | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-613 | OVERSEAS - PARIS - FRANCE | $1,928.00 | $28,628.00 | 1 | 18 | $1,928.00 | $28,628.00 | 1 | 18 | | |
| 20201-617 | PROVOST - INTERNATIONAL ACADEMY | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 | | |
| 20201-618 | ANNENBERG - COMM - JOUR - MAYMESTER | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |
| 20201-619 | OVERSEAS - CHINA - BEIJING | $1,928.00 | $13,021.00 | 1 | 18 | $1,928.00 | $13,021.00 | 1 | 18 | | |
| 20201-620 | OVERSEAS - IRELAND - TRINITY COLLEGE | $1,928.00 | $10,902.00 | 1 | 15 | $1,928.00 | $10,902.00 | 1 | 15 | | |

| Term-Sess | Session Name | Undergraduates | | | | Graduates | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20201-621 | GERONTOLOGY - MAYMESTER | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-626 | PHAR - MPTX | $1,960.00 | $29,418.00 | 12 | 18 | $1,960.00 | $29,418.00 | 15 | 18 |
| 20201-627 | ANNENBERG - NY - MAYMESTER | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-628 | MARSHALL - EMBA | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 |
| 20201-630 | MARSHALL - MBA.PM OC | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-631 | MARSHALL - MBA.PM OC | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-637 | DENT - 1st Year Endodontics | $1,928.00 | $32,924.00 | 9 | 12 | $1,928.00 | $32,924.00 | 9 | 12 |
| 20201-638 | ROSKI - FA | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-640 | MARSHALL - IBEAR | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-644 | ACAD | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-648 | ACAD | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-660 | DORNSIFE - HISTORY | $1,928.00 | $28,628.00 | 1 | 18 | $1,928.00 | $28,628.00 | 1 | 18 |
| 20201-661 | ARCH | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-663 | EDUC | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 |
| 20201-664 | DORNSIFE - PHIL | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 |
| 20201-668 | MARSHALL - EMBA | $1,980.00 | $29,700.00 | 12 | 18 | $1,980.00 | $29,700.00 | 6 | 113 |
| 20201-672 | FLORENCE - ITALY - SEMESTER | $1,928.00 | $19,990.00 | 1 | 18 | $1,928.00 | $19,990.00 | 1 | 18 |
| 20201-673 | MARSHALL - BUAD - UNIVERSITY OF SYDNEY | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-678 | PROVOST - INTERNATIONAL ACADEMY | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 |
| 20201-679 | PHAR - MPTX | $1,960.00 | $29,418.00 | 12 | 18 | $1,960.00 | $29,418.00 | 15 | 18 |
| 20201-680 | ENGR | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 |
| 20201-683 | COMM - ANNENBERG - MAYMESTER - L.A. SPORTS TREK | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-686 | MARSHALL - IEP PKU, CHINA | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-695 | PHAR - MPTX | $1,960.00 | $29,418.00 | 12 | 18 | $1,960.00 | $29,418.00 | 15 | 18 |
| 20201-697 | MARSHALL - MMM | $1,912.00 | $1,912.00 | 98 | 99 | $1,912.00 | $1,912.00 | 98 | 99 |
| 20201-701 | MARSHALL - OMBA ONLINE | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-702 | China: Shanghai Semester | $1,928.00 | $13,381.00 | 1 | 18 | $1,928.00 | $13,381.00 | 1 | 18 |
| 20201-704 | DORNSIFE - DOMESTIC US LOS ANGELES | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-705 | DORNSIFE - SSCI | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-706 | MARSHALL - MMLIS ONLINE | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-707 | MARSHALL - BUAD - HONG KONG UNIVERSITY OF SCI & TE | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-711 | MARSHALL - OMBA ONLINE | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-714 | ANNENBERG - JOURNALISM | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-715 | DENT - First Year Operative Dentistry | $1,928.00 | $18,677.00 | 16 | 18 | $1,928.00 | $18,677.00 | 16 | 18 |
| 20201-716 | DORNSIFE - FREN | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-720 | OVERSEAS - ITALY - FLORENCE | $1,928.00 | $12,000.00 | 1 | 15 | $1,928.00 | $12,000.00 | 1 | 15 |
| 20201-721 | OVERSEAS - JORDAN | $1,928.00 | $13,263.00 | 1 | 16 | $1,928.00 | $13,263.00 | 1 | 16 |
| 20201-724 | OVERSEAS - UK - UCL | $1,928.00 | $28,628.00 | 1 | 18 | $1,928.00 | $28,628.00 | 1 | 18 |
| 20201-729 | ENGR - Exchange Program | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-732 | ARCH | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-735 | SOWK - ONLINE MSW | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-737 | MARSHALL - BUAD - CORVINUS | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-738 | OVERSEAS - NETHERLANDS - Maastricht | $1,928.00 | $9,072.00 | 1 | 18 | $1,928.00 | $9,072.00 | 1 | 18 |
| 20201-739 | DENT - GENERAL PRACTICE RESIDENCY | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 |
| 20201-745 | MARSHALL - FTMBA | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-747 | MARSHALL - GSBA | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-751 | MARSHALL - FTMBA | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-752 | MARSHALL - MSEI | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-753 | MARSHALL - MBA.PM SAT | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-754 | MARSHALL - GSBA | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-757 | ANNENBERG - JOURNALISM | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-763 | DENT - BITE | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 |
| 20201-764 | DORNSIFE - WRITING PROGRAM - HAITI | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-767 | PHAR | $1,960.00 | $29,418.00 | 11 | 18 | $1,960.00 | $29,418.00 | 11 | 18 |
| 20201-768 | DENT - OT | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-770 | ANNENBERG - JOURNALISM | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-772 | OVERSEAS - NEW ZEALAND - AUCKLAND SEMESTER | $1,928.00 | $8,288.00 | 1 | 18 | $1,928.00 | $8,288.00 | 1 | 18 |
| 20201-773 | ANNENBERG - JOURNALISM | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-774 | PHAR | $1,960.00 | $29,418.00 | 11 | 18 | $1,960.00 | $29,418.00 | 11 | 18 |
| 20201-776 | EDUC | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 |
| 20201-778 | MARSHALL - MBA.PM OC | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-780 | MARSHALL - IBEAR | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |

Tuition Rates

| Term-Sess | Session Name | Undergraduates | | | | Graduates | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20201-781 | MARSHALL - MBA.PM SAT | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-782 | MARSHALL - MBA.PM | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-785 | PPD - IPPAM | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-786 | PPD - IPPAM SP. | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-788 | MARSHALL - BUAD - COPENHAGEN BUSINESS SCHOOL | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-789 | MARSHALL - BUAD - UNIVERSITY OF MELBOURNE | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-796 | OVERSEAS - FRANCES - SCIENCES | $1,928.00 | $28,628.00 | 1 | 20 | $1,928.00 | $28,628.00 | 1 | 20 |
| 20201-800 | KECK - GLOBAL MEDICINE | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 |
| 20201-801 | OVERSEAS - SOUTH AFRICA - BOTSWANA | $1,928.00 | $13,508.00 | 1 | 18 | $1,928.00 | $13,508.00 | 1 | 18 |
| 20201-802 | DORNSIFE - PHED | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-803 | DORNSIFE - DOMESTIC US | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-808 | PROVOST - INTERNATIONAL ACADEMY | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 |
| 20201-810 | PROVOST - INTERNATIONAL ACADEMY | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 |
| 20201-813 | MARSHALL - MBA.PM OC | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-814 | EDUC - WMLT - SPANISH - IBERO UNIVERSIDAD | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 |
| 20201-820 | PPD - HEALTH PROGRAMS | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-821 | OVERSEAS - SOUTH AFRICA - CIEE | $1,928.00 | $13,118.00 | 1 | 20 | $1,928.00 | $13,118.00 | 1 | 20 |
| 20201-828 | MARSHALL - WBB - HKUST | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 |
| 20201-829 | DORNSIFE - ENST | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-833 | MARSHALL - MBA.PM OC | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-834 | MARSHALL - MBA.PM OC | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-844 | OVERSEAS - IRELAND - DUBLIN | $1,928.00 | $28,628.00 | 1 | 15 | $1,928.00 | $28,628.00 | 1 | 15 |
| 20201-847 | OVERSEAS - EAST ASIA | $1,928.00 | $10,450.00 | 1 | 24 | $1,928.00 | $10,450.00 | 1 | 24 |
| 20201-848 | DENT - Certificate Oral Pathology and Radiology | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 |
| 20201-857 | DORNSIFE - SPAN - PORTUGUESE | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-859 | DORNSIFE - PHED | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-860 | ANNENBERG - HONG KONG - CUHK | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-862 | DENT - Orofacial Pain and Oral Medicine | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 |
| 20201-864 | MARSHALL - MBA.PM | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-865 | MARSHALL - MBA.PM | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-868 | MARSHALL - MBA.PM | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-869 | MARSHALL - MBA.PM | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-873 | OVERSEAS - UK - LONDON | $1,928.00 | $12,012.00 | 1 | 18 | $1,928.00 | $12,012.00 | 1 | 18 |
| 20201-879 | ANNENBERG - MAYMESTER | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-886 | MARSHALL - LINC - BUENOS AIRES | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-887 | OVERSEAS - GREECE - ATHENS | $1,928.00 | $16,100.00 | 1 | 16 | $1,928.00 | $16,100.00 | 1 | 16 |
| 20201-890 | MARSHALL - BUAD - SINGAPORE MANAGEMENT UNIVERSI | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-895 | OVERSEAS - ITALY - MILAN | $1,928.00 | $14,900.00 | 1 | 18 | $1,928.00 | $14,900.00 | 1 | 18 |
| 20201-896 | OVERSEAS - NEW ZEALAND - UNIVERSITY OF OTAGO | $1,928.00 | $8,448.00 | 1 | 18 | $1,928.00 | $8,448.00 | 1 | 18 |
| 20201-899 | OVERSEAS - IRELAND - GALWAY | $1,928.00 | $7,840.00 | 1 | 15 | $1,928.00 | $7,840.00 | 1 | 15 |
| 20201-900 | ENGR | $2,075.00 | $2,075.00 | 98 | 99 | $2,075.00 | $2,075.00 | 98 | 99 |
| 20201-901 | ENGR | $2,075.00 | $2,075.00 | 98 | 99 | $2,075.00 | $2,075.00 | 98 | 99 |
| 20201-914 | COMM | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-918 | MARSHALL - MBA.PM | $1,980.00 | $1,980.00 | 98 | 99 | $1,980.00 | $1,980.00 | 98 | 99 |
| 20201-919 | PPD - EMUP | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-931 | OVERSEAS - AUSTRALIA - BRISBANE | $1,928.00 | $8,772.00 | 1 | 18 | $1,928.00 | $8,772.00 | 1 | 18 |
| 20201-933 | OVERSEAS - SPAIN - BALBOA | $1,928.00 | $7,868.00 | 1 | 18 | $1,928.00 | $7,868.00 | 1 | 18 |
| 20201-939 | MARSHALL - BUAD - BOCCONI | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-940 | MARSHALL - BUAD - CHINESE UNIVERSITY OF HONG KONG | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-941 | LAW: Upper Division Session | $2,564.00 | $33,153.00 | 12 | 18 | $2,564.00 | $33,153.00 | 13 | 17 |
| 20201-944 | OVERSEAS - UK - LONDON SCHOOL OF ECON | $1,928.00 | $28,628.00 | 1 | 18 | $1,928.00 | $28,628.00 | 1 | 18 |
| 20201-957 | DENTISTRY - PT/BKN | $1,928.00 | $27,608.00 | 12 | 18 | $1,928.00 | $27,608.00 | 15 | 19 |
| 20201-961 | DORNSIFE - PHYS | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-963 | DENT - BKN - PT | $1,928.00 | $27,608.00 | 12 | 18 | $1,928.00 | $27,608.00 | 15 | 18 |
| 20201-964 | DENT - BKN - PT | $1,928.00 | $14,532.00 | 12 | 18 | $1,928.00 | $14,532.00 | 7 | 8 |
| 20201-968 | LAW - LLM PROGRAM | $2,564.00 | $33,153.00 | 1 | 15 | $2,564.00 | $33,153.00 | 1 | 15 |
| 20201-970 | OVERSEAS - UK - KING'S COLLEGE | $1,928.00 | $28,628.00 | 1 | 18 | $1,928.00 | $28,628.00 | 1 | 18 |
| 20201-971 | ENGLAND - UNIVERSITY - LONDON SEMESTER - UK | $1,928.00 | $28,628.00 | 1 | 18 | $1,928.00 | $28,628.00 | 1 | 18 |
| 20201-973 | DORNSIFE - GE - MDA | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |
| 20201-975 | DENT - BMDD | $0.00 | $0.00 | 98 | 99 | $0.00 | $0.00 | 98 | 99 |
| 20201-981 | BOVARD COLLEGE - HRM | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 |
| 20201-984 | DENT - OT | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 |

Ex_25_USC000125116

Tuition Rates

| Term-Sess | Session Name | Undergraduates | | | | Graduates | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20201-988 | BOVARD COLLEGE - HRM | $1,928.00 | $1,928.00 | 98 | 99 | $1,928.00 | $1,928.00 | 98 | 99 | | |
| 20201-990 | DENT - Advanced Final Year | $1,928.00 | $32,924.00 | 9 | 12 | $1,928.00 | $32,924.00 | 9 | 12 | | |
| 20201-991 | LAW: First Year Session | $2,564.00 | $33,153.00 | 12 | 18 | $2,564.00 | $33,153.00 | 13 | 17 | | |
| 20201-998 | PHAR | $1,980.00 | $29,418.00 | 12 | 18 | $1,980.00 | $29,418.00 | 6 | 18 | | |
| 20201-999 | DENT - OT | $1,928.00 | $28,628.00 | 12 | 18 | $1,928.00 | $28,628.00 | 15 | 18 | | |