1  Roy A. Katriel (SBN 265463)
   THE KATRIEL LAW FIRM, P.C.
2  2262 Carmel Valley Rd., Suite 201
   Del Mar, CA 92014
3  Telephone: (619) 363-3333
   Facsimile: (866) 832-5852
4  Email: rak@katriellaw.com

5

6  *Co-Lead Class Counsel*

7

8               **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                   **WESTERN DIVISION**

11  *In re University of Southern California*      No. 2:20-cv-04066-DMG-PVC
    *Tuition and Fees COVID-19 Refund*
12  *Litigation*                                   **DECLARATION OF ROY A.**
                                                   **KATRIEL IN SUPPORT OF THE**
13                                                 **CLASS PLAINTIFFS' MOTION**
                                                   **FOR SUMMARY JUDGMENT OR,**
14                                                 **IN THE ALTERNATIVE,**
                                                   **PARTIAL SUMMARY**
15                                                 **JUDGMENT OR SUMMARY**
                                                   **ADJUDICATION AS TO THEIR**
16                                                 **QUASI-CONTRACT CLAIM**
                                                   **(COUNT II)**
17
18
19                                                 Date:        March 1, 2024
                                                   Time:        2:00 p.m.
20                                                 Courtroom:   8C

21                                                 Action filed:   May 7, 2020
                                                   Consolidated:   July 17, 2020
22                                                 Trial Date:     May 21, 2024
                                                   Time:           8:30 a.m.
23                                                 Courtroom:      8C

24

25

26

27

28

DECL. OF ROY A. KATRIEL                                    Case No. 2:20-cv-04066-DMG-PVC

I, Roy A. Katriel, declare:

1.  I am Co-Lead Class Counsel for the certified Plaintiff Class in the above-entitled action, am over the age of eighteen and not a party to this action.  I make this Declaration of my own personal knowledge and, if called upon to do so, could and would testify as set forth herein.

2.  Attached hereto as Exhibit 1 are true and correct copies of select pages of the transcript of the deposition of Andrew Stott, one of USC's Rule 30(b)(6) designees in this action.  These deposition pages were previously filed as Docket Number 144-9.

3.  Attached hereto as Exhibit 2 is a true and correct copy of the USC Student Handbook that was distributed to all USC students before the Spring 2020 term.  This Handbook was previously filed as Docket Number 144-7.

4.  Attached hereto as Exhibit 3 is a true and correct copy of the 2019-2020 USC Course Catalogue.  This Handbook was previously filed as Docket Number 144-8.

5.  Attached hereto as Exhibit 4 is a true and correct copy of a webpage forming part of the 2019-2020 USC Course Catalogue that is accessed when clicking on the "Courses Offered" tab of the website. The webpage is found at https://web-app.usc.edu/ws/soc_archive/soc/term_20201/classes/bme/index.html  and was in effect during the registration term preceding the Spring 2020 term.

6.  Attached hereto as Exhibit 5 is a true and correct copy of a screenshot from the webpage forming part of the 2019-2020 USC Course Catalogue, which shows that for the Spring 2020 semester lectures by USC Viterbi School of Engineering Professor Jesse Yen were to be held at Ronald Tutor Hall ("RTH") and hands-on laboratory instruction at the Denney Research Center ("DRB").

7.  Attached hereto as Exhibit 6 are true and correct copies of USC promotional materials made available to prospective USC students before the Spring 2020 semester. This document was previously filed as Docket No. 144-11.

8.  Attached hereto as Exhibit 7 is a true and correct copy of the USC Spring 2020

-1-

DECL. OF ROY A. KATRIEL

1   Course Catalog. This document was previously filed as Docket No. 144-12.

2       9.  Attached hereto as Exhibit 8 is a true and correct copy of USC's publicly

3   available descriptive materials preceding the Spring 2020 semester about its Full-Time

4   MBA Program.  This document was previously filed as Docket No. 144-13.

5       10. Attached hereto as Exhibit 9 is a true and correct copy of USC's publicly

6   available descriptive materials preceding the Spring 2020 semester about its Online

7   MBA Program.  This document was previously filed as Docket No. 144-14.

8       11.  Attached hereto as Exhibit 10 is a true and correct copy of form admissions

9   communication from USC to Plaintiff Julia Greenberg.  This document was previously

10  filed as Docket No. 144-15.

11      12. Attached hereto as Exhibit 11 is a true and correct copy of form admissions

12  communication from USC to another of the named plaintiffs.  This document was

13  previously filed as Docket No. 144-16.

14      13. Attached hereto as Exhibit 12 is a true and correct copy of form admissions

15  communication from USC to Plaintiff Gomez.  This document was previously filed as

16  Docket No. 144-17.

17      14.  Attached hereto as Exhibit 13 is a true and correct copy of form admissions

18  communication from USC to Plaintiff Christina Diaz.  This document was previously

19  filed as Docket No. 144-18.

20      15.  Attached hereto as Exhibit 14 is a true and correct copy of an email dated

21  April 29, 2020 from Michael Price (USC's Manager of Academic Initiatives) to Beth

22  Schuster (Chief of Staff of USC's Office of the Provost).  This document was previously

23  filed as Docket No. 144-2.

24      16. Attached hereto as Exhibit 15 is a true and correct copy of an email dated

25  March 12, 2020 from Andrew Guzman, USC's Law Dean.  This document was

26  previously filed as Docket No. 144-25.

27      17.  Attached hereto as Exhibit 16 is a true and correct copy of an email dated

28
                                        -2-
    DECL. OF ROY A. KATRIEL                                    Case No. 2:20-cv-04066-DMG-PVC

1  March 13, 2020 from a USC faculty member.  This document was previously filed as

2  Docket No. 144-26.

3       18.  Attached hereto as Exhibit 17 is a true and correct copy of an email dated

4  March 21, 2020 from USC Dean Robert Cuietta to Students, Faculty, and Staff of USC.

5  This document was previously filed as Docket No. 144-27.

6       19.  Attached hereto as Exhibit 18 is a true and correct copy of another internal

7  USC email during the Spring 2020 semester.  This document was previously filed as

8  Docket No. 144-28.

9       20.  Attached hereto as Exhibit 19 is a true and correct copy of an Opinion Op-

10  Ed piece authored by John R. Murray, Associate Professor of Teaching in USC's

11  undergraduate writing program that was published in the Los Angeles Times on June 3,

12  2020.  This document was previously filed as Docket No. 144-3.

13       21.  Attached hereto as Exhibit 20 are selected pages from the transcript of the

14  deposition of Ronald T. Wilcox, Ph.D. taken in this action.

15       22.  Attached hereto as Exhibit 21 are selected pages from the transcript of the

16  deposition of John L. Hansen taken in this action.

17       23.  Attached hereto as Exhibit 22 is a true and correct copy of the Expert Rebuttal

18  Report of Hal J. Singer, Ph.D.  This document was previously filed as Docket No. 149-

19  6.

20       24.  Attached hereto as Exhibit 23 is a true and correct copy of an email dated

21  March 1, 2020 to named Plaintiff Christina Diaz from Sophia Gruzdys, her USC Study

22  Abroad faculty member.  This document was previously filed as Docket No. 186-2.

23  I declare under penalty of perjury that the foregoing is true and correct to the best of

24  my knowledge.

25  Executed this 19th day of January 2024 in Del Mar, California.

26

27                     /s/ Roy A. Katriel

-3-

28

DECL. OF ROY A. KATRIEL

Case No. 2:20-cv-04066-DMG-PVC