1   Steve W. Berman (*pro hac vice*)
2   steve@hbsslaw.com
    HAGENS BERMAN SOBOL SHAPIRO LLP
3   1301 Second Avenue, Suite 2000
4   Seattle, WA 98101
    T: (206) 623-7292
5   F: (206) 623-0594

6
    Christopher R. Pitoun (SBN 290235)
7   christopherp@hbsslaw.com
8   HAGENS BERMAN SOBOL SHAPIRO LLP
    301 North Lake Avenue, Suite 920
9   Pasadena, CA 91101
10  T: (213) 330-7150
    F: (213) 330-7152
11

12  *Interim Co-Lead Counsel and*
    *Attorneys for Plaintiff J. Julia Greenberg*
13
14  [Additional Counsel listed on signature page]

15              **UNITED STATES DISTRICT COURT**

16             **CENTRAL DISTRICT OF CALIFORNIA**

17                  **WESTERN DIVISION**

18  | *In re University of Southern California* | Case No. 2:20-cv-04066-DMG-PVC |
19  | *Tuition and Fees COVID-19 Refund* | |
    | *Litigation* | **JOINT STIPULATION ON CLASS** |
20  | | **NOTICE** |

21  | | Action filed:   May 7, 2020 |
22  | | Consolidated:  July 17, 2020 |
    | | Trial Date:     May 21, 2024 |
23  | | Time:           8:30 a.m. |
24  | | Courtroom:      8C |

25

26

27

28

WHEREAS the parties, Plaintiffs Chile Mark Aguiniga Gomez, Christina Diaz, Injune David Choi, J Julia Greenberg, Justin Kerendian, and Latisha Watson, and Defendants University of Southern California and The Board of Trustees of the University of Southern California (collectively, "USC"), by and through their attorneys, having met and conferred, respectfully request this Court enter an order: approving the proposed form of notice, the proposed notice plan and proposed notice schedule, authorize distribution of notice to the Class, appoint Angeion Group, LLC ("Angeion") as notice administrator, and enter a judicial order within the meaning of the Family Educational Rights And Privacy Act in order to facilitate the production of class member contact information necessary for direct notice.

WHEREAS on September 29, 2023, the Court issued its Order Re Motion for Class Certification, Motion to Exclude Testimony of Dr. Hal Singer, Motion for Judgment on the Pleadings, Motion to Strike Expert Report of John L. Hansen, Motion to Strike Expert Report of Dr. Ronald Wilcox [ECF 213] ("Class Order").

WHERAS as a result of the Court's Class Order certifying a class under Rule 23(b)(3), Plaintiffs must now issue notice to the class in accordance with Rule 23(c)(2)(B).

WHEREAS the Class Order did not specify requirements regarding the form of and timing of class notice.

WHEREAS the parties have met and conferred regarding the substance of the notice and schedule for issuing the Court ordered notice, reaching agreement on both the substance of the notice and the schedule for issuing the same.

WHEREAS the agreed proposed class notice, attached here as Exhibit A, and the agreed proposed email summary class notice, attached here as Exhibit B, state in concise and easily understood language the nature of the action, the definition of the certified class, and how to identify if a person falls in the class. Because Class member contact information is available in this case, the proposed manner of notice will be comprehensive and constitute direct notice.

JOINT STIPULATION ON CLASS NOTICE - 1

1    WHEREAS notice will first go out by email to all Class Members who have

2   valid email addresses included on the class list provided to Angeion, followed by

3   mail notice for any undeliverable emails. *See* Exhibit C, Declaration of Steven

4   Weisbrot ¶¶ 19-24. As part of the Notice Plan, Angeion will send notice of the

5   litigation via first class U.S. Mail, postage pre-paid, to all Class Members for whom

6   mailing addresses are included on the class list provided to Angeion and whose email

7   notice could not be delivered. *Id.* ¶ 25-26. The direct notice efforts are designed to

8   reach substantially all of the Class Members identified on the class list. Ex. C, ¶ 33.

9    WHEREAS Plaintiffs have retained Angeion to serve as the notice

10   administrator. Angeion has served as the class notice and/or claims administrator in

11   numerous cases, including other college or university COVID-19 refund settlements.

12   Ex. C, ¶¶ 9-11 (and Ex. A thereto).

13    WHEREAS, because direct notice to class members is the best notice that is

14   practicable under the circumstances, the parties request that the Court also enter an

15   order directing USC to produce class member contact information, specifically, (1)

16   first name, last name; (2) last known email address; (3) last known mailing address;

17   and (4) last known primary phone number; (collectively, "Contact Information") to

18   the notice administrator within seven days of entry of an order approving the form

19   and manner of notice to issue in this case.

20    WHEREAS such an order is necessary to facilitate production of this

21   information under the Family Educational Rights And Privacy Act and the Court's

22   Order should include the following language:

23       This Order shall constitute a "judicial order" within the
         meaning of the Family Educational Rights and Privacy
24       Act, 20 U.S.C. § 1232g and 34 C.F.R. § 99.31(a)(9),
         sufficient to permit University of Southern California to
25       provide Class Members' contact information to the Notice
         Administrator. The Court further rules that the Notice Plan
26       outlined in Plaintiffs' motion and the proposed Notice
         Form constitutes a reasonable effort per 34 C.F.R.
27       § 99.31(a)(9)(ii) to notify eligible students (or their
28       parents) of this order sufficiently in advance of disclosure

JOINT STIPULATION ON CLASS NOTICE - 2

of contact information and student financial account information for the Spring 2020 academic term to Class Counsel to allow the student (or parent) an opportunity to seek protective action, including filing a motion to quash with this Court.

WHEREAS The parties also met and conferred regarding proposed notice schedule and related date, which are set out in the below chart. Each date is based off of entry of the Court's approval of the notice plan. To the extent that the calculation of a date falls on a weekend, the next business day will apply for the deadline.

| Event | Date |
|---|---|
| Deadline to transfer class member contact information to claims administrator | Seven days after entry of order approving notice plan |
| Deadline to issue email notice | 14 days after entry of order approving notice plan |
| Deadline to issue US mail notice for any undeliverable emails | 21 days after entry of order approving notice plan |
| Exclusion request deadline | 45 days after deadline to issue email notice |

NOW THEREFORE, PLAINTIFFS AND DEFENDANT HEREBY JOINTLY STIPULATE and respectfully request this Court approve the proposed notice plan, the proposed form of notice, the proposed notice schedule, authorize distribution of notice to the Class, appoint Angeion as notice administrator, and enter a judicial order within the meaning of the Family Educational Rights And Privacy Act in order to facilitate the production of class member contact information so as to permit direct notice to the class.

The stipulated proposed order follows.

1    DATED:  January 29, 2024          Respectfully submitted,

2
                                       **HAGENS BERMAN SOBOL**
3                                      **SHAPIRO LLP**

4                                      /s/ *Daniel J. Kurowski*
5                                          Daniel J. Kurowski (*pro hac vice*)
                                       Whitney K. Siehl (*pro hac vice*)
6                                      455 N. Cityfront Plaza Drive, Suite 2410
7                                      Chicago, IL 60611
                                       Tel: (708) 628-4949
8                                      Email: dank@hbsslaw.com
9                                      Email: whitneys@hbsslaw.com

10
                                       Steve W. Berman (*pro hac vice*)
11                                     1301 Second Avenue, Suite 2000
                                       Seattle, WA 98101
12                                     Tel: (206) 623-7292
13                                     Email: steve@hbsslaw.com

14
                                       Christopher R. Pitoun (SBN 290235)
15                                     301 North Lake Avenue, Suite 203
                                       Pasadena, CA 91101
16                                     Tel: (213) 330-7150
17                                     Fax: (213) 330-7152
                                       Email: christopherp@hbsslaw.com
18

19                                     **BERGER MONTAGUE PC**
20                                     Ellen T. Noteware (*pro hac vice*)
                                       1818 Market Street, Suite 3600
21                                     Philadelphia, PA 19103
22                                     Tel: (215) 875-3000
                                       Email: enoteware@bm.net
23

24                                     E. Michelle Drake (*pro hac vice*)
                                       Ariana Kiener (*pro hac vice*)
25                                     43 SE Main Street, Suite 505
26                                     Minneapolis, MN 55414
                                       Tel: (215) 875-3000
27                                     Email: emdrake@bm.net
28                                     Email: akiener@bm.net

JOINT STIPULATION ON CLASS NOTICE - 4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THE KATRIEL LAW FIRM, P.C.**
Roy A. Katriel, Esq. (SBN 265463)
2262 Carmel Valley Road, Suite 201
Del Mar, CA 92014
Tel: (619) 363-3333
Email: rak@katriellaw.com

*Co-Lead Counsel for Plaintiffs*

   -and-

**THE KALFAYAN LAW FIRM, APC**
Ralph B. Kalfayan (SBN 133464)
Veneeta Jaswal (SBN 320108)
2262 Carmel Valley Road, Suite 200
Del Mar, CA 92014
Tel: (619) 232-0331
Email: ralph@rbk-law.com
Email: veneeta@rbk-law.com

**LYNCH CARPENTER LLP**
(Eddie) Jae K. Kim (SBN 236805)
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Tel: (619) 762-1910
Email: ekim@lcllp.com

Gary F. Lynch (*pro hac vice*)
Edward W. Ciolko (*pro hac vice*)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Email: gynch@lcllp.com
Email: eciolko@lcllp.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LAW OFFICES OF JENNIFER DUFFY**
Jennifer Duffy
28649 S. Western Avenue, Suite 6571
Los Angeles, CA 90734
Tel: (310) 714-9779
Email: jennifer@usclassactions.com

**PARRIS LAW FIRM**
R. Rex Parris (SBN 96567)
Alexander R. Wheeler (SBN 239541)
Kitty K. Szeto (SBN 258136)
John M. Bickford (SBN 280929)
Ryan A. Crist (SBN 316653)
43364 10th Street West
Lancaster, CA 93534
Tel: (661) 949-2595
Email: rrparris@parrislawyers.com
Email: kszeto@parrislawyers.com
Email: awheeler@parrislawyers.com
Email: jbickford@parrislawyers.com
Email: rcrist@parrislawyers.com

**SHEGERIAN & ASSOCIATES, INC.**
Carney R. Shegerian (SBN 150461)
Anthony Nguyen (SBN 259154)
Cheryl A. Kenner (SBN 305758)
145 South Spring Street, Suite 400
Los Angeles, CA 90012
Tel: (310) 860-0770
Fax: (310) 860-0771
CShegerian@Shegerianlaw.com
ANguyen@Shegerianlaw.com
CKenner@Shegerianlaw.com

*Attorneys for Plaintiffs and the class*

JOINT STIPULATION ON CLASS NOTICE - 6

1   DATED:  January 29, 2024          Respectfully submitted,

2                                     COOLEY LLP

3                                     /s/ *Leo P. Norton*

4                                     Leo P. Norton (216282)

5
                                      COOLEY LLP
6                                     MICHELLE C. DOOLIN (179445)
                                      (mdoolin@cooley.com)
7                                     LEO P. NORTON (216282)
                                      (lnorton@cooley.com)
8                                     10265 Science Center Drive
                                      San Diego, CA  92121
9                                     Telephone:    (858) 550-6000
                                      Facsimile:    (858) 550-6420
10
                                      ALEXANDRA R. MAYHUGH (300446)
11                                    (amayhugh@cooley.com)
                                      1333 2nd Street
12                                    Suite 400
                                      Santa Monica, CA  90401
13                                    Telephone:    (310) 883-6400
                                      Facsimile:    (310) 883-6500
14
                                      MICHAEL N. SHEETZ *(Pro hac vice)*
15                                    (msheetz@cooley.com)
                                      500 Boylston Street
16                                    Boston, MA  02116-3736
                                      Telephone:    (617) 937-2300
17                                    Facsimile:    (617) 937-2400

18                                    Attorneys for Defendants
                                      UNIVERSITY OF SOUTHERN
19                                    CALIFORNIA and THE BOARD OF
                                      TRUSTEES OF THE UNIVERSITY OF
20                                    SOUTHERN CALIFORNIA

21

22

23

24

25

26

27

28

JOINT STIPULATION ON CLASS NOTICE - 7

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on January 29, 2024, a true and correct copy of the foregoing was filed electronically via CM/ECF, with notice delivered to all counsel of record.

By:  /s/ *Daniel J. Kurowski*
Daniel J. Kurowski

## ECF ATTESTATION

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(a), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:  /s/ *Daniel J. Kurowski*
Daniel J. Kurowski

JOINT STIPULATION ON CLASS NOTICE - 8