# Exhibit A

<u>United States District Court for the Central District of California</u>

# If you were a student who paid or were obligated to pay tuition, fees, or other costs to the University of Southern California for the Spring 2020 academic term, a class action lawsuit may affect your rights.

*A federal court authorized this notice.  This is not a solicitation from a lawyer.*

- Six plaintiffs (referred to in this notice as "Plaintiffs") sued Defendants University of Southern California ("USC") and the Board of Trustees of the University of Southern California (collectively "Defendants") alleging that they and Class Members have the right to partial refunds of tuition and certain fees or costs for the Spring 2020 academic term because USC transitioned to remote learning and services in March 2020 through the end of the academic term amid the COVID-19 pandemic.

- The Court has allowed the lawsuit to proceed as a class action on behalf of all students who paid or were obligated to pay tuition, fees, or other costs to USC for the Spring 2020 academic term.

- At this stage, the lawsuit involves only allegations, which Defendants deny. The winner has not yet been determined. There is no money available now, and no guarantee there will be money available in the future.

- Your legal rights are affected whether you act or don't act, and you have a choice to make now.

| Your Legal Rights And Options in this Lawsuit: | |
|---|---|
| **DO NOTHING** | **Stay in this lawsuit.  Await the outcome.  Give up certain rights. Have contact and Spring 2020 student financial account information disclosed.** <br><br>You keep the possibility of getting money from a trial or settlement.  But you give up rights to separately sue Defendants over the claims in this case.  Your contact information and Spring 2020 student financial account information will be shared with Plaintiffs' lawyers. |
| **ASK TO BE EXCLUDED** | **Get out of this lawsuit.  Get no money.  Keep certain rights.** <br><br>You won't get money if any is awarded in a trial or obtained in a settlement.  But, you keep any rights to separately sue Defendants over the same claims.  Your contact information and Spring 2020 student financial account information won't be shared with Plaintiffs' lawyers.  *See Question 15 [hyperlinked to Q15 in website version of notice]] below for instructions on how to ask to be excluded.* |

- These rights and options are explained in this notice.  To ask to be excluded, you must act before **[insert date 45 days from start of notice program]**.

- The claims asserted must survive pre-trial motions and Plaintiffs must prove the claims against Defendants at a trial presently set to start May 21, 2024.  If money is obtained from Defendants through judgment or settlement, you will separately be notified about how to participate.  Please be patient.

- **Please read this notice carefully and in its entirety**

    **Questions?  Please call [INSERT], email [INSERT], or visit www.[INSERT].com**

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**……………………………..……  Page 3
1. Why did I get this notice?
2. What is this lawsuit about?
3. What is a class action and who is involved?
4. Why is this lawsuit a class action?

**THE CLAIMS IN THE LAWSUIT**…………..……..………………  Page 4
5. What does the lawsuit complain about?
6. How do Defendants respond?
7. Has the Court decided who is right?
8. What are the Plaintiffs seeking?
9. Is there any money available now?

**WHO IS IN THE CLASS**………………………………………..  Page 5
10. Am I part of this Class?
11. Are any people not included in the Class?
12. I'm still not sure if I am included.

**YOUR RIGHTS AND OPTIONS**…………………………………  Page 5-7
13. What happens if I do nothing at all?
14. Why would I ask to be excluded?
15. How do I ask the Court to exclude me from the Class?

**THE LAWYERS REPRESENTING YOU**…..………………………...  Pages 7-8
16. Do I have a lawyer in this case?
17. Should I get my own lawyer?
18. How will the lawyers be paid?

**THE TRIAL**…………………………………………………….  Page 8
19. How and when will the Court or Jury decide who is right?
20. Do I have to come to the trial?
21. Will I get money after the trial?

**UPDATE CONTACT INFORMATION AND KEEP RECORDS**………………  Page 8-9
22. What if I move or my contact information changes?
23. Do I need to keep any records?

**GETTING MORE INFORMATION**…………………………………  Page 9
24. Are more details available?

**BASIC INFORMATION**

### 1. Why did I get this notice?

USC's records show that you may have been a student who paid or were obligated to pay tuition, fees, or certain other costs to USC for the Spring 2020 academic term that have not otherwise been fully or partially refunded. This notice explains that the Court has approved (or "certified") a class action lawsuit which may affect you. You have legal rights and options you may exercise before the Court makes key pre-trial rulings or holds a trial. The trial is to decide whether the Plaintiffs will prevail on the claims being made against Defendants on your behalf. Judge Dolly M. Gee of the United States District Court for the Central District of California is presently overseeing this class action. The lawsuit is known as *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation*, Case No. 2:20-cv-04066-DMG-PVC.

### 2. What is this lawsuit about?

The lawsuit alleges claims for quasi-contract restitution and California Unfair Competition Law (unfair prong) against Defendants. Plaintiffs allege that they and Class Members have the right to partial refunds of tuition and certain fees and costs for the Spring 2020 academic term because Defendants transitioned from in-person to remote learning and services in March 2020 amid the COVID-19 pandemic. Defendants deny Plaintiffs' claims, deny there is any basis to seek partial refunds, and further deny any liability or wrongdoing whatsoever.

### 3. What is a class action and who is involved?

In a class action lawsuit, one or more people called "Class Representatives," which in this case are Plaintiffs Injune David Choi, Christina Diaz, Chile Mark Aguiniga Gomez, J. Julia Greenberg, Justin Kerendian, and Latisha Watson, sue on behalf of other people who have similar claims. The similarly situated people together are a "Class." The individuals who sued are called the "Plaintiffs," while the similarly situated people they represent are called "Class Members." The parties they sued, which in this case are USC and the Board of Trustees of the University of Southern California, are called the defendants. One lawsuit resolves the issues and claims for everyone in the Class—except for those people who choose to exclude themselves from the Class.

### 4. Why is this lawsuit a class action?

The Court decided this lawsuit may proceed as a class action because it meets the requirements of Rule 23 of the Federal Rules of Civil Procedure, which governs class actions in federal court. More information about why the Court is allowing this lawsuit to be a class action can be found by reading the Court's Order Certifying the Class, which is available at www.[insert].com.

## THE CLAIMS IN THE LAWSUIT

### 5. What does the lawsuit complain about?

Plaintiffs say that USC promised to provide in-person instruction and services for the Spring 2020 academic term, but USC failed to provide in-person instruction and services for part of the Spring 2020 academic term when it switched to remote instruction and services due to the pandemic. Plaintiffs allege that they and Class Members have the right to partial refunds of tuition and certain fees for the Spring 2020 academic term because the value of remote instruction and services is less than in-person. You can read the current version of Plaintiffs' Class Action Complaint at www.[insert].com.

### 6. How do Defendants respond?

Defendants deny that they did anything unjust or unfair. Specifically, they deny making a promise to provide in-person instruction and services for the Spring 2020 academic term, and contend that they indeed disclosed in the USC Catalogue that USC could change course offerings. Further, Defendants say the government mandated the switch from in-person to remote, not USC. Defendants challenge that the value of remote instruction and services is less than in-person, and also state that USC experienced a financial loss because of the transition so that Plaintiffs and Class Members could complete their Spring 2020 academic term coursework and earn units toward graduation. Defendants deny any wrongdoing or liability to Plaintiffs and Class members for partial refunds whatsoever. Defendants' Answer to the current version of Plaintiffs' Class Action Complaint is also available at www.[insert].com.

### 7. Has the Court decided who is right?

The Court hasn't decided whether Plaintiffs or Defendants are right. By establishing the Class and ordering the issuance of this Notice, the Court is not suggesting Plaintiffs will win or lose this case. The Plaintiffs' claims must survive pre-trial motions and then Plaintiffs must prove their claims at a trial presently set to start on May 21, 2024. (See "The Trial below on page 8.)

### 8. What are the Plaintiffs seeking?

The lawsuit seeks to recover money from Defendants. Plaintiffs seek to recover partial restitution of tuition and certain fees for Plaintiffs and Class Members for the Spring 2020 academic term.

### 9. Is there any money available now?

No money is available now because the Court or jury has not yet decided whether Plaintiff will prevail on their claims , and the two sides have not settled the case. There is no guarantee money will ever be obtained. If money is, and you have not opted out of the cases, you will be separately notified about how to participate.

## WHO IS IN THE CLASS

You need to decide whether you are affected by this lawsuit.

### 10. Am I part of this Class?

The Judge decided all students who paid or were obligated to pay tuition, fees, or other costs to The University of Southern California for the Spring 2020 academic term are Class Members.

### 11. Are any people not included in the Class?

Excluded from this class definition are all students who enrolled in USC's education programs that, prior to March 10, 2020, were offered exclusively online. Also excluded from the class are Defendants, Defendants' officers, directors, agents, trustees, parents, children, corporations, trusts, representatives, employees, principals, servants, partners, joint ventures, or entities controlled by Defendants, and their heirs, successors, assigns, or other people or entities related to or affiliated with Defendants and/or Defendants' officers and/or directors, the judges assigned to the Action, and any member of a judge's immediate family.

### 12. I'm still not sure if I am included.

If you are still unsure whether you are included, you may get free help at www.[insert].com, or by contacting the notice administrator at [insert address], [insert telephone] or [insert email]. You may also contract one of the lawyers representing the Class by contacting them at the information above in Question 16.

## YOUR RIGHTS AND OPTIONS

You have to decide whether to stay in the Class or ask to be excluded before key pre-trial rulings and the trial, and you have to decide this **now**.

### 13. What happens if I do nothing at all?

You don't have to do anything now if you want to keep the possibility of getting money from this lawsuit. By doing nothing you are staying in the Class. If you stay in and the Plaintiffs obtain money or benefits, either as a result of a judgment or a settlement, you will be notified about how to participate (or how to ask to be excluded from any settlement).

Keep in mind if you do nothing now, regardless of whether the Plaintiffs win or lose the trial, you will not be able to sue, or continue to sue, Defendants—as part of any other lawsuit—about the same claims that are the subject of this lawsuit. You will also be legally bound by all of the decisions and orders the Court issues and the judgment made in this class action.

If you remain a member of the Class, your contract information and Spring 2020 academic term student financial account information maintained by USC will be disclosed to Class Counsel in accordance with the Federal Family Educational Rights and Privacy Act ("FERPA").

**QUESTIONS? PLEASE CALL [INSERT], EMAIL [INSERT], OR VISIT WWW.[INSERT].COM**

| **14. Why would I ask to be excluded?** |
|---|

If you already have your own lawsuit against Defendants for similar claims and want to continue with it, if you want to preserve your ability to independently pursue a lawsuit on your own, or if you do not want to participate in this lawsuit as a member of the Class for whatever reason, you need to ask to be excluded from the Class. If you exclude yourself from the Class—which also means to remove yourself from the Class, and is sometimes called "opting-out" of the Class—you won't get any money from this lawsuit even if the Plaintiffs obtains money as a result of the trial or from any settlement (which may or may not be reached) between Plaintiffs and Defendants.

However, you may then be able to sue or continue to sue Defendants for similar claims. If you exclude yourself, you will not be legally bound by the Court's pre-trial decisions, the Court or jury's decision at trial, or the judgment in this class action.

If you start your own lawsuit against Defendants after you exclude yourself, you'll have to hire and pay your own lawyer for the lawsuit, and you'll have to prove your claims. If you do exclude yourself so you can start or continue your own lawsuit against Defendants or preserve your ability to do so in the future, you should talk to your own lawyer soon, because your claims may be subject to time limitations, also known as statutes of limitations or repose.

If you ask to be excluded, your contact information and Spring 2020 academic term student financial account information maintained by USC will not be disclosed to Class Counsel.

| **15. How do I ask the Court to exclude me from the Class?** |
|---|

You have three ways to exclude yourself from the Class: (1) complete and submit the online exclusion form through the notice administrator website www.[insert].com or by clicking [here – insert hyperlink]; (2) send a signed letter by first-class mail stating that you "request exclusion from the Class in *In re University of Southern California COVID-19 Tuition and Fee Litigation,* Case No. 2:20-cv-04066-DMG-PVC" and provide your full name, postal address, and telephone number in the letter; or (3) send an email stating that you "request exclusion from the Class in *In re University of Southern California COVID-19 Tuition and Fee Litigation,* Case No. 2:20-cv-04066-DMG-PVC" and provide your full name, postal address, and telephone number in the letter. If you are signing on behalf of a Class Member (such as an estate, corporation, or partnership), please indicate your full name and the basis of your authority to act on behalf of the Class Member.

You must submit, mail or email your exclusion request, such that it is postmarked (mail) or time stamped (online submission or email) on or before ***DATE [45 days after notice]***, to:

*In re University of Southern California COVID-19 Tuition and Fee Litigation*
**PO Box _____**
**CITY, STATE 12345**

**email@domain.com**

**QUESTIONS?  PLEASE CALL [INSERT], EMAIL [INSERT], OR VISIT WWW.[INSERT].COM**
6

You cannot exclude yourself from the Class by telephone or facsimile. Requests for exclusion that do not follow the above requirements will be invalid, unless corrected by **DATE *[45 days after notice]*** in response to a deficiency notice from the notice administrator or otherwise or unless accepted by the Court notwithstanding any deficiency, subject to any objections of the parties, which will be resolved by the Court.

## THE LAWYERS REPRESENTING YOU

### 16. Do I have a lawyer in this case?

The Court decided the law firms of Hagens Berman Sobol Shapiro LLP and Berger Montague PC and The Katriel Law Firm, P.C. are qualified to represent you and all members of the Class. Together the law firms are called "Class Counsel." They are experienced in handling class actions. More information about these law firms, their practices, and their lawyers' experience is available at https://www.hbsslaw.com/, https://bergermontague.com/, and https://www.katriellaw.com/.

If you have questions about the matters raised in this Notice, you may contact class counsel:

| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP<br>Steve W. Berman<br>Daniel J. Kurowski<br>Whitney K. Siehl<br>455 N. Cityfront Plaza Drive<br>Suite 2410<br>Chicago, IL 60611<br>usctuition@hbsslaw.com | BERGER MONTAGUE PC<br>Ellen T. Noteware<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>enoteware@bm.net<br>E. Michelle Drake<br>Ariana Kiener<br>43 SE Main Street, Suite 505<br>Minneapolis, MN 55414<br>Tel: (215) 875-3000<br>emdrake@bm.net<br>akiener@bm.net<br><br>THE KATRIEL LAW FIRM, P.C.<br>Roy A. Katriel, Esq<br>2262 Carmel Valley Road, Suite 201<br>Del Mar, CA 92014<br>Tel: (619) 363-3333<br>rak@katriellaw.com |

### 17. Should I get my own lawyer?

You do not need to hire your own lawyer because Class Counsel is working on your behalf. But, if you want your own lawyer, you will have to pay your counsel. For example, you can ask your own counsel to appear in Court for you if you want someone other than Class Counsel to speak for you.

| 18. How will the lawyers be paid? |
|---|

If Class Counsel gets money for the Class through a trial or settlement, they may ask the Court for fees and expenses.  You won't have to pay these fees and expenses.  If the Court grants Class Counsels' request, the fees and expenses would be either deducted from any money obtained for the Class or paid separately by Defendants.

### THE TRIAL

The Court has scheduled a trial.

| 19. How and when will the Judge or Jury decide who is right? |
|---|

As long as the case isn't resolved by pre-trial motions or a settlement, Class Counsel will have to prove the Plaintiffs' claims at a trial . The trial is present set to start on Tuesday, May 21, 2024 in the United States District Court for the Central District of California, 350 West First Street, Los Angeles, California 90012, in Courtroom 8C.  At the trial, the Judge or a Jury will hear evidence presented by the parties to reach a decision about whether Plaintiffs or Defendants are right regarding Plaintiffs' claims and Defendants' defenses.  There is no guarantee the Plaintiffs will win or get any money for the Class.

| 20. Do I have to come to the trial? |
|---|

You do not need to attend the trial.  Class Counsel will present the case for the Plaintiffs, and Defendants will present their defenses. You or your own lawyer is welcome to come at your own expense.

| 21. Will I get money after the trial? |
|---|

If the Plaintiffs obtain money through a trial or a settlement, you will be separately notified about how to participate.  It is unknown at this time how long this will take.  It could take a long time depending on whether there are any appeals.  Please be patient.

### UPDATE CONTACT INFORMATION AND KEEP RECORDS

| 22. What if I move or my contact information changes? |
|---|

To help the Court and the parties in maintaining correct lists of Class Members, please mail or e-mail or call toll free at (855) _____ to give notice of any changes in your email or postal address to:

*In re University of Southern California University COVID-19 Tuition and Fee Litigation*
PO Box ____
CITY, STATE 12345
email@domain.com

**QUESTIONS?  PLEASE CALL [INSERT], EMAIL [INSERT], OR VISIT WWW.[INSERT].COM**

8

If this Notice was forwarded to you by the postal service, or if it was sent to you at an email or postal address that is not current, you should immediately contact the notice administrator, Angeion Group, LLC, at the address above or toll free at (855) _____ and provide them with your correct postal or email address. If the notice administrator does not have your correct contact information, you might not receive future notice of important developments.

### 23. Do I need to keep any records?

Class Members will be eligible to participate in any recovery if money is obtained in the lawsuit through a judgment or a settlement. While this notice is not intended to suggest any likelihood that Plaintiffs or Class Members will obtain any recovery, if there is a recovery, Class Members may have to support their requests to participate in the distribution of the recovery by showing their membership in the Class and documenting their enrollment, charges and payments to USC, and funding sources for the Spring 2020 academic term. Please keep all records regarding these issues. DO NOT mail them to Class Counsel or the notice administrator at this time.

## GETTING MORE INFORMATION

### 24. Are more details available?

Visit the website, www.[insert].com, where you will find the Court's Order Certifying the Class, the current version of the Class Action Complaint filed by Plaintiffs, and the Defendants' Answer to the current version of Plaintiffs' Class Action Complaint. You may contact the notice administrator at [insert address], [insert telephone] or [insert email]. You may also contract one of the lawyers representing the Class by contacting them at the information above in Question 16.

Complete copies of the pleadings, orders, and other documents filed in this lawsuit are available at the office of the Clerk of Court for the U.S. District Court for the Central District of California Western Division, 255 East Temple Street, Suite 180, Los Angeles, CA 90012-4701 under Case No. 2:20-cv-04066-DMG-PVC.

**PLEASE DO NOT CALL OR WRITE THE COURT OR CLERK OF THE COURT REGARDING THIS NOTICE**

Dated: [Month Day], 2024        BY ORDER OF THE COURT
                                U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**QUESTIONS?  PLEASE CALL [INSERT], EMAIL [INSERT], OR VISIT WWW.[INSERT].COM**