# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation* | Case No. 2:20-cv-04066-DMG-PVC<br><br>**[PROPOSED] ORDER APPROVING PARTIES' JOINT STIPULATION AS TO CLASS NOTICE**<br><br>Action filed: May 7, 2020<br>Consolidated: July 17, 2020<br>Trial Date: May 21, 2024<br>Time: 8:30 a.m.<br>Courtroom: 8C |

On January 29, 2024, Plaintiffs Chile Mark Aguiniga Gomez, Christina Diaz, Injune David Choi, J Julia Greenberg, Justin Kerendian, and Latisha Watson, and Defendants University of Southern California and The Board of Trustees of the University of Southern California (collectively, "USC") (Plaintiffs and USC together, the "Parties") filed a Joint Stipulation with respect to class notice in this matter. Having considered the Parties' stipulation, it is HEREBY ORDERED that:

The Parties' Stipulation and proposed schedule therein is approved.

The Court appoints Angeion Group, LLC as the Notice Administrator.

[PROPOSED] ORDER APPROVING PARTIES'
JOINT STIPULATION AS TO CLASS NOTICE - 1

The Proposed Class Notice attached as Exhibit A to the Stipulation is approved.

The Proposed Email Summary Class Notice attached as Exhibit B to the Stipulation is approved.

The Court directs USC to produce Class Member contact information, specifically, (1) first name, last name; (2) last known email address; (3) last known mailing address; and (4) last known primary phone number (collectively, "Contact Information") to the Notice Administrator. The Court further directs that this Order shall constitute a "judicial order" within the meaning of the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g and 34 C.F.R. § 99.31(a)(9), sufficient to permit USC to provide Class Members' contact information to the Notice Administrator. The Court further rules that the Notice Plan outlined in Plaintiffs' motion and the proposed Notice Form constitutes a reasonable effort per 34 C.F.R. § 99.31(a)(9)(ii) to notify eligible students (or their parents) of this order sufficiently in advance of disclosure of contact information and student financial account information for the Spring 2020 academic term to Class Counsel to allow the student (or parent) an opportunity to seek protective action, including filing a motion to quash with this Court.

**IT IS SO ORDERED.**

Dated: _____, 2024    _____
                                                       Hon. Dolly M. Gee
                                                       United States District Judge