# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation* | Case No. CV 20-04066-DMG (PVCx)<br><br>**ORDER APPROVING PARTIES' JOINT STIPULATION AS TO CLASS NOTICE** |

On January 29, 2024, Plaintiffs Chile Mark Aguiniga Gomez, Christina Diaz, Injune David Choi, J Julia Greenberg, Justin Kerendian, and Latisha Watson, and Defendants University of Southern California and The Board of Trustees of the University of Southern California (collectively, "USC") filed a Joint Stipulation with respect to class notice in this matter. Having considered the Parties' stipulation, and finding good cause therefor,

**IT IS HEREBY ORDERED** that:

1. The Parties' Joint Stipulation and proposed schedule therein is **APPROVED**. The Parties, by and through Angeion Group, LLC, shall issue the Notice to the Class, as follows:

| Event | Date |
|---|---|
| Deadline to transfer class member contact information to claims administrator | **February 7, 2024** |
| Deadline to issue email notice | **February 14, 2024** |
| Deadline to issue US mail notice for any undeliverable emails | **February 21, 2024** |
| Exclusion request deadline | **April 1, 2024** |

2. The Court **APPOINTS** Angeion Group, LLC as the Notice Administrator.

3. The Proposed Class Notice attached as Exhibit A to the Stipulation, subject to modifications made by the Court, is **APPROVED**.

4. The Proposed Email Summary Class Notice attached as Exhibit B to the Stipulation, subject to modifications made by the Court, is **APPROVED**.

5. The Court **DIRECTS** USC to produce Class Member contact information, specifically, (1) first name, last name; (2) last known email address; (3) last known mailing address; and (4) last known primary phone number (collectively, "Contact Information") to the Notice Administrator. The Court further **ORDERS** that, to the extent needed, this Order shall

constitute a "judicial order" within the meaning of the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g and 34 C.F.R. § 99.31(a)(9), sufficient to permit USC to provide Class Members' contact information to the Notice Administrator. The Court further rules that the Notice Plan outlined in Plaintiffs' motion and the proposed Notice Form constitutes a reasonable effort per 34 C.F.R. § 99.31(a)(9)(ii) to notify eligible students (or their parents) of this order sufficiently in advance of disclosure of contact information and student financial account information for the Spring 2020 academic term to Class Counsel to allow the student (or parent) an opportunity to seek protective action, including filing a motion to quash with the Court.

**IT IS SO ORDERED.**

DATED: January 31, 2024

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE