From Email Address: <<Email Address>>
From Email Name: Notice Administrator
Subject Line: IMPORTANT Notice of Proposed Class Action – USC Tuition and Fees COVID-19 Refund Litigation

---

<<Class Member Name>>
Notice ID: <<Notice ID>>

<u>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA</u>

# If you were a student who paid or were obligated to pay tuition, fees, or other costs to the University of Southern California for the Spring 2020 academic term, a class action lawsuit may affect your rights.

*A federal court authorized this notice.  This is not a solicitation from a lawyer.*

**IMPORTANT: Please read this notice carefully and in its entirety.  Your rights are affected, and you must decide now whether to stay in or opt out of this lawsuit. For more information on these two options click Here [insert hyperlink to website version of the notice at Q13-15] For additional information, view the case website at www.USCRemoteLearningLawsuit.com**

Six plaintiffs (collectively, "Class Representatives" or "Plaintiffs") sued Defendants University of Southern California ("USC") and the Board of Trustees of the University of Southern California (collectively, "Defendants") alleging that they and Class Members are entitled to partial refunds of tuition and certain fees or costs for the Spring 2020 academic term because USC transitioned to remote learning and services in March 2020 amid the COVID-19 pandemic.  Defendants deny they did anything unjust or unfair, deny Plaintiffs' claims, deny there is any basis to seek partial refunds, and further deny any liability or wrongdoing whatsoever.  This is a quasi-contract and California Unfair Competition Law class action.

USC's records show that you may have been a student who paid or were obligated to pay tuition, fees, or certain other costs to USC for the Spring 2020 academic term.  This notice explains that the Court has approved (or "certified") a class action lawsuit which may affect you. You have legal rights and options you may exercise before the Court makes key pre-trial rulings or holds a trial. The trial will decide whether Plaintiffs prevail on the claims being made against Defendants on your behalf. Judge Dolly M. Gee of the United States District Court for the Central District of California is presently overseeing this class action. The lawsuit is known as *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation*, Case No. 2:20-cv-04066-DMG-PVC.

The Court hasn't decided whether Plaintiffs or Defendants are right. By establishing the Class and ordering the issuance of this Notice, the Court is not suggesting Plaintiffs will win or lose this case.  Plaintiffs' claims must survive pre-trial motions and then Plaintiffs must prove their claims at a trial presently set to start on May 21, 2024.

The lawsuit seeks to recover money from Defendants.  Plaintiffs seek to recover partial refunds of tuition and certain fees for Plaintiffs and Class Members for the Spring 2020 academic term. Nothing is available now because neither the Court nor jury has  decided whether Plaintiffs have prevailed on their claims, and the two sides have not settled the case. There is no guarantee money will ever be obtained. If money is obtained, and you have not opted out of the cases, you will be separately notified about how to participate.

## WHO IS INCLUDED?

All students who paid or were obligated to pay tuition and certain fees, or other costs to USC for the Spring 2020 academic term are Class Members.

Excluded from this class definition are all students who enrolled in USC's education programs that, prior to March

10, 2020, were offered exclusively online. Also excluded from the class are Defendants, Defendants' officers, directors, agents, trustees, parents, children, corporations, trusts, representatives, employees, principals, servants, partners, joint ventures, or entities controlled by Defendants, and their heirs, successors, assigns, or other people or entities related to or affiliated with Defendants and/or Defendants' officers and/or directors, the judges assigned to the Action, and any member of those judges' immediate families.

## WHAT ARE YOUR RIGHTS AND OPTIONS?

By doing nothing, you are staying in the Class. If you stay in and Plaintiffs prevail on their claims and obtain money, either as a result of a judgment or settlement, you will be notified about how to participate (or how to ask to be excluded from any settlement).

Keep in mind that if you do nothing now, regardless of whether Plaintiffs win or lose the trial, you will not be able to sue, or continue to sue, Defendants—as part of any other lawsuit—about the same claims that are the subject of this lawsuit. You will also be legally bound by the decisions, orders, and the final judgment the Court issues in this class action.

If you do nothing now, your contact information and Spring 2020 academic term student financial account information maintained by USC will be disclosed to Class Counsel in accordance with the Federal Family Educational Rights and Privacy Act ("FERPA").

If you do not want your contact information and student financial information for the Spring 2020 academic term to be sent to the Plaintiff's counsel, you need to ask to be excluded from the Class.

If you already have your own lawsuit against Defendants for similar claims and want to continue with it, if you want to preserve your ability to independently pursue a lawsuit on your own, or if you do not want to participate in this lawsuit as a member of the Class for whatever reason, you need to ask to be excluded from the Class. If you exclude yourself, you won't get any money from this lawsuit, and you will not be bound by the decisions, orders, or the final judgment the Court issues in this class action.

You have three ways to exclude yourself from the Class: (1) complete and submit the online exclusion form through the notice administrator website www.USCRemoteLearningLawsuit.com or by clicking [here – insert hyperlink]; (2) send a signed letter by first-class mail stating that you "request exclusion from the Class in In re University of Southern California COVID-19 Tuition and Fee Litigation, Case No. CV 20-4066-DMG (PVCx)" and provide your full name, postal address, and telephone number in the letter; or (3) send an email stating that you "request exclusion from the Class in In re University of Southern California COVID-19 Tuition and Fee Litigation, Case No. CV 20-4066-DMG (PVCx)" and provide your full name, postal address, and telephone number in the email. If you are signing on behalf of a Class Member (such as an estate, corporation, or partnership), please indicate your full name and the basis of your authority to act on behalf of the Class Member.

You must submit online, mail, or email your exclusion request, such that it is postmarked (mail) or time stamped (online submission or email) on or before **April 1, 2024**, to:

> In re University of Southern California COVID-19 Tuition and Fee Litigation
> Attn: Exclusion Requests
> P.O. Box 58220
> Philadelphia, PA 19102
> info@USCRemoteLearningLawsuit.com

**This Notice is only a summary.**
**For additional information, please visit www.USCRemoteLearningLawsuit.com or call 1-833-658-5333.**

**DO NOT CALL OR WRITE THE COURT OR CLERK OF COURT REGARDING THIS NOTICE.**

*Unsubscribe*

*Unsubscribe*