COOLEY LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
LEO P. NORTON (216282)
(lnorton@cooley.com)
10265 Science Center Drive
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

ALEXANDRA R. MAYHUGH (300446)
(amayhugh@cooley.com)
1333 2nd Street
Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

MICHAEL N. SHEETZ *(Pro hac vice)*
(msheetz@cooley.com)
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

Attorneys for Defendants
UNIVERSITY OF SOUTHERN CALIFORNIA and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF SOUTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation* | Case No. 2:20-cv-4066-DMG-PVC<br><br>**DECLARATION OF LEO P. NORTON IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL (L.R. 79-5.2.2(b))** |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

NORTON DECL. ISO PLAINTIFFS'
APP. FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:20-CV-4066-DMG-PVC

I, Leo P. Norton, declare:

1. I am an attorney licensed to practice law before the courts of the State of California and this district court. I am a Special Counsel with the law firm Cooley LLP, counsel of record for Defendants University of Southern California ("USC") and The Board of Trustees of the University of Southern California (collectively, "USC" or "Defendants"). Pursuant to Local Rule 79-5.2.2(b), I submit this declaration in support of Plaintiffs' Application for Leave to File Under Seal filed on February 9, 2024 (Dkt. No. 237). The facts set forth below are based on my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. A motion to seal documents implicates the "general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). This presumption applies to dispositive motions, *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), as well as non-dispositive motions that are "more than tangentially related to the underlying cause of action," *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1099 (9th Cir. 2016). For either such motion, a party must show compelling reasons to seal it and the attachments thereto. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003).

3. The trial court "has broad discretion to permit sealing of court documents for, among other things, the protection of 'a trade secret or other confidential research, development, or commercial information.'" *See Fitzhenry-Russel v. Dr. Pepper Snapple Grp., Inc.*, 326 F.R.D. 592, 617 (N.D. Cal. 2018) (citing Fed. R. Civ. P. 26(c)(1)(G)); *Ctr. for Auto Safety*, 809 F.3d at 1097 (noting that examples of records suitable for sealing include "business information that might harm a litigant's competitive standing"); *Monster Energy Co. v. Vital Pharms., Inc.*, 2022 WL 1599712, at *4 (C.D. Cal. Apr. 19, 2022) (applying "compelling reasons" standard and granting application to seal documents containing defendants' "sensitive commercial dealings").

4. As described in the declaration of Gregory Condell (the "Condell

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2

NORTON DECL. ISO PLAINTIFFS'
APP. FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:20-CV-4066-DMG-PVC

1  Declaration," attached hereto as **Exhibit A**), USC seeks to maintain under seal: (a)
2  limited portions of the unredacted version of Exhibits 14 and the entirety of Exhibits 17
3  and 18 to the Declaration of Daniel J. Kurkowski in Support of Plaintiffs' Opposition
4  to Defendants' Motion for Summary Judgment or Partial Summary Judgment (Dkt. No.
5  236-2), and (b) limited portions of the unredacted versions of Plaintiffs' Opposition to
6  Defendants' Motion for Summary Judgment (Dkt. No. 236) and Plaintiffs' Responses
7  to Defendants' Statement of Uncontroverted Facts (Dkt. No. 236-1) that reflect
8  information contained in the Exhibits identified in (a).

9      5.    These materials submitted by Plaintiffs contain information that USC
10 considers confidential and highly sensitive, and which USC designated as
11 "Confidential" or "Highly Confidential" under the Stipulated Protective Order (Dkt.
12 No. 117), which governs the use the use of confidential information in this litigation.

13     6.    The Condell Declaration describes the good cause and compelling reasons
14 that exist for an order permitting the above-referenced documents to be maintained
15 under seal. *See McCrary*, 2014 WL 12589137, at *6 (applying "good cause" standard
16 and granting application to seal documents relating to defendant's marketing strategies
17 and financial information); *see also OCM Grp. USA, Inc. v. Lin's Waha Int'l Corp.*,
18 2021 WL 1324275, at *5 (C.D. Cal. Mar. 5, 2021) (sealing "sensitive business
19 information that may harm Plaintiff's competitive standing if disclosed").

20     I declare under penalty of perjury under the laws of California and the United
21 States of America that the foregoing is true and correct. Executed on this 13th day of
22 February 2024 in Oceanside, California.

                                            */s/ Leo P. Norton*
                                            Leo P. Norton

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3

NORTON DECL. ISO PLAINTIFFS'
APP. FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:20-CV-4066-DMG-PVC

# EXHIBIT A

COOLEY LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
LEO P. NORTON (216282)
(lnorton@cooley.com)
10265 Science Center Drive
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

ALEXANDRA R. MAYHUGH (300446)
(amayhugh@cooley.com)
1333 2nd Street
Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

MICHAEL N. SHEETZ *(Pro hac vice)*
(msheetz@cooley.com)
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

Attorneys for Defendants
UNIVERSITY OF SOUTHERN CALIFORNIA and THE
BOARD OF TRUSTEES OF THE UNIVERSITY OF
SOUTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation* | Case No. 2:20-cv-4066-DMG-PVC<br><br>**DECLARATION OF GREGORY CONDELL IN SUPPORT OF DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

CONDELL DECL. ISO PLAINTIFFS'
APP. FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:20-CV-4066-DMG-PVC

I, Gregory Condell, declare:

1.  I am over 18 years of age. I submit this declaration in support of Plaintiffs' Application for Leave to File Under Seal (Dkt. No. 237). The facts set forth below are based on my personal knowledge and my familiarity with and access to records maintained by the University of Southern California ("USC") in the regular course of administering the university. If called as a witness, I could and would competently testify.

2.  I am the Vice President of Finance at USC and have held that role since 2017. As the Vice President of Finance, I oversee the development and management of the University's budget and financial planning. I am also responsible for the University's treasury operations, which include banking and investment of non-endowed funds, and its health plan management. I also have access to data and data analysis that relates to student information in the student information system.

3.  USC seeks to maintain under seal unredacted versions of the following Exhibits attached to the Declaration of Daniel J. Kurkowski in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment or Partial Summary Judgment ("Kurkowski Declaration") (Dkt. No. 236-2):

    Exhibit 14   Deposition of Gregory Condell on October 28, 2022 transcript excerpts, at Page 57, Line 3 to Page 58, Line 6 (other pages do not need to be filed under seal);

    Exhibit 17   USC Student Health financial document (USC000025678–25680);

    Exhibit 18   USC Student Health "Financial Summary Memo" (USC000025676-25677).

4.  USC also seeks to maintain under seal unredacted versions of the following documents filed by Plaintiffs that quote directly from or specifically reference confidential, non-public information contained in the conditionally under seal exhibits noted above: Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 236); Plaintiffs' Responses to Defendants' Statement of Uncontroverted Facts

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2

CONDELL DECL. ISO PLAINTIFFS'
APP. FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:20-CV-4066-DMG-PVC

(Dkt. No. 236-1).

5. Exhibits 17 and 18 to the Kurkowski Declaration summarize, quote, reference, or contain USC's confidential, non-public and competitively sensitive financial information related to USC Student Health services, including confidential deliberation and operational information about USC's finances, internal financial budgeting and planning, and internal, non-public communications, analysis, and considerations regarding university governance and financial strategies.

6. Exhibit 14 to the Kurkowski Declaration is my deposition testimony concerning USC's confidential, non-public and competitively sensitive information related to USC finances and contractual relationship with a third party entity "2U."

7. The public disclosure of this information would harm USC by revealing to competing institutions of higher education USC's competitively sensitive non-public financial information and internal confidential deliberations, operational considerations, and decision-making, including information about USC financial strategies, thereby providing competing educational institutions with an unfair advantage that could be used to injure or otherwise take advantage of USC in ongoing competition (for example, by permitting competitors to better understand USC's internal operations and finances and adjust accordingly, thereby offering competing services or adjusting tuition and fees). As such, compelling reasons exist for an order permitting those documents to be maintained under seal.

8. USC designated the documents and testimony described above as "Confidential" and "Highly Confidential" under the Stipulated Protective Order (Dkt. No. 117) ("Protective Order"), which governs the use of confidential information in this litigation. USC respectfully requests that this Court maintain that treatment by ordering that Exhibits 14, 17, and 18 to the Kurkowski Declaration and the unredacted versions of Plaintiffs' filings noted above in Paragraph 4 be maintained under seal.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3

CONDELL DECL. ISO PLAINTIFFS'
APP. FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:20-CV-4066-DMG-PVC

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed on this 13th day of February 2023 in Lahaina, HI.

*Gregory Condell*
Gregory Condell

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4

CONDELL DECL. ISO PLAINTIFFS'
APP. FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:20-CV-4066-DMG-PVC