# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation* | No. CV20-cv-04066-DMG-PVC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL** |

1      Having considered Plaintiffs' Application for Leave to File Under Seal ("Application"), and finding compelling reasons to seal certain portions of the record, the Court **GRANTS in part** and **DENIES in part** the Application as follows:

    1.   Plaintiffs' Application requests that the Court seal all or portions of Exhibits 8-11, 14, 17-18, 30-32, Plaintiffs' Opposition to Defendants' Motion for Summary Judgment or Partial Summary Judgment and Plaintiffs' Responses to Defendants' Statement of Uncontroverted Facts/Plaintiffs' Separate Statement of Uncontroverted Facts ("Opposition"), and Plaintiffs' Statement of Additional Uncontroverted Facts ("SUF"). Defendants' declarations in support of Plaintiffs' Application clarify that Defendants only seek to seal portions of Exhibit 14, the entirety of Exhibits 17 and 18, and any portions of the Opposition or SUF that "quote directly from or specifically reference confidential, non-public information contained in the conditionally under seal exhibits[.]" Condell Decl. at 6. The Court therefore **DENIES** the Application with regard to Exhibits 8-11, 30-32, and the portions of Plaintiffs' Opposition or SUF quoting or referencing Exhibits 8-11 or 30-32. Due to the Court's changes to the redactions, the documents proposed to be filed under seal will not be considered by the Court in connection with any pending motion unless Plaintiffs file a revised redacted and unredacted version of the documents consistent with this Order **by no later than February 22, 2024.**

    2.   Defendants seek to seal portions of Exhibit 14 and the entirety of Exhibits 17 and 18 because they contain USC's "confidential, non-public and competitively sensitive financial information." Condell Decl. at 7. Exhibit 14 also contains information relating to USC's contractual relationship with third party entity, "2U." The Court finds that compelling reasons support sealing the requested portions of Exhibit 14 and the entirety of Exhibits 17 and 18. The Court accordingly **GRANTS** the Application with regard to these portions of the record and to redact any portions of documents that quote directly therefrom. Pursuant to Local Rule 79-5.2.2(c), Plaintiffs

shall e-file the unredacted documents consistent with this Order **by no later than February 21, 2024.**

**IT IS SO ORDERED.**

DATED: February 20, 2024

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE