COOLEY LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
LEO P. NORTON (216282)
(lnorton@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

ALEXANDRA R. MAYHUGH (300446)
(amayhugh@cooley.com)
1333 2nd Street
Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

MICHAEL N. SHEETZ *(Pro hac vice)*
(msheetz@cooley.com)
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

Attorneys for Defendants
UNIVERSITY OF SOUTHERN CALIFORNIA and THE
BOARD OF TRUSTEES OF THE UNIVERSITY OF
SOUTHERN CALIFORNIA

[*Plaintiffs' Counsel Listed On Signature Block*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation* | Case No. 2:20-cv-4066-DMG-PVC<br><br>**STIPULATION TO EXTEND HEARING AND RULING DATE ON SUMMARY JUDGMENT CROSS-MOTIONS** |

Plaintiffs and Defendants University of Southern California and the Board of Trustees of the University of Southern California (collectively, "Defendants" or "USC") (Plaintiffs and Defendants collectively, the "Parties"), by and through their counsel, stipulate to and respectfully request that the Court extend the current hearing date for the Parties' summary judgment cross-motions from March 1, 2024 at 2pm PT to April 5, 2024 at 2pm PT or as soon thereafter as is convenient for the Court. The Parties further request that the Court refrain from issuing any rulings until then as well. This extension is necessary in light of the Court-approved class notice plan and the one-way intervention rule. In support, the Parties state as follows:

1. On January 9, 2024, the Parties filed a joint stipulation to extend the hearing and motion filing deadlines for the Parties' then-anticipated summary judgment motions (ECF No. 219), which the Court granted on January 10, 2024 (ECF No. 220).

2. The deadlines as set forth in the Court's January 10, 2024 order are as follows:

| Event | Date |
|---|---|
| Motion Cut-Off (i.e. motion for summary judgment) (filing deadline) | 1-19-24 |
| Last hearing date for dispositive motions | 3-1-24, 2:00 PM |
| Motions in Limine Filing Deadline | 3-26-24 |
| Opposition to Motion in Limine Filing Deadline | 4-2-24 |
| Pre-Trial Submissions (Proposed Pre-Trial Conference Order, Contentions of Fact/Law, Pretrial Exhibit Stipulation, Joint Exhibit List, Witness Lists & Joint Trial Witness Time Estimate Form, Agreed Statement of the Case, Proposed Voir Dire Questions, Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions, Verdict Forms) | 4-2-24 |
| Final Pre-Trial Conference 4 weeks before trial | 4-23-24, 2:00 PM |
| Trial | 5-21-24, 8:30 AM |

3. Pursuant to the Court's Scheduling Order, the Parties filed their cross-motions for summary judgment on January 19, 2024. (ECF Nos. 221, 224.)

4. On January 31, 2024, the Court issued an order approving the Parties' joint stipulation as to class notice, which sets April 1, 2024 as the exclusion request deadline. (ECF No. 232.)

5. Under the one-way intervention rule, the class needs to receive notice and an opportunity to request exclusion before the Court rules on the Parties' cross-motions for summary judgment for the ruling to be binding on the class. *See Schwarzschild v. Tse*, 69 F.3d 293, 295 (9th Cir. 1995) ("[D]istrict courts generally do not grant summary judgment on the merits of a class action until the class has been properly certified and notified."); *see also Poe v. Nw. Mut. Life Ins. Co.*, No. 8:21-CV-02065-SPG-E, 2023 WL 4695898, at *3 (C.D. Cal. July 11, 2023) (finding good cause to amend the scheduling order based on one-way intervention rule, and concluding that "the more prudent and efficient course of action" was to decide plaintiff's motion for class certification before considering plaintiff's motion for summary judgment).

6. As such, the Parties agree that an extension of the hearing and ruling date on the Parties' cross-motions for summary judgment is necessary and appropriate. Moreover, this extension will not impact any other briefing or trial-related deadlines.

7. The Parties stipulate to, and respectfully request the Court grant, an extension to the hearing and ruling date for the motions for summary judgment as follows:

| Event | Current Date | Requested Date |
|---|---|---|
| Last hearing date for dispositive motions | 3-1-24, 2:00 PM | 4-5-24, 2:00 PM |
| Motions in Limine Filing Deadline | 3-26-24 | 3-26-24 (unchanged) |
| Opposition to Motion in Limine Filing Deadline | 4-2-24 | 4-2-24 (unchanged) |
| Pre-Trial Submissions (Proposed Pre-Trial Conference Order, | 4-2-24 | 4-2-24 (unchanged) |

| | | |
|---|---|---|
| Contentions of Fact/Law, Pretrial Exhibit Stipulation, Joint Exhibit List, Witness Lists & Joint Trial Witness Time Estimate Form, Agreed Statement of the Case, Proposed Voir Dire Questions, Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions, Verdict Forms) | | |
| Final Pre-Trial Conference 4 weeks before trial | 4-23-24, 2:00 PM | 4-23-24, 2:00 PM (unchanged) |
| Trial | 5-21-24, 8:30 AM | 5-21-24, 8:30 AM (unchanged) |

STIPULATED & AGREED TO:

Dated: February 20, 2024

/s/Roy A. Katriel
Roy A. Katriel

**THE KATRIEL LAW FIRM, P.C.**
Roy A. Katriel, Esq. (SBN 265463)
2262 Carmel Valley Road, Suite 201
Del Mar, CA 92014
Tel: (619) 363-3333
Email: rak@katriellaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Daniel J. Kurowski (*Pro Hac Vice*)
Whitney K. Siehl (*Pro Hac Vice*)
whitneys@hbsslaw.com
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Tel: (708) 628-4949
Email: dank@hbsslaw.com
Email: whitneys@hbsslaw.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Christopher R. Pitoun (SBN 290235)

christopherp@hbsslaw.com
301 North Lake Avenue, Suite 203
Pasadena, CA 91101
Tel: (213) 330-7150
Fax: (213) 330-7152

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman (*Pro Hac Vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
Email: steve@hbsslaw.com

**BERGER MONTAGUE PC**
Ellen T. Noteware (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: enoteware@bm.net

**BERGER MONTAGUE PC**
E. Michelle Drake (*pro hac vice*)
Ariana Kiener (*pro hac vice*)
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (215) 875-3000
Email: emdrake@bm.net
Email: akiener@bm.net

*Interim Co-Lead Counsel for Plaintiffs*

-and-

**THE KALFAYAN LAW FIRM, APC**
Ralph B. Kalfayan (SBN 133464)
Veneeta Jaswal (SBN 320108)
2262 Carmel Valley Road, Suite 200
Del Mar, CA 92014
Tel: (619) 232-0331
Email: ralph@rbk-law.com
Email: veneeta@rbk-law.com

Cooley LLP

4

STIPULATION TO EXTEND
HEARING AND RULING DATE
CASE NO. 2:20-CV-4066-DMG-PVC

**CARLSON LYNCH LLP**
(Eddie) Jae K. Kim (236805)
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Tel: (619) 762-1910
Email: ekim@carlsonlynch.com

**CARLSON LYNCH LLP**
Gary F. Lynch (*Pro Hac Vice*)
Edward W. Ciolko (*Pro Hac Vice*)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Email: gynch@carlsonlynch.com
Email: eciolko@carlsonlynch.com

**LAW OFFICES OF JENNIFER DUFFY**
Jennifer Duffy
28649 S. Western Avenue, Suite 6571
Los Angeles, CA  90734
Tel: (310) 714-9779
Email: jennifer@usclassactions.com

**PARRIS LAW FIRM**
R. Rex Parris (SBN 96567)
Alexander R. Wheeler (SBN 239541)
Kitty K. Szeto (SBN 258136)
Ryan A. Crist (SBN 316653)
43364 10th Street West
Lancaster, CA 93534
Tel: (661) 949-2595
Email: rrparris@parrislawyers.com
kszeto@parrislawyers.com
awheeler@parrislawyers.com
rcrist@parrislawyers.com

**SHEGERIAN & ASSOCIATES, INC.**
Carney R. Shegerian (SBN 150461)
Anthony Nguyen (SBN 259154)
Cheryl A. Kenner (SBN 305758)

| | |
|---|---|
| | 145 South Spring Street, Suite 400<br>Los Angeles, California 90012<br>Telephone Number: (310) 860-0770<br>Facsimile Number: (310) 860-0771<br>CShegerian@Shegerianlaw.com<br>ANguyen@Shegerianlaw.com<br>CKenner@Shegerianlaw.com<br><br>*Attorneys for Plaintiffs and the Proposed Class* |
| Dated: February 20, 2024 | */s/Leo P. Norton*<br>Leo P. Norton<br><br>**COOLEY LLP**<br>Michelle C. Doolin (179445)<br>(mdoolin@cooley.com)<br>Leo P. Norton (216282)<br>(lnorton@cooley.com)<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Telephone: (858) 550-6000<br>Facsimile: (858) 550-6420<br><br>Alexandra R. Mayhugh (300446)<br>(amayhugh@cooley.com)<br>1333 2nd Street<br>Suite 400<br>Santa Monica, CA 90401<br>Telephone: (310) 883-6400<br>Facsimile: (310) 883-6500<br><br>Michael N. Sheetz *(Pro hac vice)*<br>(msheetz@cooley.com)<br>500 Boylston Street<br>Boston, MA 02116-3736<br>Telephone: (617) 937-2300<br>Facsimile: (617) 937-2400<br><br>*Attorneys for Defendants University of Southern California and The Board of Trustees of The University of Southern California* |

**FILER ATTESTATION**

I, Leo P. Norton, attest that concurrence in the filing of this document has been obtained from the other signatories. Executed on February 20, 2024, in Oceanside, California.

*/s/Leo P. Norton*
Leo P. Norton