UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation* | Case No. CV 20-4066-DMG (PVCx)<br><br>**ORDER CONTINUING HEARING ON SUMMARY JUDGMENT CROSS-MOTIONS [253]** |

The Court has reviewed and considered the Parties' Stipulation to Extend Hearing and Ruling Date on Summary Judgment Cross-Motions, and good cause appearing,

IT IS HEREBY ORDERED that the operative Scheduling Order [Doc. # 220] is AMENDED such that the last hearing date for dispositive motions shall be **April 19, 2024** at 2:00 p.m. The unexpired pretrial and trial dates and deadlines are **VACATED** and shall be reset, if necessary, after the resolution of the cross-motions for summary judgment.

**IT IS SO ORDERED.**

DATED: February 22, 2024

_____
DOLLY M. GEE
United States District Judge