**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation* | Case No. CV 20-4066-DMG (PVCx)<br><br>**ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [272]** |

Before the Court is Defendants' *ex parte* Application for Leave to File a Supplemental Brief in Support of Their Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment. Finding good cause therefor, Defendants' *ex parte* Application is **GRANTED**. Defendants shall file their supplemental brief (currently attached as Exhibit A to the *ex parte* application) separately on the docket within two days of this Order.

Plaintiffs may file a response brief, no more than seven pages in length, on the same issues **by no later than March 19, 2024**. Defendants may file a three-page reply **by no later than March 22, 2024**.

IT IS SO ORDERED.

DATED: March 12, 2024

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE