Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, CA 91101
T: (213) 330-7150
F: (213) 330-7152
Email: christopherp@hbsslaw.com

[Additional Counsel listed on signature page]

*Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation* | No. **2:20-cv-04066-DMG-PVC**<br><br>**FOLLOW-UP JOINT REQUEST FOR RULING TO CHIEF JUDGE (Civil L.R. 83-9.4)**<br><br>Judge: Honorable Dolly M. Gee<br>Action filed:   May 7, 2020<br>Consolidated:  July 17, 2020 |

Class Plaintiffs Chile Mark Aguiniga Gomez, Injune David Choi, Christina Diaz, J Julia Greenberg, Justin Kerendian, Latisha Watson (collectively "Class Plaintiffs") and Defendants the University of Southern California and The Board of Trustees of the University of Southern California (collectively "USC" or "Defendants") hereby file this mandatory Follow-Up Joint Request for Ruling from Chief Judge as required by Civil L.R. 83-9.4.  On April 12, 2024, the Court took under submission USC's Motion for Summary Judgment as to Plaintiffs Count II and Count III or Partial Summary Judgment [ECF No. 221] and the Class Plaintiffs' Motion for Summary Judgment as to Class Plaintiffs' Quasi-Contract Claim (Count II) Class Plaintiffs' Motion For Summary Judgment Or, In The Alternative, Partial Summary Judgment Or Summary Adjudication As To Their Quasi-Contract Claim [ECF No. 224].  *See* ECF No. 282.

The parties submit this Joint Request to comply with the mandatory follow-up duty of counsel imposed by Civil L.R. 83-9.4 but understand the Court may require additional time to decide this matter in light of the issuance of recent relevant precedent, the existence of complex facts and legal issues and the complex procedural history of this matter.

Dated: October 17, 2024

Respectfully submitted,

/s/Daniel J. Kurowski_____
**HAGENS BERMAN SOBOL SHAPIRO LLP**
Daniel J. Kurowski (*pro hac vice*)
Whitney K. Siehl (*pro hac vice*)
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Tel: (708) 628-4949
Email: dank@hbsslaw.com
Email: whitneys@hbsslaw.com

Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101

-1-

|   |   |   |
|---|---|---|
| 1 | | Tel: (206) 623-7292 |
| 2 | | Email: steve@hbsslaw.com |
| 3 | | Christopher R. Pitoun (SBN 290235) |
| 4 | | 301 N. Lake Avenue, Suite 920 |
|   | | Pasadena, CA 91101 |
| 5 | | T: (213) 330-7150 |
|   | | F: (213) 330-7152 |
| 6 | | Email: christopherp@hbsslaw.com |
| 7 | | **THE KATRIEL LAW FIRM, P.C.** |
| 8 | | Roy A. Katriel (SBN 265463) |
|   | | 2262 Carmel Valley Road, Suite 201 |
| 9 | | Del Mar, CA 92014 |
| 10 | | Tel: (619) 363-3333 |
|   | | Email: rak@katriellaw.com |
| 11 | | |
| 12 | | **BERGER MONTAGUE PC** |
|   | | E. Michelle Drake (*pro hac vice*) |
| 13 | | Ariana Kiener (*pro hac vice*) |
| 14 | | 1229 Tyler Street NE, Suite 205 |
|   | | Minneapolis, MN 55413 |
| 15 | | Tel: (215) 875-3000 |
| 16 | | Email: emdrake@bm.net |
|   | | Email: akiener@bm.net |
| 17 | | |
|   | | *Co-Lead Class Counsel* |
| 18 | | |
| 19 | Dated: October 17, 2024 | /s/ Michelle C. Doolin (with permission) |
|   | | Michelle C. Doolin (SBN 179445) |
| 20 | | **Cooley LLP** |
| 21 | | 10265 Science Center Drive |
|   | | San Diego, CA 92121 |
| 22 | | Tel: (858) 550-6453 |
| 23 | | Email: mdoolin@cooley.com |
| 24 | | Stephen E. Morrissey (SBN 187165) |
|   | | **Susman Godfrey LLP** |
| 25 | | 401 Union Street Suite 3000 |
| 26 | | Seattle, WA 98101 |
|   | | Tel: (206) 373-7380 |
| 27 | | Email: smorrissey@susmangodfrey.com |
| 28 | | |

-2-

Follow-Up Joint Request For Ruling                                   No. 2:20-cv-4066-DMG

Vineet Bhatia (*pro hac vice*)
**Susman Godfrey LLP**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Email: vbhatia@susmangodfrey.com

*Counsel for Defendants*