Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
T: (206) 623-7292
F: (206) 623-0594

Christopher R. Pitoun (SBN 290235)
christopherp@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
T: (213) 330-7150
F: (213) 330-7152

*Co-Lead Counsel and*
*Attorneys for Plaintiff J. Julia Greenberg*

[Additional Counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation* | Case No. 2:20-cv-04066-DMG-PVC  **JOINT STIPULATION TO STAY MATTER PENDING SETTLEMENT PROCEEDINGS**  Action filed: May 7, 2020  Consolidated: July 17, 2020  Trial Date: TBD |

STIPULATION TO STAY MATTER

Plaintiffs Injune David Choi, Christina Diaz, Chile Mark Aguiniga Gomez, J. Julia Greenberg, Justin Kerendian, and Latisha Watson ("Plaintiffs"), individually and on behalf of all others similarly situated, and Defendants University of Southern California and the Board of Trustees of the University of Southern California (collectively the "parties"), by and through their counsel, having met and conferred, stipulate to and respectfully request that the Court stay this matter pending settlement proceedings:

On March 31, 2025, the Court directed the parties to meet and confer and file a Joint Status Report, proposing new pretrial and trial dates and deadlines. *See* ECF 293. The parties filed the Joint Status Report on April 30, 2025. *See* ECF 295.

On August 6, 2025, the parties conducted an in-person mediation before Hon. Suzanne Segal (Ret.) in Los Angeles, California. With Judge Segal's assistance, the parties reached a resolution of the case and are targeting August 22, 2025 as the deadline for the parties to execute a formal Settlement Agreement.  Plaintiffs intend to file a motion for preliminary approval of a classwide settlement in accordance with the requirements of Fed. R. Civ. P. 23(e) on or by September 5, 2025.

In light of the foregoing, the parties respectfully agree and request that all proceedings in the action be stayed.

STIPULATION TO STAY MATTER - 1

| | | |
|---|---|---|
| 1 | DATED: August 12, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | **HAGENS BERMAN SOBOL SHAPIRO LLP** |

/s/ *Daniel J. Kurowski*
   Daniel J. Kurowski (*pro hac vice*)
Whitney K. Siehl (*pro hac vice*)
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Tel: (708) 628-4949
Email: dank@hbsslaw.com
Email: whitneys@hbsslaw.com

Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
Email: steve@hbsslaw.com

Christopher R. Pitoun (SBN 290235)
301 North Lake Avenue, Suite 203
Pasadena, CA 91101
Tel: (213) 330-7150
Fax: (213) 330-7152
Email: christopherp@hbsslaw.com

**BERGER MONTAGUE PC**
E. Michelle Drake (*pro hac vice*)
Ariana Kiener (*pro hac vice*)
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel: (215) 875-3000
Email: emdrake@bergermontague.com
Email: akiener@bergermontague.com

STIPULATION TO STAY MATTER - 2

**THE KATRIEL LAW FIRM, P.C.**
Roy A. Katriel, Esq. (SBN 265463)
2262 Carmel Valley Road, Suite 201
Del Mar, CA 92014
Tel: (619) 363-3333
Email: rak@katriellaw.com

*Co-Lead Counsel for Plaintiffs*

   -and-

**THE KALFAYAN LAW FIRM, APC**
Ralph B. Kalfayan (SBN 133464)
2262 Carmel Valley Road, Suite 200
Del Mar, CA 92014
Tel: (619) 232-0331
Email: ralph@rbk-law.com

**LYNCH CARPENTER LLP**
(Eddie) Jae K. Kim (SBN 236805)
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Tel: (619) 762-1910
Email: ekim@lcllp.com

Gary F. Lynch (*pro hac vice*)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Email: gynch@lcllp.com

**LAW OFFICES OF JENNIFER DUFFY**
Jennifer Duffy
28649 S. Western Avenue, Suite 6571
Los Angeles, CA 90734
Tel: (310) 714-9779
Email: jennifer@usclassactions.com

STIPULATION TO STAY MATTER - 3

|   |   |
|---|---|
| 1 | **PARRIS LAW FIRM** |
| 2 | R. Rex Parris (SBN 96567) |
| 3 | Alexander R. Wheeler (SBN 239541) |
|   | Kitty K. Szeto (SBN 258136) |
| 4 | John M. Bickford (SBN 280929) |
|   | Ryan A. Crist (SBN 316653) |

PARRIS LAW FIRM
R. Rex Parris (SBN 96567)
Alexander R. Wheeler (SBN 239541)
Kitty K. Szeto (SBN 258136)
John M. Bickford (SBN 280929)
Ryan A. Crist (SBN 316653)
43364 10th Street West
Lancaster, CA 93534
Tel: (661) 949-2595
Email: rrparris@parrislawyers.com
Email: kszeto@parrislawyers.com
Email: awheeler@parrislawyers.com
Email: jbickford@parrislawyers.com
Email: rcrist@parrislawyers.com

**SHEGERIAN & ASSOCIATES, INC.**
Carney R. Shegerian (SBN 150461)
Anthony Nguyen (SBN 259154)
145 South Spring Street, Suite 400
Los Angeles, CA 90012
Tel: (310) 860-0770
Fax: (310) 860-0771
CShegerian@Shegerianlaw.com
ANguyen@Shegerianlaw.com

*Attorneys for Plaintiffs and the class*

DATED: August 12, 2025       Respectfully submitted,

SUSMAN GODFREY LLP


*/s/ Vineet Bhatia* (with permission)
Stephen E. Morrissey (187165)
401 Union Street, Suite 3000
Seattle, WA 98101
Tel. (206) 373-7383
Email: smorrissey@susmangodfrey.com

Vineet Bhatia (*pro hac vice*)
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel. (713) 651-9366
Email: vbhatia@susmangodfrey.com

STIPULATION TO STAY MATTER - 4

Amanda Bonn (270891)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel. (310) 789-3100
Email: abonn@susmangodfrey.com

COOLEY LLP
MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
10265 Science Center Drive
San Diego, CA 92121
Telephone:     (858) 550-6000
Facsimile:     (858) 550-6420

ALEXANDRA R. MAYHUGH (300446)
(amayhugh@cooley.com)
1333 2nd Street
Suite 400
Santa Monica, CA 90401
Telephone:     (310) 883-6400
Facsimile:     (310) 883-6500

MICHAEL N. SHEETZ *(Pro hac vice)*
(msheetz@cooley.com)
500 Boylston Street
Boston, MA 02116-3736
Telephone:     (617) 937-2300
Facsimile:     (617) 937-2400

*Attorneys for Defendants*
*UNIVERSITY OF SOUTHERN CALIFORNIA and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF SOUTHERN CALIFORNIA*

STIPULATION TO STAY MATTER - 5

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on August 12, 2025, a true and correct copy of the foregoing was filed electronically via CM/ECF, with notice delivered to all counsel of record.

By: /s/ *Daniel J. Kurowski*
Daniel J. Kurowski

# ECF ATTESTATION

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(a), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ *Daniel J. Kurowski*
Daniel J. Kurowski

STIPULATION TO STAY MATTER - 6