Roy A. Katriel (SBN 265463)
**THE KATRIEL LAW FIRM, P.C.**
2262 Carmel Valley Rd., Suite 201
Del Mar, California 92014
Telephone: (619) 363-3333
Facsimile: (866) 832-5852
e-mail: rak@katriellaw.com

*Plaintiffs' Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| *In re University of Southern California Tuition and Fees COVID-19 Refund Litigation* | **No. 2:20-cv-4066-DMG-PVC**<br><br>**DECLARATION OF ROY A. KATRIEL IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>**Judge: Hon. Dolly M. Gee**<br>**Courtroom: 8C, 8th Floor**<br>**Hearing Date: October 3, 2025**<br>**Hearing Time: 9:30 a.m.** |

I, Roy A. Katriel, declare:

1.    I am Plaintiffs' Class Counsel in the above-entitled action, am over the age of eighteen and not a party to this action.  I make this Declaration of my own personal knowledge and, if called upon to do so, could and would testify as set forth herein.

## EXPERIENCE OF THE KATRIEL LAW FIRM IN CLASS ACTION LITIGATION AND ITS SUPREME COURT APPELLATE PRACTICE

2.    I am the founder and principal of The Katriel Law Firm, P.C. located in Del Mar, California.  The Katriel Law Firm has nearly twenty years' experience in class action and complex litigation.   In addition to my work leading The Katriel Law Firm's class action practice, I also separately am in charge of the firm's *pro bono* practice representing clients before the United States Supreme Court.  The firm and I have gained national reputation for both the class action matters and Supreme Court cases with which the firm has been involved.

3.    A copy of The Katriel Law Firm's firm resume is attached hereto as Exhibit A.   As detailed therein, the firm has and has had an active practice in complex and class actions involving antitrust, consumer protection, constitutional, and breach of contract matters.  As for the firm's Supreme Court practice, the firm has filed important and notorious petitions for writs of certiorari that have garnered opinions on constitutional issued authored by Justices of the Supreme Court that have gained the attention of the international press.  *See, e.g., Berisha v. Lawson*, No. 20-1063, 141 S. Ct. 2424 (Thomas, J., dissenting from denial of certiorari); *Berisha v. Lawson*, No. 20-1063, 141 S. Ct. 2425 (Gorsuch, J., dissenting from denial of certiorari).

4.    The quality of the firm's work on class action matters has been repeatedly recognized by federal courts and judges across the country:

Decl. of Roy A. Katriel ISO Prelim. Approval,
No. 2:20-cv-4066-DMG-PVC

-1-

- The Katriel Law Firm "provided extremely high-quality representation." Hon. William H. Pauley, III granting final approval to class settlement in *Park v. The Thomson Corp.*, No. 05-cv-2931-WHP (S.D.N.Y.).

- "The Court is sufficiently impressed with the experience and competency of class counsel, The Katriel Law Firm." Hon. James V. Selna, granting final approval to class settlement in *Vizzi v. Mitsubishi Motors North America*, No. 08-cv-650-JVS (C.D. Cal.).

- "Although Class Counsel do not seek such a multiplier in the first instance, the Court finds that Class Counsel would be entitled to such a multiplier given the contingent fee nature of this four year litigation, the number of different defendants (33) against whom Class Counsel litigated, the complexities and unprecedented nature of the legal claims asserted here, and the outstanding results achieved." Hon. Edward J. Davila, granting motion for attorneys' fees after final approval of class settlement in *Villa v. San Francisco Forty-Niners, Ltd. et al.*, No. 5:12-cv-5481-EJD (N.D. Cal.).

- "Class Counsel also demonstrated exceptional skill in litigating this case. Over the course of the nearly four years of litigation in one of the most complicated areas of the law, Class Counsel investigated 'hundreds of thousands of pages' of written discovery produced by Allergan, took fourteen international fact depositions, participated in twelve expert depositions, and pored over the 25 expert reports that were ultimately submitted." Hon. Josephine L. Staton, granting final approval to class settlement in *Tawfilis v. Allergan Inc.*, No. 8:15-cv-307-JLS (C.D. Cal.).

### THE KATRIEL LAW FIRM'S COMMITMENT AND EXPERIENCE TO STUDENTS AGGRIEVED BY THE COVID-19 PANDEMIC

5.     Following the onset of the COVID-19 pandemic and the practices of universities to deny reimbursements of tuition and fees to students whose instruction had been moved online and for whom campus access was denied, The Katriel Law

Decl. of Roy A. Katriel ISO Prelim. Approval,
No. 2:20-cv-4066-DMG-PVC

-2-

Firm undertook a concerted effort to represent aggrieved college students across the country.

6.      On May 4, 2020, The Katriel Law Firm filed the first class action against the University of Southern California ("USC") seeking refunds of tuition and fees for students after USC ceased all in-person instruction and closed almost all campus access during the Spring 2020 term.  *See Diaz v. University of southern California*, No. 2:20-cv-4066-DMG.  A number of other firms filed similar suits against USC, and the Court ultimately consolidated a number of these and named The Katriel Law Firm as interim Co-Lead Counsel, along with the firms Berger Montague, P.C. and Hagens Berman Sobol Shapiro LLP. *See id.*, at ECF No. 54.  In appointing The Katriel Law Firm as one of the three Co-Lead Counsel to spearhead this consolidated case, the Court noted that "Diaz's counsel—particularly, the Katriel Law Firm—brings specific experience and in-depth research to the specifics of this case and putative class." *Id.*, at 10.

7.      Following years of litigation, including multiple fact and expert witness depositions, as well as review of thousands of pages of written discovery, I, along with my co-counsel from Berger Montague, PC, argued the motion for class certification before this Court that ultimately resulted in the Court certifying the class of students that form part of this settlement.  *See id.*, at ECF Nos. 202, 213.

8.      The Katriel Law Firm has prosecuted other class actions across the country on behalf of students aggrieved by the COVID-19 university shutdowns.  The firm filed such a case in the United States District Court for the Southern District of New York against New York University.

9.      Similarly, The Katriel Law Firm was the first law firm to file a class action before the Superior Court of California against the Regents of the University of California.  When it appointed The Katriel Law Firm as Co-Lead Counsel in this matter, this Court noted The Katriel Law Firm's commitment and experience to students evidenced by its filing of the class action against the Regents of the

Decl. of Roy A. Katriel ISO Prelim. Approval,
No. 2:20-cv-4066-DMG-PVC

-3-

University of California.  *See* ECF No. 54, at  ("Roy Katriel is an experienced class action litigator who filed the first class action bringing similar claims against the Regents of the University of California, *see Stoeffel v. The Regents of The Univ. of California*, No. 20STCV149991 (Los Angeles Superior Ct. filed Apr. 16, 2020).").

### THE KATRIEL LAW FIRM'S PARTICIPATION IN THREE MEDIATIONS THAT ULTIMATELY LED TO THE CLASS SETTLEMENT IN THIS CASE.

10.    As part of my work as one of the three Co-Lead Class Counsel in this case, I actively participated in all facets of litigation.  I personally attended three separate mediation sessions.  The first two, held by Zoom before the Honorable Edward A. Infante (Ret.) on August 1, 2022 and September 14, 2022, did not result in a settlement.  Years later, after class certification had been granted, USC's Rule 23(f) Petition had been denied, and the parties' cross-motions for summary judgment also had been denied, I attended another mediation in person before the Honorable Suzanne Segal (Ret.) on August 6, 2025.  This last mediation resulted in the settlement forming part of the Unopposed Motion for Preliminary Approval.

11.    By the time the parties attended the August 6, 2025 mediation that resulted in this settlement, all fact and expert witness discovery had closed, class certification had been achieved, and summary judgment cross-motions had been fully decided.  Thus, my co-counsel and I had a fully informed basis to evaluate the strengths and weaknesses of the case and the merits of the proposal that resulted in the settlement.

12.    Based on my extensive and detailed knowledge of the case gained over more than five years of litigating this action, I am of the belief that the settlement is fair, adequate and in the bests interests of the class members.  It appropriately balances the recovery obtained against the risks, uncertainty, and delay inherent in continued adversarial litigation.

Decl. of Roy A. Katriel ISO Prelim. Approval,
No. 2:20-cv-4066-DMG-PVC

-4-

13. Attached hereto as Exhibit 1 to this Declaration is a true and correct copy of the Class Action Settlement Agreement documenting the Settlement reached in this action for which Preliminary Approval is sought.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of September 2025 in Del Mar, California.

_____**/s/ Roy A. Katriel**_____
Roy A. Katriel

Decl. of Roy A. Katriel ISO Prelim. Approval,
No. 2:20-cv-4066-DMG-PVC

-5-

# EXHIBIT A
## THE KATRIEL LAW FIRM

### ABOUT THE FIRM

The Katriel Law Firm is a law firm specializing in class action litigation.  We represent classes of litigants, primarily aggrieved consumers, in litigating their claims on a classwide basis where litigating consumers' individual claims separately would prove to be unfeasible.  Our primary areas of focus are antitrust, consumer fraud/false advertising, and product liability class action litigation.  We have represented millions of class members in a variety of class action suits, and have successfully settled numerous class action lawsuits.

### PRACTICE AREAS

### Antitrust

Antitrust law seeks to ensure that markets are subject to competitive forces in our free-enterprise system and remain free from unlawful market manipulation devices like price-fixing, market allocation, monopolization, tying, and other agreements in restraint of trade.  By forbidding such practices, antitrust law ensures that businesses and ultimately consumers benefit from the fruits of competition—production of the best possible goods in a competitive market environment.  Our firm represents and has represented consumers in class action cases alleging that particular defendant manufacturers, sellers, or dealers have engaged in unlawful monopolization, price-fixing, market allocation, and other agreements in restraint of trade.

### Consumer Protection/ False Advertising

A host of federal and state laws regulate fair market practices that protect consumers against unfair and deceptive business practices.  These unfair practices include false and deceptive advertising or marketing, false labeling, consumer fraud, violations of implied or express warranties, and violations of various statutory and regulatory

requirements aimed at ensuring consumer protection.  Our firm represents and has represented consumers in class actions who allege that they have been injured as a result of manufacturers' or sellers' unfair or deceptive business practices.

## **Product Liability**

Product liability law, a subset of tort law, addresses the injury caused to users and purchasers of products that are defectively designed, manufactured, or improperly labeled.   Potential remedies for such violations may include compensatory money damages, statutory or punitive damages, as well as appropriate equitable or injunctive relief to remedy the harm caused by the allegedly defective product.  Our firm represents and has represented consumers in class action cases involving a whole host of industries and consumer products that are alleged to be defective.

## **Breach of Contract**

The law of contracts governs the rights and duties of parties to agreements.  When these agreements set forth terms of service or govern the rights of a large group of consumers or other parties, class litigation provides an efficient mechanism by which the rights of contracting parties can be protected.  Potential remedies for breach of contract may include, an award of expectation damages, specific performance, restitution, declaratory judgments, and other redress.  The Katriel Law Firm represents and has represented consumers in class actions involving a whole host of industries where a breach of contract has been alleged.

## **REPRESENTATIVE CLASS ACTION SETTLEMENTS**

Sevier v. Time Warner Cable.  The Katriel Law Firm was lead counsel in this successful settlement of an antitrust class action brought on behalf of millions of subscribers of Time Warner Cable high-speed Internet service.  The complaint alleged that the defendants unlawfully tied the sale of their subscription service to the leasing of a cable modem device from defendants.  After zealous and successful litigation by The Katriel Law Firm, which included litigation before the United States Court of Appeals for the Second Circuit, the district court entered its final order approving a class action settlement benefiting the class.

Holliday v.Volkswagen of America,  The Katriel Law Firm was lead counsel in this successful settlement of a product liability class action brought on behalf of owners and lessees of thousands of Volkswagen Jetta automobiles who alleged that the electric seat heaters in the vehicles were defective.  After successful litigation by The Katriel Law Firm in federal district court, the court issued its final order approving the class action settlement.

<u>King v. The Home Depot</u>.  The Katriel Law Firm successfully settled this class action case in which plaintiffs alleged that Home Depot, Inc. deceptively allocated consumers' account payments in its "no payment no interest" store credit card.  After successful litigation by The Katriel Law Firm in federal court, and by other plaintiffs' firms in various state courts, this matter was settled as part of a nationwide class action settlement that benefited the class.

<u>Park v. The Thomson Corp.</u>, The Katriel Law Firm was lead counsel in this antitrust class action brought on behalf of hundreds of thousands of consumers of BAR/BRI bar examination preparation courses.  The case alleged antitrust claims for tying and monopolization.  After successful litigation in which The Katriel Law Firm was successful in defeating defendants' motion for summary judgment and in obtaining partial summary judgment in plaintiff's favor, a class action settlement was reached and approved by the court.

<u>Schipaanboord v. Volkswagen of America</u>, The Katriel Law Firm was lead counsel in this consumer product liability class action, which alleged defects in the 2000-2003 model year Volkswagen Passats for their undue propensity to catch fire.  After successful litigation by The Katriel Law Firm, a class action settlement was reached that provided meaningful relief to all class members.

<u>Conroy v. The 3M Corp.</u>, The Katriel Law Firm was co-lead counsel in this consumer federal antitrust class action that alleged that the defendant monopolized the U.S. market for clear and transparent tape for home and office use.  After prolonged litigation, including an appeal to the United States Court of Appeals for the Ninth Circuit in which The Katriel Law Firm was lead counsel who argued the appeal, a multi-million class action settlement was reached and approved by the court.

<u>Franz, Inc. v. Quantum Corp.</u>, The Katriel Law Firm was lead counsel in this consumer antitrust class action that alleged that the defendants violated the Cartwright Act and California's Unfair Competition Law, stemming from their alleged conspiracy to restrain trade in the market for Digital Linear Technology Tapes.  After successfully obtaining class certification, The Katriel Law Firm negotiated a multi-million class action settlement that was approved by the court.

<u>In re USC COVID-19 Tuition And Fee Refund Litig.</u>, The Katriel Law Firm was appointed Co-Lead Counsel to lead this ongoing class litigation on behalf of USC students seeking refunds of tuition and fees they paid to the university during a time when the university stopped providing campus access or in-person education.

<u>Seifi v. Mercedes-Benz USA, LLC</u>,  The Katriel Law Firm was lead Class Counsel in this product liability class action against an international automobile manufacturer.  The Katriel Law Firm secured class certification and negotiated a nationwide class settlement that entailed, *inter alia*, a nationwide repair campaign by the defendant automobile manufacturer.

<u>Tawfilis v. Allergan, Inc.</u>, The Katriel Law Firm was lead Class Counsel in this antitrust class action brought against the manufacturer of Botox, the market leading botulinum toxin for aesthetic use.  The action involved an international practice with depositions in Ireland, Spain, and the United Kingdom.  The Katriel Law Firm secured class certification of a nationwide class and later negotiated a multi-million dollar, nationwide class settlement that the court approved.

<u>Villa v. San Francisco Forty-Niners, Ltd.</u>, The Katriel Law Firm was lead Class Counsel on this antitrust case brought against over thirty named defendant NFL teams, the NFL, and Reebok, a international apparel manufacturer.  The Katriel Law Firm secured class certification and negotiated a multi-million dollar class settlement that was approved by the court.

<u>Williams v. Apple, Inc.</u>, The Katriel Law Firm was lead  Class Counsel in this breach of contract class action that alleged Apple breached the terms of its iCloud cloud storage agreement with paying subscribers of the iCloud service.  The Katriel Law Firm secured class certification in one of the last class certification opinions authored by the Honorable Lucy H. Koh before her elevation to the United States Court of Appeals for the Ninth Circuit.  The Katriel Law Firm negotiated a nationwide multi-million dollar class settlement that the court approved.

## **REPRESENTATIVE *PRO BONO* SUPREME COURT PRACTICE**

<u>Berisha v. Lawson</u>,  As part of its *pro bono* Supreme Court practice, The Katriel Law Firm filed a petition for a writ of certiorari before the United States Supreme Court in a case raising important questions of First Amendment and defamation law.  The Katriel Law Firm's petition garnered two separate opinions from Justice Clarence Thomas and Justice Neil Gorsuch.

<u>Berisha v. Lawson</u>: As part of its *pro bono* Supreme Court practice, The Katriel Law Firm filed a petition for a writ of certiorari before the United States Supreme Court in a case raising important constitutional issues involving the First Amendment. The petition garnered separate opinions from Justices Thomas and Gorsuch.  See *Berisha v. Lawson*, No. 20-1063, 141 S. Ct. 2424 (Thomas, J., dissenting from denial of certiorari); *Berisha v. Lawson*, No. 20-1063, 141 S. Ct. 2425 (Gorsuch, J., dissenting from denial of certiorari).

<u>Lugo v. United States</u>, As part of its *pro bono* Supreme Court practice, The Katriel Law Firm filed a petition for a writ of certiorari before the United States Supreme Court in a case raising important issues about the admissibility of opinion testimony under Federal Rules of  Evidence 701 and 702.  The petition drew public praise from the National Association of Criminal Defense Lawyers, who filed an amicus brief in support, and from Kannon Shanmugan, former law clerk to the late Justice Antonin Scalia, who called the firm's petition "exceptionally well done."

<u>Frank v. Gaos</u>,  As part of its *pro bono* Supreme Court practice, The Katriel Law Firm filed an amicus brief in this case argued before the United States Supreme Court.  The brief raised important issues of appellate Article III standing of objectors to class action settlements.

# Roy A. Katriel

The founder and principal of the firm, Roy A. Katriel, has over 20 years of experience as an attorney, having graduated First In His Class and *summa cum laude* from American University, Washington College of Law in 1997.   After graduating from law school, Mr. Katriel was a litigation associate at Arnold & Porter, an Am Law 100, multi-national law firm.  He later joined Finkelstein, Thompson & Loughran, a boutique plaintiff's class action law firm in Washington, DC, and also joined the adjunct faculty of American University's Washington College of Law, where he taught Evidence.  Together with the late Professor Paul Rice, Mr. Katriel is the co-author of *Evidence: Federal Rules and the Common Law* (Matthew Bender), an Evidence Course textbook in use at law schools throughout the country.  He founded The Katriel Law Firm in 2005 in Washington, DC as a plaintiffs' class action law firm and, in 2009, opened the firm's San Diego office.   Mr. Katriel has successfully litigated many class action matters, primarily involving antitrust, product liability, consumer fraud, and breach of contract cases.  He has appeared as a commentator on such matters on nationally syndicated news and television channels like CNN and Fox Business Network.

In addition to his law degree, Mr. Katriel holds undergraduate degrees in Applied Physics and in Biomedical Engineering from the University of Miami and Boston University, respectively.  Mr. Katriel holds the distinction of being the youngest person ever to be awarded a Bachelor of Science degree in Physics from the University of Miami, having earned that degree at age 18.